

FILED
AUG - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION )
3520 Crystal View Court )
Miami, FL 33133 )
 )
         Plaintiff )    Civil Action No.
  vs )
 )
U.S. CUSTOMS AND BORDER PROTECTION )
1300 Pennsylvania Avenue, N.W. )
Washington, DC 20229 )
 )
         Defendant )

CASE NUMBER  1:05CV01570

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/03/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Seized Property Recovery Corporation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  None  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

137935
BAR IDENTIFICATION NO.

Peter S. Herrick
Print Name

3520 Crystal View Court
Address

Miami, FL   33133
City        State        Zip Code

305-858-2332
Phone Number

2