UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION,<br>3520 Crystal View Court<br>Miami, Florida  33133<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>Bureau of Customs and Border Protection<br>1300 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20229<br><br>**Defendant.** | Civil Action No. 05-1570 (PLF)<br>Electronic Case Filing |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Peter D. Blumberg** as counsel for the Defendant in the above-captioned case.

Respectfully submitted,

/s/_____
PETER D. BLUMBERG, D.C. Bar #463247
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: August 22, 2005

Annette L. Dennis
Paralegal Assistant