AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, FL 33133

        Plaintiff,

V.

U.S. CUSTOMS AND BORDER PROTECTION
1300 Pennsylvania Avenue, NW
Washington, DC 20229

        Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV01570

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/03/2005

TO: (Name and address of Defendant)

Clerk, U.S. Attorney's Office
District of Columbia, Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      AUG -3 2005

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 11, 2005 |
| NAME OF SERVER (PRINT) Peter S. Herrick | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   U.S. Certified Mail / Return Receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  NA | SERVICES  $6.49 | TOTAL  $6.49 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   08-22-2005
                    Date

Signature of Server
Peter S. Herrick
3520 Crystal View Court
Miami, FL  33133

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 2260 0003 6717 8244**
Status: **Delivered**

Your item was delivered at 4:36 am on August 11, 2005 in WASHINGTON, DC 20530.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

---


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature _[signature]_  ☐ Agent  ☐ Addressee<br>X  AUG 11 2005<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Clerk, U.S. Attorney's Office<br>District of Columbia, Judiciary Center<br>555 Fourth Street, NW<br>Washington, DC  20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0003 6717 8244 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |