AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, FL 33133

Plaintiff,

V.

U.S. CUSTOMS AND BORDER PROTECTION
1300 Pennsylvania Avenue, NW
Washington, DC 20229

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV01570

JUDGE: Paul L. Friedman

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/03/2005

TO: (Name and address of Defendant)

U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, DC 20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter S. Herrick
Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG - 3 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Peter S. Herrick | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted:   Defendant Agency refused to accept service.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NA | $6.49 | $6.49 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   08-22-2005
                  Date

*Signature of Server*

Peter S. Herrick
3520 Crystal View Court
Miami, FL  33133

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.