UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No. 05-1570 (PLF) ) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** | ) ) ) ) |
| **Defendant.** | ) ) |

### DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Defendant respectfully moves this Court for an enlargement of time of three weeks, through and including October 3, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response is currently due September 12, 2005.

2. Defendant needs additional time because this Freedom of Information Act case involves multiple requests, making the investigation into the status of the agency's response(s) and the preparation of an appropriate responsive pleading or motion more time consuming than in the typical case.

3. In addition, defendant's counsel's schedule has been unusually compromised, including two Court of Appeals briefs, a Court of Appeals argument and the preparation of an unusually complex pretrial statement, all within the first three weeks of September.

4. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including October 3, 2005.

5. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: September 9, 2005