UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY ) | |
| RECOVERY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1570 (PLF) |
| ) | |
| UNITED STATES CUSTOMS AND ) | |
| BORDER PROTECTION, ) | |
| ) | |
| Defendant. ) | |

ORDER

      Plaintiff filed a complaint seeking to obtain information pursuant to the Freedom of Information Act. The matter is now before the Court on defendant's consent motion for an enlargement of time within which to answer, move or otherwise respond by October 3, 2005. In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Local Civil Rule 16.3(b), however, exempts FOIA actions from these requirements. See LCvR 16.3(b). It is the Court's experience that this exemption for FOIA actions avoids inefficient and unnecessary effort on the part of the parties since such cases invariably are decided by motion. The Court, therefore does not require that the defendant file an answer to the complaint.

      The Court has reviewed the complaint and the defendant's consent motion for an enlargement of time within which to answer, move or otherwise respond. The Court GRANTS

the defendant's motion for an enlargement of time and directs the defendant to proptly file a dispositive motion. Accordingly, it is hereby

ORDERED that defendant shall file its dispositive motion on or before October 31, 2005. No extensions of time will be granted except for good cause shown.

SO ORDERED.

_____\s\_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 13, 2005

2