UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Civil Action No. 05-1570(PLF)

U.S. CUSTOMS AND　　　　　　　　AMENDED COMPLAINT FOR INJUNCTIVE
BORDER PROTECTION,　　　　　　　AND DECLARATORY RELIEF
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

                Defendant.
_____/

    1.    This is an action brought under the Freedom of Information Act ["FOIA"], 5 U.S.C. §552, as amended, to enjoin defendants from withholding from public disclosure certain records of the United States Customs and Border Protection ["Customs"] within their possession and control.

    2.    This is an action brought pursuant to 28 U.S.C. §2201 for a declaratory judgment that Customs must include the names and addresses of persons from whom it seized property when it publishes their property for forfeiture pursuant to 19 U.S.C. §1607.

    3.    This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. §1331..

    4.    Plaintiff, Seized Property Recovery Corporation ["SPRC"] is a Florida

corporation.

5. Defendant, U. S. Customs and Border Protection, is an agency within the Department of Homeland Security.

6. SPRC and/or its counsel have filed FOIA requests with Customs in several ports in the United States seeking the names and addresses of persons from whom Customs has seized their property.

7. SPRC and/or its counsel have filed requests with Customs to include the names and addresses of persons from whom it has seized property when it publishes the property for forfeiture pursuant to section 1607.

8. In a letter of March 17, 2005 from Joanne Roman Stump, Chief, Customs' Disclosure Branch to undersigned counsel, a decision was made to release the requested names and addresses. This letter also indicated that the Customs port director should include the names and addresses in its public notices of seizure and sale as it is a regulatory requirement.

9. In a memorandum of May 5, 2005 the Customs Seizures & Penalties Branch directed Customs port offices not to release names and addresses unless the seizure is pursuant to the navigation laws.

10. The March 17th letter and May 5th memorandum were interpreting 19 C.F.R. §162.45(a)(4).

11. Section 162.45(a)(4) is derived directly from 46 U.S.C. Appx. §327.

12. Section 327 is to be read in *pari materia* with 46 U.S.C. Appx. §328 which provides for the recovery of forfeitures and penalties.

13. Pursuant to 19 U.S.C. §1600, sections 162.45(a)(4), 327, 328 and 1607 are to be interpreted as one procedure requiring the publication and release of the requested names and addresses.

14. In a letter of May 16, 2005 SPRC's undersigned counsel requested the release of the May 5th memorandum and to rescind the instructions set forth in the memorandum.

15. In a letter of May 20, 2005 Ms. Stump remanded to the Customs port director instructions to follow the Customs' letter of March 17th for failing to release the requested names and addresses based on a blanket assertion of the 5 U.S.C. §552(b)(7)(A) exemption.

16. In a letter to undersigned counsel of June 6, 2005 the Customs' Office of Field Operations refused to release the May 5th memorandum claiming the 5 U.S.C. §552(b)(5) exemption without any explanation or attempt at segregation.

17. The denial letter of June 6, 2005 was appealed under the FOIA on June 20, 2005. Subsequent to the filing of this complaint the memorandum was released in its entirety by Customs in a letter of August 22, 2005.

18. Pursuant to the Freedom of Information Act, 5 U.S.C. §552(a)(3), SPRC has a right of access to the requested names and addresses.

19. Pursuant to 5 U.S.C. §552(a)(6)© the failure of Customs to respond to the appeal within the time prescribed by law in those cases where Customs has refused to release

the requested names and/or addresses constitutes a deemed denial.

20. SPRC has exhausted its administrative remedies.

## COUNT I

SPRC realleges paragraphs 1-20.

21. The Customs Acting Port Director for Los Angeles/Long Beach in letters of July 1, 2005 denied undesigned counsel's request for names and addresses.

22. An appeal of these denials was filed with Customs in a letter of July 5, 2005. There has been no response to this appeal.

23. Customs in the Port of Los Angeles/Long Beach refuses to release the requested names and addresses.

24. Customs in the Port of Los Angeles/Long Beach refuses to include the names and addresses with the notices of forfeiture it publishes in the Los Angeles Daily Journal.

## COUNT II

SPRC realleges paragraphs 1-20.

25. In a letter of June 20, 2005 the San Francisco Customs Fines, Penalties & Forfeitures Officer responded to undersigned counsel's request for a name and address dated May 6, 2005 by releasing the name but not the address.

