**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY** ) | |
| **CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1570 (PLF)** |
| ) | |
| **UNITED STATES CUSTOMS AND** ) | |
| **BORDER PROTECTION** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION**
**FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendant respectfully moves this Court for an enlargement of time of time, through and including November 15, 2005, within which to file a Motion for Summary Judgment in this matter. Under this Court's September 13 Order, extensions will be granted only a showing of good cause; here, good cause exists to grant this motion because an Amended Complaint has been filed, as explained herein:

1. Defendant's Motion for Summary Judgment is presently due October 31, 2005.

2. On October 14, 2005, Plaintiff amended its complaint as of right pursuant to Fed. R. Civ. P. 15(a). This Amended Complaint includes twenty seven (27) counts.

3. Due to the amendment of the complaint, defendant now needs to revise its Declaration in support of its Motion for Summary Judgment to address these additional claims.[1]

4. Defendant therefore requests an enlargement of time within which to file its dispositive

---

[1]Each count represents a different FOIA request made by the Seized Property Recovery Corporation seeking the names and addresses of persons or entities from whom Customs has seized property.

motion.

    5.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any in-court matters.

    6.  Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff.  Counsel for plaintiff has given his consent to the relief requested.

    For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to File Dispositive Motion.

Respectfully submitted,


        /s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney


        /s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


        /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157


Dated: October 28, 2005