UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES CUSTOMS AND BORDER PROTECTION**, )<br>)<br>Defendant. ) | Civil Action No. 05-1570 (PLF) |

**ORDER**

This matter comes before the Court on defendant's Motion for an Extension of Time Within Which to File Dispositive Motion. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2005 hereby,

ORDERED that the motion is granted, and it is further

ORDERED that defendants' dispositive motion shall be due November 15, 2005.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE