UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1570 (PLF) |
| ) | |
| U.S. CUSTOMS AND BORDER PATROL, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The defendant has made a motion for an enlargement of time to file dispositive motions, consented to by the plaintiff, extending the deadline to November 15, 2005. The parties did not provide extended dates for filing oppositions and replies, if any, to the dispositive motions. Based upon the motion before the Court and Rule 7(b) and (d) of the Local Civil Rules and Rule 6(e) of the Federal Rules of Civil Procedure, it is hereby ORDERED that the parties motion is GRANTED:

    1.    Dispositive motions shall be filed on or before November 15, 2005

It is FURTHER ORDERED that:

    3.    Oppositions to dispositive motions shall be filed on or before November 29, 2005; and replies, if any, by December 9, 2005.

SO ORDERED.

    _____\\s\\_____
    PAUL L. FRIEDMAN
    United States District Judge

DATE: October 31, 2005