UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 05-1570 (PLF) <br> ) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** | ) <br> ) <br> ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION**
**FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendant respectfully moves this Court for an enlargement of time, through and including December 1, 2005, within which to file a Motion for Summary Judgment in this matter. Good cause exists to grant this Motion:

1. Motions for Summary Judgment are presently due November 15, 2005.

2. In this matter, plaintiff Seized Property Recovery Corporation has made FOIA requests seeking the names and addresses of persons from whom Customs has seized property. To date, Customs has not released the information sought by plaintiff.

3. In the course of developing its defense in this matter, Customs is reviewing the manner in which it has addressed the FOIA requests submitted by plaintiff. While no final decision has yet been reached, there is now a possibility of a release of information in response to these FOIA requests. Customs and undersigned counsel have been diligently working to make this final determination, but because of the number of people involved and the unforeseen absence of a key individual from Customs, no decision has been reached as of yet.

4. If a release decision is made, the scope of issues to be decided by this Court will be reduced, and, moreover, it may even be possible to reach a non-judicial resolution of this matter.

5. For these reasons, defendant requests that the date for dispositive motions be extended to December 1, 2005.

6. Defendant's counsel has conferred with plaintiff's counsel, and plaintiff's counsel has graciously given his consent.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to File Dispositive Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: November 10, 2005