UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY** ) | |
| **CORPORATION** ) | |
|                             ) | |
| **Plaintiff,** ) | |
|                             ) | |
| v.                          ) | Civil Action No. 05-1570 (PLF) |
|                             ) | |
| **UNITED STATES CUSTOMS AND** ) | |
| **BORDER PROTECTION** ) | |
|                             ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

Defendant respectfully moves this Court for an enlargement of time, through and including December 13, 2005, within which to file a Motion for Summary Judgment in this matter, and further requests that the proposed briefing schedule set forth in Paragraph 8 of this Motion be adopted as the briefing schedule in this matter.

In the prior extension filed with this Court, defendant Customs and Border Protection ("CPB") indicated that it was is reviewing the manner in which it has addressed the Freedom of Information Act ("FOIA") requests at issue in this case. This review has resulted in a determination that it will now release some of the information sought by plaintiff, and, moreover, will alter its approach to future similar FOIA requests for the same type of information (which are expected from this plaintiff). In order to make its showing of good cause under Fed. R. Civ. P. 6(b) as to why it needs additional time to complete its declaration in this matter and prepare an appropriate Motion for Summary Judgment, defendant hereby provides plaintiff and the Court with a summary of how it is proceeding in this manner.

1. In this matter, plaintiff Seized Property Recovery Corporation ("SPRC") has made a number of FOIA requests seeking the names and addresses of persons and business entities from whom Customs has seized property. Upon information and belief, the names and addresses that are the subject of plaintiff's FOIA requests are being sought so that SPRC can contact the individuals and/or entities that have been subject to seizures and offer its services in recovering the seized goods from Customs.

2. As set forth in plaintiff's Amended Complaint, CBP has not, to date, released any of the names and addresses that are the subject of the FOIA requests.

3. CBP has now concluded that a blanket denial of plaintiffs' FOIA requests is not appropriate, and has determined that plaintiff is entitled to the names and addresses under the FOIA, subject to two exceptions.

4. The first exception is where responding to the FOIA requests would result in the release of an individual's name or address. With respect to names and addresses of individuals, CBP submits that there is a substantial personal privacy interest, and that this personal privacy interest is not overcome by SPRC's interest in the information, such that the information is exempt under 5 U.S.C. § 552(b)(6) and 7(c). Where the request is for a business or commercial entity, these exemptions would not apply, and release would be appropriate.

5. The second exception is where the seizure is the subject of an ongoing criminal investigation. In such a case, release of the name and address of the entity subject to the seizure could be reasonably expected to interfere with an ongoing law enforcement proceeding, exempting the information from release under Exemption 7(a).

6. Defendant has spent considerable time and effort over the last several weeks evaluating

this matter, and the determination set forth above has only been finalized in the last few days. A brief amount of additional time is therefore needed to complete declarations that are consistent with the foregoing and to prepare an accompanying Motion for Summary Judgment.

7. For these reasons, defendant requests that the date for dispositive motions be extended from December 1 to December 13, 2005.

8. Defendant's counsel has conferred with plaintiff's counsel and informed him of the foregoing, and plaintiff's counsel has graciously given his consent to the extension. Plaintiff's counsel has indicated that he will still challenge CBP's determination. Plaintiff's counsel also indicated that he would cross-move for summary judgment. Rather than having simultaneous motions filed (which would result in a total of six briefs being filed), the parties would propose the following schedule for the filing of cross motions, which would result in the filing of only four briefs:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | December 13, 2005 |
| Plaintiff's Cross Motion and Opposition to Defendant's Motion: | January 4, 2005 |
| Defendant's Reply and Opposition: | January 17, 2005 |
| Plaintiff's Reply: | January 31, 2005 |

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to File Dispositive Motion, and that it adopt the attached proposed order as the scheduling order in this matter.

                Respectfully submitted,

                /s/
                KENNETH L. WAINSTEIN , D.C. Bar # 451058
                United States Attorney

                /s/
                R. CRAIG LAWRENCE, D.C. Bar # 171538
                Assistant United States Attorney

                /s/
                PETER D. BLUMBERG, Bar # 463247
                Assistant United States Attorney
                United States Attorneys Office
                Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 514-7157

Dated: November 30, 2005