**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY** | ) |
| **CORPORATION** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 05-1570 (PLF)** |
| | ) |
| **UNITED STATES CUSTOMS AND** | ) |
| **BORDER PROTECTION** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**<u>ORDER</u>**

This matter comes before the Court on defendant's Consent Motion for an Extension of Time Within Which to File Dispositive Motion.  Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2005 hereby,

ORDERED that the motion is granted, and it is further

ORDERED that dispositive motions shall be filed on the following schedule:

Defendant's Motion for Summary Judgment:          December 13, 2005

Plaintiff's Cross Motion and Opposition to
Defendant's Motion:                                          January 4, 2005

Defendant's Reply and Opposition:                      January 17, 2005

Plaintiff's Reply:                                               January 31, 2005

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE