UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) Civil Action No. 1:05CV01570 <br> UNITED STATES CUSTOMS AND ) <br> BORDER PROTECTION ) <br> ) <br> Defendant ) <br> ) | |

### List of Exhibits for Declaration of John E. Elkins

1. U.S. Department of Homeland Security, "Border Reorganization Fact Sheet," January 30, 2003 (cited in ¶ 2 of Declaration);

2. Customs and Border Protection "FOIA Reference Guide, Section X, Appeals," November 1, 2001, hhtp://www.cbp.gov.xp.cgov/admin/fl/foia/making_a_request/reference_guide.xml (cited in ¶ 5 of Declaration);

3. Plaintiff's FOIA request dated June 12, 2005 to the Port of Los Angeles (cited in ¶ 10 of Declaration);

4. Port of Los Angeles Decision 2005-2704-119 mk, dated July 1, 2005 (cited in ¶ 11 of Declaration);

5. Plaintiff's administrative appeal dated July 5, 2005, of Los Angeles Port Decision 2005-2704-119 mk and Los Angeles Port Decision 2005-2704-115 mk (cited in ¶s 12 and 15 of Declaration);

6. Plaintiff's FOIA request dated May 24, 2005 to the Port of Los Angeles (cited in ¶ 13 of Declaration);

7. Port of Los Angeles Decision 2005-2704-115 mk, dated July 1, 2005 (cited in ¶ 14 of Declaration);

8. Plaintiff's FOIA request dated May 6, 2005 to the Port of San Francisco (cited in ¶ 16 of Declaration);

9. Port of San Francisco Decision 05-14, dated June 20, 2005 (cited in ¶ 17 of Declaration);

10. 19 CFR § 103.32 (cited in ¶ 17 of Declaration);

11. Plaintiff's administrative appeal of June 24, 2005 of San Francisco Port Decision 05-14 FOIA (cited in ¶ 18 of Declaration);

12. Plaintiff's FOIA request dated June 22, 2005 to the Port of Newark (cited in ¶ 19 of Declaration);

13. Port of Newark Decision NK-05155, dated July 20, 2005 (cited in ¶ 20 of Declaration);

14. Plaintiff's appeal dated July 25, 2005, of Newark Port Decision NK 05155 (cited in ¶ 21 of Declaration);

15. Executive Order 12,600 (cited in ¶ 22 of Declaration);

16. 19 CFR § 103.35 (cited in ¶ 22 of Declaration);

17. Redacted letters dated October 3, 2005 (cited in ¶ 22 of Declaration);

18. Redacted Letters dated August 2, 2005 (cited in ¶ 22 of Declaration);

19. Redacted letters dated October 4, 2005 (cited in ¶ 22 of Declaration);

20. Redacted letters dated October 4, 2005 (cited in ¶ 22 of Declaration);

21. Redacted letter dated October 3, 2005 (cited in ¶ 22 of Declaration);

22. Redacted letters dated October 4, 2005 (cited in ¶ 22 of Declaration);

23. Letter dated October 17, 2005, objecting to release of the name and address from party in case number 2005-2704-00419-01 (cited in ¶ 23(a) of Declaration);

24. Fax dated October 20, 2005, objecting to the release of the name and address from party in case number 2005-2704-000320-01 cited in ¶ 23(b) of Declaration);

25. Letter dated October 23, 2005, from John Pelligrini of McQuireWoods objecting to release of the client's name and address from party in case number 2005-2704-000345-01 (cited in ¶ 23(c) of Declaration);

26. Letter dated October 21, 2005, from the Law Offices of Ramsey & Price objecting to release of client's name and address in case number 2005-2704-000140-01 (cited in ¶ 22(d) of Declaration);

27. Letter dated October 10, 2005, from the party in case numbers 2004-000346 and 2005-2704-000347 objecting to the release of the name and address (cited in ¶ 23(e) of Declaration).

28. Letter dated October 15, 2005, from the Law Office of Kirt J. Hopson objecting to the release of the name and address of his client in case numbers 2004-2704-000966-01, 2004-2704-000977-01 and 2004-2704-000984-01 (cited in ¶ 23(f) of Declaration);

29. Letter dated October 12, 2005, from the Law Offices of Arnold Silverstein objecting to the release of the name and address of his client in case number 2005-1001-000158-01 (cited in ¶ 23(g) of Declaration).

30. Memorandum dated December 13, 2005 from the Director, Seizures and Penalties Division, Office of Field Operations, to Directors, Field Operations (cited in ¶ 36 of Declaration).