19 CFR 103.35

§ 103.35 Confidential commercial information; exempt.

   (a) In general. For purposes of this section, "commercial information" is defined as trade secret, commercial, or financial information obtained from a person. Commercial information provided to CBP by a business submitter will be treated as privileged or confidential and will not be disclosed pursuant to a Freedom of Information Act (FOIA) request or otherwise made known in any manner except as provided in this section.

(b) Notice to business submitters of FOIA requests for disclosure. Except as provided in paragraph (b)(2) of this section, CBP will provide business submitters with prompt written notice of receipt of FOIA requests or appeals that encompass their commercial information. The written notice will describe either the exact nature of the commercial information requested, or enclose copies of the records or those portions of the records that contain the commercial information. The written notice also will advise the business submitter of its right to file a disclosure objection statement as provided under paragraph (c)(1) of this section. CBP will provide notice to business submitters of FOIA requests for the business submitter's commercial information for a period of not more than 10 years after the date the business submitter provides CBP with the information, unless the business submitter requests, and provides acceptable justification for, a specific notice period of greater duration.

(1) When notice is required. CBP will provide business submitters with notice of receipt of a FOIA request or appeal whenever:

(i) The business submitter has in good faith designated the information as commercially- or financially-sensitive information. The business submitter's claim of confidentiality should be supported by a statement by an authorized representative of the business entity providing specific justification that the information in question is considered confidential commercial or financial information and that the information has not been disclosed to the public; or

(ii) CBP has reason to believe that disclosure of the commercial information could reasonably be expected to cause substantial competitive harm.

(2) When notice is not required. The notice requirements of this section will not apply if:

(i) CBP determines that the commercial information will not be disclosed;

(ii) The commercial information has been lawfully published or otherwise made available to the public; or

(iii) Disclosure of the information is required by law (other than 5 U.S.C. 552).

(c) Procedure when notice given. -- (1) Opportunity for business submitter to object to disclosure. A business submitter receiving written notice from CBP of receipt of a FOIA request or appeal encompassing its commercial information may object to any disclosure of the commercial information by providing CBP with a detailed statement of reasons within 10 days of the date of the notice (exclusive of Saturdays, Sundays, and legal public holidays). The statement should specify all the grounds for withholding any of the commercial information under any exemption of the FOIA and, in the case of Exemption 4, should demonstrate why the information is considered to be a trade secret or commercial or financial information that is privileged or confidential. The disclosure objection information provided by a person pursuant to this paragraph may be subject to disclosure under the FOIA.

GOVERNMENT
EXHIBIT
CARDILE 800-788-0389
16

(2) Notice to FOIA requester. When notice is given to a business submitter under paragraph (b)(1) of this section, notice will also be given to the FOIA requester that the business submitter has been given an opportunity to object to any disclosure of the requested commercial information. The requester will be further advised that a delay in responding to the request may be considered a denial of access to records and that the requester may proceed with an administrative appeal or seek judicial review, if appropriate. The notice will also invite the FOIA requester to agree to a voluntary extension(s) of time so that CBP may review the business submitter's disclosure objection statement.

(d) Notice of intent to disclose. CBP will consider carefully a business submitter's objections and specific grounds for nondisclosure prior to determining whether to disclose commercial information. Whenever CBP decides to disclose the requested commercial information over the objection of the business submitter, CBP will provide written notice to the business submitter of CBP's intent to disclose, which will include:

(1) A statement of the reasons for which the business submitter's disclosure objections were not sustained;

(2) A description of the commercial information to be disclosed; and,

(3) A specified disclosure date which will not be less than 10 days (exclusive of Saturdays, Sundays, and legal public holidays) after the notice of intent to disclose the requested information has been issued to the business submitter. Except as otherwise prohibited by law, CBP will also provide a copy of the notice of intent to disclose to the FOIA requester at the same time.

(e) Notice of FOIA lawsuit. Whenever a FOIA requester brings suit seeking to compel the disclosure of commercial information covered by paragraph (b)(1) of this section, CBP will promptly notify the business submitter in writing.

