LAW OFFICES
# RAMSEY & PRICE

CORNELL J. PRICE
ROBERT RAMSEY, JR.

446 SOUTH FIGUEROA STREET, SUITE 2840
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 612-0020
TELECOPIER (213) 612-0091

October 21, 2005
*Via Facsimile and U.S. Mail*

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229
Attn: Ms. Rebecca Holloway

Re:   FP & F Case No. 2005-2704-000140-01

Dear Ms. Holloway:

This firm represents Mr. ▆▆▆▆▆▆ in the related criminal matter, and he has requested that I respond to your letter on his behalf.

Please accept this letter as a response to the October 3, 2005 letter from your office advising Mr. ▆▆▆▆▆▆ of a Freedom of Information Act (FOIA) request seeking disclosure of private and privilege information related to Mr. ▆▆▆. For the reasons set forth below, Mr. ▆▆▆ respectfully objects and does not authorize release of the information requested by the FOIA request.

First and foremost, the information which is the subject of the FOIA request was seized from Mr. ▆▆ by government law enforcement agents acting in their official capacity. It is my understanding that the facts and circumstances involving the forfeiture resulted from an on going criminal investigation. Thus, it seems to me that such information is exempt as a law enforcement or on going criminal investigation exemption.

Secondly, and more importantly, the information sought by the FOIA request is privilege and private and personal and release of such information would cause an invasion of Mr. ▆▆▆ and his family's right to privacy.

If you have any questions regarding this letter please do not hesitate to contact this office.

Very truly yours,

Robert Ramsey, Jr.

cc: Mr. J▆▆▆▆▆

GOVERNMENT
EXHIBIT



TEL: 
FAX:

Date: OCT 10, 2005

To: U.S. Customs and Border Protection
    FOIA appeals, policy & litigation branch
    Mint Annex
    1300 Pennsylvania Ave N.W.
    Washington, D.C. 20229
    Attn.: Rebecca Hollaway / John Elkins

Ref.: FP&F Case No. 2005-2704-000346-01 and 2005-2704-000347-01

Dear Rebecca,

We received your letter on OCT 7 regarding a FOIA request filed by an individual for our name and address in reference to the above-cited case.

According to our record, the two electric carts from the above-cited case that we brought in are just for pre-marketing samples, they are not for retail. And we do not have any attempt to import these two products at this moment. AS a result, <u>we here request that our name and address in reference to the above-cited case should NOT be released to any other parties.</u>

Sincerely,



Tel      Ext
Fax



GOVERNMENT EXHIBIT
27

*E.O.E*

**Kirt J. Hopson**
Attorney at Law
9844 S. Paramount Boulevard
Downey, CA 90240
(562) 864-6773

---

October 15, 2005

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Avenue NW
Washington, D.C. 20229
Attn.: John E. Elkins
    Chief, FOIA Appeals, Policy & Litigation Branch

    Re:    FP&F Case Nos: 2004-2704-000966-01
                         2004-2704-000977-01
                         2004-2704-000984-01

Dear Mr. Elkins:

I have been retained to represent the interests of Mr. ▌▌▌▌▌ in regards to the above-referenced cases and the FOIA request filed with U.S. Customs and Border Protection. A Notice of Entry of Appearance as Attorney or Representative [Form G-28] is enclosed.

Pursuant to section 103.35, paragraph (c)(1), of Title 19 of the Code of Federal Regulations, and, section 552, subsection (b), of Title 5 of the United States Code, Mr. ▌▌▌▌▌ objects to the disclosure of the requested information, and requests that U.S. Customs and Border Protection withhold such information, on the grounds that:

1. The information was compiled for law enforcement purposes;
2. Release of the information would constitute an unwarranted invasion of Mr. and Mrs. ▌▌▌▌▌ personal privacy, as their address is otherwise confidential; and,
3. Release of the information could endanger the life or physical safety of Mr. ▌▌▌▌▌ family, as Mr. ▌▌▌▌▌ as provided, and may provide in the future, assistance to the United States Attorney's Office in Los Angeles for the investigation, arrest, and prosecution, of other individuals suspected of illegal drug trafficking.


GOVERNMENT EXHIBIT 28

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
October 15, 2005
Page 2

Should further information be needed in order to consider this objection, please feel free to contact me at your convenience.

Sincerely,

KIRT J. HOPSON

KJH:mc

Enclosure as stated

## Law Offices of
# ARNOLD SILVERSTEIN

1700 Sansom Street
Philadelphia, PA. 19103
(215) 569-3909 Fax: 569-3829
E Mail: ARNOLDREGAN@YAHOO.COM

fax 1202-572-8747
October 12, 2005

Rebecca Hollaway
FOIA Appeals
US Customs and Border Protection
1300 Pennsylvania Avenue., NW
Washington, DC 20229

       RE: FP&F Seizure 2005-1001-000158-01

Dear Sir:

    I represent ▇▇▇▇. In response to your letter to Mr. ▇▇▇ regarding the above captioned seizure I am objecting to the release of information concerning ▇▇▇ to anyone. Providing this information, to an unknown person would be an invasion of Mr. ▇▇▇ privacy and could possibly endanger him and/or his family.

