Division of Corporations



## Florida Profit

## SEIZED PROPERTY RECOVERY CORPORATION

### PRINCIPAL ADDRESS
3520 CRYSTAL VIEW COURT
MIAMI FL 33133

### MAILING ADDRESS
3520 CRYSTAL VIEW COURT
MIAMI FL 33133

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P05000105177 | NONE | 07/28/2005 |

| State | Status | Effective Date |
|---|---|---|
| FL | ACTIVE | 07/25/2005 |

## Registered Agent

| Name & Address |
|---|
| HERRICK, PETER S<br>3520 CRYSTAL VIEW COURT<br>MIAMI FL 33133 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| HERRICK, PETER S<br>3520 CRYSTAL VIEW COURT<br><br>MIAMI FL 33133 | PD |

## Annual Reports

| Report Year | Filed Date |
|---|---|

GOVERNMENT EXHIBIT
CARDELS 800-783-0399
31

| Previous Filing | Return to List | Next Filing |
| --- | --- | --- |

No Events
No Name History Information

## Document Images
Listed below are the images available for this filing.

07/28/2005 -- Domestic Profit

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

| Corporations Inquiry | Corporations Help |
| --- | --- |