**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **SEIZED PROPERTY RECOVERY** ) | |
| **CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1570 (PLF)** |
| ) | |
| **UNITED STATES CUSTOMS AND** ) | |
| **BORDER PROTECTION** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### ORDER

This matter comes before the Court on defendant's Motion for Summary Judgment.

Upon consideration of the motion, the opposition thereto, the relevant law and the entire record

herein, it is this \_\_\_ day of _____, 2005 hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED that judgment is entered for defendant, and it is further

ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE.  This is

a final, appealable order.


SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE