UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY )
CORPORATION, )
                          )
    Plaintiff,            )
                          )
v.                        )    Civil Action No. 05-1570(PLF)
                          )
UNITED STATES CUSTOMS AND )
BORDER PROTECTION,        )
                          )
    Defendant.            )

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Seized Property Recovery Corporation ["SPRC"], by its undersigned attorney, pursuant to Rule 56 of the Federal Rules of Civil Procedure, opposes Defendant's Motion for Summary Judgment and Cross Moves for Summary Judgment pursuant to the Freedom of Information Act, 5 U.S.C. §552; and, for a declaratory judgment pursuant to 28 U.S.C. §2201. Cross motion for summary judgment is sought on the grounds that there are no material facts in dispute and that plaintiff is entitled to judgment as a matter of law.

A statement of material facts as to which there is no genuine dispute and a memorandum of points and authorities with supporting declarations and exhibits are

1

filed herewith.

                                           Respectfully submitted,

                                           Peter S. Herrick
                                           Attorney for Plaintiff
                                           3520 Crystal View Court
                                           Miami, Florida 33133
                                           Tel. 305-858-2332
                                           Fax. 305-858-6347
                                           Email pherrick@bellsouth.net
                                           D C Bar No. 137935