## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SEIZED PROPERTY RECOVERY**
**CORPORATION**
**3520 Crystal View Court**
**Miami, Florida 33133,**

<strong>Plaintiff,</strong>

**v.**                          **Civil Action No. 05-1570(PLF)**

**U. S. CUSTOMS AND**
**BORDER PROTECTION,**
**1300 Pennsylvania Avenue, NW**
**Washington, D. C. 20229,**

<strong>Defendant.</strong>

_____/

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN DISPUTE

Pursuant to Local Rule 7(h), plaintiff submits the following statement of material facts as to which there is agenuine issue, with references to the part of the record relied upon to support the statement;

1.      Individuals need to know what the U. S. Customs and Border Protection ["Customs"] are doing with their seized property outweighs their privacy interests. Herrick Dec. ¶ 16.

2.      Public release of the names and addresses of individuals would directly reveal the operations or activities of Customs in that the individuals would know why

1

Customs was forfeiting their property without being given the opportunity to seek mitigation or remission of the forfeiture. Herrick Dec. ¶ 16.

3.    There is no evidence of record that in any of the cases subject to the requests for names and addresses that any of the persons are the subject of an ongoing law enforcement proceeding. Plaintiff's Points and Authorities.

4.    There is no evidence of record that the release of the names and addresses will alert the persons of ongoing law enforcement proceedings. Herrick Dec. ¶ 13.

Respectfully submitted,

Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar No. 137935

2