UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEIZED PROPERTY RECOVERY
CORPORATION**
3520 Crystal View Court
Miami, Florida 33133,

          **Plaintiff,**

v.                            Civil Action No. 05-1570(PLF)

**U. S. CUSTOMS AND
BORDER PROTECTION,**
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

          **Defendant.**
_____/

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Local Rule 7(h), plaintiff submits the following statement of material facts as to which there is no genuine issue, with references to the part of the record relied upon to support the statement;

1.    Individuals need to know what the U. S. Customs and Border Protection ["Customs"] are doing with their seized property outweighs their privacy interests. Herrick Dec. ¶ 16.

2.    Public release of the names and addresses of individuals would directly reveal the operations or activities of Customs in that the individuals would know why

Customs was forfeiting their property without being given the opportunity to seek mitigation or remission of the forfeiture. Herrick Dec. ¶ 16.

3. There is no evidence of record that in any of the cases subject to the requests for names and addresses that any of the persons are the subject of an ongoing law enforcement proceeding. Plaintiff's Points and Authorities.

4. There is no evidence of record that the release of the names and addresses will alert the persons of ongoing law enforcement proceedings. Herrick Dec. ¶ 13.

5. Many Federal, state and local agencies publish names and addresses in their notices of forfeiture. Herrick Dec. ¶ 10.

6. By statute, Customs is required to publish the names and addresses from whom it seized property in its notices of forfeiture. Plaintiff's Points and Authorities.

7. Mitigation guidelines administered by Customs provides that at least 95% of seized currency or monetary instruments should be refunded to persons from whom Customs has seized such currency and monetary instruments. Herrick De. ¶ 16.

8. Corporations have no privacy interest protected by the Freedom of Information Act. Plaintiff's Points and Authorities.

9. By regulation, Customs releases the names and addresses of shippers,

consignees and notify parties involved in the importation of merchandise into the United States. Plaintiff's Points and Authorities.

Respectfully submitted,

Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar No. 137935
Respectfully submitted,