# EXHIBIT A



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and Border Protection

MAR 17 2005 DIS 4-02 RR:IT:DL
588391 MB

Peter S. Herrick, P.A.
Attorney At Law
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated June 14, 2004, wherein you appeal the decision (FOIA #04-077) of the Port Director, Miami Service Port, Florida, U.S. Customs and Border Protection (CBP), dated June 8, 2004, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) request for the names and addresses of persons who were the subject of five seizure cases (you provided seizure numbers) initiated by CBP. In that decision, the Port Director asserted that the names and addresses of such persons are exempt from release pursuant to 5 U.S.C. 552(b)(7)(A).

We reverse the decision of the Port Director, Miami Service Port. Upon review of this matter, we have determined that CBP can provide the names and addresses that you have requested pursuant to 19 C.F.R. 162.45(a)(4). Since the names and addresses are known to the Fines, Penalties, and Forfeitures Officer at the Miami Service Port in the five seizure cases that are the subject of your appeal, they should be published. We are also instructing the FP&F Officer at the Miami Service Port that in the future, it should include this type of information in its public notices of seizure and sale as it is a regulatory requirement.

The following is a list of the names and addresses you have requested, along with their seizure numbers, relating to the five seizures that are the subject of your appeal and from whom Customs seized merchandise/currency:

- 2002-7423-000001: David Montesino, 5981 S.W. 5th Terrace, Miami, FL 33144
- 2004-5201-000293: David's Wholesale Center, 4171 N. State Rd., 7 Hollywood, FL 33021-1510
- 2004-5201-000302: M/V ANICIA, 3611 N.W. S. River Drive, Miami, FL 33132

03/24/05

A

- 2000-5206-000430: Musa Holdings, Inc., 3701 S. Congress Ave., Lake Worth, FL 33461
- 2004-5201-000184: Vastbo Trading Co., 1970 73rd St., Brooklyn, NY 11204

Inasmuch as you consider this to be a denial of your appeal, you may obtain judicial review of this decision pursuant to 5 U.S.C. 552(a)(4)(B) in the United States District Court in the district in which you reside, have a principal place of business, in the agency where the records are situated, or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump

Joanne Roman Stump, Chief
Disclosure Law Branch

cc: Robert Deltoro, Acting FP&F Officer, Miami Service Port, Florida

# EXHIBIT B

FROM U.S. CUSTOMS (FRI) 5. 20'05 19:40/ST. 19:40/NO. 4861178834 P 2

U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

MAY 2 0 2005

DIS-3 RR:IT:DL
588617 JRS

Peter S. Herrick, Esq.
Herrick Nikas
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated May 16, 2005, wherein you appeal two decisions (FOIA #05-061 and 05-066) of the Port Director, Miami Service Port, Florida, U.S. Customs and Border Protection (CBP), dated May 13, 2005, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) requests under exemption b(7)(A) (title 5, United States Code (U.S.C.), section 552 (b)(7)(A)) for the names and addresses of persons who were subject of specific seizure cases.

We are remanding to the Port Director, Miami Service Port both above-referenced FOIA decisions for reconsideration and a determination consistent with the finding of our appellate decision of March 17, 2005 (588391), copy enclosed. The Miami Service Port erred by not attempting to reasonably segregate the responsive records in both instances and withholding them in full under exemption b(7)(A). Upon receipt of a FOIA request, the agency must process the request and use the FOIA exemptions, as applicable, on the responsive records in existence at the time of the request. A FOIA request may be filed on both open and closed seizure cases as public disclosure of any other item of information concerning such cases shall only be made in conformance with the procedures provided in 19 CFR 103.5. See 19 CFR 103.32. Both initial FOIA decisions failed to articulate how the disclosure of certain information would interfere with a law enforcement proceeding within the meaning of FOIA exemption b(7)(A) to the specific records requested.

Sincerely,

Joanne Roman Stump

Joanne Roman Stump, Chief
Disclosure Law Branch

cc: Port Director, Miami Service Port
Robert Del Toro, Acting FP&F Officer, Miami Service Port, Florida
Office of Trade Relations, Michael K. Dean

# **EXHIBIT C**



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

DIS-3 RR:IT:DL
588553 GD

JUN 08 2005

Mr. Peter S. Herrick, P.A.
Attorney at Law
3520 Crystal View Court
Miami, Florida 33133

Re: Freedom of Information Act Appeal of December 20, 2004.

Dear Mr. Herrick:

The purpose of this correspondence is to address your request for an administrative appeal of the response of the Port Director, Miami Service Port, U.S Customs and Border Protection (CBP) dated December 16, 2004, pursuant to your Freedom of Information Act (FOIA)/Privacy Act request. In your initial FOIA request dated December 3, 2004, you requested the names and addresses of individuals from whom CBP seized currency under Fines, Penalties, and Forfeiture Office (FP&F) case number 2001-5206-001163 and 2004-5206-000511.

The Freedom of Information Act, 5 U.S.C. 552 (West 1996 & Supp. 2000) provides for the public disclosure of records of the United States Federal Government and was "designed to create a broad right of access to 'official information." *United States Department of Justice v. Reporters Committee for Freedom of the Press,* 489 U.S. 749, 772, (1989) *citing EPA v. Mink,* 410 U.S. 73, 80 (1973). The basic policy underlying the FOIA is that citizens have a right to be informed about "what their government is up to." *Reporters Committee* at 733, *citing Mink* at 105. Records of the government are only exempt from the policy of full disclosure if "clearly delineated statutory language" provides for an exemption. *Department of Air Force v. Rose,* 425 U.S. 352, 361 (1976) *quoting* S. Rep. No. 813, 89th Cong., 1st Sess., 3 (1965).

In the initial FOIA response dated December 16, 2004, you were informed that while the administrative process of the property seized is ongoing, the data elements which you seek would be considered law enforcement information exempt from disclosure under 5 U.S.C. 552 (b)(7)(A).

Letters mailed 6-14-05

06/13/05

B

It is determined that due to the fact that FP&F Case Nos. 2001-5206-001163 (remission amount paid) and 2004-5206-000511 (administrative forfeiture) are closed, there is no basis to withhold the names and addresses of the violators under a FOIA request pursuant to 19 CFR 103.32. Therefore, the following information is now being provided to you:

2001-5206-001163 – Eduardo Paz
13306 SW 28th Street
Miami, Florida 33175

2004-5206-000511 – Joseph Mazel
Thoney Lane 98
Aantwerp 2050, Belgium

The Freedom of Information Act, particularly 5 U.S.C. 552 (a)(4)(B), provides you with the opportunity to seek judicial review of this administrative appeal. You may institute judicial review in the United States District Court in the district in which you reside or have a principal place of business or in the district where the agency records are located or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump
Chief, Disclosure Law Branch

# EXHIBIT D



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

MAR 17 2005

DIS 4-02 RR:IT:DL
588404 MB

Peter S. Herrick, P.A.
Attorney At Law
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated September 1, 2004, wherein you appeal the decision (FA 2004-2704-150 mk) of the Port Director, Port of Long Beach, California, U.S. Customs and Border Protection (CBP), dated August 23, 2004, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) request for the addresses of 16 persons (that you name) from whom merchandise and/or currency was seized by CBP. In that decision, the Port Director asserted that the addresses of these persons are exempt from release pursuant to 5 U.S.C. 552(b)(7)(C).

We reverse the decision of the Port Director, Long Beach, California. Upon review of this matter, we have determined that CBP can provide the addresses that you have requested pursuant to 19 C.F.R. 162.45(a)(4). Since in the 16 seizure cases that are the subject of your appeal, the addresses are known to the Fines, Penalties, and Forfeitures Officer at the Port of Long Beach, they should be published. We are also instructing the FP&F Officer at Long Beach that in the future, it should include this type of information in its public notices of seizure and sale as it is a regulatory requirement.

The following is a list of the addresses you have requested for the 16 named persons, together with their seizure case numbers, from whom Customs seized merchandise/currency:

- 2002-2720-000365: Marhaf Maida, 43334 32nd St. West, #41, Lancaster, CA 93539
- 2003-2704-000937: Haggar Clothing Ltd., 6113 Lemon Ave., Dallas,TX 75209
- 2004-2704-000146: Jafael Jerome Winston, 5451 Hermitage, #4, Valley Village, CA 91607

03/24/05

- 2004-2704-000148: Leonor De Rodriguez Morales, 8401 Hickory St., Los Angeles, CA 90001
- 2004-2704-000173: Xiomara Rodrigurz-Espinoza, 8333 Hickory St., Los Angeles, CA 90001
- 2004-2704-000360: Corina Reyes Duarte, 1255 Dunrobin Avenue, Downey, CA 90242
- 2004-2704-000360: Benjamin Y. Duarte, 1255 Dunrobin Avenue, Downey, CA 90242
- 2004-2704-000392: Los Angeles Bail Bonds, 511 ½ E. Broadway Ave., Glendale, CA 91205
- 2004-2704-000394: Nader Amer, 2220 David St., San Leandro, CA 94577
- 2004-2713-000042: Mehdi Mohammad Humkar, 290 Hazelridge Ct., Simi Valley, CA 93065
- 2004-2704-000588: Erick Gutierrez-Ramos, 4114 Camino De La Plaza, San Ysidro, CA 92173
- 2004-2713-000020: Ruben Candejas Estrada, 822 4th Street, Fillmore, CA 93015
- 2004-2704-000191: Billy Jo Manes, 864 Jarrow Avenue, Hacienda Heights, CA 91745
- 2004-2704-000199: Craig Allen Egerton, 9903 Santa Monica Blvd., #564M, Beverly Hills, CA 90212
- 2004-2720-000249: Karlo Bagon, (notification address) Los Angeles Metropolitan Detention Center, 535 N. Alameda Ave., Los Angeles, CA 90012, (place of residence): Oceanside Blvd., Santa Monica, CA 90250
- 2004-2713-000026: Enrique Bravo Lopez, 1503 S. Wallis Avenue, Santa Monica, CA 93458

Inasmuch as you consider this to be a denial of your appeal, you may obtain judicial review of this decision pursuant to 5 U.S.C. 552(a)(4)(B) in the United States District Court in the district in which you reside, have a principal place of

business, in the agency where the records are situated, or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump

Joanne R. Stump, Chief
Disclosure Law Branch

cc: Robert Thierry, FP&F Officer, LA Long Beach, CA

# EXHIBIT E

Print Email Close

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property on or before MAY 18, 2005 . If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2002-2720-000216** NDA U.S. Currency($8,500.00), Money Orders(6ea)(Western Union)($3,000), Money Orders(Travelers Express)(137ea)($76,500.00),seized on 10/06/2004 pursuant to 31USC5317 at LAX(Outbound), from Nassir H. El Moghrabi at 44638 Stonebridge Land, Lancaster, CA 03536.

**2004-2720-000194** YB U.S. Currency($14,727.00) seized on 03/30/2004 pursuant to 18USC981, at Los Angeles, CA, from Marcelino Viramont Molina at 106 ½ Venice Blvd. Los Angeles, CA 90015, & Jody Custer ($1,000.00) at 1061/2 Venice Blvd., Los Angeles, CA 90015.

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before APRIL 23, 2005 . If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2003-2704-000732** MK Women's Cotton Blouse(12,480ea), Men's Pullovers(456pcs), Men's Blue Denim Jeans (1,230ea), Girl's Cotton Trousers(4,800pcs), Women's Cotton Trousers(20,184 pcs), Cotton Sheets (4,090ea), Pillowcases(2,045pcs), Samples (20ea) seized on 07/30/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Rich Oriental, 1202 Monte Vista Ave, #20, Upland, CA 91786. **2003-2704-000583** MK Women's Cotton Tops (24,000ea) ctns(2,000), seized on 05/06/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Norma Diaz Hercado De Todos, 665 Diaz Ordaz Blvd, Mesa Tíjuana, MX. **2003-2704-000584** MK Sweaters (24,216 ea) ctns(2,018)seized on 05/06/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Norma Diaz Hercado De Todos 665 Diaz Ordaz Blvd, Mesa Tijuana, MX.

**2003-2704-000585** MK Sweaters (24,264 ea) ctns(2,022) seized on 05/06/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Norma Diaz Hercado De Todos, 665 Diaz Ordaz Blvd, Mesa Tijuana, MX. **2004-2704-000117** NDA Men's Woven Shorts (2,424pcs) ctns(202), Men's Woven Jeans (13,259pcs) ctns(1,109)seized on 10/28/03, pursuant to 19USC1526(e), at LA/LB Harbor from Kazah Fashion, Inc. 3940A Valley Blvd. Walnut, CA 91789. **2003-2704-000314** WB Cigarettes(Akhtamar)(600,000ea), Cigarettes (Akhtamar/Lights)(600,000ea), Cigarettes(Ceasar Brands)(1,000,000ea), Cigarettes(Garni Brands)(4,300,000ea) seized on 02/21/2003, pursuant to 19USC1595a(c), at LA/LB Harbor from GT Imports Exports, 4525 San Fernandez Road, # A Glendale, CA 91204. **2002-2720-000346** MK Firearms (33ea), Various Firearm Accessories and Parts (2ea) seized on 08/14/02, pursuant to 22USC401 at LA International Airport, from David Tipple 236 Barbadoes St.,Christchurch, New Zealand.**2004-2704-000674** YB Ladies' Blouses(Cotton) (8,262pcs), Ladies' Blouses(MMF)(2,514 pcs) seized on 3/16/04, pursuant to 19USC1595a(c)(3), at LA/LB Harbor, from Say What Inc. 1639 Centre Street, Ridgewood, NY 11385**. 2004-2704-000727** YB Ladies' Blouses (600 pcs), Ladies' Blouses(1,800pcs), Ladies Sweaters(14,340pcs) seized on 03/25/2004, pursuant to 19USC1595a(c)(3), at LA/LB Harbor from Say What Inc., 1639 Centre Street Ridgewood, NY 11385. **2004-2704-000768** YB Red Bull Drinks(cans)(66,000ea), Red Bull Drinks(Glass Bottle(65,500ea) seized on 04/09/04, pursuant to 19USC1595a(c)(a)(A), 1595a(c)(2)(A), and 1595a(c)(2)(c), 19USC1526(e), at LA/LB Harbor, from EZ Food Inc., 4934 Walnut Grove, #105 San Gabriel, CA 91776. **2004-2704-001306** YB Men's Shirts (3,108 pcs) seized on 9/17/04, pursuant to 19USC1526(e), at LA/LB Harbor, from Scope Imports, Inc., 9020 Blankenship Drive Houston,TX 77055. **2004-2704-000948** YB Rice Vermicelli (4,920ea), Tamarind Candy(20,000 ea) seized on 06/04/04, pursuant to 19USC1595a(c)(2)(A), at LA/LB Harbor from Mong Chong Trading Corporation 56-72 49th Place Maspeth, NY 11378. **2004-2704-001321** YB Men's Outerwear (1,800pcs), Men's Pullovers(3,408 pcs) seized on 09/22/2004, pursuant to 19USC1526(e), at LA/LB Harbor, from Scope Imports, 9020 Blankenship Drive, Houston, TX 77055. **2005-2720-000038** WB Airsoft Electric Rifles(300 ea) seized on 11/09/2004, pursuant to 19USC1595a(c) at LAX from Alternate Reality dba Viper, 15506 Dupont Avenue Chino, CA 91710. **2005-2704-000117** WB Toys(Sider Man 2)(11,280 pcs) , Toys(Spider Man 2)(1,200 pcs) , Toys(Toy Story 2) (1,920 pcs) , Toys(Toy Story)(1,584 pcs) seized on 11/29/04, pursuant to 19USC1595a(c)(2)(C), at LA/LB Harbor, from Able Power(USA), Inc., 431 S. Hewitt Street Los Angeles, CA 90013. **2005-2704-000136** NDA Extension Cords (48,360ea) , Trouble Lights(1,200ea) seized on 12/09/2002,

pursuant to 19USC1526(e), at LA/LB Harbor, from GNB Group, 3043 Bandini Blvd., Vernon, CA 90023. **2005-2704-000132** YB PVC Handbags (8,400pcs) seized on 12/08/04, pursuant to 19USC1595a(c)(2)(c) at LA/LB Harbor from Shuan Hwa Inc., 600 S. Maeto Street, Los Angeles, CA 90021.

**U.S. CUSTOMS AND BORDER PROTECTION**

04/04/2006, 04/11/2005 and 04/18/2005

04/04/2005, 04/11/2005, 04/18/2005

**DJ-799443#**

**Print Email Close**

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property on or before **May 20, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2005-2704-000065 NDA** "2000" Ford F150 Pick-Up Truck Vin#1FTRX18LXYKA0326
seized on 11/02/04 pursuant to 31USC5332(c)(1), at 4023 West 136th Street, Hawthorne, CA 90250
from David Jacob Graibe.

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before **April 25, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2004-2704-000477 NDA** Handbags(Burberry)(2,040 ea) , Wallets(Coach)(384 pcs) seized on 01/28/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Yun Fa Yan dba Sey Int'l Corp. 12019 Elliott Avenue El Monte, CA 91732. **2004-2704-000572 NDA** Men's Jackets(3,803ea) Men's Pants (3,803 pairs), seized on 02/25/2004, pursuant to 19USC1595a(c)(3), at LA/LB Harbor from Wide International, 1543 W. Olympic Blvd., Suite 400 Los Angeles, CA 90015. **2004-2704-000787 NDA** Handbags(Coach)(2,312 pcs), Louis Vuitton Handbag(3 pcs) seized on 04/14/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Kyu Chang Yi . **2004-2704-001201 NDA** Ladies' Woven Pants (12,763 prs) seized on 08/19/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Fashion Road Inc., 1407 Broadway New York, NY 10018. **2004-2704-001215 RLC** Hot Water Pots(936 pcs) seized on 08/24/2004, pursuant to 19USC1526(e), at Los Angeles/Long Beach Harbor from Huarun Investments(USA) Inc., 9010 Garvey Avenue Suite C Rosemead, CA 91770. **2005-2704-000087** NDA "T-Shirt" Bags in assorted sizes (6,322ea), Produce Roll Bags(889ea), Lady's Underpants (6,456 ea) seized on 11/10/2004, pursuant to

19USC1595a(c)(1)(A), at LA/LB Harbor from Golden Pacific Group 2107 Rosemead Blvd. El Monte, CA 91733. **2005-2704-000122 NDA** Handbags(Burberry)(1,020 ea) , Cosmetic Sets(1,020 ea) seized on 11/30/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Wink Cosmetics, Inc., 15571 Container Lane, Huntington Beach, CA 92649. **2005-2704-000129 NDA** DVD Players(7,560ea) seized on 12/06/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain Drive Scottsdale, AZ 85260. **2005-2704-000128 NDA** DVD Players (3,780ea) seized on 12/06/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain Drive Scottsdale, AZ 85260. **2005-2704-000153 NDA** DVD Players(3,780ea) seized on 11/13/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain DriveScottsdale, AZ 85260. **2005-2704-000154 NDA** DVD Player(3,780ea) seized on 11/14/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain Drive Scottsdale, AZ 85260.

