UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No. 05-1570 (PLF) ) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** | ) ) ) |
| **Defendant.** | ) ) |

**DEFENDANT'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE OPPOSITION/REPLY MEMORANDUM**

Defendant respectfully moves this Court for an extension of time, through and including January 26, 2006, within which to file its consolidated opposition/reply memorandum in this matter, and to adjust plaintiff's reply deadline accordingly.

1. Plaintiff filed its opposition to defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment on January 4, 2006. Under the scheduling order currently governing proceedings in this matter, defendant's opposition/reply memorandum is due January 17, 2006.

2. Counsel for defendant was asked to second chair a jury trial in <u>Bell v. Gonzalez</u>, 03-0163 (JDB). This trial commenced on January 5, 2006 and ran for five business days. With the trial now complete, defendant's counsel has an unusually heavily tasked schedule, including an appellate brief due January 13, 2006.

3. Consequently, defendant's counsel needs additional time to prepare the opposition/reply brief in this matter, and seeks an extension of time to January 26, 2006.

4. Defendant's counsel has conferred with plaintiff's counsel and informed him of the

foregoing, and plaintiff's counsel has graciously given his consent to the extension.

5. Defendant thus requests that the following schedule be adopted as the schedule for the completion of briefing in this matter:

    Defendant's Reply and Opposition:    January 26, 2006

    Plaintiff's Reply:    February 9, 2006

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time. A proposed order is included.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: January 12, 2006