UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION**   )<br>  )<br>**Plaintiff,**   )<br>  )<br>v.   )<br>  )<br>**UNITED STATES CUSTOMS AND BORDER PROTECTION**   )<br>  )<br>**Defendant.**   )<br>_____)  | Civil Action No. 05-1570 (PLF) |

### ORDER

This matter comes before the Court on defendant's Consent Motion for an Extension of Time Within Which to File Opposition/Reply Memorandum. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

ORDERED that the motion is granted, and it is further

ORDERED that Defendant's Reply and Opposition shall be due January 26, 2006, and Plaintiff's Reply shall be due February 9, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE