UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) Civil Action No. 05-1570 (PLF) ) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** | ) ) ) |
| **Defendant.** | ) ) |

**DEFENDANT'S SECOND CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE OPPOSITION/REPLY MEMORANDUM**

Defendant respectfully moves this Court for an extension of time, through and including February 2, 2006, within which to file its consolidated opposition/reply memorandum in this matter, and to adjust plaintiff's reply deadline accordingly.

1. Under the scheduling order currently governing proceedings in this matter, defendant's opposition/reply memorandum is due January 26, 2006.

2. Defendant needs additional time to complete the opposition/reply memorandum. Customs and Border protection is again looking at its approach to the handling of the FOIA requests at issue in this case, and wishes to complete this process before filing an opposition/reply memorandum. In addition, one or more additional declarations may be needed.

3. Consequently, defendant's counsel needs additional time to prepare the opposition/reply brief in this matter, and seeks an extension of time to February 2, 2006.

4. Defendant's counsel has conferred with plaintiff's counsel and informed him of the foregoing, and plaintiff's counsel has graciously given his consent to the extension.

5. Defendant thus requests that the following schedule be adopted as the schedule for the completion of briefing in this matter:

| | |
|---|---|
| Defendant's Reply and Opposition: | February 2, 2006 |
| Plaintiff's Reply: | February 16, 2006 |

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time. A proposed order is included.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: January 25, 2006