**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY** | ) |
| **CORPORATION** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 05-1570 (PLF)** |
| | ) |
| **UNITED STATES CUSTOMS AND** | ) |
| **BORDER PROTECTION** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

     This matter comes before the Court on defendant's Second Consent Motion for an

Extension of Time Within Which to File Opposition/Reply Memorandum.  Upon consideration

of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

     ORDERED that the motion is granted, and it is further

     ORDERED that Defendant's Reply and Opposition shall be due February 2, 2006, and

Plaintiff's Reply shall be due February 16, 2006.

SO ORDERED.

                                     _____

                                     UNITED STATES DISTRICT JUDGE