UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1570 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on the parties' cross motions for summary judgment. Upon consideration of the motions, the oppositions thereto, the relevant law and the entire record herein, it is this ___ day of _____, 2005 hereby,

ORDERED that defendant's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that plaintiff's Motion for Summary Judgment is DENIED, and it is further

ORDERED that judgment is entered for defendant, and it is further

ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE. This is a final, appealable order.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE