UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

          Plaintiff,

v.                                  Civil Action No. 05-1570(PLF)

U. S. CUSTOMS AND
BORDER PROTECTION,
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

          Defendant.
_____/

### PLAINTIFF'S FIRST CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION/REPLY MEMORANDUM

Plaintiff respectfully moves this Court for an extension of time, through and including March 17, 2006, within which to file its opposition/reply memorandum to defendant's Consolidated Reply. Plaintiff's response is currently to be filed on or before February 16, 2006.

Defendant's Consolidated Reply raises at least three matters that require additional time to verify. The first, is whether persons from whom the U. S. Customs and Border Protection has seized property are receiving notice by mail of their

1

opportunity to contest the forfeiture of their merchandise. Second, are any of these persons refusing to respond to mailings sent to them by the Seized Property Recovery Corporation offering to assist them in the recovery of their property. Third, whether there are any pending law enforcement proceedings pending on administrative cases that have been noticed for forfeiture.

On Friday, February 3, 2006 undersigned counsel emailed counsel for the defendant, Peter D. Blumberg, Esq., for his consent to this extension. Mr. Blumberg graciously consented to the extension.

WHEREFORE, plaintiff respectfully requests the Court grant this consent motion for an extension of time through March 17, 2006.

Respectfully submitted,

Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar No. 137935

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEIZED PROPERTY RECOVERY
CORPORATION**
**3520 Crystal View Court
Miami, Florida 33133,**

          **Plaintiff,**

v.                                 Civil Action No. 05-1570(PLF)

**U. S. CUSTOMS AND
BORDER PROTECTION,**
**1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,**

          **Defendant.**
_____/

## <u>ORDER</u>

Upon consideration of plaintiff's first consent motion for an extension of time to file an opposition/reply memorandum to defendant's consolidated reply, and, the entire record in this case, it is hereby

ORDERED that the plaintiff's motion is GRANTED, and, it is further

ORDERED that the plaintiff shall file its opposition/reply memorandum no later than March 17, 2006.

1

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE