# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEIZED PROPERTY RECOVERY
CORPORATION**
3520 Crystal View Court
Miami, Florida 33133,

        **Plaintiff,**

v.                            Civil Action No. 05-1570(PLF)

**U. S. CUSTOMS AND
BORDER PROTECTION,**
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

        **Defendant.**
_____/

I, Roy Leon, upon information and belief make the following declaration:

1. I am an attorney who is employed by Peter S. Herrick, P.A. 3520 Crystal View Court, Miami, FL 33133.

2. Peter S. Herrick, P.A. or the plaintiff, Seized Property Recovery Corp. ["SPRC"] filed numerous requests for names and addresses with the U. S. Customs and Border Protection ["Customs"] pursuant to the Freedom of Information Act.

3. These requests for names and addresses pertained to parties from whom Customs had seized property and Customs had published notices of seizure in several local newspaper.

4. Numerous of these requests were completely denied or partially denied

1

by Customs. I filed several FOIA Appeals with the Customs Disclosure Law Branch in Washington, D.C. Enclosed as Exhibit A is a listing of the FOIA Appeals which I or Peter S. Herrick have filed on behalf of Peter S. Herrick, P.A. or the plaintiff, SPRC as of August 3, 2005.

5. I have provided an additional sub-listing of various Customs cases that involve currency seizures underneath the specific FOIA Appeal in Exhibit A. Customs seizes currency for failing to declare and/or report the total amount to the government upon entering or leaving the country pursuant to 31 §§U.S.C. 5316, 5317 ( c ) and 5332. Customs claims that these names and addresses are exempt from disclosure pursuant to 5 U.S.C. §§552(b)(6) and 552(b)(7)( C ).

6. I prepared notification letters to those people and/or companies from whom Customs has provided names and addresses on behalf of Peter S. Herrick, P.A. or the plaintiff, SPRC as of August 3, 2006. Enclosed as Exhibit B is a listing of the letters as of January 25, 2006. This listing includes the status of those letters mailed.

7. In a letter of February 27, 2006, Customs disclosed to Peter S. Herrick, P.A. information on five seizures. The letter only provided the names and addresses for four seizures. The letter did not list all of the parties with their appropriate case numbers. Enclosed as Exhibit C is a copy of this letter.

8. In a letter of February 21, 2006, Miami Customs disclosed the name and

address of seizure case number 2006-5206-000137-01. However, in a letter of February 22, 2006, Miami Customs requested the complete case number for the referenced FOIA request from Peter S. Herrick, P.A. even though it provided the information a day earlier. Enclosed as Exhibit D are copies of this correspondence.

I declare, under penalty of perjury, that the matter and facts set forth in this Declaration and the exhibits enclosed herein are based upon my personal knowledge, information, and belief, and are correct and true.

Executed on this 16th day of March, 2006 in Miami, Florida.

_____
Roy Leon

3

# EXHIBIT A

## FOIA / FOIA APPEAL LISTING

| FOIA Date: | Customs Response | FOIA Appeal Date | Control/ FOIA No: |
|---|---|---|---|
| **El Paso Customs** | | | |
| 1.　July 13, 2006 | | August 3, 2005 | 588727 |
| **Honolulu Customs** | | | |
| 1.　June 24, 2005 | January 4, 2006 | January 17, 2006 | unknown |
| **Houston Customs** | | | |
| 1.　March 29, 2005 | December 20, 2005 | January 4, 2006 | 0553-25 |
| 　　May 23, 2005 | | | 0553-28 |
| 　　June 16, 2005 | | | 0553-32 |
| 　　June 21, 2005 | | | 0553-35 |
| 　　July 27, 2005 | | | 0553-41 |
| 　　August 5, 2005 | | | 0553-43 |
| 2.　January 17, 2006 | February 9, 2006 | February 15, 2006 | 0653-10 |

 - Customs Case No.: 2005-5301-000254 / $381,516.12
 - Customs Case No.: 2005-5312-000039 / $170,070.00
 - Customs Case No.: 2005-5301-000295 / $714,325.00
 - Customs Case No.: 2005-2104-000039 / $10,980.00
 - Customs Case No.: 2005-5301-000229 / $1,627.00

| | | | |
|---|---|---|---|
| 3.　February 3, 2006 | February 9, 2006 | February 15, 2006 | 0653-12 |
| **Long Beach Customs** | | | |
| 1.　Customs did indicate request date | January 10, 2006 | January 19, 2006 | unknown |
| **New Orleans Customs** | | | |
| 1.　Customs did indicate request date | January 24, 2006 | February 6, 2006 | G-2005-018 |
| **Newark / New York Customs** | | | |
| 1.　November 18, 2005 | | | |

