# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,**

              **Plaintiff,**

**v.**                        **Civil Action No. 05-1570(PLF)**

**U. S. CUSTOMS AND
BORDER PROTECTION,
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,**

              **Defendant.**

_____/

I, Peter S. Herrick, upon information and belief make the following declaration:

1.    Enclosed as Exhibit A are pages I copied from the U. S. Customs and Border Protection's <u>Seized Asset Management and Enforcement Procedures Handbook</u>.

I declare, under penalty of perjury, that the matter and facts set forth in this Declaration and the exhibits enclosed herein are based upon my personal knowledge, information, and belief, and are correct and true.

Executed on this 16th day of February, 2006 in Miami, Florida.

                                  _____

                                  Peter S. Herrick

# EXHIBIT A



; and TEOAF Directive #33, 6/7/99, Seizure of Motor Vehicles, Payment of Liens and Official Use Requirements

The deteriorating value of seized property in proportion to its associated storage and disposal costs is a primary concern to Customs, Treasury, and Congress.

The FP&F role in pre-seizure analysis is that of a facilitator or liaison between OI and the national seized property contractors.

1)

2)  **Operating Businesses**—When an operating business is the contemplated subject of seizure and forfeiture, it is the responsibility of the seizing agent to discuss the seizure with the FP&FO as part of the pre-seizure coordination actions.

3)  **Criminal Indictment Documentation**—The seizing agent is responsible for notifying FP&F immediately if any item that has been seized has been included

*All (b)(2)*

in a criminal indictment. ████████████████████████████████
████████████████████████ If appropriate, the administrative process should be stayed pending judicial disposition. Refer to Part 10 of this chapter for CAFRA processing guidelines and ████████████
████████████████████████████

4) **Pre-Seizure and Lis Pendens—**███████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████

5) **Property Valued over $100,000**—Seizures with a domestic value over $100,000, including, but not limited to, real property and operating businesses, must be referred to the appropriate Headquarters office for approval through the DFO or SAIC.

   a) **Office of Field Operations (OFO) Seizures**



   b) **OI Seizures**



17