UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

        Plaintiff,

v.                        Civil Action No. 05-1570(PLF)

U. S. CUSTOMS AND
BORDER PROTECTION,
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

        Defendant.
_____/

## CONSENT TO JURISDICTION BY A U. S. MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. §636©, the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

April 28, 2006

_____
Peter S. Herrick
Attorney for the Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar No. 137935

1

5/1/06
Date

Peter D. Blumberg, Bar #463247
Assistant U. S. Attorney
United States Attorneys Office
Civil Division
555 4th Street NW
Washington, DC 20530
(202) 514-7157