UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 05-1570 (AK)<br>) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** | )<br>)<br>) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION FOR A STAY**

Defendant Customs and Border Protection ("CBP") hereby requests a temporary stay of all proceedings in this matter. The reasons for the requested relief are as follows:

1. In this Freedom of Information Act ("FOIA") matter, plaintiff Seized Property Recovery Corporation ("SPRC") has made a number of requests seeking release of the names and addresses of persons and business entities from whom CBP has seized property, and for whom forfeiture notices have been published in various newspapers.

2. A fully briefed Motion for Summary Judgment is currently pending before the Court.

3. Subsequent to the completion of summary judgment briefing, plaintiff raised additional questions with defendant concerning the degree to which CBP asserted exemption 7(A). Specifically, SPRC has informed defendant that it does not believe that there are ongoing law enforcement investigations involving each of the entities associated with the seizure numbers listed in the Declaration of Marshall Fields (filed with defendant's reply memorandum). Plaintiff has expressed an interest in taking discovery on this issue in communications with defendant.

4. In the interest in trying to resolve this question without discovery, defendant has taken a preliminary look into the issue raised by SPRC. Based on this review, defendant is now of the belief that further agency review is appropriate.

5. On this basis, defendant requests that the Court stay consideration of the motion for summary judgment at this time. It is possible that, as a result of this inquiry described in the previous paragraph, additional records may be released to plaintiff, and/or that supplemental declarations will need to be filed with the Court (to which plaintiff would, of course, need to be given an opportunity to respond).

6. As set forth in the proposed order accompanying this Motion, if the requested relief is granted, defendant would be directed to file a status report no later than August 9, 2006, in which it will inform plaintiff and the Court of the results of its review and what, if any, further proceedings may be warranted.

7. Defendant's counsel has conferred with plaintiff's counsel and informed him of the foregoing, and plaintiff's counsel has graciously given his consent to the relief requested

For these reasons, defendant requests that any adjudication of this case be temporarily stayed. A proposed order is included.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

|  | /s/ |
|---|---|
|  | PETER D. BLUMBERG, Bar # 463247 |
|  | Assistant United States Attorney |
|  | United States Attorneys Office |
|  | Civil Division |
|  | 555 4th Street, N.W. |
|  | Washington, D.C. 20530 |
|  | (202) 514-7157 |

Dated: July 18, 2006