UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES CUSTOMS AND BORDER PROTECTION**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1570 (AK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on defendant's Consent Motion for a Temporary Stay. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2006 hereby,

ORDERED that the motion is GRANTED and it is further

ORDERED that adjudication of this matter is stayed pending further order of the Court, and it is further

ORDERED that defendant shall file a status report on or before August 9, 2006.

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE