UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Civil Action No. 05-1570 (AK) ) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION**, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of the record, it is this _2nd_ day of August, 2006 hereby

ORDERED that following the lifting of the stay on August 9, 2006, the parties shall submit supplemental briefing on the application of the test for nondisclosure under FOIA's Exemption 6 as refined by *Lepelletier v. FDIC*, 164 F.3d 37, 47-49 (D.C. Cir. 1999). Briefs shall be submitted no later than September 8, 2006. Replies shall be due no later than September 15, 2006. In particular, the Parties should be sure to address the following questions:

1. The extent to which individuals' interest in learning of their seized property may outweigh their privacy interest;

2. If there is a "dollar amount below which an individual's privacy interest should be deemed to outweigh his or her interest in" learning about the seized property, *see Leppelletier*, 164 F.3d at 48;

3. Whether the written notice of seizure is sufficient to serve affected individuals'

      private interest;

4. Any additional criteria the Court should consider in balancing individuals' privacy interest against their personal stake in learning of their seized property.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE