UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Civil Action No. 05-1570 (AK) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** ) ) ) | |
| **Defendant.** ) ) | |

## ORDER

This matter comes before the Court on defendant's Motion to Withdraw Summary Judgment Motion. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that defendant's Motion for Summary Judgment is hereby withdrawn, without prejudice, and it is further

ORDERED that renewed disposition motions be filed on the following schedule:

| | |
|---|---|
| Defendant's Motion: | September 21, 2006 |
| Plaintiff's Opposition/Cross Motion: | October 5, 2006 |
| Defendant's Opposition/Reply: | October 19, 2006 |
| Plaintiff's Reply: | November 2, 2006 |

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE