# EXHIBIT A

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Ai-Ching Chang
1696 Blue Jay Dr
Sunnyvale CA 94087-4607

Mike Liu dba LGA
4133 College Pt Blvd
New York NY 10002

NIXIE    100    1    00 06/15/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 33133402520
*2506-05007-12-39*



stamps.com  $0.390
JUN 12 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Rob Distribution Corp.
1802 N Carson St
Carson City NV 89701-1215

RETURN TO SENDER
not authorized to receive mail at this address

STAMPS.COM
MAY 22 2006
US POSTAGE $0.390
FIRST-CLASS MAIL
MAILED FROM 33133
062S000575794

---

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Yan Song
4221 Norwalk Dr APT BB202
San Jose CA 95129-1711

STAMPS.COM
JUN 12 2006
US POSTAGE $0.390
FIRST-CLASS MAIL
MAILED FROM 33133
062S000575794



Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Ming Sun
1120 Ranchero Way Apt 23
San Jose CA 95117-3130



stamps.com
JUN 12 2006  $0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794



LOS ANGELES CA

stamps.com
MAY 16 2006  $0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794



RETURN TO SENDER
REASON CHECKED
☐ Unclaimed
☐ Refused
☒ Address Unknown
☐ Moved no Forwarding Address



Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

**ADVERTISEMENT**

Jorge Garcia
1990 W 56th St
Hialeah FL 33012-690

NIXIE        330    1        00    07/12/06
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 33133402520          *2005-12980-30-39

stamps.com
$0.390
JUN 29 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

---

**ATTEMPTED NOT KNOWN**

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Xueqian Li, c/o Shyh-Pyng Gau
1900 Mccarthy Blvd Ste 205
Milpitas CA 95035-7414

stamps.com
$0.390
JUN 12 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Seized Property Recovery Corp.
4520 Crystal View Ct
Miami, FL 33133-4025

Hermann Lozano
11355 NW 34th St
Doral FL 33178-1829

RETURN TO SENDER - INSUFFICIENT ADDRESS

SUPL3555
FORWARD TIME EXP RTN TO SEND
SUPLIMETCORP
PO BOX 226023
MIAMI FL 33122-6023

stamps.com
JUL 10 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

Rainbow G & A, Inc.
1300 W Olympic Blvd
Los Angeles CA 90015-3908

NIXIE  900   1   00  07/29/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 33133402520  *0705-01943-25-41

stamps.com
JUL 24 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

33133@4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Rieys Inc.
9660 Flair Dr
El Monte CA 91731-____

NIXIE       917       1       00  07/27/06
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

*0706-01994-25-41*



stamps.com
JUL 24 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005557794

---

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

U.S. Networks
~~Mission Viejo CA 92692-4240~~
Return to Sender

NIXIE       927       1       00  08/03/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

*0706-01935-25-41*

stamps.com
JUL 24 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005557794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025



$0.390
US POSTAGE
MAY 16 2006
FIRST-CLASS MAIL
MAILED FROM 33133

Multitex USA, Inc.
1400 Broadway Rm 303
New York NY 10018-1088

NIXIE         100        1         00  05/27/06
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
          BC: 33133940225    *1005-06229-17-41

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

$0.390
US POSTAGE
MAY 17 2006
FIRST-CLASS MAIL
MAILED FROM 33133

Multitex USA
1400 Broadway Rm 303
New York NY 10018-1088

NIXIE         100        1         00  05/27/06
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
          BC: 33133940225    *1005-06201-17-41

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Suncon International, Inc.
110 E 9th St Ste B601
Los Angeles CA 90079-3601

NIXIE         900      1       00 05/24/06
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 33133402520   *1006-06238-17

$0.390
US POSTAGE
MAY 17 2006
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Martnet USA, Inc.
4055 Wilshire Blvd Ste 340
Los Angeles CA 90010-3403

NIXIE         900      1       00 05/23/06
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 33133402520   *1006-06204-17-41

$0.390
US POSTAGE
MAY 16 2006
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

West Hills Motors
5250 W Century Blvd Ste 620
Los Angeles CA 90045-5943

BC: 33133402520

NIXIE       900   1        00  05/26/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

*1006-05229-17-41*

stamps.com
$0.390
MAY 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000557794

Zeelander, Inc.
1510 S Broadway
Los Angeles CA 90015-3031

33133402520

NIXIE       900   1        02  05/25/06   K

BC: 33133402520

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

*1006-05215-17-41*

NO SUCH ADDRESS

stamps.com
$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000557794



Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Cosbi Group, Inc.
110 E 9th St Ste A477
Los Angeles CA 90079-1477

RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD



stamps.com
$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

DNC Group, Inc.
110 E 9th St
Los Angeles CA 90079-1300

RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD

stamps.com
$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Moose Creek Inc
315 Cloverlead Drive Suite D
Bladwin Park CA 917--

NIXIE       917       1       00   05/19/06
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 331334402550      *2406-04794-19-35

stamps.com
$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000575794

---

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Complete Graphix North, Inc.
1026 NE 43rd St
Oakland Park FL 33334-3806

RETURN TO SENDER

stamps.com
$0.390
APR 26 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Rodeo Club
18204 Via Calma
Rowland Heights CA ~~~~~-~~~~

NIXIE           917    1         21  04/24/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

$0.390
APR 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
STAMPS.COM
062S00055794

---

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Rodeo Club
1423 Jellick Ave
Rowland Heigh~ ~· ~~~~~ ~~~~

NIXIE           917    1         21  04/24/06
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

$0.390
APR 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
STAMPS.COM
062S00055794

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Seariders Brokerage Corp.
1525 S Andrews Ave Ste 219
Fort Lauderdale FL 33316-2520

RETURN TO SENDER

stamps.com
MAR 28 2006
US POSTAGE $0.390
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055795794

---

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Prolink International Inc
4615 NW 72nd Ave Unit 117
Miami FL 33166-5698

RETURN TO SENDER — UNABLE TO FORWARD

stamps.com
MAR 30 2006
US POSTAGE $0.390
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055795794

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

RETURN TO SENDER/ATTEMPTED NOT KNOWN
ADVERTISEMENT

HLM Cargo Clearance Brokers Inc
5419 NW 74th Ave
Miami FL 33166-4225

Jagro Customs Brokers
11 NW 72nd St
Miami FL 33150-3713

stamps.com
$0.390
MAR 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

stamps.com
$0.390
MAR 28 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Proline Group, Inc.
5755 Bonhomme Rd
Houston TX 77036-2013

FEB 15 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

---

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Bethany Fashion, Inc.
1270 Broadway
New York NY 10001-3211

FEB 21 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

NIXIE       100      1            00  02/27/06
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD

BC: 33133402520          *2006-04626-22-99

10001432A
33133924025

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Juan Mesa
400 Kings Point Dr
Sunny Isles Beach FL 33160-4776



stamps.com
$0.390
FEB 21 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0000575794

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Mr Luis Morales Rodriguez
9068 NW 150th Ter
Hialeah FL 33018-1376




stamps.com
$0.390
FEB 15 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0000575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Liberty Trading
4555 Pearson St
Long Island City

NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD

Mark III Worldwide Express
16718 146th Ave
Jamaica NY 11434-5204

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



STAMPS.COM
FEB 06 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Scooter World
9110 NW 150th Way
Medley FL 33178

Howard S. Reeder, Inc.
157 NE 8th St
Miami FL 33132-1825




