UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1570 (AK) ) |
| UNITED STATES CUSTOMS AND BORDER PROTECTION | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant Customs and Border Protection respectfully moves this Court for an enlargement of time, through and including October 5, 2006, within which to file its renewed Motion for Summary Judgment in this matter. Good cause exists to grant this Motion.

1. Under the current scheduling order in this case, defendant's renewed motion for summary judgment is due this day, September 21, 2006.

2. Defendant has been diligently working on a Motion for Summary Judgment, and had expected to be able to file this day.

3. However, in reviewing the motion for filing, defendant recognized a problem with the agency's declaration(s). In this matter, plaintiff SPRC is seeking the names and addresses of individuals and entities whose property has been seized by CBP and whose property is subject to forfeiture proceedings. Defendant is withholding certain names and addresses under Exemptions 6 and 7(c) (personal privacy), and others under Exemption 7(A) (pending or prospective law enforcement proceedings). While the declarations do explain why defendants believe that these

exemption claims are appropriate, they do not adequately specify which names and addresses are being withheld under each exemption, as required under <u>Vaughn v. Rosen</u>.

4. As such, defendant needs additional time to correct its declarations.

5. Defendant anticipates that this process should take approximately two weeks. In the normal course, these corrections would take less time; however, CBP's presumptive declarant on this matter left on maternity leave just this week. As such, a new declarant will need to become familiar with the matter and execute a revised declaration.

6. For these reasons, defendant requests that the date for CBP's dispositive motions be extended from September 21 to October 5, 2006, with the other deadlines extended as follows:

Plaintiff's Opposition/Cross Motion: October 19, 2006

Defendant's Opposition/Reply:   November 2, 2006

Plaintiff's Reply:   November 16, 2006

7. Defendant's counsel made several efforts to confer with plaintiff's counsel, but was unable to obtain his position on the relief requested.

8. Defendant wishes to assure plaintiff and the Court is not seeking this motion for improper purposes of delay; rather, defendant submits that having a declaration that identifies each of the seizure numbers for which the agency is asserting Exemptions 6 and 7(C), and each of the seizure numbers for which Exemption 7(A) is being asserted will ultimately further the expeditious resolution of this matter.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to File Renewed Motion for Summary Judgment, and that it adopt the attached proposed order as the scheduling order in this matter.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: September 21, 2006