UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1570 (AK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on defendant's Motion for Extention of Time to File Renewed Motion for Summary Judgment. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that renewed disposition motions be filed on the following schedule:

Defendant's Motion:                October 5, 2006

Plaintiff's Opposition/Cross Motion: October 19, 2006

Defendant's Opposition/Reply:      November 2, 2006

Plaintiff's Reply:                 November 16, 2006

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE