UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS AND )<br>BORDER PROTECTION, )<br>)<br>Defendant. ) | Civil Action No. 05-1570(AK) |

PLAINTIFF'S MOTION TO WITHDRAW
ITS SUPPLEMENTAL BRIEFING FILED PURSUANT
TO THIS COURT'S ORDER OF AUGUST 2, 2006

Plaintiff, Seized Property Recovery Corporation ["SPRC"], by and through its undersigned attorney, respectfully moves the Court to withdraw its supplemental briefing on the application of the test for nondisclosure under FOIA's Exemption 6 as refined by *Lepelletier v. FDIC,* 164 F. 3d 37, 47-49 (D.C. Cir. 1999).

Respectfully submitted,

Peter S. Herrick
Attorney for SPRC
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332

1

Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar 137935