UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Civil Action No. 05-1570 (AK) |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** ) ) ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant Customs and Border Protection respectfully moves this Court for an enlargement of time, through and including October 11, 2006, within which to file its renewed Motion for Summary Judgment in this matter. Good cause exists to grant this Motion.

1. Under the current scheduling order in this case, defendant's renewed motion for summary judgment is due October 5, 2006.

2. Defendant has been diligently working on the Motion for Summary Judgment.

3. However, counsel for defendant has had to spend spending substantial time preparing a response to a Court Order in <u>Fund for Animals v. Hall</u>, 03-0677 (RMU), also due October 5, in which the Court has asked for briefing on remedies following a finding that the Department of Interior did not comply with all of its obligations under the National Environmental Policy Act. The Court's ruling on relief could have substantial impact on ongoing programs on the National Wildlife Refuges.

4. As such, defendant needs additional time to complete the summary judgment motion in

this matter.

5. For these reasons, defendant requests that the date for CBP's dispositive motion be extended from October 5 to October 11, 2006, with the other deadlines extended as reflected in the attached proposed order.

6. Defendant's counsel has consulted with plaintiff's counsel with respect to the relief requested, and plaintiff's counsel has graciously given his consent.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to File Renewed Motion for Summary Judgment, and that it adopt the attached proposed order as the scheduling order in this matter.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: October 4, 2006