UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>Defendant. | Civil Action No. 05-1570 (AK) |

## ORDER

This matter comes before the Court on defendant's Consent Motion for Extension of Time to File Renewed Motion for Summary Judgment. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that renewed disposition motions be filed on the following schedule:

Defendant's Motion:              October 11, 2006

Plaintiff's Opposition/Cross Motion: October 27, 2006

Defendant's Opposition/Reply:    November 10, 2006

Plaintiff's Reply:               November 28, 2006

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE