# EXHIBIT 3

# HERRICK NIKAS
### ATTORNEYS AT LAW
### RESPOND TO:

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free(voice)(888) 841-3381
Toll Free (fax) (888) 841-8383

e-mail address:
pherrick@herricknikas.com

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
329 F Street, Suite 220
Anchorage, Alaska 99501

June 12, 2005

TELECOPY ONLY (562-628-7900)

FREEDOM OF INFORMATION ACT

Vera Adams
Port Director
U S Customs and Border Protection
301 East Ocean Blvd.
Suite 620
Long Beach CA 90802

Dear Ms. Adams:

    This is a request for records, including electronic records, filed pursuant to the Freedom of Information Act, 5 U.S.C. §552, et. seq. We agree in advance to pay for reasonable search and copy charges. We request the names and addresses from whom CBP seized property set forth in the attachment to this letter which were published on June 10, 2005.

Sincerely
Peter S. Herrick

**Print Email Close**

NOTICE IS HEREBY GIVEN that the following merchandise was seized In or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear In the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before **June 30, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

✓2005-2720-000079/01RLC Girl's Woven pants, 1,200ea seized on 01/12/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. ✓2005-2704-000140/01WB Marlboro Red 100's, 118ea; Marlboro light 100's, 46ea; Shuang XI, 123ea seized on 12/10/2004 pursuant to 19USC1526(e), 19USC1595a(c) or 15USC1333 at Long Beach Harbor. ✓2005-2704-000253/01RLC Towel set, 3,600pc seized on 01/20/2005 pursuant to 19USC1595a(c)(1)(A) at Los Angeles / Long Beach Harbor. ✓2005-2704-000277/01WB Bean Curd products, 7,978ea seized on 01/21/2005 pursuant to 19USC1595a(c) at Los Angeles / Long Beach Harbor. ✓2005-2704-000278/01RLC TV Cartridge games, 9,880pc seized on 01/24/2005 pursuant to 19USC1526(e), and 19USC1595a(c)(2)(C), and 19USC1595a(c)(2)(A) at Los Angeles / Long Beach Harbor. ✓2005-2704-000282/01WB Mens 100% Cotton pants, 2,405pc(93ctn) seized on 01/25/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. ✓2005-2704-000289/01WB Salted vegetables, 10,500ea(210ctn); Rice cake, 1,200ea(50ctn); Noodles(Beef flavor); 360ea (20ctn); Noodles(Chicken flavor), 360ea(20ctn); Pickled Products w/Chili, 3,840ea(160ctn); Chili paste, 3,500ea(100ctn); Bean Curd sauce, 240ea(4ctn) seized on 01/26/2005 pursuant to 19USC1595a(c)(1)(A), 19USC1595a(c) at Los Angeles / Long Beach Harbor. ✓2005-2704-000308/01WB Rocawear Joggings suits (tops) 010; 11,412pc(868ctn); Rocawear Jogging suits (bottoms) 011; 11,412pc; Rocawear Jogging suits (tops) 020; 4,212pc; Rocawear Jogging suits (bottoms) 060; 4,212pc seized on 02/02/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. ✓2005-2704-000321/01RLC Battery Charger kits, 450pc(15ctn) seized on 02/04/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. ✓2005-2704-000329/01NDA Textile Handbags(Coach), 6,540pc(287ctn); Textile Handbags(Kate spade), 357pc(12ctn) seized on 02/08/2005 pursuant to 19USC1526(e) and 19USC1595a(c)(2)(C) on 02/08/2005 at Los Angeles / Long Beach Harbor. ✓2005-2704-000345/01MK Jackets, 3,920pc(196ctn); Pants, 3,920pc seized on 02/14/2005 pursuant to 19USC1595a(c) at Los Angeles / Long Beach

Harbor. 2005-2704-000346/01YB. Electric Scooters w/Adapters, 104ea(104ctn) seized on 02/14/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. 2005-2704-000347/01YB, Electric Scooters w/Adapters, 80ea(80ctn) seized on 02/14/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. 2005-2704-000352/01MK Video Games used w/Television, 14,440pc(572ctn) seized on 02/15/2005 pursuant to 19USC1595a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2704-000355/01YB Playing cards, 24,000ea(100ctn); PVC bags, 10,800ea (90ctn); Gloves, 3,360pr(10ctn) seized on 02/15/2005 pursuant to 19USC1595a(c)(2)(C) or 19USC1526(e) at Los Angeles / Long Beach Harbor. 2005-2704-000373/01RLC. Electric Alarm clocks, 2,920pc(50ctn); Electric Wall clocks, 2,280(80ctn); Pencils, 4,944pc(35ctn) seized on 02/23/2005 pursuant to 19USC1595a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2704-000394/01WB Playing cards, 168,000ea(350ctn) seized on 02/28/2005 pursuant to 19USC1595a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2704-000396/01EB Counterfeit Yu-Gi-Oh trading cards, 4,318pc(10ctn); Counterfeit Yu-Gi-Oh Duelist card file, 1,653pc(2ctn); Counterfeit Yu-Gi-Oh stickers, 216pc(1ct); Counterfeit Yu-Gi-Oh digital toys, 128pc(2ctn); Counterfeit Pokemon Nokebook sets, 351pc(3ctn); Counterfeit Gundam Wing stickers, 106pc(1ct); Counterfeit Dora the Exporer binders, 66pc(3ctn); Counterfeit Dragonball Z toys, 60pc(1ct); Counterfeit Barbie Pencil Lead tubes, 43pc(1ct); Counterfeit Sailormoon clocks, 27pc(1ct); Counterfeit Spiderman figurines, 18pc(1ct) seized on 03/02/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. 2005-2704-000398/01EB Plastic toys, 8,400pc(150ctn); Plastic toys, 21,600pc(500ctn); Plastic toys, 2,400pc(100ctn) seized on 03/01/2005 pursuant to 19USC1595a(c) at Los Angeles / Long Beach Harbor. 2005-2704-000399/01MK Video Games used w/Television, 11,420pc(571ctn) seized on 03/01/2005 pursuant to 19USC1595a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2704-000401/01-YB Handbags, 620pc(17ctn) seized on 03/01/2005 pursuant to 19USC1526(e) at Los Angeles / Long Beach Harbor. 2005-2704-000421/01WB, Spiderman toys, 57,240pc(236ctn); Plastic toys (#829), 1,044pc(29ctn) seized on 03/10/2005 pursuant to 19USC1959a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2704-000422/01EB Spiderman toys, 32,832pc(235ctn) seized on 03/10/2005 pursuant to 19USC1595a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2704-000430/01RLC Trading cards, 12,480pc(40ctn) seized on 03/15/2005 pursuant to 19USC1595a(c)(2)(C) at Los Angeles / Long Beach Harbor. 2005-2770-000001/01PL Chanel handbags, 590ea(10ctn); Fendi handbags, 100ea seized on 10/13/2004 pursuant to 19USC1526(e) at Los Angeles. 2005-2704-000419/01MK Plastic toys (#1001), 707pc(20ctn) seized on 03/10/2005 pursuant to 19USC1595a(c) at Los