# EXHIBIT 6

# HERRICK NIKAS
## ATTORNEYS AT LAW
### RESPOND TO:

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free(voice)(888) 841-8881
Toll Free (fax) (888) 841-8883

e-mail address:
pherrick@herricnikas.com

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
329 F Street, Suite 220
Anchorage, Alaska 99501

RECEIVED CBP
05 JUN 22 PM 12:11
FP C F OFFICE

May 24, 2005

TELECOPY ONLY (562-628-7900)

FREEDOM OF INFORMATION ACT

Vera Adams
Port Director
U S Customs and Border Protection
301 East Ocean Blvd.
Suite 620
Long Beach CA 90802

Dear Ms. Adams:

    This is a request for records, including electronic records, filed pursuant to the Freedom of Information Act, 5 U.S.C. §552, *et. seq*. We agree in advance to pay for reasonable search and copy charges. We request the names and addresses from whom CBP seized property set forth in the attachment to this letter which were published on May 24, 2005.

    We do not understand why we have to make this request. Your office was directed by the CBP Disclosure Law Branch in a letter of March 17, 2005, copy enclosed, to publish the names and addresses as required by 19 C.F.R. §162.45(a)(4).

1

These instructions to release the names and addresses was restated in a letter from the CBP Disclosure Law Branch in a letter of May 20, 2005, copy enclosed.

Because your office recently implemented these instructions and published the names and addresses, we advised the Disclosure Law Branch that we were withdrawing our pending appeals for the names and addresses. We need to know immediately if your office intends to follow the instructions from your attorneys.

Sincerely

Peter S. Herrick

Enclosures
cc:   Office of Trade Relations

2

## Long Beach Customs Attachment

*Henick's attachment*

| Customs Case No.: | Property Seized |
|---|---|
| 2004-2704-000966 MK | 1 Ferrari |
| 2004-2704-000969 MK | 1 Mercedes Benz<br>1 Ford Fairlane<br>1 Chevy Impala<br>1 Harley Davidson Motorcyle |
| 2004-2704-00977 MK | 104 Cashier's Checks<br>Silver-Covered Metal Brick |
| 2004-2704-000984 MK | Two Checks |
| 2004-2704-001309 RLC | $149,700.00 U.S. Currency |



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

MAR 17 2005

DIS 4-02 RR:IT:DL
588404 MB

Peter S. Herrick, P.A.
Attorney At Law
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated September 1, 2004, wherein you appeal the decision (FA 2004-2704-150 mk) of the Port Director, Port of Long Beach, California, U.S. Customs and Border Protection (CBP), dated August 23, 2004, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) request for the addresses of 16 persons (that you name) from whom merchandise and/or currency was seized by CBP. In that decision, the Port Director asserted that the addresses of these persons are exempt from release pursuant to 5 U.S.C. 552(b)(7)(C).

We reverse the decision of the Port Director, Long Beach, California. Upon review of this matter, we have determined that CBP can provide the addresses that you have requested pursuant to 19 C.F.R. 162.45(a)(4). Since in the 16 seizure cases that are the subject of your appeal, the addresses are known to the Fines, Penalties, and Forfeitures Officer at the Port of Long Beach, they should be published. We are also instructing the FP&F Officer at Long Beach that in the future, it should include this type of information in its public notices of seizure and sale as it is a regulatory requirement.

