# EXHIBIT 7

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**

JUL 01 2005

FA 2005-2704-115
mk

Peter S. Herrick
3520 Crystal View Court
Miami, FL 33133

Dear Mr. Herrick:

This is in reference to your Freedom of Information Act request dated December 03, 2004 in which you ask for the addresses of individuals involved in various seizure cases. The seizure case numbers are 2004-2704-000996; 000969; 000977; 000984 and 001309.

The documents that you have requested are exempt from release pursuant to:

> 5 U.S.C. 552 (b)(7)(a) pertaining to matters which could reasonably be expected to interfere with enforcement proceedings; and

> 5 U.S.C. 552 (b) (7) (C) pertaining to matters which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

You are advised that the citation of a particular exemption for withholding a document or portion thereof is not intended to indicate that other exemptions specified by the Freedom of Information Act are not applicable. You have a right to appeal any denial or partial denial of your request within 35 days after the date of this notification. This appeal should be submitted to the FOIA Appeals Officer, United States Customs Service, 1300 Pennsylvania Avenue, N.W., Washington D.C. 20229, and have the words "Freedom of Information Act Appeal" printed conspicuously on the face of the envelope. See Appendix C, 3(c) to 31 C.F.R. part 1.

In the event the FOIA Appeals Officer should (1) fail to issue a determination of your appeal within 20 working days of its receipt (plus 10 additional working days if you are notified that an extension of time is required and applicable), or (2) deny your appeal, you may obtain judicial review pursuant to 5 U.S.C. 552(a)(4)(B) in the United States district court in the district (1) in which you reside, (2) in which your principal place of business is located, (3) in which the agency records are situated, or (4) in the District of Columbia.

*Vigilance* ★ *Service* ★ *Integrity*

U.S. CUSTOMS AND BORDER PROTECTION, 301 East Ocean Blvd., Long Beach, CA 90802

Under regulations adopted pursuant to the Freedom of Information Act, there is a charge for record search time, review time, and duplication. In this case, however, because search and review time were negligible, there will be no charge.

Sincerely,

*Robert P. Hierry*
for

Peter Gordon
Acting Port Director