# EXHIBIT 8

# HERRICK NIKAS
## ATTORNEYS AT LAW
### RESPOND TO:

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free(voice)(888) 841-8881
Toll Free (fax) (888) 841-8883

e-mail address:
pherrick@herricnikas.com

**Costa Mesa Office**
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

**San Francisco Office**
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

**Long Beach Office**
301 E. Ocean Blvd., Suite 630
Long Beach, California 90802

**Anchorage Office**
329 F Street, Suite 220
Anchorage, Alaska 99501

May 6, 2005

TELECOPY ONLY (415-705-1656)

FREEDOM OF INFORMATION ACT

James T. Welte
Fines, Penalties & Forfeitures Officer
U S Customs & Border Protection
555 Battery Street
San Francisco CA 94111

Dear Mr. Welte:

We request the name and address from whom Customs seized the following currency/merchandise: Case No. 2001(sic)-2801-000007-01    $100,000

Pursuant to instructions your office received from the CBP Disclosure Law Branch in March, 2005, you were supposed to publish the names and addresses with the publication of the Notice of Forfeiture. You have not done this. For your convenience I am enclosing a copy of the letter authorizing release of the names and addresses.

Sincerely,

Peter S. Herrick