# EXHIBIT 11

# HERRICK NIKAS
### ATTORNEYS AT LAW
### RESPOND TO:

**Costa Mesa Office**
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

**San Francisco Office**
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free(voice)(888) 841-8881
Toll Free (fax) (888)841-8883

e-mail address:
pherrick@herricknikas.com

**Long Beach Office**
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

**Anchorage Office**
329 F Street, Suite 220
Anchorage, Alaska 99501

June 24, 2005

TELECOPY ONLY (202-572-8747)

FREEDOM OF INFORMATION ACT APPEAL

Joanne Roman Stump, Esq.
Disclosure Law Branch
U S Customs & Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

Dear Ms. Stump:

    This is an appeal, filed pursuant to the Freedom of Information Act, of the decision of the CBP San Francisco F.P. & F. Office dated June 20, 2005 denying our request for an address. This office is relying on the 5 U.S.C. §552(b)(3) exemption. No explanation was given for the reasons the (b)(3) exemption precludes the release of the address. CBP policy is not a reason.

Sincerely,

Peter S. Herrick

Enclosure