# EXHIBIT 12

# HERRICK NIKAS
### ATTORNEYS AT LAW
## RESPOND TO:

**Costa Mesa Office**
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

**San Francisco Office**
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

3520 Crystal View Court
Miami, Florida 33133
Telephone (305) 858-2332
Telecopier (305) 858-6347
Toll Free(voice)(888) 841-8881
Toll Free (fax) (888)841-8883

e-mail address:
pherrick@herricknikas.com

**Long Beach Office**
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

**Anchorage Office**
329 F Street, Suite 220
Anchorage, Alaska 99501

June 22, 2005

## FREEDOM OF INFORMATION ACT REQUEST

## TELECOPY ONLY (973-368-6082)

Edward P. Nagle, Director
Fines, Penalties and Forfeitures Director
U.S. Customs and Border Protection
1100 Raymond Boulevard
Newark, NJ 07102

Dear Mr. Nagle:

This is a request for records, including electronic records filed pursuant to the Freedom of Information Act, 5 U.S.C. 552, *et. seq.* We agree in advance to pay for all reasonable search and copy charges pursuant to FOIA. We request the names and addresses of the persons from whom Customs seized currency for the following cases:

| | | |
|---|---|---|
| 2004-1001-000027-01 | - | $48,300.00 |
| 2005-1001-000220-01 | - | $23,557.00 |
| 2005-1001-000223-01 | - | $23,545.00 |
| 2005-1001-000138-01 | - | $124,045.00 |
| 2005-1001-000150-01 | - | $53,080.00 & $40,876.00(money orders) |
| 2005-1001-000278-01 | - | $279,752.45 |
| 2005-1001-000277-01 | - | $279,752.45 |
| 2005-1001-000158-01 | - | $315,510.00 |
| 2005-1001-000216-01 | - | $18,759.00 |

1

| 2005-1001-000244-01 | - | $203,050.00 |
| 2005-1001-000224-01 | - | $43,015.00 |
| 2005-1001-000208-01 | - | $8,335.00 |
| 2005-1001-000236-01 | - | $21,000.00 |
| 2005-1001-000237-01 | - | $75,500.00 |
| 2005-1001-000218-01 | - | $50,230.00 |

We request that the above referenced records be provided as prescribed by law.

Sincerely

Peter S. Herrick

2

## LEGAL NOTICE

### UNITED STATES CUSTOMS
### AND BORDER PROTECTION

Notice is hereby given that the following merchandise has been seized on or about the date indicated for violations of Customs or other laws.

$58,200.00 in U.S. Currency, seized on October 20, 2005, (2004-1001-000827-01); $23,557.00 in U.S. Currency, seized on February 1, 2005 (2005-1001-000220-01); $23,557.00 in U.S. Currency, seized on February 16, 2005, (2005-1001-000225-01); Approx. $124,045.00 in U.S. Currency, seized on January 10, 2005, (2005-1001-000190-01); $53,080.00 in U.S. Currency, $40,876.00 in Money Orders, and 2000 Jeep Grand Cherokee (VIN# 1J4GW4053YC310965) DV at $11,500.00, seized on January 20, 2005, (2005-1001-000150-01); $279,752.45 in U.S. Currency, seized on April 20, 2005, (2005-1001-000278-01); $279,752.45 in U.S. Currency, seized on April 20, 2005, (2005-1001-000277-01); $315,510.00 in U.S. Currency, seized on January 28, 2005, (2005-1001-000158-01); $18,739.00 in U.S. Currency, seized on March 5, 2005, (2005-1001-000216-01); $283,050.00 in U.S. Currency, seized on March 24, 2005, (2005-1001-000234-01); $43,035.00 in U.S. Currency, seized on March 9, 2005, (2005-1001-000224-01); $8,185.00 in U.S. Currency, seized on March 1, 2005, (2005-1001-000203-01); $31,000.00 in U.S. Currency, seized on March 21, 2005, (2005-1001-000236-01); $75,500.00 in U.S. Currency, seized on March 21, 2005, (2005-1001-000237-01); $50,750.00 in U.S. Currency, seized on March 6, 2005, (2005-1001-000218-01);

Any party asserting an interest and claim to the property must appear within 20 days from the date of the first publication of this notice and file with the FP&F Director at 1100 Raymond Blvd., Newark, NJ 07102, a seized asset claim form asserting an ownership interest. In default of which the property will be forfeited to the United States Government.  (#2963)

**Edward P. Nagla**
Director of Fines, Penalties
and Forfeitures