26. An appeal of this decision was filed on June 24, 2005. There has been no response to the appeal.

27. Customs in San Francisco released the name only after the case was closed.

28. Customs in San Francisco refuses to release the address.

29. Customs in San Francisco refuses to include the name and address when it publishes its notices of forfeiture in Cal Law.

### COUNT III

SPRC realleges paragraphs 1-20.

30. In a letter of June 22, 2005, undersigned counsel requested the names and addresses of 15 Customs seizure cases published by the Customs Newark Fines, Penalties and Forfeitures Office.

31. In a letter of July 20, 2005 Customs in Newark refused to release the names and addresses in 3 of the cases and released only the names in the remaining 12 cases.

32. An appeal of this decision was filed with Customs on July 25, 2005. There has been no response to the appeal.

33. Customs in Newark either refuses to release the names and addresses before a case is closed or only releases the name but not the address after the case is closed.

34. Customs in Newark refuses to include the names and addresses when it publishes the notices of forfeiture in the New York Post.

### COUNT IV.

SPRC realleges paragraphs 1-20.

35. SPRC and/or its counsel requested names and addresses from Customs in Los Angeles in a letter dated May 26, 2004.

36. Customs denied the request in a letter dated August 23, 2004.

37. SPRC and/or its counsel appealed the denial in a letter of September 1, 2004.

38. SPRC and/or its counsel has not received a response to its appeal letter of September 1, 2004.

## COUNT V.

SPRC realleges paragraphs 1-20.

39. SPRC and/or its counsel requested names and addresses from Customs in Los Angeles in letters dated August 11 & 24, 2005.

40. Customs denied the request in a letters dated September 6 & 9, 2005.

41. SPRC and/or its counsel appealed the denials in a letter of September 14, 2005.

42. SPRC and/or its counsel have not received a response to the appeal letter of September 14, 2005.

## COUNT VI.

SPRC realleges paragraphs 1-20.

43. SPRC and/or its counsel requested names and addresses from Customs in Los Angeles in a letter of June 21, 2005.

44. Customs denied the request in a letter of July 15, 2005.

45. SPRC and/or its counsel appealed the denial in a letter of July 18, 2005.

46. There has been no response to the appeal.

## COUNT VII.

SPRC reallges paragraphs 1-20.

44. SPRC and/or its counsel requested names and addresses from Customs in Los Angeles in letters of November 17 & December 3, 2004.

45. These requests were denied by Customs Los Angeles in letters of December 17 & 22, 2004.

46. These denials were appealed in a letter dated January 25, 2005.

47. There has been no response to the appeal letter.

## COUNT IX.

SPRC realleges paragraphs 1-20.

48. SPRC and/or its counsel requested names and addresses from Customs in Los Angeles in a letter of June 21, 2005.

49. Customs Los Angeles denied this request in a letter of July 21, 2005.

50. An appeal of this denial was filed in a letter of September 9, 2000.

51. There has been no response to this appeal.

## COUNT X.

SPRC realleges paragraphs 1-20.

52. SPRC and/or its counsel requested names and addresses from Customs in Los Angeles in a letters of August 11 & 24, 2005.

53. Customs Los Angeles denied these requests in Letters of September 6 & 9,

2005.

54. An appeal of these denials was filed in a letter of September 14, 2005.

55. There has been no response to this appeal.

## COUNT XI.

SPRC realleges paragraphs 1-20.

56. SPRC requested names and addresses from Customs in Honolulu in a letter of June 24, 2005

57. Customs did not timely respond to this request.

58. An appeal was filed in a letter of July 15, 2005.

59. There has been no response to this appeal.

## COUNT XII.

SPRC realleges paragraphs 1-20.

60. SPRC requested the name and address from Customs in Houston in a letter of July 27, 2005.

61. This request was denied in a letter of August 3, 2005.

62. An appeal of this denial was filed in a letter of August 8, 2005.

63. There has been no response to this appeal.

## COUNT XIII.

SPRC realleges paragraphs 1-20.

64. SPRC requested the names and addresses from Customs in Houston in a letter

of August 5, 2005

65. This request was denied in a letter of August 17, 2005.

66. An appeal of this denial was filed in a letter of August 22, 2005.

67. There has been no response to this appeal.

## COUNT XIV.

SPRC realleges paragraphs 1-20.