OCT 3 2005          DIS-7-RR:IT:DL
                    588685 RH



RE: FP&F Case No. 2005-2720-000079-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



GOVERNMENT EXHIBIT
17
CARDEL 800-783-0399

DIS-7-RR:IT:DL
588685 RH

 OCT ·· 3 2005

RE:    FP&F Case No. 2005-2704-000140-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000253-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



OCT 3 2005

DIŠ-7-RR:IT:DL
588685 RH

RE: FP&F Case No. 2005-2704-000278-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT _ 3 2005          DIS-7-RR:IT:DL
                      588685 RH



RE: FP&F Case No. 2005-2704-000282-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John T. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005          DIS-7-RR:IT:DL
                    588685 RH



RE: FP&F Case No. 2005-2704-000289-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000308-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005

DIS-7-RR·IT·DL
588685 RH



RE: FP&F Case No. 2005-2704-000320-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE: FP&F Case No. 2005-2704-000329-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005          DIS-7-RR:IT:DL
                    588685 RH



RE: FP&F Case No. 2005-2704-000345-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000346-01 and 2005-2704-000347-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005        DIS-7-RR:IT:DL
                  588685 RH



RE: FP&F Case No. 2005-2704-000352-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000355-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT '' 3 2005        DIS-7-RR:IT:DL
                     588685 RH



RE: FP&F Case No. 2005-2704-000373-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT ·· 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000394-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005          DIS-7-RR:IT:DL
                     588685 RH



RE: FP&F Case No. 2005-2704-000396-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005

DIS-7-RR:IT:DL
588685 RH



**RE:    FP&F Case No. 2005-2704-00419-01**

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005                    DIS-7-RR:IT:DL
                              588685 RH



RE:    FP&F Case No. 2005-2770-000001-01

Dear Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35,
(copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA)
request was filed by an individual for your name and address in reference to the above-
referenced seizure **case.** Unless you respond, within 10 days following the date of this
letter, stating why the requested information should not be disclosed by U.S. Customs
and Border Protection, the aforementioned FOIA request will be processed, which could
result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you
have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT " 3 2005

DIS-7-RR:IT:DL
588685 RH



RE:    FP&F Case No. 2005-2704-000430-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT _ 3 2005

DIS-7-RR:IT:DL
588685 RH



RE:    FP&F Case No. 2005-2704-000422-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005

DIS-7-RR:IT:DL
588685 RH



RE:    FP&F Case No. 2005-2704-000399-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and
Border Protection**

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE:    FP&F Case No. 2005-2704-000398-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT _ 3 2005

DIS-7-RR:IT:DL
588685 RH



**RE:    FP&F Case No. 2005-2704-000421-01**

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35,
(copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA)
request was filed by an individual for your name and address in reference to the above-
referenced seizure **case.**  Unless you respond, within 10 days following the date of this
letter, stating why the requested information should not be disclosed by U.S. Customs
and Border Protection, the aforementioned FOIA request will be processed, which could
result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you
have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



OCT 3 2005

DIS-7-RR:IT:DL
588685 RH

**RE:    FP&F Case No. 2005-2704-000401-01**

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and
Border Protection**

DIS-7-RR:IT:DL
588685 JTR

AUG  2 2005



Re:    FP&F Seizure Case No. 2004-2704-000996-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure case.  Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
Disclosure Law Branch
Mint Annex
1300 Pennsylvania Ave., NW
Washington, D.C. 20229

Please feel free to contact me at (202) 572-8720, should you have any questions.

Sincerely,

Joanne Roman Stump
Chief, Disclosure Law Branch

Enc. (2)



GOVERNMENT
EXHIBIT
18

DIS-7-RR:IT:DL
588685 RH



RE:    FP&F Case No. 2004-2704-000996-01

Dear Sir or Madam:

We sent you a letter on August 2, 2005, informing you that a Freedom of Information Act
(FOIA) request was filed by an individual for your name and address in reference to the
above-cited U.S. Customs and Border Protection (CBP) case.  We offered you an
opportunity to state why CBP should not disclose the requested information.  You did not
reply to the letter.

Based upon our independent review of this matter, we do not believe there is justification
for not releasing the requested information.  Accordingly, unless you file a suit in the
Federal District Court in which you reside or in the District Court for the District of
Columbia to prevent disclose of the information, CBP will release your company's name
and address under FOIA to the party that requested it.  This disclosure will be made on or
after October 12, 2005.

You should be aware that the requesting party has filed a suit in the District Court for the
District of Columbia to compel disclosure of the requested information.  That suit is
styled Seized Property Recovery Corporation v. U.S. Customs and Border Protection,
Civil Action No. 1:05CV01570.

Please do not hesitate to contact Rebecca Hollaway of my staff at (202) 572-8814, should
you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch



GOVERNMENT
EXHIBIT
19

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No.: 2004-2704-001309-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



GOVERNMENT
EXHIBIT
20

DIS-7-RR:IT:DL
588685 RH



OCT 3 2005

RE: FP&F Case No.: 2004-2704-000969-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE: FP&F Case Nos.: 2004-2704-000966-01; 2004-2704-000977-01;
2004-2704-000984-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)