    Thank you.

Sincerely,

Arnold Silverstein, Esquire



TO:         SEE DISTRIBUTION

FROM:    Director, Seizures and Penalties Division
             Office of Field Operations

SUBJECT: Seized Property Recovery Corp. v. U.S. Customs and Border
             Protection, Civ. No.1:CV01570, (D.D.C. filed August 3, 2005),
             (TC#SP06-0329)

U.S. Customs and Border Protection (CBP) is currently involved in the above-captioned litigation with the Seized Property Recovery Corporation v. CBP, Civil Action. Mr. Peter Herrick is counsel for "SPRC." The Office of Regulations and Rulings (OR&R), Regulations and Disclosure Law Division, FOIA Appeals, Policy and Litigation Branch (FAPLB), and the Office of Chief Counsel (OCC), Headquarters, in assisting in defending the agency in this litigation, have advised the Seizures and Penalties Division (SPD) that a supplemental release of Mr. Herrick's request for the release of business names and addresses of commercial entities is warranted.

Private individuals' names and addresses may not be released under Exemptions 6 and 7(C) of the Freedom of Information Act (FOIA). Business or company names and addresses will generally be released when requested, and must be provided upon request, unless the requirements of exemptions 7(A) (see below) are satisfied. This includes any individual who is conducting business as a company.

The FOIA request by Mr. Herrick was originally denied by CBP pursuant to 5 U.S.C. § 552(b)(7)(A) and (b)(7)(C) amongst other exemptions.

This memorandum serves as the authority for the applicable Fines, Penalties and Forfeitures offices (FP&F) to notify Mr. Herrick that the FOIA request for the business names and addresses is being provided to him as a supplemental release. FP&F may release the requested business names and addresses to Mr. Herrick under the following conditions:

- FP&F must first determine whether the requested information is that of an individual or commercial entity (business or company).


GOVERNMENT EXHIBIT 30

2

- If the FP&F cases involve an individual, the individual's name will *not* be released under 5 U.S.C. § 552 (b)(6) and 5 U.S.C. § 552(b)(7)(C), and your response to Mr. Herrick should indicate as such by citing the FP&F case number and the above exemptions.

- If it is determined that the requested information is that of a commercial entity, FP&F must coordinate and verify with the Bureau of Immigration and Customs Enforcement (ICE) whether or not there is a criminal investigation and/or law enforcement action with ICE in which disclosure of the commercial entity's name and address could reasonably be expected to interfere with enforcement proceedings.

- If it is determined that releasing the name and address of the commercial entity would harm an investigation or enforcement action, the information will *not* be released. In this case, the applicable FOIA exemption is b(7)(A).

- In its response to Mr. Herrick, FP&F must include a screen-print of the SEACATS record, which identifies *only* the FP&F case number, the business name, the business address, the for cases where information may be released. FP&F will redact all information from the SEACATS screen print. FP&F will include on their response letter to Mr. Herrick that although the business names and addresses are being released, all other information in the SEACATS screen print is considered "non-responsive" and will not need to be provided to Mr. Herrick.

OR&R has provided an attachment to this memo which identifies the FP&F cases involved, the port decisions that are being appealed, HQ numbers, and the names and addresses found in SEACATS. Although the names and addresses were queried in SEACATS, SEACATS is not always current regarding other ongoing actions involved with the cases.

Please ensure that FP&F provide Mr. Herrick their response **no later than 20 working days** from the date of this memorandum, or
Mr. Herrick's contact information is:

> Mr. Peter Herrick
> Seized Property Recovery Corp.
> 3520 Crystal View Court
> Miami, FL 33133
> Facsimile: (305) 858-6347

3

A copy of FP&F's response to Mr. Herrick's response, including the documentation (i.e., SEACATS screen-print with business name and address) shall be forwarded to the following HQ offices via facsimile:

- Rebecca Hollaway, ORR, at (202) 572-8777
- Tina Flaviano and/or Ricardo Scheller, SPD, at (202) 344-1269

If you should have any questions concerning this memorandum, please contact Ricardo Scheller, Acting Branch Chief, Fines and Penalties Branch, at (202) 344-1095.


Dennis McKenzie

Attachment

Distribution:
Director, Field Operations, Los Angeles
Director, Field Operations, San Francisco
Director, Field Operations, New York
Director, Field Operations, El Paso
Director, Field Operations, Houston
Director, Field Operations, San Juan
Director, Field Operations, New Orleans
Director, Field Operations, Honolulu