**U.S. CUSTOMS AND BORDER PROTECTION**

04/06/2005, 04/13/2005 and 04/20/2005

04/06/2005, 04/13/2005, 04/20/2005

**DJ-800903#**

Print Email Close

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property on or before **May 28, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2003-2720-000221 RLC U.S. Currency($32,500.00), & Mexican Pesos(7,640)(USD Equivalent ($646.34), seized on 06/02/2002 at Los Angeles International Airport, from David A. Hinojosa, 10165 Lev Avenue, Arleta, CA 91331.**

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before **May 04, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2002-2704-000334 RLC** Boy's Cotton Shorts(19,080 pcs), Men's Shorts & Pants(16,092 pcs), Ladies' Cotton Shorts(6,268 pcs), & Penalty Sample(1 pc) seized on 03/06/2002, pursuant to 19USC1595a(c)(2)(C), and 19USC1526(e), at Los Angeles/Long Beach Harbor , from Comercializadora Moda Price S.A., San Antonio Abad No. 8-102 Col., Transito, Mexico D.F. 06820. **2004-2704-000767 MK** Footwear ctns(375), seized on 04/09/2004, pursuant to 19USC1595a(c), at LA/LB Harbor from Landmax, Inc., 10155 Rush St. S. El Monte, CA 91733. **2005-2704-000080 YB** DVD Players (300 pcs) seized on 11/08/04, pursuant to 19USC1526(e), at LA/LB Harbor from Yamakawa USA Inc., 75 Castinlian Drive, Goleta, CA 93117. **2005-2704-000100 MK** Handbags(Burberry) (1,656 ea), Handbags(non-infringing)(4,224ea) seized on 11/18/2004, pursuant to 19USC1526(e), and 19USC1595a(c), at LA/LB Harbor from Ruvynn Corporation 2222 Damon Street Los Angeles, CA 90021. **2005-2704-000116 MK** Handbags(Burberry)(1,344 ea) seized on 11/29/04, pursuant to 19USC1526(e), at LA/LB Harbor from Ruvynn Corporation 2222 Damon St. Los Angeles, CA 90021.

**2005-2704-000157 YB** Wallets(101ea), Watches(23ea) , Luggage(9ea) , Belts(14ea) , Handbags(76ea) , Handbags(101ea) seized on 12/16/05, pursuant to 19USC1595a(c), and/or 19USC1526(e), at 32 Bargemon, Newport Coast, CA 92657 from Terrence Keith Smith 32 Bargemon Newport Coast, CA 92657. **2005-2704-000168 RLC** LCD Handheld Games (120,000 pcs) seized on 12/21/2005, pursuant to 19USC1595a(c)(2)(C), at Los Angeles/Long Beach Harbor from Deleg Gustavo A. Madero Commercializadora Paz SA de CV Calle Abel #59-D, Col., Guadalupe Tepeyac C.P. 07540, Mexico D.F. **2005-2704-000201 RLC** Mens' Polyester Pants (10,908 pcs), Ladies' Jackets(7,200 pcs), Ladies' Pants (7,200 pcs) seized on 12/29/2004, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from CAE Group Incorporated 25 South Raymond AvenueAlhambra, CA 91801. **2005-2704-000241 RLC** Bongs(1,400 pcs), Aluminum Grinders (600 pcs), Wooden Grinders (828 pcs), Plastic Grinders(300 pcs) seized on 01/14/2005, pursuant to 19USC1595a(c), at Los Angeles/Long Beach Harbor, from Desire Enterprises, 838 South Grand Los Angeles, CA 90017. **2005-2704-000281 RC** Toy Guitars(4,320 pcs) , Power Cords(1,500 pcs) seized on 01/25/2005, pursuant to 19USC1595a(c)(2)(A), and 19USC1526(e), at Los Angeles/Long Beach Harbor from California International Trading Incorporated, 4170 Bandini Blvd., Vernon, CA 90023. **2005-2704-000268 RLC** Handbags(4,000pcs), Wallets(3,000pcs), seized on 01/21/2005, pursuant to 19USC1595a(c)(2)(C), at Los Angeles Seaport from Pegaso Trading Incorporated, 2012 East 25th Street, Vernon, CA 90058. **2005-2704-000297 YB** Fabric (32,497 yards) seized on 01/28/2005, pursuant to 19USC1595a(c)(2)(E), and 1595a(c)(1)(A), at LA/LB from Sunco International Inc., 110 E. 9th Street, B-601 Los Angeles, CA 90079. **2005-2704-000316 YB** DVD-R Media Disks (5,000 ea), seized on 02/03/2005, pursuant to 19USC1526(e), at LA/LB Harbor from Yamakawa USA Inc., 75 Castinlian Drive, Goleta, CA 93117. **2005-2704-000326 YB** Electric Scooters w/adapters(100 ea) seized on 02/07/2005, pursuant to 19USC1526(e), at LA/LB Harbor from Strong Ideas, Inc., 12621Encinitas Avenue, Sylmar, CA 91342. **2005-2704-000327 YB** Electric Scooters w/adapters (64 ea), seized on 02/07/2005, pursuant to 19USC1526(e), at LA/LB Harbor from Strong Ideas, Inc., 12621 Encinitas Avenue Sylmar, CA 91342. **2005-2704-000363 MK** Handbags (1,840ea) , seized on 02/18/2005, pursuant to 19USC1595a(c), and 19CFR133.22(c), at LA/LB Harbor from M&G International Inc., 138 W. 38th Street, Los Angeles, CA 90037 . **2005-2720-000095 MK** Men's Nylon Jackets(408ea) , Men's Cotton Jackets(612ea), seized on 01/28/2005, pursuant to 19USC1526(e), at LAX from RVCA Clothing, 919 Sunset Drive, Costa Mesa, CA 92627. **2004-2704-001012 RLC** Marlboro Reds(444 master Cartons), Marlboro Lights(372 master cartons), seized on 06/18/2004, pursuant to

19USC1526(e), 19USC1595a(c)(1)(A), and 19USC1595a(c)(2)(E), at LA/LB Harbor, from Comercializadora Marcansin S.A. de C.V., Blvd. Bellas Artes 19309(CP) 22510, Tijuana BC, Mexico.

**U.S. CUSTOMS AND BORDER PROTECTION**

04/15/2005, 04/22/2005 and 04/29/2005

04/15/2005, 04/22/2005, 04/29/2005

**DJ-804973#**

# EXHIBIT F

**U.S. Department of Homeland Security**
Washington, DC 20229

U.S. Customs and
Border Protection

AUG 2 2005

DIS-7-RR:IT:DL
588658 JTR

Mr. Peter Herrick
3520 Crystal View Court
Miami, FL 33133

Dear Mr. Herrick:

This is in response to your Freedom of Information Act (FOIA) appeal, dated June 20, 2005, taken from the decision of the Acting Executive Director, Trade Compliance and Facilitation, Office of Field Operations to withhold a memorandum issued by his office concerning the disclosure of names and addresses of parties in interest contained within administrative forfeiture files.

We have reviewed the memorandum, and have determined that it may be released in its entirety. Accordingly, enclosed is a copy of the memorandum, dated May 5, 2005, from the Acting Executive Director to the Directors of Field Operations.

You may obtain judicial review of this decision pursuant to the provisions 5 U.S.C. § 552(a)(4)(B) in the United States District Court in the district in which you reside, or have a principal place of business, or in which the agency of records are situated, or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump
Chief, Disclosure Law Branch

Enc.

030805
6

Jul-12-05 03:13pm From- 2023442791 T-366 P.002/003 F-818

U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and Border Protection

MAY 5 2005

MEMORANDUM FOR: DIRECTORS, FIELD OPERATIONS

FROM: Acting Executive Director, Trade Compliance and Facilitation

SUBJECT: Clarification of Forfeiture Notices

The purpose of this memorandum is to clarify Customs and Border Protections (CBP) policy concerning the publication of information contained in FP&F seizure case files. According to the Seized Asset Management and Enforcement Procedures Handbook, CIS HB 4400-01A, January 2002, Section 2.2.6(c) **Forfeiture-Contents of Notice**, the following items are mandatory when publishing or posting Civil Administrative Forfeiture lists in accordance with 19 U.S.C. 1607, 19 Code of Federal Regulations 162.45 (19CFR 162.45):

- Describe the property seized (in case of conveyances, specify the conveyance serial and identification numbers, vessel hull, or aircraft tail numbers).
- State the date, cause, and place of seizure.
- State the name of the newspaper and expected date of publication or date and place of posting of the forfeiture.
- State that any person desiring to claim the property must appear at the specific

Freedom of Information Act (FOIA) request, and processed in accordance with FOIA procedures.

Although 19 CFR 162.45(a)(4) states that the following information is to also be published or posted, e.g. "the name and place of residence of the person to whom any vessel or merchandise seized for forfeiture under the **navigation laws** (*emphasis added*) belongs or is consigned, if that information is known to the Fines, Penalties, & Forfeitures Officer," that paragraph only applies to seizures effected under the authority of title 46 of the United States Code.

In conclusion, all Fines, Penalties, & Forfeitures Officers should continue to follow the procedures set forth in SAMEPH concerning the specific information that should listed on a civil administrative forfeiture posting or publication.

If you have any questions concerning this matter, please contact, or have a member of your staff contact, Dennis A. McKenzie, Director, Seizures and Penalties division at (202) 344-2730.

Lawrence J. Rosenzweig

# EXHIBIT G

Print Email Close

**NOTICE OF SEIZURE♂U.S. TREASURY DEPARTMENT♂INTERNAL REVENUE SERVICE♂CRIMINAL INVESTIGATION**

On or about June 30, 2005, a 2005 Toyota Sienna VIN 5TDDZA23C55S22361 registered to Chu Chan Ung and Mu Deitke was seized for administrative forfeiture at 152 S. Seranno Ave, Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205668, representing the proceeds of Bank of America Certificate of Deposit account number 03535-02161, held in the name of Mu Deitke in the amount of $21,463.72 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205669, representing the proceeds of Bank of America Certificate of Deposit account number 03539-02509, held in the name of Mu Deitke in the amount of $6,995.91 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205670, representing the proceeds of Bank of America Certificate of Deposit account number 03536-02539, held in the name of Mu Deitke in the amount of $60,165.04 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205667, representing the proceeds of Bank of America Certificate of Deposit account number 03537-01739, held in the name of Mu Deitke in the amount of $26,930.62 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about July 1, 2005, cashier's check number 2020205675, representing U. S. currency held in Bank of America safe deposit box number 3623, held in the name of Mu Deitke in the amount of $3,000.00 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

Pursuant to Title 18 U.S.C. Section 981 these properties are subject to forfeiture. Any person claiming an ownership interest in these properties must file, under oath, a verified statement of interest (claim). You must also provide documentary evidence of your interest in the above properties and explain the extent of your ownership interest. The claim must be received by the Internal Revenue Service, Criminal Investigation, Special Agent In Charge, Los Angeles Field

# EXHIBIT H

## LEGAL NOTICE

**NOTICE OF SEIZURE**
**U.S. TREASURY DEPARTMENT**
**INTERNAL REVENUE SERVICE**
**CRIMINAL INVESTIGATION**

The assets described below were seized by the Internal Revenue Service-Criminal Investigation. These assets are subject to administrative forfeiture under the provisions of 18 USC 981 due to the property's involvement in a transaction, or attempted transaction, in violation of 18 USC 1956. These properties are also subject to forfeiture under the provisions of 18 USC 981, as the properties are proceeds of specified unlawful activity. Description of the items seized:

A total of eight (8) watches, seven (7) Movado Watches and one (1) Tag Heuer watch along with $19,000.00 in US Currency, was seized from Hassan Nabirha at 301 81st Street, Apt. 6E, Brooklyn, NY on 8/25/2005 and $4,628.00 in U.S. Currency was seized from Sabry Hachani on his person on 8/24/2005.

Any person claiming an ownership interest in the above listed property must file, under oath, a verified statement of interest (claim). You must also provide documentary evidence of your interest in the above property and explain the extent of your ownership interest. The claim must be sent to:

**Michael J. Thomas**
**Special Agent in Charge,**
**Internal Revenue Service-**
**Criminal Investigation**
**Attn: John F. Ricupero,**
**Asset Forfeiture Coordinator**
**One Lefrak City Plaza, 4th Floor**
**Corona, NY 11368**

The Verified statement of interest, filed by any party not previously served by mail, must be received before the close of business on 30 days from the date of the last publication otherwise the property will be forfeited to the United States of America effective December 2, 2005 and disposed of according to law. For further information, contact Special Agent John Ricupero at (718) 760-6150.

G

# EXHIBIT I

**peter s herrick**

**From:** <classifieds@starbulletin.com>
**To:** <pherrick@bellsouth.net>
**Sent:** Monday, September 19, 2005 4:09 PM
**Subject:** You might be interested in these ads from Honolulu Star-Bulletin - Star Classifieds

DEPARTMENT OF THE ATTORNEY GENERAL
STATE OF HAWAII
NOTICE OF INTENT TO ADMINISTRATIVELY FORFEIT PROPERTY

NOTICE IS HEREBY GIVEN TO THE PERSONS IDENTIFIED HEREIN AND ALL OTHERS WHO MAY HAVE AN INTEREST that administrative forfeiture proceedings have been commenced against the property listed herein by the filing with the Attorney General of Petitions for Administrative Forfeiture pursuant to Chapter 712A, (Hawaii Omnibus Criminal Forfeiture Act), Hawaii Revised Statutes ("HRS"). The appearance of names of persons and business entities in this notice does not mean that they are criminal suspects; it only means that the state believes they may have an interest in the described property.

1. JASON SYLVA & MONICA GUESO
Property Seized: 1995 Chevrolet Truck, NRR-999, VIN: 1GCCS1449S8148923 (Est. Value: $4,000.00)
Date of Seizure: 4/1/05
Place of Seizure: Nale St., Ewa Beach, HI !
Violation: 134-6, HRS

2. ROBERT M. KLAMP
Property Seized: 1994 Honda Del Sol 2-Door Coupe, NCG-172, VIN: JHMEH6165RS005313 (Est. Value: $4,000.00)
Date of Seizure: 3/18/05; 4/29/05
Place of Seizure: N. King & Liliha St., Hon., HI
Violation: 134-6, 712-1243, 329-43.5 & 329-55, HRS

3. LEWIS LAMAY & STARLETTE K. SEGOVIA, also known as Starlette K. Lamay
Property Seized: $534.00 in U.S. Currency
Date of Seizure: 4/18/05
Place of Seizure: 1139 Kilani Ave., Wahiawa, HI
Violation: 712-1242, 712-1243, 329-43.5 & 329-55, HRS

4. FAY MEDEIROS
Property Seized: 1995 Plymouth Neon Sedan, KPY-548, VIN: 3P3ES47C0ST590746 (Est. Value: $2,000.00)
Date of Seizure: 4/18/05
Place of Seizure: Kamehameha Hwy., Haleiwa, HI
Violation: 708-836.5, HRS

5. NICANOR DUARTE PUGAY, JR.
Property Seized: $1,655.00 in U.S. Currency
Date of Seizure: 4! /15/05
Place of Seizure: Ukee St., Waipahu, HI
Vio! lation: 712-1243, 329-43.5 & 329-55, HRS

# EXHIBIT J

HE WALL STREET JOURNAL. THURSDAY, DECEMBER 8, 2005 B9B

# LEGAL NOTICE

## ATTENTION

The U.S. Secret Se[illegible] gives notice that the following properties were seized in accordance with Title 18, U.S.C., Section 981. Laws and procedures applicable to the forfeiture process can be found at 18 U.S.C. 981-984 and 19 U.S.C. 1602, et. seq. To contest the forfeiture of the property in U.S. District Court, file a claim with the U.S. Secret Service on or before the date indicated. A claim must meet the requirements set forth in 18 U.S.C. 983(a)(2)(C) and must be filed with the Secret Service, Asset Forfeiture Branch by the date indicated below. A claim form may be obtained by contacting the Secret Service Asset Forfeiture Branch at the address indicated below. A claimant may request immediate release of the seized property by filing a hardship petition in accordance with 18 U.S.C. 983(f). Interested parties who do not want to contest the forfeiture in U.S. District Court but seek to have the property returned, may file a Petition for Remission or Mitigation of the Forfeiture with the U.S. Secret Service on or before the date indicated below. The petition must contain proper documentation of the party's interest in the property and must include the facts and circumstances justifying return of the property. Submit claims, hardship petitions, and/or petitions for remission or mitigation to the U.S. Secret Service, Communication Center - CID/AFB, 245 Murray Drive, SW, Building 410, Washington, D.C. 20223. For further information concerning the forfeiture process or to obtain copies of the statutes referenced above, contact the Secret Service Asset Forfeiture Branch at (202) 406-6327.