 - Customs Case No.:   2005-1001-000422-01 / $23,866.00
 - Customs Case No.:   2005-1001-000407-01/ $86,140.00
 - Customs Case No.:   2005-1001-000378-01/ $9,224.00
 - Customs Case No.:   2005-1001-000356-01 / $35,000.00
 - Customs Case No.:   2005-1001-000416-01 / $122,739.00
 - Customs Case No.:   2005-1001-000404-01 / $20,000.00
 - Customs Case No.:   2005-1001-000383-01 / $54,000.00
 - Customs Case No.:   2005-1001-000406-01 / $12.570.00

2. November 22, 2005   November 29, 2005   December 5, 2005   NK-06041

3. December 5, 2005   December 14, 2005   December 20, 2005   NK-06052

4. December 22, 2005   December 27, 2005   January 5, 2006   NK-06060
   - Customs Case No.: 2002-4701-001710/ $14,280.00
   - Customs Case No.: 2004-4701-000199/ $36,000.00
   - Customs Case No.: 2004-4701-000159/ $22,510.00
   - Customs Case No.: 2004-4701-000854/ $2,900.00
   - Customs Case No.: 2004-4701-001716 $27,000.00

5. January 9, 2005   February 19, 2006   February 22, 2006   NK-06083

**San Francisco Customs**
1. December 13, 2005   December 13, 2005   December 20, 2005   06-08 FOIA

**San Juan Customs**
1. December 28, 2005   December 28, 2005   January 20, 2005   unknown

# EXHIBIT B

## Newark FOIA Response of January 25, 2006 - Letters mailed February 6, 2006
1. Rousso Apparel Group - No response received.
2. Mark III worldwide - letter returned to sender for unknown forwarding address
3. Variety Incorporated - No response received.
4. Liberty Trading - Letter returned to sender for unknown forwarding address
5. Phingdo Company - No response received.
6. Mothers Work - No response received.
7. Importex USA, Inc. - No response received.
8. Simone Hewitt - No response received.
9. Grisoles, Inc. - No response received.
10. Solution USA - Letter returned to sender for unknown forwarding address
11. Frontier Apparel - No response received.
12. Samer Amiman - No response received.
13. Sunrise Trade LLC - No response received.
14. Hartwick Oshea & Cartwright - No city, state or zip provided in FOIA response.

## Miami FOIA - Letters Mailed February 6, 2006
1. Aubobahn Motors - No response received.
2. Luis Montanez-Sanchez - No response received.

## Houston FOIA Response of February 9, 2006 - Letters mailed February 15, 2006
1. Proline Group - Letter returned to sender.
2. Vesser Company - stamps.com did Not recognize valid address

## Miami FOIA Response of February 10, 2006 - Letters mailed February 15, 2006
1. Scooter World - Letter returned to sender for unknown address.

## Miami FOIA Response of February 10, 2006 - Letters mailed February 15, 2006

1.  Y & Y International - No response received.
2.  Precision Trading Corporation - No response received.
3.  Luis Morales Rodriguez Letter returned to sender for insufficient address.

### Several FOIA Responses - Resubmitted Letters on February 20, 2006
1.  Wendy Sun - No response received.
2.  Juan Mesa - Letter returned to sender.
3.  Eduardo Paz - No response received.
4.  Roberto A. Gervet - No response received.

### Newark FOIA Response of February 16, 2006 - Letters mailed February 21, 2006
1.  Royal Perfumes, Inc. - No response received.
2.  Bethany Fashion, Inc.- Letter returned to sender for unknown forwarding address.
3.  Globex Marketing / AgostiNo Marino - No response received.
4.  World Honor Enterprises Inc. - No response received.
5.  Gadi's Cell Inc. - No response received.
6.  Asia Apparel, Inc.

### MIAMI FOIA Response of February 27, 2006 - Letters mailed March 2, 2006
1.  Wide World Trading - No response received.
2.  Aplomb Technologies, LLC - No response received.

### Miami FOIA Response of March 8, 2006 - Letter mailed March 9, 2006
1.  Jose Hernandez - No response received.
2.  Raymond Osborne - No response received.

### Miami FOIA Response of March 14, 2006 - Letters mailed March 14, 2006
1.  Joseph (no other name provided) - No response received.
2.  Chao Ying LLC - No response received.

# EXHIBIT C

6601 NW 25th Street
Miami, Fl 33122


**U.S. Customs and Border Protection**

FEB 27 2006
DIS-2-PD:A NM

Mr. Peter S. Herrick
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in acknowledgement and response to your Freedom of Information Act request, dated February 14, 2006, in which you requested information regarding U.S. Customs and Border Protection (CBP) seizure case numbers "06-5201-00137-01, 2006-5203-000101, 2006-5206-000179, 2005-5202-000016." These case numbers were assigned to the seizure of extension cords and caps (2006-5203-000101) from Wide World Trading Inc. 5510-5518 NW 163 St, Miami, FL 33014; Aplomb Technologies, LLC, 311 W Park Dr Apt. 204, Miami, FL 33172. The vessel Sea Swirl from Ernesto Claro, C/0 Martin J. Beguiristain, P.A. 12930 SW 128 ST #103, Miami, FL 33186. We were unable to locate a seizure of $64,163 with the case number 06-5201-00137-01. No information was withheld

Pursuant to the Freedom of Information Act, there is a charge for duplication, research, and review time. In this case, the fees are negligible and consequently no payment is due.