The following is a list of the addresses you have requested for the 16 named persons, together with their seizure case numbers, from whom Customs seized merchandise/currency:

- 2002-2720-000365: Marhaf Maida, 43334 32nd St. West, #41, Lancaster, CA 93539

- 2003-2704-000937: Haggar Clothing Ltd., 6113 Lemon Ave., Dallas, TX 75209

- 2004-2704-000146: Jafael Jerome Winston, 5451 Hermitage, #4, Valley Village, CA 91607

03/24/05

2

- 2004-2704-000148: Leonor De Rodriguez Morales, 8401 Hickory St., Los Angeles, CA 90001

- 2004-2704-000173: Xiomara Rodrigurz-Espinoza, 8333 Hickory St., Los Angeles, CA 90001

- 2004-2704-000360: Corina Reyes Duarte, 1255 Dunrobin Avenue, Downey, CA 90242

- 2004-2704-000360: Benjamin Y. Duarte, 1255 Dunrobin Avenue, Downey, CA 90242

- 2004-2704-000392: Los Angeles Bail Bonds, 511 ½ E. Broadway Ave., Glendale, CA 91205

- 2004-2704-000394: Nader Amer, 2220 David St., San Leandro, CA 94577

- 2004-2713-000042: Mehdi Mohammad Humkar, 290 Hazelridge Ct., Simi Valley, CA 93065

- 2004-2704-000588: Erick Gutierrez-Ramos, 4114 Camino De La Plaza, San Ysidro, CA 92173

- 2004-2713-000020: Ruben Candejas Estrada, 822 4th Street, Fillmore, CA 93015

- 2004-2704-000191: Billy Jo Manes, 864 Jarrow Avenue, Hacienda Heights, CA 91745

- 2004-2704-000199: Craig Allen Egerton, 9903 Santa Monica Blvd., #564M, Beverly Hills, CA 90212

- 2004-2720-000249: Karlo Bagon, (notification address) Los Angeles Metropolitan Detention Center, 535 N. Alameda Ave., Los Angeles, CA 90012, (place of residence): Oceanside Blvd., Santa Monica, CA 90250

- 2004-2713-000026: Enrique Bravo Lopez, 1503 S. Wallis Avenue, Santa Monica, CA 93458

Inasmuch as you consider this to be a denial of your appeal, you may obtain judicial review of this decision pursuant to 5 U.S.C. 552(a)(4)(B) in the United States District Court in the district in which you reside, have a principal place of

3

business, in the agency where the records are situated, or in the United States District Court for the District of Columbia.

                    Sincerely,

                    *[signature: Joanne Rowan Stump]*

                    Joanne R. Stump, Chief
                    Disclosure Law Branch


cc: Robert Thierry, FP&F Officer, LA Long Beach, CA

U.S. Department of Homeland Security
Washington, DC 20229



U.S. Customs and
Border Protection

MAY 20 2005

DIS-3 RR:IT:DL
588617 JRS

Peter S. Harrick, Esq.
Herrick Nikas
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated May 16, 2005, wherein you appeal two decisions (FOIA #05-061 and 05-066) of the Port Director, Miami Service Port, Florida, U.S. Customs and Border Protection (CBP), dated May 13, 2005, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) requests under exemption b(7)(A) (title 5, United States Code (U.S.C.), section 652 (b)(7)(A)) for the names and addresses of persons who were subject of specific seizure cases.

We are remanding to the Port Director, Miami Service Port both above-referenced FOIA decisions for reconsideration and a determination consistent with the finding of our appellate decision of March 17, 2005 (588391), copy enclosed. The Miami Service Port erred by not attempting to reasonably segregate the responsive records in both instances and withholding them in full under exemption b(7)(A). Upon receipt of a FOIA request, the agency must process the request and use the FOIA exemptions, as applicable, on the responsive records in existence at the time of the request. A FOIA request may be filed on both open and closed seizure cases as public disclosure of any other item of information concerning such cases shall only be made in conformance with the procedures provided in 19 CFR 103.5. See 19 CFR 103.32. Both initial FOIA decisions failed to articulate how the disclosure of certain information would interfere with a law enforcement proceeding within the meaning of FOIA exemption b(7)(A) to the specific records requested.

Sincerely,

Joanne Roman Stump, Chief
Disclosure Law Branch

cc: Port Director, Miami Service Port
    Robert Del Toro, Acting FP&F Officer, Miami Service Port, Florida
    Office of Trade Relations, Michael K. Dean