68. SPRC and/or its counsel requested the names and addresses from Customs in Houston in a letter of May 23, 2005.

69. This request was denied in a letter of June 3, 2005.

70. An appeal of this denial was filed on June 7, 2005.

71. There has been no response to this appeal.

## COUNT XV.

SPRC realleges paragraphs 1-20.

72. SPRC and/or its counsel requested the names and addresses from Customs in Houston in a letter of June 16, 2005.

73. This request was denied in a letter of June 23, 2005.

74. An appeal of this denial was filed in a letter of June 30, 2005.

75. There has been no response to this appeal.

## COUNT XVI.

SPRC realleges paragraphs 1-20.

76. SPRC requested the names and addresses from Customs in Newark in a letter of June 29, 2005.

77. In a letter of August 10, 2005 Customs denied this request.

78. An appeal of the denial was filed in a letter of August 15, 2005.

79. There has been no response to the appeal.

## COUNT XVII.

SPRC realleges paragraphs 1-20.

80. SPRC and/or its counsel requested the names and addresses from Customs in Newark in a letter of April 25, 2005.

81. In a letter of July 20, 2005 Customs denied this request.

82. An appeal of the denial was filed in a letter of July 25, 2005.

83. There has been no response to the appeal.

## COUNT XVIII.

SPRC realleges paragraphs 1-20.

84. SPRC and/or its counsel requested names and addresses from Customs in Newark in a letter of June 22, 2005.

85. In a letter of July 20, 2005 Customs denied this request.

86. An appeal of this denial was filed in a letter of July 25, 2005.

87. There has been no response to this appeal.

## COUNT XIX.

SPRC realleges paragraphs 1-20.

88. SPRC requested names and addresses from Customs in Newark in a letter of August 24, 2005.

89. In a letter of August 31, 2005 this request was denied.

90. An appeal of this denial was filed in a letter of September 7, 2005.

91. There has been no response to this denial.

## COUNT XX.

SPRC realleges paragraphs 1-20.

92. SPRC requested names and addresses from Customs in Newark in a letter of September 14, 2005.

93. In a letter of September 16, 2005 this request was denied.

94. An appeal of this denial was filed in a letter of September 26, 2005.

95. There has been no response to this appeal.

## COUNT XXI.

SPRC realleges paragraphs 1-20.

96. SPRC and/or its counsel requested names and addresses from Custom at JFK in a letter of June 20, 2005.

97. In a letter of July 20, 2005 this request was denied.

98. An appeal of this denial was filed in a letter of July 25, 2005.

99. There has been no response to this appeal.

## COUNT XXII.

SPRC realleges paragraphs 1-20.

100. SPRC requested names and addresses from Customs at JFK in a letter of May 23, 2005.

101. In a letter of July 20, 2005 this request was denied.

102. An appeal of this denial was filed in a letter of July 28, 2005.

103. There has been no response to this appeal.

## COUNT XXIII.

SPRC realleges paragraphs 1-20.

104. SPRC and/or its counsel requested names and addresses from Customs at JFK in a letter of April 11, 2005.

105. In a letter of July 20, 2005 this request was denied.

106. An appeal of this denial was filed in a letter of July 25, 2005.

107. There has been no response to this appeal.

## COUNT XXIV.

SPRC realleges paragraphs 1-20.

108. SPRC and/or its counsel have requested the Customs ports of Newark, JFK, Miami, Houston, Los Angeles, San Juan, El Paso, Honolulu and San Francisco to include the names and addresses of persons from whom they have seized property in their published

notices of forfeiture.

109.  All of these ports are refusing to include names and addresses when they publish legal notices of forfeiture.

WHEREFORE, the Customs' port offices and Office of Field Operations have demonstrated defiance of the laws and court decisions regarding the publication and release of names and addresses from whom Customs has seized property.

WHEREFORE, SPRC respectfully requests the Court:

1.  To take jurisdiction of this cause of action;

2.  To order the defendant to immediately release the requested names and addresses in all pending requests and appeals;

3.  To issue a declaratory judgment that the defendant will immediately include names and addresses of those persons from whom Customs has seized their property when it publishes for forfeiture pursuant to section 1607; and,

4.  To grant such other and further relief as the Court may deem proper and just.

Respectfully submitted,

Peter S. Herrick
Attorney for SPRC
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email. pherrick@bellsouth.net
D.C. Bar No. 137935