FIRST NOTICE
DEADLINE TO FILE CLAIM
01/21/2006 SEIZURE NUMBER,
APPRAISED VALUE,
DEADLINE TO FILE PETITION
01/21/2006 DATE SEIZED, SEIZED
FROM, PLACE SEIZED

**SOUTHERN DISTRICT OF CALIFORNIA**
**412-2006-001**; $42,575.00; $16,700.00; $400.00; $50.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $400.00; 10/22/2005 James T. Hopper, Jr., San Diego, CA; 2002 BMW 745i, VIN #WBAGL63472DP50186; $16,700.00 in U.S. Currency; Western Union Money Order #05-112588608; Western Union Money Order #05-112588607; Western Union Money Order #05-112588193; Western Union Money Order #05-112588189; Western Union Money Order #05-112588187; Western Union Money Order #05-112588186; Western Union Money Order #05-112588194; Western Union Money Order #05-112588612; Western Union Money Order #05-113983382; Western Union Money Order #05-112588609; Western Union Money Order #05-112588606; Western Union Money Order #05-113983384; Western Union Money Order #05-112588611; Western Union Money Order #05-113983385; Western Union Money Order #05-112588188; Western Union Money Order #05-113983383; Western Union Money Order #05-113983381; Western Union Money Order #05-112588195; Western Union Money Order #05-112588610

**SOUTHERN DISTRICT OF FLORIDA**
**311-2006-001**; $1,900.00; 10/17/2005; Udom Ratanavong, Fort Lauderdale, FL; $1,900.00 in U.S. Currency

**NORTHERN DISTRICT OF GEORGIA**
**301-2006-006**; $959.00; $1,003.00; 10/15/2005; Lisa Corbin-Springer and Yemoja Denton, Morrow, GA; $959.00 in U.S. Currency; $1,003.00 in U.S. Currency
301-2006-007; $4,289.00; 10/16/2005; Antonio Brooks, Atlanta, GA; $4,289.00 in U.S. Currency
**301-2006-008**; $37,625.00; 10/15/2005; Lisa Corbin-Springer and Yemoja Denton, Morrow, GA; 2004 Cadillac Escalade SUV, VIN #1GYEK63N74R136454

**NORTHERN DISTRICT OF TEXAS**
303-2006-001; $3,990.06; $600.00; $13,975.00; 10/22/2005; Jeremy Michael Johnson, Dallas, TX; $3,990.06 in U.S. Currency; 37" Westinghouse Flat Screen Television, 1999 Land Rover Range Rover SUV, VIN #SALPA1246XA404449
303-2006-002; $12,240.00; 10/24/2005; Jeremy Michael Johnson, Dallas, TX; $12,240.00 in U.S. Currency
303-2006-003; $15,990.00; 10/25/2005; Will Scott, Dallas, TX; $15,990.00 in U.S. Currency

**SOUTHERN DISTRICT OF TEXAS**
305-2006-003; $6,425.00; 10/11/2005; Jose Castaneda, Houston, TX; 1996 Lincoln Town Car, VIN #1LNFM81W2WY649403
305-2006-004; $1,000.00; 10/11/2005; Ezekiel Fernandez, Houston, TX; $1,000.00 in U.S. Currency

SECOND NOTICE
DEADLINE TO FILE CLAIM
01/14/2006 SEIZURE NUMBER,
APPRAISED VALUE,
DEADLINE TO FILE PETITION
01/14/2006 DATE SEIZED, SEIZED
FROM, PLACE SEIZED

**DISTRICT OF MASSACHUSETTS**
**102-2006-001**; $1,200.00; 10/19/2005; Janet Rivera, Lexington, MA; $1,200.00 in U.S. Currency
**102-2006-002**; $50,000.00; 10/20/2005; Dana Whidbee, Boston, MA; Citizens Bank Official Check Payable to Mark Grassia

**DISTRICT OF NEW JERSEY**
**109-2006-002**; $775.00; 10/07/2005; Carl Tyler, Michael Dee Williams, Riverton, NJ; 1992 Mazda MX-6, VIN #1YVGD31BXN5218374

**WESTERN DISTRICT OF TEXAS**
**345-2006-001**; $15,436.31; 10/20/2005; Armando B. Hernandez, Dennis O. Garcia, Francisco Lainez, Francisco L. Funez, Gerardo A. Sales, Jorge Perez, Manuel Nunez, Omar J. Martinez, Victor E. Alcerro, Temple, TX; $15,436.31 in U.S. Currency

THIRD NOTICE
DEADLINE TO FILE CLAIM
01/07/2006 SEIZURE NUMBER,
APPRAISED VALUE,
DEADLINE TO FILE PETITION
01/07/2006 DATE SEIZED, SEIZED
FROM, PLACE SEIZED

NORTHERN DISTRICT OF GEORGIA
301-2006-001; $168,957.75; 10/06/2005; Matthew Bevan Cox, Marietta, GA; Region's Bank Account #3904054083 in the Name of Southern Funding Consortium, Inc. or Gary Sullivan
301-2006-002; $244.25; 10/07/2005; Matthew Bevan Cox, Lexington, SC; First Community Bank Account #2105292 in the Name of Gary Lee Sullivan
301-2006-003; $1,693.97; 10/07/2005; Matthew Bevan Cox, Orlando, FL; South Trust Bank Account #2746430 in the Name of Michael Shanahan
301-2006-004; $28,884.59; $1,765.08; 10/07/2005; Matthew Bevan Cox, Greenville, SC; Carolina First Bank Account #8102015834 in the Name of Gary Sullivan; Carolina First Bank Account #2101092048 in the Name of Gary Sullivan
301-2006-005; $35,363.26; $2,575.27; $372.55; 10/07/2005; Matthew Bevan Cox, Fort Lauderdale, FL; Bank of America Account #000782323319 in the Name of Gary L. Sullivan; Bank of America Account #000650669354 in the Name of Michael J. Eckert; Bank of America Account #004685894051 in the Name of Gary L. Sullivan

**WESTERN DISTRICT OF OKLAHOMA**
**314-2005-005**; $7,257.03; $300.00; 05/22/2005; Desiree Trout, Hilton Trout, Pamela Trout, Redmond, WA; Symerta Financial Life Insurance Policy Number AA3075985 in the Name of Hilton L. Trout; Symerta Financial Life Insurance Policy Number AA3111187 in the Name of Desiree M. Trout

**NORTHERN DISTRICT OF TEXAS**
**305-2006-001**; $1,261.00; 10/03/2005; Curtis Waters, Houston, TX; $1,261.00 in U.S. Currency
**305-2006-002**; $1,501.00; 10/03/2005; Damian Berry, Houston, TX; $1,501.00 in U.S. Currency

The Property Listed above is NOT for sale. The Secret Service DOES NOT sell forfeited property and the Secret Service DOES NOT have information on property for sale.

# LEGAL NOTICE

## ATTENTION

The U.S. Postal Inspection Service, Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations, which are mentioned below. You may contest the seizure in U.S. District Court by filing a claim; the criteria for filing a claim are found at 18 U.S.C. 983. The claim need not be made in any particular form, but shall identify the specific property being claimed, state the claimant's interest in such property, and be made under oath, subject to penalty of perjury. A frivolous claim may subject the claimant to a civil fine equal to ten (10) percent of the value of the forfeited property but in no event shall the fine be less than $250.00 or greater than $5,000.00. If you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The criteria for filing a petition are found at Title 39, C.F.R., Section 233.7. You should file the petition within ten (10) days after the Deadline to File Claim. Submit all documents to US Postal Inspection Service. Asset Forfeiture Unit, 1735 N. Lynn Street, Room 4017, Arlington, VA 22209-4017.

Federal Forfeiture Statutes: CSA=Controlled Substance Act, Title 21 USC Section 881; SEC=Sexual Exploitation of Children, Title 18 USC 2254; CF=Civil Forfeiture, Title 18 USC Section 981.

FIRST NOTICE
DEADLINE TO FILE CLAIM
**01/22/2006 ASSET ID;**
**APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**CALIFORNIA - CENTRAL**
**06-USP-000015;** $5,300; CSA; 10/05/2005; Reginald Scott, Los Angeles, CA; (11) USPS Money Orders
**06-USP-000016;** $10,000; CSA; 10/07/2005; Sandra Ricketts, Los Angeles, CA; (10) USPS Money Orders

SECOND NOTICE
DEADLINE TO FILE CLAIM
**01/15/2006 ASSET ID,**
**APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**ALABAMA - MIDDLE**
**05-USP-001321;** $45; CSA; 09/27/2005; Robert Barber, Montgomery, AL; Lakefield Model 64B .22 caliber rifle S/N L123496
**05-USP-001322;** $41; CSA; 09/27/2005; Robert Barber, Montgomery, AL; Winchester Model 120 12 gauge shotgun S/N L1723723

**CALIFORNIA - CENTRAL**
**05-USP-001253;** $11,100; CSA; 09/30/2005; Postal Patron, Los Angeles, CA; $11,100.00 U.S. Currency

**CALIFORNIA - SOUTHERN**
**05-USP-001240;** $4,395; CF; 09/23/2005; Stefani Jones, La Mesa, CA; $4,395 U.S. Currency

**MINNESOTA**
**06-USP-000109;** $18,000; CF; 09/29/2005; Hiram Ruiz, St. Paul, MN; Eighteen USPS Money Orders

**SOUTHERN DISTRICT OF OHIO**
**06-USP-000011;** $33,000; CF; 10/10/2005; Kathy Smith, Columbus, OH; Sixty-six Money Orders (6 Global; 19 Western Union; 40 Travelers Exp; 1 Memo MO Co of NY)

**PUERTO RICO**
**06-USP-000020;** $67,265; CSA; 10/07/2005; Rufino Colon, Carolina, PR; $67,265.00 in US Currency
**06-USP-000021;** $54,020; CSA; 10/07/2005; Lissette Diaz, Carolina, PR; $54,020.00 US Currency

THIRD NOTICE
DEADLINE TO FILE CLAIM
**01/09/2006 ASSET ID,**
**APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**ARIZONA**
**05-USP-001286;** $1,960; CSA; 09/22/2005; Mario Fuentes, Tucson, AZ; U.S. Currency
**05-USP-001291;** $4,000; CSA; 09/22/2005; Ramon Chavez, Tucson, AZ; (8) Western Union Money Orders

**CALIFORNIA - CENTRAL**
**05-USP-001237;** $10,510; CSA; 09/22/2005; Tish Newell, Los Angeles, CA; U.S. Currency
05-USP-001246; $9,985; CSA; 09/22/2005; Victor Cisneros, Van Nuys, CA; (26) Various Money Orders; (3) USPS, (7) Western Union, (16) Travelers Express
**05-USP-001254;** $20,800; CSA; 09/30/2005; Jillian More, Los Angeles, CA; U.S. Currency

**FLORIDA - MIDDLE**
**05-USP-001341;** $16,323; CSA; 09/27/2005; Michael Cosper, Sarasota, FL; U.S. Currency

**MISSOURI - EASTERN**
**06-USP-000001;** $26,800; CF; 10/13/2005; Mitchell Laramore, Mexico, MO; 2003 Lexus ES300 VIN# JTHBF30GX36001954

The Property described above is NOT listed for the purpose of sale.

# LEGAL NOTICE

## ATTENTION

The U.S. Department of Justice, Federal Bureau of Investigation (FBI), Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations which are mentioned below. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619 and 18 U.S.C. Section 983. You may contest the seizure in U.S. District Court by filing a claim of ownership not later than 30 days after the date of final publication of the notice of seizure, unless written notice is provided by personal letter in which case the deadline set forth in the letter shall apply. Upon the filing of a claim a claimant, pursuant to 18 U.S.C. Section 983(f), may request release of the seized property during pendency of forfeiture proceedings due to hardship. In addition to or in lieu of filing a claim, if you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The petition must contain proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for requesting remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following receipt of the mailed notice of seizure. Submit all documents to the nearest FBI Field Office. Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found in local telephone directories, through directory assistance with local telephone companies, or by calling (202)324-3000. When submitting documentation, please reference the FBI Seizure Number. Under certain circumstances involving seizures based upon the possession of personal use quantities of a controlled substance, expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. Sections 1316.90 - 1316.99 (54 Register 37610 - 37613).

Legend of Federal Forfeiture Statutes: CSA = The Controlled Substances Act, Title 21, U.S.C., Section 881. MVT = Motor Vehicle Theft Law Enforcement Act of 1984, Title 18, U.S.C., Section 512. PMG = Prison-Made Goods Statute, Title 18, U.S.C., Section 1762. IGB = Prohibition of Illegal Gambling Businesses, Title 18, U.S.C., Section 1955. SEC = Sexual Exploitation of Children, Title 18, U.S.C., Section 2254. WIR = Wire Interception and Interception of Oral Communications Statute, Title 18, U.S.C., Section 2513. COP = Copyrights Act, Title 17, U.S.C., Section 509. TGD = Transportation of Gambling Devices Statute, Title 15, U.S.C., Section 1177. MLC = Money Laundering Control Act of 1986, Title 18, U.S.C., Section 981(a) (1) (A). USA = U.S.A. Patriot Act, Title 18, U.S.C., Section 981(a) (1) (G). OFN = Proceeds of an Offense Against a Foreign Nation, Title 18, U.S.C., Section 981 (a) (1) (B). SUA = Proceeds of a Specified Unlawful Activity, Title 18, U.S.C., Section 981 (a) (1) (C). TGR = Property Traceable to Gross Receipts, Title 18, U.S.C., Sections 981 (a) (1) (D) and 981 (a) (1) (F). PTF = Property Involved in or Proceeds of Terrorism Financing, Title 18, U.S.C., Section 981 (a) (1) (H). VTV = Victims in Trafficking & Violence Prevention Act of 2000, Title 18, U.S.C., Section 1594, BCS = Bulk Cash Smuggling into or out of the United States, Title 31, U.S.C., Section 5332.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 01/23/2006**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**NORTHERN DISTRICT OF ALABAMA**
**3470-06-F-0004;** $8,794; CSA; 07/29/2005; Willie Franks Watkins; 310 South 3rd Street, Suite C, Gadsden, AL; $8,794.00 in U.S. Currency.

**DISTRICT OF ARIZONA**
**3630-06-F-0003;** $5,608; CSA; 09/29/2005; Kevin Lamar Graham; 1700 N. 103rd Ave., Apt. 1096, Avondale, AZ; $5,608.00 in U.S. Currency seized during search of residence.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-06-F-0026;** $11,768; SUA; 09/30/2005; 801 North Brand Boulevard, Suite 665, Glendale, CA; Miscellaneous Jewelry-32 Items; 18K White Gold Blue Topaz and Diamond Ring;14K White Gold Blue Topaz and Diamond Pendant; 18K White Gold Blue Topaz and Diamond Earrings; 18K White Gold Diamond Necklace; 18K White Gold Diamond Ring; 18K White Gold Sapphire and Diamond Ring; 18K White Gold Lady's Diamond Watch, Model #W1199; 18K White Gold Sapphire, Crystal, and Diamond Ring; 18K Yellow Gold Citrine, Yellow Sapphire and Diamond Ring; 18K White Gold Sapphire and Diamond Band; 18K White Gold Ruby and Diamond "X" Ring; 18K White Gold Ruby and Diamond Ring; 18K White Gold, Diamond, Amethyst, Blue Topaz and Citrine Ring; 18K White Gold Diamond Earrings; 18K White Gold Sapphire and Diamond Ring; 14K White Gold Lady's Diamond Watch; 18K White Gold Ruby and Diamond Band; 18K White Gold Diamond Ring; Haytayan Lady's Dress-Sport Watch, Style #W1329; 18K White Gold Sapphire and Diamond Bracelet; 18K White Gold Sapphire and Diamond Necklace; 18K White Gold Diamond Earrings; 18K White Gold Hook and Stirrup Diamond Bracelet; Katherine Baumann Evening Bag, Metal Plate inside is stamped AP#6 KBD; Tissot "T-Classic Ballade 2000" Lady's Watch, Model #T39138113, S/N C417/517; 18K White Gold Colored Stone Bracelet; Haytayan for Leon Lady's Dress Sports Watch; Haytayan Lady's Dress Sports Watch, Style #W1329; 14K White Gold Peridot and Diamond Pendant; 14K White Gold Amethyst and Diamond Pendant; 18K White Gold Amethyst, Pink Sapphire and Diamond Ring;18K White Gold Blue Topaz, Sapphire, and Diamond Ring.
**3410-06-F-0027;** $3,500; SUA; 09/30/2005; 801 North Brand Boulevard, Suite 665, Glendale, CA; Full Length Natural Ranch Fur Coat, S/N: A31869.
**3410-06-F-0028;** $8,500; SUA; 09/30/2005; 801 North Brand Boulevard, Suite 665, Glendale, CA; Wells Fargo Cashier's Check in the amount of $8,500.00 remitted to Alison Heruth-Waterbury by Paul Phillips, Esq., on behalf of Alison Heruth-Waterbury.

**EASTERN DISTRICT OF CALIFORNIA**
**3720-06-F-0017;** $2,260; CSA; 10/24/2005; John Towner; 8525 McGray Way, Elk Grove, CA; $2,260.00 in US Currency.
**3720-06-F-0009;** $16,200; CSA; 10/21/2005; 150 Arcade Blvd, Sacramento, CA; 2003 Chevrolet Truck VIN# 2GCEC19T431242394
**3720-06-F-0012;** $12,510; CSA; 10/21/2005; Ruben Moreno; 150 Arcade Blvd, Sacramento, CA; $12,510.00 in US Currency from safe in dryer in garage.
**3720-06-F-0013;** $4,049; CSA; 10/21/2005; Ruben Moreno; 150 Arcade Blvd, Sacramento, CA; $4,049.00 in US Currency.
**3720-06-F-0010;** $46,425; CSA; 10/21/2005; 434 Swift Creek Ct, Yuba City, CA; 2005 Cadillac Escalade VIN# 3GYFK66N25G176183.
**3720-06-F-0016;** $4,296; CSA; 10/21/2005; Carlos Gutierrez; 5951 Dewey Blvd, Sacramento, CA; $4,296.00 in US Currency.