If you have any questions, please contact Ms. Nina Moore of my staff at 305-869-2814, refer to file number 06-062.

Sincerely,

Joseph J. Wilson
Acting Port Director
Miami Service Port

03/02/06

# EXHIBIT D

6601 NW 25th Street
Miami, Fl 33122



**U.S. Customs and Border Protection**

FEB 2 1 2006
DIS-2-PD:A NM

Mr. Peter S. Herrick
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in acknowledgement and response to your Freedom of Information Act request, dated February 10, 2006, in which you requested information regarding U.S. Customs and Border Protection (CBP) seizure case number 2006-5206-00137-01. This case number was assigned to the seizure of $21,140 from Carmen C Palma, AV Principal De Lecherio, Edo Anzoatequi, VE. No information was withheld.

Pursuant to the Freedom of Information Act, there is a charge for duplication, research, and review time. In this case, the fees are negligible and consequently no payment is due.

If you have any questions, please contact Ms. Nina Moore of my staff at 305-869-2814, refer to file number 06-056.

Sincerely,

Joseph J. Wilson
Acting Port Director
Miami Service Port

02/24/06

6601 NW 25th Street
Miami, Fl 33122



**U.S. Customs and Border Protection**

FEB 2 2 2006
DIS-1 PD:A: NM

Mr. Peter Herrick
3520 Crystal View Court
Miami, Florida  33133

Dear Mr. Herrick:

This is in acknowledgement to your request under the Freedom of Information Act dated February 10, 2006, received by our FOIA Coordinator on February 14, 2006 in relation to an FP&F case.

We attempt to process requests in order of their receipt. Accordingly, we must first process similar requests previously received from other persons and organizations.

At this time, we request that you provide us with the entire case number as contained in our acknowledgment to you (see reference number 05-086). Due to the legalities involved with disclosing private information U.S. Customs and Border Protection cannot make assumptions as to what your intended information request is. Therefore, we respond to all requests with correct and complete information, and ask that when requesting information by case number you use the entire case number to avoid any misinterpretations. This will assist us in processing your request in the most expeditious manner possible. We will maintain this file open and allow you ample time to provide us with the case number for the information you require.

Upon receipt of your clarification, we shall act with all due diligence to process this request as soon as possible. Please be advised, even if no responsive records are located or if all records are determined to be exempt from disclosure, you may still be responsible for the payment of fees determined due in accordance with Title 31, Code of Federal Regulations, Section 1.7(g).

If you have any questions, you may contact Nina Moore at (305) 869-2814. Please refer to file number 06-059.

Joseph J. Wilson
Acting Port Director
Miami Service Port

02/21/06

# SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, Florida 33133
Email: propertyrecovery@bellsouth.net
Tel. 305-428-0855

February 10, 2006

TELECOPY ONLY (305-869-2822)

FREEDOM OF INFORMATION ACT REQUEST

Jeffrey O. Baldwin, Sr.
Port Director
Miami Service Port
U S Customs & Border Protection
6601 NW 25th Street
Miami, FL 33122

Dear Mr. Baldwin:

    We request the names and addresses from whom Customs seized property in the case which appeared in the Daily Business Review and is set forth as follows:

Customs Case No. 06-5206-00137-01    $21,140

We agree in advance to pay for reasonable search and copy charges.

Sincerely,

Peter S. Herrick

P. 1

* * * Transmission Result Report(MemoryTX) ( Feb.10. 2006 3:29PM ) * * *

1)
2)

Date/Time: Feb.10. 2006 3:29PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0667 | Memory TX | 3058692822 | P. 1 | OK | |

Reason for error
E.1) Hang up or line fail
E.2) Busy
E.3) No answer
E.4) No facsimile connection

**SEIZED PROPERTY RECOVERY CORPORATION**
**3520 Crystal View Court**
**Miami, Florida 33133**
**Email: propertyrecovery@bellsouth.net**
**Tel. 305-428-0855**

February 10, 2006

TELECOPY ONLY (305-869-2822)

FREEDOM OF INFORMATION ACT REQUEST

Jeffrey O. Baldwin, Sr.
Port Director
Miami Service Port
U S Customs & Border Protection
6601 NW 25th Street
Miami, FL 33122

Dear Mr. Baldwin:

We request the names and addresses from whom Customsseized property in the case which appeared in the Daily Business Review and is set forth as follows:

Customs Case No. 06-5206-00137-01 $21,140

We agree in advance to pay for reasonable search and copy charges.

Sincerely,

Peter S. Herrick