44965101346, $500.00 money order purchased 3/22/2005, S/N 44965101357, $500.00 money order purchased 3/22/2005, S/N 44965101368, $500.00 money order purchased 3/22/2005, S/N 44965101379, $500.00 money order purchased 2/7/2005, S/N 46031722737, $500.00 money order purchased 2/10/2005, S/N 46031723672, $500.00 money order purchased 3/3/2005, S/N 46038925268, $500.00 money order purchased 4/13/2005, S/N 46287772322, $500.00 money order purchased 4/13/2005, S/N 46287772333, $500.00 money order purchased 4/13/2005, S/N 46287772344, $500.00 money order purchased 4/13/2005, S/N 46287772355, $500.00 money order purchased 3/13/2005, S/N 53215948511, $500.00 money order purchased 3/17/2005, S/N 53215948522, $500.00 money order purchased 3/16/2005, S/N 53215948643, $500.00 money order purchased 3/14/2005, S/N 53215948665, $500.00 money order purchased 3/27/2005, S/N 53820730579, $500.00 money order purchased 3/12/2005, S/N 53821522920, $500.00 money order purchased 3/12/2005, S/N 53822764523, $500.00 money order purchased 4/20/2005, S/N 53824174800, $500.00 money order purchased 4/23/2005, S/N 53835306954, $500.00 money order purchased 4/23/2005, S/N 53835306965, $500.00 money order purchased 4/23/2005, S/N 53835306976, $500.00 money order purchased 4/23/2005, S/N 53835306987, $500.00 money order purchased 4/23/2005, S/N 53835306998, $500.00 money order purchased 3/15/2005, S/N 53840407674, $500.00 money order purchased 3/15/2005, S/N 53840407685, $500.00 money order purchased 3/15/2005, S/N 53840407696, $500.00 money order purchased 3/18/2005, S/N 53840409916, $500.00 money order purchased 4/22/2005, S/N 53841593905, $500.00 money order purchased 3/19/2005, S/N 53844348107, $500.00 money order purchased 3/19/2005, S/N 53844348118, $500.00 money order purchased 3/19/2005, S/N 53844348129, $500.00 money order purchased 3/21/2005, S/N 53844348503, $500.00 money order purchased 4/19/2005, S/N 53845940412, $500.00 money order purchased 4/30/2005, S/N 53846062864, $500.00 money order purchased 4/14/2005, S/N 53846068496, $500.00 money order purchased 5/1/2005, S/N 53846084688, $500.00 money order purchased 5/1/2005, S/N 53846084700, $500.00 money order purchased 5/1/2005, S/N 53846084710, $500.00 money order purchased 5/1/2005, S/N 53846084721, $500.00 money order purchased 4/26/2005, S/N 53851022632, $500.00 money order purchased 4/14/2005, S/N 53853882390, $500.00 money order purchased 4/14/2005, S/N 53853882401, $500.00 money order purchased 4/21/2005, S/N 53856369809, $500.00 money order purchased 4/21/2005, S/N 53856369831, $500.00 money order purchased 4/21/2005, S/N 53856369842, $500.00 money order purchased 4/19/2005, S/N 53856669944, $500.00 money order purchased 4/19/2005, S/N 53856669955, $500.00 money order purchased 5/2/2005, S/N 53856672670, $500.00 money order purchased 5/2/2005, S/N 53856672703, $500.00 money order purchased 4/24/2005, S/N 54056529208, $500.00 money order purchased 4/24/2005, S/N 54056529219, $500.00 money order purchased 4/24/2005, S/N 54056529220, $500.00 money order purchased 4/26/2005, S/N 54056529230, $500.00 money order purchased 4/24/2005, S/N 54056529241, $500.00 money order purchased 4/24/2005, S/N 54056529252, $500.00 money order purchased 4/24/2005, S/N 54056529263, $500.00 money order purchased 4/24/2005, S/N 54056529274, $500.00 money order purchased 4/24/2005, S/N 54056529285, $500.00 money order purchased 5/1/2005, S/N 54059869017.
**3330-05-F-0149;** $6,500; SUA; 09/23/2005; Angelia Southerland; 1418 Chimney Rock Court, Charlotte, NC; $6,500.00 in Walmart Money Orders; $1,000.00 money order purchased 03/07/2005, S/N 53946901512, $1,000.00 money order purchased 03/07/2005, S/N 53946901523, $1,000.00 money order purchased 03/04/2005, S/N 53952071327. $500.00 money order purchased 03/04/2005. S/N

339 Country Rd "I", Brownsville, TX; $22,500.00 in U.S. Currency.
**3770-06-F-0002;** $57,200; CSA; 09/02/2005; Leopoldo Luna Vargas; 1626 W. Tyler, Harlingen, TX; Seized by Harlingen Police Department; FBI Agents adopted the seizure on 10/19/05 at McAllen, TX; $57,200.00 in U.S. Currency concealed in a television being transported by Leopoldo Luna Vargas.

**WESTERN DISTRICT OF TEXAS**
**3770-05-F-0163;** $9,349; MLC; 09/29/2005; Makram Sayel Hijaz; 5212 Heath Road, San Antonio, TX; $9,349.05 in U.S. currency.
**3770-05-F-0165;** $111,895; MLC; 09/29/2005; Ziad Mahmoud Alsalameh; 5212 Heath Road, San Antonio, TX; $111,894.55 in U.S. currency
**3770-05-F-0166;** $90,000; MLC; 09/29/2005; Ziad Mohmound Alsalameh, 5212 Heath Road, San Antonio, TX; $90,000 cashier's check #2165306. Bank of America cashier's check #2165306 in the amount of $90,000, payable to Billy Bob Mattresses seized from Ziad Mahmound Alsalameh
**3770-05-F-0167;** $18,000; MLC; 09/29/2005; Haleem H. Hamoudeh; 5212 Heath Road, San Antonio, TX; $18,000 in U.S. currency.
**3770-05-F-0168;** $4,062; MLC; 09/29/2005; Haleem H. Hamoudeh; 5212 Heath Road, San Antonio, TX; $4,061.75 in U.S. Currency.
**3770-05-F-0169;** $151,750; MLC; 09/29/2005; Mohammad Diab Al-Rafiti; 4715 Westlake Oaks, San Antonio, TX; $151,750 in U.S. currency to include: $41,900 from a suitcase found in a bedroom closet; $106,850 from a safe located in the master bedroom closet; and $3,000 from a nightstand in the master bedroom.
**3770-05-F-0170;** $28,826; MLC; 09/29/2005; Harjeet Singh Ghuman; Shell Gas Station; 8928 Culebra Road, San Antonio, TX; $28,826 in U.S. Currency located in the office of the Shell Gas Station at 8928 Culebra Road, San Antonio, TX
3770-05-F-0171; $40,678; MLC; 09/29/2005; Suleman S. Bhojani; North Side Independent School District Police Station; 5916 Grissom, San Antonio. TX; $40,677.76 in U.S. Currency.

**EASTERN DISTRICT OF VIRGINIA**
**3920-06-F-0034;** $8,087; MLC; 10/26/2005; 8219 Leesburg Pike, Vienna, VA; $8,086.71 in funds from Acct.# 700343458 in the name of Paul Justin Mathews dba A.P. Mathews Heating and Air Conditioning at SunTrust Bank, Vienna, VA.
**3920-06-F-0033;** $28,511; SUA; 10/21/2005; 8219 Leesburg Pike, Vienna, VA; $28,511.00 from Acct. #807216305 in the names of Paul Justin Mathews and Gerry Diane Mathews at Suntrust Bank, Vienna, VA.

**SECOND NOTICE**
**DEADLINE TO FILE CLAIM 01/16/2006**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**EASTERN DISTRICT OF ARKANSAS**
**3390-05-F-0046;** $8,900; SUA; 09/28/2005; Morris Antiques; 306 Hwy 232 West, Keo, AR; Antique Wooden Bar.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-06-F-0001;** $278,170; SUA;09/28/2005; Manzur Husain; 26642 Merienda #8, Laguna Hills, CA; $278,170.00 U.S. Currency.
**3410-06-F-0002;** $2,000; SUA; 09/28/2005; Adnan Kader; 27642 Lost Trail Dr., Laguna Hills, CA; $2,000.00 U.S. Currency.
**3410-06-F-0006;** $75; CSA; 09/21/2005; Jonathan Jerome Hills; 141 East 42nd St., Apt. 29, San Bernardino, CA; Ruger .357 caliber revolver and 6 rounds of .357 ammunition, S/N NONE; Jennings .380 caliber handgun, magazine, and 6 rounds of .380 ammunition. S/N 1478361.
**3410-06-F-0023;** $19,050; SUA; 10/07/2005; Juan Carlos Romero;

**SOUTHERN DISTRICT OF FLORIDA**
**3460-05-F-0329;** $22,913; MLC; 09/22/2005; Robert & Oscar P. Parker; 1790 NE Miami Gardens Drive, N. Miami Beach, FL; $22,912.56 in funds from account# 4860988951 in the name of Parker Leasing & Financing Services at Washington Mutual Bank, N. Miami Beach, FL.
**3460-05-F-0333;** $100,280; MLC; 09/22/2005; Robert & Oscar P. Parker; 1509 N State Road 7 Ste # D, Margate, FL; $100,279.94 in funds from account# 3354470006 in the name of Parker Leasing & Financing Services at Security Bank, Margate, FL.
**3460-05-F-0332;** $29,536; MLC; 09/22/2005; Robert & Oscar P. Parker; 1100 Southeast Third Avenue, Fort Lauderdale, FL; $29,536.49 in funds from account# 3320020 4107 in the name of Parker Leasing & Financing Services at Regent Bank, Fort Lauderdale, FL.

**MIDDLE DISTRICT OF GEORGIA**
**3780-06-F-0002;** $200,020; CSA; 10/05/2005; Atlanta, GA; $200,020.00 in U.S. Currency.

**DISTRICT OF HAWAII**
**3280-06-F-0001;** $11,010; CSA; 10/14/2005; 94-1145 Kahualiani Street; Waipahu, HI; 2000 Chevrolet Tahoe VIN# 1GNEC13R2YR155726.
**3280-06-F-0002;** $152; CSA; 10/14/2005; 94-1145 Kahualiani Street, Waipahu, HI; Mossberg 12 Gauge Shotgun, Model 500A, S/N L391412, 22 Shotgun Shells.
**3280-06-F-0003;** $3,636; CSA; 10/14/2005; 94-1145 Kahualiani Street, Waipahu, HI; Miscellaneous Electronic Equipment; Compaq Presario CPU, Model S6500NX, S/N MXK4061884, Bose Media Center, Model AV28 w/Bose PS3-2-1 II Powered Speaker System, S/N 028581E12560077AE, Panasonic Plasma Television, Model TH-42PW5UZ, S/N YB2511215, Samsung LCD TV, Model LTN1535D, S/N V021HCHWB01400T, Radio Shack CCTV Camera w/Motion Sensor, no S/N. Grow Light with Reflectors, no S/N, Grow Lamp Lithonia Hi-Tek, no S/N, Compaq Presario Laptop w/Case, Model 12XL400, S/N 6D11JC53429E, Kenmore Humidifier, no S/N.

**NORTHERN DISTRICT OF ILLINOIS**
**3150-05-F-0396;** $24,974; CSA; 05/26/2005; Jesus Ocampo; 111 Washington Avenue, Highwood, IL; $24,974.28 in U.S. currency.
**3150-05-F-0423;** $350; CSA; 07/19/2005; 12505 S. Yale Avenue, Chicago, IL; Two Weapons; Mossberg 500A 12 Gauge Shotgun with Pistol Grip, S/N L570514, Taurus PT100 AFS Pistol, S/N SUG29058.
**3150-06-F-0011;** $8,550; CSA; 09/15/2005; 3644 S. Archer Avenue, Chicago, IL; 2005 Suzuki Hayabusa GSX1300R Motorcycle VIN# JS1GW71A752106056.

**DISTRICT OF MARYLAND**
**3920-06-F-0035;** $6,150; SUA; 10/28/2005; 11205 Westbury Ct., Clinton, MD; 1998 Ford Expedition-V8 Utility XLT 4WD VIN# 1FMRU18W6WLC00278.
**3920-06-F-0049;** $12,125; CSA; 10/15/2005; Suitland Parkway at ramp to Silver Hill Rd., South, Suitland, MD; 1999 Cadillac Escalade VIN# 1GYEK13R8XR417351.

**EASTERN DISTRICT OF MICHIGAN**
**3220-06-F-0009;** $98,900; CSA; 10/12/2005; S/B I-75 near West Rd. at Van Horn, Woodhaven, MI; $98,900.00 U.S. Currency from inside of a toolbox inside of a 2001 Freightliner semi-tractor, KY license 9NL806, VIN: 1FUJAHCG91LG86253 registered to Michael P. Faustina and driven by Jeffrey A. Adams.
**3220-06-F-0010;** $13,960; CSA; 10/13/2005; W/B I-94 at State St., Ann Arbor, MI; $13,960.00 U.S. Currency from inside of a suitcase placed inside of a 1996 Dodge Caravan, AZ license AC52984, VIN:

**EASTERN DISTRICT OF VIRGINIA**
**3560-05-F-0032;** $53,980; SUA; 04/27/2005; Charles Wayne Berry; 8 Shamrock Drive, Portsmouth, VA; $53,980.00 in U.S. Currency.
**3560-05-F-0033;** $23,500; SUA; 04/27/2005; Charles Wayne Berry; 8 Shamrock Drive, Portsmouth, VA; Cashier's check in the amount of $23,500.00 remitted to the U.S. Marshall Service by Charles Wayne Berry.
**3560-05-F-0041;** $37,000; SUA; 05/11/2005; Charles Wayne Berry; 150 Corporate Boulevard, Norfolk, VA; Cashier's check in the amount of $37,000.00 remitted to the U.S. Marshall Services by Lawrence H. Woodward, Jr., on behalf of his client Charles Wayne Berry.
**3560-05-F-0042;** $31,000; SUA; 05/11/2005; Charles Wayne Berry; 150 Corporate Boulevard, Norfolk, VA; Cashier's check in the amount of $31,000.00 remitted to the U.S. Marshall Service by Lawrence H. Woodward, Jr., on behalf of this client Charles Wayne Berry.
**3560-05-F-0052;** $31,687; SUA; 06/15/2005; Charles Wayne Berry; 150 Corporate Boulevard, Norfolk, VA; Wachovia Bank official check in the amount of $31,686.59 remitted to the U.S. Marshall service by Charles Wayne Berry.
**3560-05-F-0053;** $3,029; SUA; 06/17/2005; 150 Corporate Boulevard, Norfolk, VA; Miscellaneous Jewelry; 14k wg half hoop earrings each set with 1 diamond, 14k wg necklace set with 14 diamonds(1B10), 3 14k wg pear shape earrings each set with 1 diamond, 14k wg necklace with a 14 wg pear shape pendant set, 14k yg earrings each set with 1 diamonds (1B9), 14k wg necklace with 14k wg pendant set with 3 rnd, 14k yg necklace with 14k yg slide pendant set with 5 rnd diamonds, 14k yg necklace with 14k yg pendant set with 1 diamond, 14k yg earrings each set with 1 diamond(1B7), 14k wg sapphire and diamond ring, 10k wg bracelet set with 18 sapphires and 18 diamonds, 12k yg earrings set with 20 rnd diamonds(1B7), 14k yg necklace with a 14k yg pendant set with 21 princess cut diamonds.
**3560-05-F-0055;** $22,357; SUA; 06/17/2005; 150 Corporate Boulevard, Norfolk, VA; 2005 Honda CRV VIN# SHSRD78895U306395.
**3560-05-F-0054;** $1,118; SUA; 06/17/2005; Charles Wayne Berry; 150 Corporate Boulevard. Norfolk, VA; Wachovia Bank official check in the amount of $1,118.12 remitted to the U.S. Marshall Service by Charles Berry.

**THIRD NOTICE**
**DEADLINE TO FILE CLAIM 01/09/2006**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**SOUTHERN DISTRICT OF ALABAMA**
3490-06-F-0001; $1,400; SEC; 10/14/2005; 123 Shiloh Drive, Daphne, AL; Sony Vaio laptop computer, serial number X10-23534.

**DISTRICT OF ARIZONA**
**3630-06-F-0002;** $3,700; CSA; 08/17/2005; Rogelio Guerrero Martinez; U.S. Highway 160, Mile Post 314, Tuba City, AZ; Seized by Navajo Nation/Dept of Public Safety; FBI Agents adopted the seizure on 10/19/05 at Phoenix, AZ; $3,700.00 in U.S. Currency seized from arm rest compartment inside a 2001 Chevrolet Impala, VIN: 2G1WF52E619167378, registered to Carlos Martinez Hernandez, in the possession of Rogelio Guerrero Martinez.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-06-F-0015;** $72,119; SUA; 09/27/2005; Maria Teresa Rodriguez; 10230 S. Paramount Boulevard. Downey, CA; $72,118.99 funds from account number 885-046724 in the name of Maria Teresa Rodriguez at the Bank of the West.
**3410-06-F-0016;** $41,870; SUA; 09/27/2005; Martha Rodriguez; 10230 S. Paramount Boulevard, Downey, CA; $41,869.53 funds from account

◆ PUBLIC NOTICES ◆

# LEGAL NOTICE
# ATTENTION

...rug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, ...tion or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the pe... ...sponence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of the seiz... ...feiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other c... ...Forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they are...

...ICE
...E TO FILE JANUARY 25, 2006
...ZED, SEIZED FROM, DATE SEIZED

...OF ALASKA
...1 Cadillac DeVille, 1G6KD54Y31U182592, ... Byron, 10/21/05
...OF ARIZONA
...Wells Fargo Bank, Account #3112831445, VL: ... AZ, Carrington Healthcare Systems, Inc.
...Wells Fargo Bank, Account #3112831460, VL: ... AZ, East Pointe Pharmacy Services, Inc.
...Wells Fargo Account #3112831465, VL: ... AZ, Infiniti Services Group, Inc, 09/21/05
...Assorted Jewelry, VL: $13,316.00, Nogales, AZ, ...Agustin AKA Danny, 10/02/05
...5675, $69,350.00 U.S. Currency, Williams, AZ, Avalos ...
...DISTRICT OF CALIFORNIA
...$45.00 U.S. Currency, San Gabriel, CA ... 10/25/05
...$9,[illegible] U.S. Currency, Los Angeles, CA ...
...9564, 2005 Infiniti QX56, 5N3AA08A25N803130, ... Jose Zacarias, 10/13/05
...2003 Dodge Dakota Extended Cab Pickup Truck, ... Bellflower, CA, Cazarez-Miranda, Luis ...
...2003 Dodge Caravan LE, ... Bellflower, CA, Lechuga, Eduardo ...
...GMC Yukon Sport Utility Vehicle, ... Simi Valley, CA, Artelman, Marty 10/19/05
...$2,975.00 U.S. Currency, Monrovia, CA, Conti..., 11/01/05
...$32,000.00 U.S. Currency, Monrovia, CA, Conti...
...DISTRICT OF CALIFORNIA
...$1,406.00 U.S. Currency, Bakersfield, CA ... 10/06/05
...$500.00 U.S. Currency, Nevada City, CA, ... Sauer, Claudia, 10/12/05
...$12,527.00 U.S. Currency, Woodbridge, CA ... 11/03/05
...DISTRICT OF CALIFORNIA
...2001 Chevy Tahoe SUV, 1GNEC13T41J253880, ... Aroen, 09/26/05
...$1,455.00 U.S. Currency, Ukiah, CA, Thomas, ... 10/03/05
...$8,960.00 U.S. Currency, Ukiah, CA, Thomas, ...
...$1,110.00 U.S. Currency, Ukiah, CA, James, ...
...$10,080.00 U.S. Currency, Ukiah, CA, James, ...
...$6,080.00 U.S. Currency, Santa Rosa, CA, ... Octavio AKA Godines, Homero, 10/06/05
...$5,500.00 U.S. Currency, McKinleyville, CA ...
...$9,150.00 U.S. Currency, Carmel Valley, CA, Daniel Robert, 10/20/05
...DISTRICT OF CALIFORNIA
...55407, Bank of America, Checking Account #21851-..., San Marcos, CA, Mahon, Ian Michael, ...
...55934, $22,950.00 U.S. Currency, San Diego, CA, Jose, 11/01/05
...59022, $3,722.00 U.S. Currency, San Diego, CA, Thomas Stuard, 11/02/05
...59156, 2003 Nissan Maxima Sedan, ... Chula Vista, CA, Sanchez-Talavera, Martha ... Claudia AKA Placencia, Claudia, 10/26/05
...OF COLORADO
...58846, $2,500.00 U.S. Currency, Gypsum, CO, May...

Baltimore, MD, Lawson, Aaron Darnell, 10/13/05
05-DEA-458756, $1,900.00 U.S. Currency, Landover, MD, Nelson Lawrence C AKA Nelson, Lawrence Carl, 10/13/05
05-DEA-459932, $18,280.00 U.S. Currency, Baltimore, MD, Greisen, William Karl, 10/25/05
05-DEA-458995, $8,308.00 U.S. Currency, Baltimore, MD, Martin, George AKA Martin, George Emmanuel AKA Martin Jr., George Emmanuel AKA Martin, George E. AKA Martin, George Emanuel AKA Martin, George Emanuel, 10/20/05
05-DEA-459001, $7,873.00 U.S. Currency, Hyattsville, MD, John, Leslie AKA Levi, 10/21/05
05-DEA-459046, $8,149.00 U.S. Currency, Baltimore, MD, Baker, Rickey AKA Baker, Richard Lee AKA Baker, Ricky Lee AKA Baker II, David AKA Baker Sr., Ricky Lee AKA Baker, Ricky R. AKA Baker Sr., Richard Lee 10/13/05
05-DEA-459292, Assorted Jewelry, VL: $68,675.00, (1) 14KW Diamond Stud; (1) Sterling Silver Aquamarine Diamond Watch; (1) GTS Sterling Silver & 14KW M-D Rolex Date-Just, Upper Marlboro, MD, Williams II, Ralph, 10/14/05
05-DEA-459313, $18,436.00 U.S. Currency, Prince George's, MD, Henderson, Kristopher Lavelle, 10/26/05
06-DEA-459362, $6,000.00 U.S. Currency, Baltimore, MD, Gibson, John AKA Skeet, 10/21/05
06-DEA-459086, $2,922.00 U.S. Currency, Largo, MD, Brandon Jr., James Edward, 10/20/05
06-DEA-459149, 1999 Chevrolet Silverado Pick-up Truck, 1GCEK19R0WE244793, Ellicott City, MD, Smoot, Charles Lee, 11/02/05
EASTERN DISTRICT OF MICHIGAN
05-DEA-459017, Assorted Jewelry, VL: $25,000.00, (1) Man's Rolex Watch with Stainless Case, Model #: (1) Man's Concord Chronometer Watch with Stainless Steel Case; (1) Man's 42" long hollow neck chain; (1) Man's 39" fancy rectangular and round loop neck chain, Detroit, MI, Johnson, Shannon Dwight AKA SD AKA Shey AKA Doodie AKA Johnson, Shannon Dee, 10/21/05
05-DEA-459145, $19,900.00 U.S. Currency, Pleasant Ridge, MI, Dismuke, Tulani Kehembe, 11/04/05
DISTRICT OF MINNESOTA
06-DEA-459122, $24,997 U.S. Currency, Minneapolis, MN, Garcia-Toscano, Miguel Angel, 10/24/05
EASTERN DISTRICT OF MISSOURI
06-DEA-458757, $7,095.00 U.S. Currency, Pemiscot County, MO, Lopez-Vargas, Jorge, 10/20/05
06-DEA-458767, $6,360.00 U.S. Currency, Kennett, MO, McIntyre, Joe Lewis, 10/21/05
06-DEA-458795, $6,690.00 U.S. Currency, Pagedale, MO, Unidentified, 10/20/05
EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-458721, $32,123.00 U.S. Currency, Benson, NC, Rakes, Christopher J. AKA Rakes, Peter, 10/25/05
06-DEA-458894, $49,090.00 U.S. Currency, Fayetteville, NC, Summa, Francis and Sisowath, Kossoma, 10/27/05
06-DEA-459202, $2,003.00 U.S. Currency, Fayetteville, NC, Summa, Francis, 10/27/05
06-DEA-459209, 2003 Ford Excursion, 1FMNU40L1YED47374, LaGrange, NC, Pittman, Darryl Cresendo, 11/07/05
MIDDLE DISTRICT OF NORTH CAROLINA
05-DEA-458931, $2,375.00 U.S. Currency, Carthage, NC, Bennett, Stephanie Katina, 10/25/05
05-DEA-459035, $10,150.00 U.S. Currency, Salisbury, NC, Gill, Tiffany Monique, 11/02/05
06-DEA-459063, 1996 Acura 2.5TL, JH4UA2653TC000167, Durham, NC, Johnson III, Samuel Lee, 11/03/05
06-DEA-459289, $2,725.00 U.S. Currency, Winston-Salem, NC, Henderson, Jeemond Raymond, 10/30/05
WESTERN DISTRICT OF NORTH CAROLINA
06-DEA-458885, 2002 Ford Econoline Van, 1FTSS31L82HB42151, Asheville, NC, Padron, Nicholas, 10/13/05
06-DEA-458930, $4,410.00 U.S. Currency, Asheville, NC, Padron, Nicholas, 10/13/05
06-DEA-459033, 2000 Cadillac Escalade, 1GYEK13R3YR119436, Hendersonville, NC, Galvan-Solorio, Victorina, 10/13/05
06-DEA-459043, 1995 Chevrolet 4X4 Truck, 1GCEK14K3SZ101422, Hendersonville, NC, Padron, Nicholas Avila, 10/13/05
06-DEA-459272, 1998 Mitsubishi Montero Sport, ...

Robinson, Tamugan A., 10/25/05
EASTERN DISTRICT OF TEXAS
06-DEA-458855, $16,225.00 U.S. Currency, Frisco, TX, Flenory, Demetrius Edward AKA Flenory, Demetrius AKA West, Roland Wendall AKA Flenory, Demetrius E. AKA Ivory, Ronald AKA Ivory, Ronald Bernard AKA Seville, Rico AKA Carothers, Aundrez Malik AKA Flenory, Demetrious AKA Meech, AKA Santos, Ricardo AKA Ivory, Ronald B., 10/20/05
06-DEA-458890, Assorted Jewelry, VL: $272,525.00, (1) Man's Audemars Piguet Automatic Chronograph Royal, Ser No 119, E53329; (1) Man's 34" long Contemporary Rectangular and Box Design; (1) Man's Four Row diamond Flexible Link Bracelet; (1) Man's Chopard Chronograph Imperiale Watch; (1) Mans 32" long (56) Diamond Barrel Tube Necklace; (1) Pair Four Prong Posted Earrings; (1) Pair Four Prong Posted Cubic Zirconia; (1) Man's Fancy Link Neck Chain; (1) Man's Straight Line Four Prong Diamond Necklace, Frisco, TX, Flenory, Demetrius Edward AKA Flenory, Demetrius AKA West, Roland Wendell AKA Flenory, Demetrius E. AKA Ivory, Ronald AKA Ivory, Ronald Bernard AKA Seville, Rico AKA Carothers, Aundrez Malik AKA Flenory, Demetrious AKA Meech AKA Santos, Ricardo AKA Ivory, Ronald B., 10/20/05
NORTHERN DISTRICT OF TEXAS
05-DEA-457913, 2002 Honda Odyssey Van, 2HKRL18782H552516, Arlington, TX, Siddiqui, Ayesha, 09/29/05
05-DEA-459144, $61,074.00 U.S. Currency, Dallas, TX, Wiley, Rodriguez Antonio, 10/25/05
05-DEA-459629, $1,049.00 U.S. Currency, Watauga, TX, Williams, Winston Anthony, 09/21/05
05-DEA-459646, $200.00 U.S. Currency, Arlington, TX, Infiniti Services Group Inc, 09/21/05
06-DEA-459101, $5,352.00 U.S. Currency, Desoto, TX, Molina-Ayuso, Edgar Enrique, 10/25/05
06-DEA-459102, 1998 Cadillac Seville, 1G6KY549XWU913621, Desoto, TX, Molina-Ayuso, Edgar Enrique, 10/25/05
06-DEA-459103, 2003 Suzuki GSX-R600 Motorcycle, JS1GN7BAX32100740, Desoto, TX, Molina-Ayuso, Edgar Enrique, 10/25/05
06-DEA-459219, $9,100.00 U.S. Currency, Dallas, TX, Poag, Craig Clinton, 10/31/05
SOUTHERN DISTRICT OF TEXAS
05-DEA-457921, $8,000.00 U.S. Currency, Laredo, TX, Palacios, Oscar, 09/29/05
05-DEA-457950, (1) Israel Military Industries Desert Eagle .357 Magnum semi-auto Pistol, Ser No 31204851, VL: $800.00, Laredo, TX, Palacios, Oscar, 09/29/05
06-DEA-458820, $69,400.00 U.S. Currency, Houston, TX, Sloom, Brooke, 10/03/05
06-DEA-458881, $10,500.00 U.S. Currency, Houston, TX, Givens, Bean D., 10/20/05
06-DEA-458913, 1996 GMC Yukon, 1GKEC13R3TJ722865, Laredo, TX, Ocanas-Lopez, Toribio, 10/27/05
06-DEA-458937, 2000 Ford Mustang, 1FAFP4448YF197718, Falfurrias, TX, Gonzalez, Jose, 10/28/05
06-DEA-458962, Smith & Wesson Model 659 9mm semi-auto handgun, Ser No TAP5797, VL: $335.00, Houston, TX, Jimenez, Omar Antonio, 10/25/05
06-DEA-458975, $8,020.00 U.S. Currency, Houston, TX, Duran, Juan B., 10/25/05
06-DEA-458980, $22,000.00 U.S. Currency, Houston, TX, Duran, Juan B., 10/25/05
06-DEA-458981, $9,000.00 U.S. Currency, Houston, TX, Hidalgo, Jesus Roberto, 10/25/05
06-DEA-458982, $16,260.00 U.S. Currency, Houston, TX, Hidalgo, Jesus Roberto, 10/25/05
WESTERN DISTRICT OF TEXAS
06-DEA-458726, 1999 Larson Boat with Road Runner Trailer, (1) 1999 Larson Recreational Boat, Ser No LAR56250C999; (1) Road Runner Trailer, Ser No Rr62571, San Antonio, TX, Tompkins, Thomas Lynn and Stein, Deborah Harriet, 10/18/05
06-DEA-458742, 2004 Dodge Ram 2500 Truck, 1D7HA18D24J145172, San Antonio, TX, Romo-Cabello, Gustavo Adolfo, 10/23/05
06-DEA-458970, 1999 Ford F-250 Truck, 1FTNW21S1XEB78643, Midland, TX, Ramos, Rosa Yaela, 10/18/05
06-DEA-459080, 1999 Volkswagen New Beetle GLS Coupe, ...

1GNDS13S532156052, Pine Valley, CA, Coronado-Cota, Everardo 10/25/05
06-DEA-458976, Mossberg 500A Shotgun 12 Gauge, Serial# P156004, VL: $139.00, San Diego, CA, Figueroa-Salgado, Carlos Felipe, 10/28/05
06-DEA-459005, 2000 GMC Jimmy SLE SUV, 1GKCS13W5Y2118403, San Clemente, CA, Felix, Jaime, 10/26/05
06-DEA-459011, Beretta Prieto Handgun, Serial# N26011Z, VL: $440.00, San Diego, CA, Figueroa-Salgado, Carlos Felipe, 10/28/05
DISTRICT OF COLORADO
06-DEA-458683, 1996 Ford Mustang, 1FALP404XTF178536, Morgan County, CO, Blea, Shawn Danelle, 10/11/05
MIDDLE DISTRICT OF FLORIDA
06-DEA-458985, 1998 Porsche Boxster Convertible, WP0CA2982WU626312, Orlando, FL, Whaley, Marc Eric, 10/27/05
06-DEA-458989, 2003 Mercedes-Benz SL500 Roadster, WDBSK75F53F016896, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458991, 2005 Dodge Magnum R/T Wagon, 2D4GV58275H113209, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458996, 2001 Ferrari 360 Spider Coupe, ZFFYT53A010123389, Orlando, FL, Whaley, Marc Eric, 10/27/05
06-DEA-458997, 2004 Rolls Royce Phantom, SCA1S68484UX07019, Orlando, FL, Whaley, Marc Eric, 10/27/05
06-DEA-459002, 2003 Land Rover Range Rover, SALME11413A128152, Orlando, FL, Whaley, Marc Eric, 10/27/05
06-DEA-459077, 1999 Wells Cargo Inc. MTG4639 Trailer, 1WC200R30X3042163, Orlando, FL, Whaley, Marc Eric, 10/27/05
06-DEA-459263, $29,900.00 U.S. Currency, Tampa, FL, Sampson, Bren Keith, 10/28/05
06-DEA-459269, Bank of America, Account #003675655706, VL: $41,277.98, Orlando, FL, Huang, Dewitt Mitchell, 10/14/05
06-DEA-459341, 2004 BMW 645Ci Coupe, WBAEH73434B189529, Orlando, FL, White, Yolanda Charita, 10/28/05
SOUTHERN DISTRICT OF FLORIDA
03-DEA-427923, $400.00 U.S. Currency, Miami, FL, Haim, Gary, 07/08/03
05-DEA-457151, $16,330.00 U.S. Currency, Miami, FL, Serrano, Jose, 08/22/05
05-DEA-457917, 2004 Land Rover SUV, SALTW19454A856815, Miami, FL, Lozano, Gil, 09/21/05
05-DEA-457918, 2006 Mercedes Benz E350, WDBUF56J26A774152, Miami, FL, Lozano, Gil, 09/21/05
06-DEA-458849, $1,702,430.00 U.S. Currency, Doral, FL, Petromaterials Inc., 10/18/05
06-DEA-459276, 2003 Land Rover Range Rover Wagon, SALME11443A133023, Pompano Beach, FL, Gordon, Michael, 11/02/05
NORTHERN DISTRICT OF GEORGIA
05-DEA-457236, $749.00 U.S. Currency, Chamblee, GA, Phan, Thao Van, 08/26/05
05-DEA-458729, $24,590.00 U.S. Currency, Lawrenceville, GA, Garcia, Lucio Sanchez, 10/21/05
06-DEA-458728, 1998 Honda Accord, 1HGCG164XWA018471, Lilburn, GA, Gonzalez-Diaz, J. Jesus, 10/12/05
06-DEA-458740, $604,913.00 U.S. Currency, Lawrenceville, GA, Alvarez-Lopez, Javier AKA Hector and Bojorquez-Caraveo, Yolanda AKA Yoli, 10/12/05
06-DEA-458754, Sony 51" Projection Television, Ser No 8100246, VL: $1,399.99, Lilburn, GA, Flores-Sotelo, Trinidad AKA Guicho and Rojas-Rea, Ana Laura and Gonzalez-Diaz, J. Jesus, 10/12/05
06-DEA-458809, 1997 Nissan Altima, 1N4BU31D7VC259080, Lawrenceville, GA, Flores Sotelo, Trinidad, 10/12/05
05-DEA-458815, $61,405.00 U.S. Currency, Lawrenceville, GA, Flores Sotelo, Trinidad, 10/12/05
06-DEA-458850, 2000 Toyota Tundra SR5, 5TBBT4412YS041578, Lawrenceville, GA, Alvarez-Lopez, Javier AKA Carmona-Castillo, Hector and Bojorquez-Caraveo, Yolanda AKA Yoli, 10/12/05
06-DEA-458851, 2001 Toyota Sequoia, 5TDZT34A21S017844, Lawrenceville, GA, Alvarez-Lopez, Javier AKA Carmona-Castillo, Hector and Bojorquez-Caraveo, Yolanda AKA Yoli, 10/12/05
NORTHERN DISTRICT OF IOWA
05-DEA-457578, 1994 Honda Accord, JHMCD5558RC100076, Sioux City, IA, Unidentified, 09/20/05
06-DEA-458560, $1,721.00 U.S. Currency, Sioux City, IA, Alejo, ...

Antelo-Rivera, Jose Emilio, 11/03/05
06-DEA-458585, $3,360.00 U.S. Currency, Las Vegas, NV, Olivera-Sanchez, Yazmin Denisse, 11/03/05
06-DEA-458723, $3,200.00 U.S. Currency, Reno, NV, Gonzalez, Daniel, 10/19/05
05-DEA-458945, $14,900.00 U.S. Currency, Las Vegas, NV, Nina, Amado Victor, 11/08/05
06-DEA-459067, $12,490.00 U.S. Currency, Las Vegas, NV, Quintero-Vizcarra, Nolberto, 11/08/05
EASTERN DISTRICT OF NEW YORK
06-DEA-458642, $162,910.00 U.S. Currency, Long Island City, NY, AB Enterprise, 10/17/05
06-DEA-458652, $35,000.00 U.S. Currency, Long Island City, NY, Hoyos, Jorge, 10/17/05
06-DEA-458711, $139,900.00 U.S. Currency, Long Island City, NY, Hoyos, Jorge, 10/19/05
NORTHERN DISTRICT OF NEW YORK
05-DEA-458984, 2003 Infiniti G35 Sedan, JNKCV51E43M012059, Ravena, NY, Farrow, Noel, 10/28/05
05-DEA-459004, $23,929.00 U.S. Currency, Ravena, NY, Farrow, Noel, 10/26/05
05-DEA-458251, $10,705.00 U.S. Currency, Waddington, NY, St. Dennis, Jason and Pascarella, Nicholas, 10/19/05
06-DEA-458647, 2000 GMC Yukon, 1GKEK13T5YJ176584, Massena, NY, Smoke, Rhonda, 10/18/05
06-DEA-458811, $1,658.00 U.S. Currency, Chateaugay, NY, Dunn, William Michael, 10/15/05
WESTERN DISTRICT OF NEW YORK
05-DEA-458485, $8,400.00 U.S. Currency, Lackawanna, NY, Koziel, Kathleen T., 10/17/05
05-DEA-458519, $3,320.00 U.S. Currency, Rochester, NY, Develder, Michael, 10/17/05
05-DEA-458709, $3,645.00 U.S. Currency, Cheektowaga, NY, Sanks, Anthony, 10/19/05
05-DEA-458712, $7,090.00 U.S. Currency, Buffalo, NY, Findley, Orville and Bennett, Jermaine, 10/19/05
05-DEA-458715, (4) Western Union money orders, Ser Nos 08-251461955; 08-330112621; 08-330112622; 08-339675494, Buffalo, NY, Bennett, Jermaine, 10/19/05
05-DEA-458716, $4,949.00 U.S. Currency, Buffalo, NY, Richards, Franklin, 10/20/05
NORTHERN DISTRICT OF OHIO
05-DEA-458448, $4,380.00 U.S. Currency, Oregon, OH, Poe, Johnny Joe AKA Poe, Johnny J. AKA Paxton, James, 10/17/05
06-DEA-458563, $30,100.00 U.S. Currency, Cleveland, OH, Velasquez, Eduardo Rios AKA Velasquez, Eduardo R. AKA Velasquez, Eduardo AKA Velasquez, Edwardo R. AKA Velasquez, Edwardo, 10/20/05
06-DEA-458988, Safe Deposit Box #10016 with $55,500.00 U.S. Currency, Sky Bank, Hubbard, OH, Fawcett, Anthony James AKA Fawcett, Anthony J. AKA Fawcett, Anthony AKA Fawcett, Tony AKA Faucett, Tony and Fawcett, Mary K., 10/27/05
06-DEA-459009, Safe Deposit Box #244-2 with $37,100.00 U.S. Currency, Bank One, Youngstown, OH, Fawcett, Anthony James AKA Fawcett, Anthony J. AKA Fawcett, Anthony AKA Fawcett, Tony AKA Faucett, Tony and Fawcett, Mary K., 10/27/05
SOUTHERN DISTRICT OF OHIO
06-DEA-458787, $4,734.00 U.S. Currency, Columbus, OH, Tyree Jr., Roderick Van AKA Tyree, Rodrick Van, 10/20/05
DISTRICT OF OREGON
05-DEA-456368, (84) Vacuum sealed bags containing Ephedrine, VL: $600.00, Ashland, OR, Castillo, Brian E., 08/19/05
EASTERN DISTRICT OF PENNSYLVANIA
05-DEA-459025, Hi-Point, Model JHP, .45 caliber Semi-Auto Pistol, Ser No 424342, VL: $70.00, Chester, PA, Tucker, Shamar, 09/29/05
06-DEA-458793, $9,020.00 U.S. Currency, Media, PA, Mullings, Keron and McDermott, Courtney, 10/20/05
05-DEA-458796, $10,400.00 U.S. Currency, Scranton, PA, Nealon, Kevin, 10/27/05
06-DEA-458900, Various Jewelry, VL: $16,000.00, (1) Ladies Rolex Wrist Watch, Model 69180, circa 1991, Oyster Perpetual Lady Date Model, with Oyster band., Ser No N361276; (1) White Gold Ladies Diamond Necklace of at least 10, karat, with 343 round diamonds and 18.25 inches in length., Philadelphia, PA, Bey, Angel Rosa, 10/21/05
WESTERN DISTRICT OF PENNSYLVANIA

University Federal CU, Ser No 752376151; (2) Fieldstone Federal CU, Ser Nos 501392787; 501392786; (1) Bank Independent, Ser No 929921035; (1) Citibank, Ser No 643085298; (2) Washington Mutual Bank, Ser Nos 180956938; 083500824; (27) Travelers Express, Ser Nos 46493108825; 46419280240; 46502098170; 47053107959; 47087546309; 47088150855; 46111546797; 77545746527; 47080490732; 54513015563; 47002255785; 54084503982; 47071958241; 77540845598; 46411697222; 77540207433; 46810852794; 46421611209; 45934669539; 47111590504; 54500548212; 53834884048; 54485720751; 46945517637; 46914179884; 46536308260; 47053107946; (6) CVS Pharmacy, Ser Nos 53204808314; 79907714513; 53717928614; 53717928625; 54018786741; 53199857128; (2) Albertson, Ser Nos 46776982613; 46793580649; (4) Speedway Superamerica, Ser Nos 54288128235; 54282221906; 54280177161; 54281381946; (5) Circle K Stores, Ser Nos 54241319275; 54236290450; 54347589340; 54050238387; 54357123172; (2) Scotchman, Ser Nos 54636359138; 54536357390; (3) WalMart Financial Services, Ser No 54407924065; 54438565039; 54634896074; (1) Sunoco, Ser No 46820171630; (1) Save Mart Supermarkets, Ser No 54497478574; (1) Ingles, Ser No 54121214301; (1) Brooks, Ser No 54127843116; (1) Money Order, Ser No 1459981851; (7) Bank of America Personal Money Orders, Ser Nos 0204637; 6791356; 0019828; 0219601; 0074544; 0000488668; 5950261953; (10) Merchants Express, Ser Nos 436800825; 127158372; 132700059; 127340712; 485246854; 126680434; 457650268; 441598995; 438061069; 432282006; (1) Shurfine Markets, Ser No 367415316; (43) US Postal Money Orders, Ser Nos 08634992872; 08721414077; 08460699616; 09011794063; 92864931579; 08482301414; 08505788859; 09978484788; 08929602429; 92863750680; 09502046642; 08645613581; 09621820393; 92354048166; 92824354665; 09628427833; 92863750678; 07919555106; 08462421990; 08122805952; 08528552605; 08674879406; 92864205167; 08464383644; 08528651853; 92824438610; 08898356104; 08572193328; 92806209891; 92869655106; 08629561822; 92807560747; 92866584914; 08709792658; 07551922634; 92843849115; 92884405417; 92866588536; 07012948234; 08881398090; 92792679502; 92879456982; 92889770385; (2) Welcome State Bank, Ser Nos 9014001204; 9014001203; (1) Flash Foods Int'l Money Order, Ser No 9285005560; (1) Sprint, Ser No 010200026109; (1) Credit Union, Ser No 106171; (1) DCTFCU, Ser No 060000179501; (2) McKinley Money Orders, Ser Nos 365390; 365389; (1) First State Bank, Ser No 004694; (1) Greenwich Bank & Trust, Ser No 3553; (1) IBEW Members Plus CU, Ser No 990662; (1) Sunstate Bank, Ser No 035240; (5) Fidelity Express, Ser Nos 2347489377; 2531528423; 2531528432; 2553514612; 2389756970; (2) Global Express, Ser Nos 233060933; 233050055; (2) National Express, Ser Nos 0151553193; 0151553259; (1) Continental Express, Ser No 5731485123; (1) Wells Fargo Bank, Ser No 0413214748; (1) North American, Ser No 51281124; (1) National Bonded, Ser No B2008071, Dallas, TX, Seran, Rakesh Jyoti AKA Saran, Johar, 09/30/05
05-DEA-458630, Miscellaneous Cashier Checks, VL: $1,538.95, (2) US Bank Official Check, Ser Nos 507069745; 507069746; (1) AmSouth Official Check, Ser No 263686417; (1) Key Bank Official Check, Ser No 962014436; (1) Bancorp South Official Check, Ser No 972362021; (1) Watermark Cashier's Check, Ser No 4439725261; (1) The Peoples Bank Cashier's Check, Ser No 005558; (1) First California Bank Cashier's Check, Ser No 125776; (1) Atlantic Regional Federal Credit Union Cashier's Check, Ser No 126256, Dallas, TX, Infiniti Services Group, 09/20/05
05-DEA-458844, $10,280.00 U.S. Currency, Mesquite, TX, Clark A., 10/25/05
05-DEA-458889, Miscellaneous Money Orders, VL: $19,481.59, (12) Western Union, Ser Nos 08272309985; 08288411605; 08086509636; 08086509835; 09291337978; 09256284022; 08373262382; 08368177199; 08373232076; 08368549330; 08373396890; 09272993668; (1) First Dakota National Bank, Ser Nos 396313052; (1) Wachovia, Ser No 229699753; (12) Travelers Express, Ser Nos 47076958938; 54483559229; 54485887370; 47130408512; 46950652111; 54096522878; 54499791434; 46840534114; 47036661617; 54085450471; 54521318907; 46767154148; (1) Speedway Superamerica, Ser No 53798530682; (1) CVS Pharmacy, Ser No 53208828893; (1) Money Tree, Ser No ...

06-DEA-458535, $3,330.00 U.S. Currency, Waukesha, WI, Smith, Timothy, 10/21/05
05-DEA-458644, 2001 Dodge Intrepid, 2B3AD56J91H681742, Sheboygan, WI, Washington, Lemaar, 10/26/05
05-DEA-458707, $2,750.00 U.S. Currency, Milwaukee, WI, Flores-Nunez, Carlos, 10/26/05
05-DEA-458586, American Honda Finance Corp Business Check #0001348, VL: $8,467.00, Milwaukee, WI, American Honda Finance Corporation, 10/19/05
06-DEA-458743, $11,208.00 U.S. Currency, Racine, WI, Alamos, Refugio, 10/27/05
WESTERN DISTRICT OF WISCONSIN
05-DEA-458574, $10,393.00 U.S. Currency, Madison, WI, Parker, Parcell L., 10/20/05
06-DEA-458539, 2000 Lincoln Sedan LS, 1LNHM87A8YY869137, Madison, WI, Lehr, Jordan L., 10/25/05
06-DEA-458341, $393,000.00 U.S. Currency, Ridgeway, WI, O'Brien, Timothy K., 10/06/05
06-DEA-458346, $3,823.17 U.S. Currency, Ridgeway, WI, O'Brien, Timothy K., 10/06/05

THIRD NOTICE
LAST DATE TO FILE JANUARY 11, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF ALABAMA
05-DEA-458454, $4,540.00 U.S. Currency, Montgomery, AL, Pease, Cedric Dwayne, 10/12/05
06-DEA-458599, $2,480.00 U.S. Currency, Montgomery, AL, Russell, Orlando, 10/21/05
06-DEA-458735, $2,300.00 U.S. Currency, Montgomery, AL, Williams, Alex Terrell, 10/18/05
WESTERN DISTRICT OF ARKANSAS
06-DEA-458243, $4,370.00 U.S. Currency, Rogers, AR, Blevins, Brian Scott, 10/05/05
DISTRICT OF ARIZONA
06-DEA-456176, $3,288.00 U.S. Currency, Phoenix, AZ, Lopez-Beltran, Fernando AKA Perez, Jose Luis, 10/07/05
06-DEA-456222, $10,240.00 U.S. Currency, Tucson, AZ, Padilla, Jose Manuel AKA Gordo, X AKA Socorro, Jose, 10/03/05
05-DEA-458269, 2004 Dodge Durango SLT, 1D8HD48D94F123340, Mesa, AZ, Orabos, Luis Raul AKA Orabos-Hurtado, Luis Raul, 10/04/05
06-DEA-458377, Bank of America, Cashier's Check #004853858, VL: $50,000.00, Mesa, AZ, Gaylan, Guadalupe Patricia, 10/01/05
06-DEA-458459, $10,449.00 U.S. Currency, Phoenix, AZ, Braxton, Robert, 10/05/05
06-DEA-458460, $27,200.00 U.S. Currency, Phoenix, AZ, Ramirez-Torres, Ana Cecilia, 10/10/05
06-DEA-458493, 2001 BMW X5, WBAFA53541LM88095, Nogales, AZ, Haro-Rodriguez, Agustin AKA Fonseca, Daniel Arceo, 10/02/05
06-DEA-458496, $637,420.00 U.S. Currency, Tucson, AZ, Lopez, Regino Fernando, 10/12/05
06-DEA-458534, 2001 Lexus LS430, JTHBN30FX10030699, Phoenix, AZ, Carter, Loy, 10/04/05
06-DEA-458548, 2000 Chevrolet Van, 1GCEG15M1Y1251215, Phoenix, AZ, Unknown, 10/12/05
06-DEA-458608, $3,930.60 U.S. Currency, Phoenix, AZ, Unidentified, 10/20/05
CENTRAL DISTRICT OF CALIFORNIA
05-DEA-455456, $505,980.00 U.S. Currency, Lake Elsinore, CA, Monroy, Marcos and Soto, Manuel P. and Marte, Gustavo, 06/26/05
05-DEA-457677, $763.00 U.S. Currency, Los Angeles, CA, Davis, Roderick, 09/15/05
05-DEA-457687, $3,870.00 U.S. Currency, Los Angeles, CA, Fredrick, Michael, 09/16/05
05-DEA-457876, $35,000.00 U.S. Currency, Sherman Oaks, CA, Richmond, Deon Marquis, 09/28/05
05-DEA-458020, $9,000.00 U.S. Currency, Santa Fe Springs, CA, Benton, Eric, 09/16/05
05-DEA-458036, $16,900.00 U.S. Currency, Los Angeles, CA, Olavarria, Rafael Galan AKA Vargas, Carlos L., 09/22/05
05-DEA-458040, (63) Assorted Money Orders, VL: $59,370.00, (62) United States Postal Money Orders, Ser No 08448036212; 08444148625; 08448038223; 08407692505; 08444169911; 08446139978; 08446139957; 08810963054; 08810963043; ...

# **EXHIBIT K**

# NOTICE OF FORFEITURE

TO: ALL INTERESTED PERSONS OR ENTITIES, KNOWN OR UNKNOWN

NOTICE is hereby given pursuant to Sec. 932.701 et. seq., Fla. Stat. (2004), that the property described below was seized for forfeiture the dates and at the places stated. Forfeiture complaints are pending, and all potential claimants may request an adversarial preliminary hearing regarding to the seizure of the property. Pursuant to Sec. 932.703(2)(a), this request must be in writing and sent by certified mail to the address below, return receipt requested, within fifteen (15) days of receipt of this notice. Otherwise, your right to an adversarial preliminary hearing will be waived. Please specify the exact property upon which your request is based. Address all requests to:

Miami-Dade Police Department
Police Legal Bureau - Forfeiture Section
73 West Flagler St. Suite 2201
Miami, Florida 33130

Eight thousand, three hundred ten dollars ($8,310.00) and Four thousand, four hundred forty dollars ($4,440.00) in U.S. currency, seized for forfeiture, from Saheed Thompson and Christopher Barr, respectively on or about September 28, 2005, at or near 3250 NW 175 St. in Miami-Dade County, Florida under **MDPD case no's. PD050928064654 and PD050928064614, respectively.**

Five thousand, three hundred forty-eight dollars ($5,348.00) in U.S. currency, seized for forfeiture, from Angel F. Trujillo, on or about September 29, 2005, at or near 8501 NW 8 St. in Miami-Dade County, Florida under **MDPD case no. PD050928066470.**

Twenty-five thousand, two hundred six dollars ($25,206.00) in U.S. currency seized for forfeiture from Max Naimark-Bloch, on or about October 14, 2005, at or near Miami International Airport, Concourse E in Miami-Dade County, Fl. under **MDPD case no. PD051014092429.**

Thirteen thousand seven hundred dollars ($13,700.00) in U.S. currency seized for forfeiture from Camelo Robaya on or about October 22, 2005, at or near Miami International Airport, Concourse E in Miami-Dade County, Fl. under **MDPD case no. PD051022106176.**

One (1) 1999 Volkswagon Jetta, bearing Fl. Reg. P858CF and VIN: 3VWSA29M2XM088335, seized for forfeiture, from Kaitlin Stadnik, on or about November 1, 2005, at or near 1000 NW 41 St. in Miami-Dade County, Florida under **MDPD case no. PD051101127504.**

11/9-16

05-4-57/605032M

# EXHIBIT L

HE WALL STREET JOURNAL.

B6 MONDAY, DECEMBER 5, 2005

**NOTICE OF FORFEITURE**

**UNITED STATES v. KAVERI CHATURVEDI**

**03 Cr. 914 (LTS)**

Notice is hereby given that on October 5, 2005, in the case of United States v. Kaveri Chaturvedi, 03 Cr. 914 (LTS), the United States District Court for the Southern District of New York entered a Preliminary Order of Forfeiture condemning and forfeiting Kaveri Chaturvedi's right, title, and interest in the following Subject Property to the United States Department of the Treasury:

(A) A sum of money equal to $24,810 in United States currency, representing the amount of proceeds obtained as a result of the offense;

(B) All United States currency, precious gemstones, precious metals, and jewelry recovered on or about April 21, 2003, from the residence of the defendant, located at 351 East 84th Street, Apartment 29F, New York, New York, which includes the following: (i) One Tiffany & Co. watch with a black band; (ii) One Tiffany & Co. diamond-like wedding band; (iii) One silver colored bracelet; (iv) One gold colored bracelet; (v) One crucifix necklace; (vi) One Tiffany & Co. Madonna and child necklace; and

(C) All personal property that constitutes or is derived from proceeds obtained directly or indirectly as the result of the offense alleged in Count One of the Information and that was recovered on or about April 21, 2003, from the residence of the defendant located at 351 East 84th Street, Apartment 29F, New York, New York, including the following: (i) One Tumi expandable briefcase; (ii) One Tungsten 7 Palm Pilot PDA; (iii) One Tumi tote bag; (iv) One black Tumi wallet; (v) One Palm Pilot hot synch cradle; and (vi) five RCS Computer Experience gift certificates worth a total of $350;

United States hereby gives notice of its intention to dispose of the forfeited Subject Property in such a manner as the United States Department of the Treasury may direct. Any person having or claiming a legal right, title or interest in the aforementioned Subject Property must file a petition within thirty (30) days of the final publication of this notice, which will be January 18, 2006. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Subject Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

MICHAEL J. GARCIA, United States Attorney
United States Department of the Treasury

# EXHIBIT M

...7, the Commissioner of Finance of the City ...ity, a list of parcels affected by unpaid tax ...day of October, 2005, had been unpaid for ...x Class Two properties that are residential ...ple dwellings owned by companies orga... ...ice Law, with the consent and approval of ...years after the date when tax, assessment, ...such parcel (a) a brief description of the ...such property as the same appeared on the ...ual record of assessed valuation at the time of filing or a statement that the owner is unknown if such be case, (c) a listing of such tax liens upon such parcels, including those which caused the property to be ...ject to the foreclosure proceeding and those which accrued thereafter, together with the date or dates from ...ch, and the rate or rates at which interest and penalties thereon shall be computed.

The filing of this list of delinquent taxes constitutes the commencement by the City of New York of an ...on in the Supreme Court, Richmond County, to foreclose the tax liens therein described by a foreclosure ...ceeding in rem and this list constitutes a notice of pendency of action and a complaint by the City of New ...k against each piece or parcel of land therein described to enforce the payment of such tax liens.

Such action is brought against the real property only and is to foreclose the tax liens described in such ... No personal judgment shall be entered herein for such taxes, assessments or other legal charges or any thereof.

A certified copy of such list of delinquent taxes has been filed in the Staten Island Business Center, 350 ...Mark's Place, Room 200, Staten Island, NY 10301, and will remain open for public inspection up to and ...uding the 27th day of January, 2006, which date is hereby fixed as the last date for redemption.

Any party or entity having or claiming to have an interest in any such parcel and the legal right thereto ...on or before said date redeem the same by paying the Commissioner of Finance, at 350 St. Mark's Place, ...m 200, Staten Island, NY 10301, or any Borough Business Center, the amount of all such unpaid tax liens ...eon and in addition thereto all interest and penalties which are a lien against such real property comput...o and including the date of redemption.

And take further notice that during the same period such party or entity may request the Commissioner ...inance to enter into an agreement for installment payments as provided under Sections 11-405 and 11-... of the Administrative Code.

Every person or entity having any right, title or interest in or lien upon any parcel described on such list ...elinquent taxes may serve a duly verified answer upon the Corporation Counsel setting forth in detail the ...re and amount of his interest or lien, any defense or objection to the foreclosure and the full name of the ...wering party. Such answer must be filed in the office of the Clerk of Richmond County and served upon Corporation Counsel at any time after the first date of publication but not later than twenty days after the ...above mentioned as the last day for redemption, which shall be February 16th, 2006. In the event of fail...to redeem or answer, such person shall be, except as provided in Sections 11-407(c), 11-412.1 and 11-... of the Administrative Code, forever barred and foreclosed of all his right, title and interest and equity of ...mption in and to the parcel described in such list of delinquent taxes and a judgment of foreclosure may ...aken in default.

...ed: November 7, 2005

Martha E. Stark, Commissioner of Finance
City of New York

**...ve all legal papers on:**
...hael A. Cardozo
...poration Counsel
...mercial and Real Estate Tax Litigation Division
... Church Street
... York, NY 10007

Tax Classes 1 and 2

PLEASE TAKE NOTICE THAT on the 14th day of October, 2005, the Commissioner of Finance of the City of New York, pursuant to law, filed with the Clerk of Kings County, a list of parcels affected by unpaid tax liens held and owned by said City of New York, which on the 14th day of October, 2005, had been unpaid for a period of at least one year, or in the case of Tax Class One and Tax Class Two properties that are residential condominium units or residential cooperative buildings and multiple dwellings owned by companies organized under Article XI of the New York State Private Housing Finance Law, with the consent and approval of the Department of Housing Preservation and Development, three years after the date when tax, assessment, or other legal charge became a lien. Said list contains as to each such parcel (a) a brief description of the property affected by such tax liens, (b) the name of the owner of such property as the same appeared on the annual record of assessed valuation at the time of filing or a statement that the owner is unknown if such be the case, (c) a listing of such tax liens upon such parcels, including those which caused the property to be subject to the foreclosure proceeding and those which accrued thereafter, together with the date or dates from which, and the rate or rates at which interest and penalties thereon shall be computed.

The filing of this list of delinquent taxes constitutes the commencement by the City of New York of an action in the Supreme Court, Kings County, to foreclose the tax liens therein described by a foreclosure proceeding in rem and this list constitutes a notice of pendency of action and a complaint by the City of New York against each piece or parcel of land therein described to enforce the payment of such tax liens.

Such action is brought against the real property only and is to foreclose the tax liens described in such list. No personal judgment shall be entered herein for such taxes, assessments or other legal charges or any part thereof.

A certified copy of such list of delinquent taxes has been filed in the Brooklyn Business Center, 210 Joralemon Street, 1st Floor, Brooklyn, NY 11201, and will remain open for public inspection up to and including the 13th day of January, 2006, which date is hereby fixed as the last date for redemption.

Any party or entity having or claiming to have an interest in any such parcel and the legal right thereto may on or before said date redeem the same by paying the Commissioner of Finance, at 210 Joralemon Street, 1st Floor, Brooklyn, NY 11201, or any Borough Business Center, the amount of all such unpaid tax liens thereon and in addition thereto all interest and penalties which are a lien against such real property computed to and including the date of redemption.

And take further notice that during the same period such party or entity may request the Commissioner of Finance to enter into an agreement for installment payments as provided under Sections 11-405 and 11-409 of the Administrative Code.

Every person or entity having any right, title or interest in or lien upon any parcel described on such list of delinquent taxes may serve a duly verified answer upon the Corporation Counsel setting forth in detail the nature and amount of his interest or lien, any defense or objection to the foreclosure and the full name of the answering party. Such answer must be filed in the office of the Clerk of Kings County and served upon the Corporation Counsel at any time after the first date of publication but not later than twenty days after the date above mentioned as the last day for redemption, which shall be February 2nd, 2006. In the event of failure to redeem or answer, such person shall be, except as provided in Sections 11-407(c), 11-412.1 and 11-424 of the Administrative Code, forever barred and foreclosed of all his right, title and interest and equity of redemption in and to the parcel described in such list of delinquent taxes and a judgment of foreclosure may be taken in default.

Dated: October 24, 2005

Martha E. Stark, Commissioner of Finance
City of New York

**Serve all legal papers on:**
Michael A. Cardozo
Corporation Counsel
Commercial and Real Estate Litigation Division
100 Church Street
New York, NY 10007

## ...BLI USA MUTUAL LIFE INSURANCE COMPANY, INC.

### Notice to Policyowners

...e Board of Directors has nominated the following per...ns to be candidates at the Election of Directors to be held ...Wednesday, June 28, 2006, to serve for the number of ...ars, set forth next to their name and expiring in the year ...t forth next to their name:

| | |
|---|---|
| **...rol L. Coffman**<br>**...years, expiring in 2009)**<br>**...incipal**<br>**...N Advisors**<br>**...ll Valley, CA** | **Dennis McIntosh**<br>**(3 years, expiring in 2009)**<br>**Executive Vice President & CFO**<br>**SBLI USA Mutual Life Insurance Company, Inc.**<br>**New York, NY** |
| **...vid Jefferson**<br>**...years, expiring in 2008)**<br>**...esident & CEO**<br>**...ET Communications, LLC**<br>**...arren, NJ 07059** | **Evelyn F. Murphy**<br>**(3 years, expiring in 2009)**<br>**President**<br>**The Wage Project, Inc.**<br>**Brookline, MA** |
| **...seph L. Mancino**<br>**...year, expiring in 2007)**<br>**...rmer Chairman & CEO**<br>**...e Roslyn Savings Bank**<br>**...rden City, NY** | **Albert J. Regan**<br>**(1 year, expiring in 2007)**<br>**President**<br>**Northfield Savings Bank**<br>**Staten Island, NY** |

...e polls will be open from 10 a.m. to 4 p.m. The election ...d the polls will be at the Company's Home Office, 460 ...est 34th Street, Suite 800, New York, NY 10001-2320. ...e annual meeting of policyholders and contract holders ...all be held at 11:30 a.m. on June 28, 2006.

...ery policyholder or contract holder whose policy or ...ntract has been in force for at least one year at the date ...the election is entitled to vote in person or by mail. ...llots may be obtained from David J. Walsh, Executive ...ce President, Administration, General Counsel, and ...cretary, SBLI USA Mutual Life Insurance Company, Inc., ...0 West 34th Street, Suite 800, New York, New York ...001-2320.

...rsuant to section 4210 of the Insurance Law of New ...rk, groups of policyholders and contract holders have the ...ght to nominate one or more independent tickets not less ...an five months prior to the date of such election.

**UNITED STATES CUSTOMS AND BORDER PROTECTION**

Notice is hereby given that the following merchandise has been seized on or about the date indicated for violations of Customs or other laws.

**$32,000.00 in U.S. Currency, seized on April 6, 2005, (2005-1001-000257-01);**
**$399,685.00.00 in U.S. Currency, seized on May 16, 2005, (2005-1001-000321-01);**
**$7,928.00 in U.S. Currency, seized on April 12, 2005, (2005-1001-000264-01);**
**$50,020.00 in U.S. Currency, seized on June 28, 2005, (2005-1001-0003-74-01);**
**Approximately $12,000.00 in United States Currency and Approximately $14,000.00 in United States Currency, seized on August 2, 2005, (2005-1001-000401-01);**
**$15,200.00 in U.S. Currency, seized on June 20, 2005, (2005-1001-000415-01);**
**$18,520.00 in U.S. Currency, seized on June 21, 2005, (2005-1001-000405-01);**

Any party asserting an interest and claim to the property must appear within 20 days from the date of the first publication of this notice and file with the FP&F Director at 1100 Raymond Blvd., Newark, NJ 07102, a seized asset claim form asserting an ownership interest in default of which the property will be forfeited to the United States Government. (2970)

Edward P. Nagle
Director of Fines, Penalties and Forfeitures

**LEGAL NOTICE**

Notification is given that **Metropolitan National Bank, 99 Park Avenue, New York, NY 10016** has filed an application with the Comptroller of the Currency on December 9, 2005, as specified in 12 CFR 5 for permission to establish a full-service branch office at **16 West 46th Street, New York, NY 10036**. Any person wishing to comment on this application may file comments in writing with the Director for District Licensing, Northeastern District Office, Office of the Comptroller of the Currency, 340 Madison Avenue, Fifth Floor, New York, NY 10017-2613 or by e-mail to NE.Licensing@occ.treas.gov within 30 days of the date of this publication.

Notification is hereby given that HSBC Bank USA, National Association, 1105 North Market Street, Suite 1, Wilmington, Delaware 19801, will file an application with the Comptroller of the Currency on Friday, December 9, 2005, as specified in 12 CFR 5 for permission to open a new, staffed branch at 160-31 Crossbay Boulevard, Howard Beach, NY 11414. Any person wishing to comment on this application may file comments in writing with the Director for District Licensing at 340 Madison Avenue, 5th Floor, New York, NY 10017-2613 or NE.Licensing@occ.treas.gov within 30 days of the date of this publication.

Notification is hereby given that HSBC Bank USA, National Association, 1105 North Market Street, Suite 1, Wilmington, Delaware 19801, will file an application with the Comptroller of the Currency on Monday, December 12, 2005, as specified in 12 CFR 5 for permission to open a new, staffed branch at 116-11 Beach Channel Drive, Rockaway Park, NY 11694. Any person wishing to comment on this application may file comments in writing with the Director for District Licensing at 340 Madison Avenue, 5th Floor, New York, NY 10017-2613 or NE.Licensing@occ.treas.gov within 30 days of the

**Notice of Application for Acquisition of 24.9% of a Thrift Holding Company by Banco Santander Central Hispano, S.A.**

**Banco Santander Central Hispano, S.A., Avenida de Cantabria, Boadilla del Monte, Spain,** intends to apply to the Federal Reserve Board for permission to acquire 24.9% of a thrift holding company, **Sovereign Bancorp, Inc.,** 1130 Berkshire Boulevard, Wyomissing, Pennsylvania 19610. We intend to acquire control of Sovereign Bancorp, Inc. and thereby to acquire indirect control of Independence Community Bank Corp., 195 Montague Street, Brooklyn, NY 11201, a thrift holding company. The Federal Reserve considers a number of factors in deciding whether to approve the application including the record of performance of banks we own in helping to meet local credit needs.

You are invited to submit comments in writing on this application to the Federal Reserve Bank of New York, Attention: Bank Applications Department, 33 Liberty Street, New York, New York 10045. The comment period will not end before January 8, 2006 and may be somewhat longer. The Board's procedures for processing applications may be found at 12 C.F.R. Part 262. Procedures for processing protested applications may be found at 12 C.F.R. 262.25. If you need more information about how to submit your comments on community affairs aspects of the application or to obtain copies of relevant procedures, contact Ms. Elizabeth Ann Rodriguez, Office of Regional and Community Affairs, (212) 720-5921; other questions, including those relating to general procedures, should be directed to Mr. Jay B. Bernstein, Bank Supervision Officer, Bank Applications Department, (212) 720-5861. The Federal Reserve will consider your comments and any request for a public meeting or formal hearing on the application if they are received in writing by the Reserve Bank on or before the last day of the comment period.

Notice of formation of **Aponte and Associates Insurance Agency and Financial Services, LLC,** Arts. of Org. filed with Secy of State of NY (SSNY) on 9/23/2005 Office location: Bronx County. SSNY has designated as agent of the LLC may be served. SSNY shall mail a copy of process to the LLC at Spiegel & Utera, P.A. P.C. 45 John Street New York, NY 10038

Notice is hereby given that an Order entered by the Civil Court, New York County, on the 25th day of October, 2005, bearing Index Number **501361NC05**, a copy of which may be examined at the Office of the Clerk, located at 111 Centre Street, New York, NY in Room 225, grants me the right to assume the name of **CLAIRE MAUREEN KULPERGER.** My present name is CLAIRE MARIE KULPERGER. My present address is 233 East 86th Street #16C, NY, NY 10028. My place of birth is New York, NY. My date of birth is August 29, 2004.

Notice of Formation of **DOM LLC.** Arts. of Org. filed with Secy. of State of NY (SSNY) on 10/12/05. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: Benvenuti Public Relations LLC, 240 E. 27th St., Ste 7e, New York, NY 10016.

Notice is hereby given that a license, serial #1172145, for Beer has been applied for by **EAST BROADWAY PIZZA & RESTAURANT INC.** to sell beer at retail in a restaurant under the Alcoholic Beverage Control Law at **1474 Broadway, Brooklyn, NY 11221, Kings County,** for on-premises consumption.

NOTICE is hereby given that a license, serial #1170553 for Beer has been applied for by the undersigned to sell beer at retail in a deli under the Alcoholic Beverage Control Law at **3014 Richmond Rd, Staten Island, NY** 10306 for on-premises consumption;
**Karam Convenience Inc.**

For More Rental Listings
Don't Miss the Full Color
Rental Directory
Every Saturday in
NYP Home Classifieds.

Notice of Formation of **LJK LITERARY MANAGEMENT, LLC.** Arts. of Org. filed with Secy. of State of NY (SSNY) on 10/31/05. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o Richard L. Sadowsky, Sonnenschein Nath & Rosenthal LLP, 1221 Ave. of the Americas, NY, NY 10020. Purpose: all



New York Post, Monday, December 12, 2005

4-Dr. 32k mi $14,995

CITY CADILLAC • HUMMER

800-644-0805

?D 2004 FREESTAR- 7 pass, V6, ABS bags, 2 sliding doors, P/W, P/L, CD, , 80K orig hway mileage. 1 owner, like new $7,500. (718)438-1952

CargoVan
Like New. 32k mi $16,995

800-644-0805

1999 GMC Yukon SLT
thr. 4-Dr, 8 Cyl, ABS, Full Power, Cruise, AM/FM, Cass, Tilt, Alloys. 66k mi $12,995

800-644-0805

NISSAN '95 QUEST - Blue, all pwr, 7,500 mi, good tires & brakes, 6 cyl, rebuilt AC, rear AC & rear AM/FM. 4500 neg. Call John (516-569-8127

2003 Suzuki XL-7 4x4
auto/AC, 6 Cyl, ABS, Full Pwer, Cruise, AM/FM, CD, Moonroof, Air Bag. Loaded! 39k mi $14,995

800-644-0805

2001 Toyota Highlander LTD
Lthr. 4-Dr, 6 Cyl, ABS, Full Power, Cruise, AM/FM/CDm Tils Air Bags, ABS. 48k mi $21,495

CITY CADILLAC • HUMMER

800-644-0805

FULL-SIZE VANS AND TRUCKS

2002 Ford E 350 Van
Blue, 59K miles, New brakes. Clean in and out! King $11,000 OBO Call 347-231-2266

At Public Auction By JOHN GAISER, Auctioneer, DCA #507650, On Tues., December 13, 2005 At 10 A.M., BROOKLYN NAVY YARD, Navy & Sand Streets, Brooklyn, N.Y. All R/T/I in & To The Following Vehicles: Additionally, 29 Vehicles Will Be Sold As Abandoned Property Pursuant To Section 1224 Of The Vehicle Traffic Laws Of The State Of New York.

92 TOYOTA 4T1SK12E9NU142053
95 VW 3VWPC81H8SM049095
95 LINC 1LNLM81W2SY717969
93 PONTIAC 1G2WJ14T9PF259664
95 SUBARU JF1GC2244RH530901
LIEN
... 4MGZ58S7PC116595
... 155318
...
95 SATURN 1G8ZH52...
LIEN
91 HONDA 1HGCB7269MA073919
91 HONDA 1HGCB7650MA043659
96 SATURN 1G8ZK5270TZ104183
LIEN
97 CHEVY 2G1FP22K7V2101292
00 ACURA JH4KA9657YC007615
LIEN
96 HONDA 2HGEJ667XTH518497
93 PLYM 1P4GH44R1PX735686
89 TOYOTA NY41479
91 ACURA JH4KA7667MC047058
95 CHEVY 1GNCS18W0S2220002
97 TOYOTA 2T1BA02E8VC181408
LIEN
94 CHEVY 1GDNT13W4R2123484
93 FORD 2FACP36XXPB127786
92 FORD 1FACP50U1NA111401
96 NISSAN 1N4BU31DXTC123359
90 MITSUB JA3CR46V2LZ010489
97 DODGE 1B3EJ56X0VN545549
LIEN
89 OLDS 1G3HN54C5K1833926
LIEN
94 PLYM 1P3AA4634RF125877
LIEN
96 NISSAN 1N4BU31D3TC103177
94 LINC 1LNLM81W6RY733800
LIEN
90 MAZDA JM1BG2267L0140424
97 CHEVY 2G1FP22K3V2122527
95 CHRYSL 1C3EJ56H8SN582422
Cash Only, Inspect: 1/2 Hr Prior To Sale, Lindsay Eason, Sheriff

# Notices

## ADOPTIONS

ADOPT: A caring Christian couple hopes to share their life & hearts with a newborn. A lifetime filled with opportunity and endless love awaits. Expenses paid. Please call Lisa & Rich @ 1-866-941-0380

GET PROFESSIONAL HELP... POST YOUR RESUME ON NYP@WORK
NYPOST.COM/ATWORK

(Summons Child Neglect Proceeding) 9/2003

FAMILY COURT OF THE STATE OF NEW YORK COUNTY OF QUEENS

Docket No: NN-15657-58/05
CHILD NEGLECT CASE

In the Matter of a Proceeding under Article 10 of the Family Court Act
NELSON DIAZ,
Respondent(s)

... NAME OF THE PEOPLE OF ... YORK
... T OF YOUR ... CARE MAY ... OSS OF YOUR ... HILD. IF YOUR ... FOSTER CARE ... OST RECENT 22 ... GENCY MAY BE ... AW TO FILE A PETITION ... TERMINATE YOUR PARENTAL RIGHTS AND TO COMMIT GUARDIANSHIP AND CUSTODY OF YOUR CHILD TO THE AGENCY FOR THE PURPOSES OF ADOPTION. ALSO, THE AGENCY MAY FILE BEFORE THE END OF THE 15-MONTH PERIOD, IF SEVERE OR REPEATED CHILD ABUSE IS PROVEN BY CLEAR AND CONVINCING EVIDENCE, THIS FINDING MAY CONSTITUTE THE BASIS TO TERMINATE YOUR PARENTAL RIGHTS AND TO COMMIT GUARDIANSHIP AND CUSTODY OF YOUR CHILD TO THE AGENCY FOR THE PURPOSES OF ADOPTION.

TO: NELSON DIAZ
154-09 ROCKAWAY BLVD.
QUEENS, NY 11434

A Petition under Article 10 of the Family Court Act having been filed with this Court and annexed hereto

YOU ARE HEREBY SUMMONED to appear before this Court at 151-20 Jamaica Avenue, Jamaica, NY 11432, Part 6, On JANUARY 18, 2006, at 2:00 O'clock in the afternoon of that day to answer the petition and to be dealt with in accordance with Article 10 of the FAMILY COURT ACT.

ON YOUR FAILURE TO APPEAR as herein directed, a warrant may be issued for your arrest.

BY ORDER OF THE COURT
HON. FRIEDMAN
JUDGE OF THE FAMILY COURT

DATED: October 6, 2005

FURTHER NOTICE: Family Court Act §154(c) provides that petitions brought pursuant to Articles 4,5,6,8 and 10 of the Family Court Act, in which an order of protection is sought or in which a violation of an order of protection is alleged, may be served outside the State of New York upon a Respondent who is not a resident or domiciliary of the State of New York. If no other grounds for obtaining personal jurisdiction over the Respondent exist aside from the application of this provision, the exercise of personal jurisdiction over the respondent is limited to the issue of the request for, or alleged violation of, the order of protection. Where the Respondent has been served with this summons and petition and does not appear, the Family Court may proceed to a hearing with respect to issuance or enforcement of the order of protection.

LONG BEACH MORTGAGE LOAN TRUST 2003-4 Plaintiff against HENRIETTA BECOAT, CALVIN BECOAT, et al Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale entered herein and dated July 19, 2004, I, the undersigned Referee will sell at public auction at the Queens County Supreme Courthouse, 88-11 Sutphin Blvd., in Courtroom #25, Jamaica, NY on the 13th day of January, 2006 at 11:00 AM premises lying and being in the Borough of Queens, BEGINNING at a point on the westerly side of 204th Street, 55 feet north from the corner formed by the intersection of the westerly side of 204th Street with the north side of 115th Avenue (Rosedale Avenue); being a plot 100 feet by 18 feet by 100 feet by 18 feet. Said premises known as 114-68 204th STREET, ST. ALBANS, NY Approximate amount of lien $181,493.12 plus interest & costs. Premises will be sold subject to provisions of filed judgment and terms of sale. Index Number 7632/2004.
RICHARD M. GUTIERREZ, Esq., Referee.
Certilman Balin Adler & Hyman, LLP Attorney(s) for Plaintiff 90 Merrick Ave., East Meadow, NY 11554

Check out the Employment Section Every Monday in the New York Post & Each Day Online
NYPOST.COM/ATWORK

You can Fax your ad 24 hours a day at 212-930-8120

Notice of Formation of Tanham Distributors LLC Articles of Organization filed with Secy of State of NY (SSNY) on 8/25/05. Office Location: Rockland County Business Filings Inc (BFI) designated as Agent of LLC upon whom process against it may be served. BFI shall mail process to Tanham Distributors LLC, 27 Utopian Place, Airmont NY 10901. Purpose: any lawful activity.

HAROLD CELESTIN, APOLINAR MATEO, MARCUS FRANTZ, IVOSE SAVIL, HERMAN ANCION and PAMELA ROTH

To the defendants: MARCUS FRANTZ, IVOSE SAVIL and HERMAN ANCION:

You are hereby summoned to appear in this action by serving a notice of appearance on the plaintiff's attorney within thirty days after service of this summons is complete, and in case of your failure to appear, judgment will be taken against you by default for the relief demanded in the complaint filed herein.

The foregoing Summons with Notice is served upon you by publication pursuant to an Order of the Hon. Kenneth A. Davis, a Justice of the Supreme Court, Nassau County, State of New York signed on November 23, 2005 and entered in the office of the clerk of the County of Nassau on November 28, 2005.

NOTICE OF NATURE OF ACTION AND RELIEF SOUGHT

THE OBJECT of the above-captioned action is a Court declaration that State Farm is not required to provide a liability defense or indemnification to any of the defendants who are insureds or insured operators in any current or future proceedings; that State Farm is not required to pay any sums, monies, damages, awards and/or benefits to any of the defendants named herein arising out of the alleged motor vehicle accident(s) referenced in the complaint.
BRUNO, GERBINO & SORIANO, LLP
By: RICHARD C. AITKEN
Attorneys for the Plaintiff
445 Broad Hollow Road, Suite 220
Melville, New York 11747
(631) 390-0010

Rental Listings in a Colorful, Easy to Read Format. Every Saturday in NYP Home Classifieds.

...ATEVA GASKIN
Pursuant to Section 384-b of the Social Services Law of the State of New York

TO:
COMMISSIONER OF SOCIAL SERVICES
KETORAH GASKIN
ADDRESS: UNKNOWN

WHEREAS, a verified petition has been filed in the Family Court of the State of New York, County of Kings, for an order committing the custody and guardianship of said infant to Petitioner, The Miracle Makers, Inc., you are hereby summoned to appear at the Kings County Family Court before the Honorable Judge G. Lerner at 330 Jay Street, Brooklyn, New York, Part 42 on the 4th Floor, on JANUARY 19, 2006 at 9:30 in the forenoon of said day to show cause why an order shall not be made committing the custody and guardianship of said child to the Petitioner and the Commissioner of Social Services of the City of New York.

PLEASE TAKE NOTICE, that this proceeding may result in an order freeing said child for adoption with the consent of the Petitioner and the Commissioner of Social Services of the City of New York, without your consent, or further notice to you.

FURTHERMORE, you have the right to assistance of counsel, including the right to have counsel assigned by the court, if you are financially unable to obtain counsel.

YOUR FAILURE TO APPEAR shall constitute a denial of your interest in the child, which denial may result, without further notice, in the transfer of said child's care, custody or guardianship in this or any subsequent proceeding in which such may be at issue.

IN THE EVENT of your default, the Court will hear and determine the petition as provided by law, and all of your parental rights in and to said child may be terminated.

DATED: Brooklyn, New York
October 6, 2004
BY ORDER OF THE COURT
/S/ ROBERT RATANSKI
CLERK OF THE COURT

Sell your car in the New York Post

# Legal Notices

Legal Notice

United States Customs and Border Protection, Kennedy Airport Area:
Notice is hereby given that the following described merchandise has been seized at this port on the dates indicated below for violations and other laws of the United States: Seizure No. 02-4701-001710, $14,280.00 in U.S. currency, seized 9/24/02. Seizure No.04-4701-000199, $36,000.00 in U.S. currency, seized 4/03. Seizure No. 05-4701-000159, $22,510.00 in U.S. currency, seized 11/4/04. Seizure No. 05-4701-000854, $2,900.00 in U.S. currency, seized 3/29/05. Seizure No. 05-4701-001496, Slinky trouser, jacket, tank top, button top, and skirt; Home for the Holiday, Dashing Through, and Four Seasons pullovers; Four Seasons knit/elastic waist; Here And There print pant with zipper; Home For the Holiday cardigan, ladies yellow suit jacket and skirt, seized 8/2/05. Seizure No. 05-4701-001716, $27,000 in U.S. currency, seized 9/26/05. Seizure No. 06-4701-000094, ladies knit singlet; ladies woven poncho, seized 10/25/05. Seizure No. 06-4701-000060, G-Unit t-shirts, seized 10/17/05. Any party asserting an interest and claim to the property must appear within twenty days from the first date of publication of this notice and file with the FP&F Officer at Building 77, JFK Airport, a claim and bond in the amount of $5,000.00 or 10 percent of the value of the claimed property, which ever is lower, but not less than $250.00 in default of which the property will be disposed of in accordance with the law. Area Director, Camille Polimeni.

Notice is hereby given that a license, serial #1171128 for Beer & Wine has been applied for by the undersigned to sell beer & wine at retail in a restaurant under the Alcoholic Beverage Control Law at 23 01 31A 31st Street, Astoria, NY 11105 for on-premises consumption;
PALS DONUT COFFEE SHOP INC.

Got available office space? Don't leave it empty and waiting, advertise in the New York Post Commercial Real Estate Section on Tuesdays and Wednesdays. 212-930-8100

Notice is hereby given that license, serial number 1172169 for an on-premises beer and wine license has been applied for by the undersigned ...

Notice of Formation of Island Laundry LLC. Articles of Organization filed with Secy of State of NY (SSNY) on 9/8/05. Office Location: Rockland County SSNY designated as Agent of LLC upon whom process against it may be served. SSNY shall mail process to Island Laundry LLC, 27 Utopian Place, Airmont NY 10901. Purpose: any lawful activity.

Notice is hereby given that an Order entered by the Civil Court, New York County, on the 24th day of October, 2005, bearing Index Number 501346NC05, a copy of which may be examined in the Office of the Clerk, located at 111 Centre Street, New York, NY, room 225, grants me the right to assume the name of SCARLETT MARIE PERALTA VALDEZ. My present name ...

NOTICE is hereby given that a license, serial number 1171825, for Beer, Wine & Liquor has been applied for by the undersigned to sell beer, wine and liquor at retail in a restaurant under the Alcoholic Beverage Control Law at 662 9th Ave, New York, NY 10036 for on-premises consumption;
662 NINTH AVENUE CORP.

Notice is hereby given that a license, number 1168625, for Beer, Wine & Liquor has been applied for by the undersigned to sell beer, wine & liquor at retail on a cruise vessel under the Alcoholic Beverage Control Law at Seaborn Cruise Line, 711 12th Avenue, New York, NY 10019 for on-premises consumption.

Check out the Employment Section Every Monday in the ...

# Legal & Professional Services

ACCIDENTS
MEDICAL MALPRACTICE
Construction Accidents
Lead Poisoning
Automobile Accidents
On-the-job Accidents
Birth Injuries
Defective Products
Slip, Trip & Fall Cases
Scaffolds & Ladders
Wingate, Russotti & Shapiro, LLP
420 Lexington Avenue Suite 2750
New York, NY 10170 • 212-222-4336
Visit our website: www.wrslaw.com • Se habla Español
(212) A-C-C-I-D-E-N-T

Employment Discrimination
White Collar, Blue Collar, Sexual Harassment, Age, Religion
RECENTLY FIRED?
Free Consultation
(212) 582-6430
COCCA & PEPE
An experienced Law Firm
250 W 57th St, Suite 1311

GET CLEAN CREDIT!
Remove Bankruptcy, Judgements, Charge offs, and late payments
$43 per item, per report.
• DWI • ACCIDENTS • CRIMINAL
FREE Consultation
Sale & Cleanup, Attorneys at Law
1-800-339-5879

LEGAL SERVICES

ACCIDENT? ALL INJURIES
Personal Attention Guaranteed
—CALL Law Offices Of—
Jeffrey S. Kimmel 112 Madison Ave., 212-684-5454 10th fl., NYC

ALL BANKRUPTCY CASES
Affordable, High Quality Service
FREE CONSULTATION / NYC
Adams & Assoc. 212-278-8252

POST YOUR RESUME
WWW.NYPOST.COM/ATWORK

CONSOLIDATE DEBT FOR FREE
Reduce or Eliminate Your Interest
Call Financial Freedom Educational Inc.
Member Better Business Bureau
212-490-6980 631-281-5863

LEGAL SERVICES

DIVORCE fr $350
Family Court • Custody
Visitation • Support • Neglect
16 Court St., Suite 1007, Brooklyn
CURT ARNEL, ESQ. 718-875-5151

File Chapter 7 Bankruptcy (new law)
Felix L. Garcia, Esq. 212-807-6780
405 W. 23rd St, NY, NY 10011
www.bankruptcynys.com
Debt relief agency

NEED MONEY NOW
If you have a claim or lawsuit you may be entitled to an immediate payment
CASE CASH NOW!
1-866-KALL US NOW

LEGAL SERVICES

PERSONAL INJURY • TRAFFIC
Steinke & Silverberg, Esqs.
718-319-0337 (BRONX)
718-533-8800 (QUEENS)
BRONX: 2704 E. Tremont (West Sq)
QUEENS: Center Mall

GET PROFESSIONAL HELP... POST YOUR RESUME ON NYP@WORK
NYPOST.COM/ATWORK

# EXHIBIT N

HERRICK NIKAS
ATTORNEYS AT LAW

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

RESPOND TO:

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free (866) 377-8677

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
329 F Street, Suite 220
Anchorage, Alaska 99501

e-mail address:
pherrick@herricknikas.com

April 19, 2005

TELECOPY ONLY (202-572-8747)

FREEDOM OF INFORMATION ACT

Bureau of Customs and Border Protection
Disclosure Law Branch
1300 Pennsylvania Avenue NW
Washington, DC 20229

Attn: Joanne R. Stump

Dear Ms. Stump:

Because the Port of Los Angeles/Long Beach has provided us with requested names and addresses and has begun publishing names and addresses we withdraw all of our pending FOIA appeals relating to the Port of Los Angeles/Long Beach not providing us with names and addresses.

Sincerely,

Peter S. Herrick

cc: Los Angeles F. P. & F. Officer (fax. 562-628-7908)
Office of Trade Relations (fax. 202-344-1969)