# EXHIBIT 13

1100 Raymond Boulevard
Newark, NJ 07102



U.S. Customs and
Border Protection

JUL 2 0 2005

DIS 2:AD:N:FOIA CS

Mr. Peter S. Herrick, Esq.
Herrick Nikas
3520 Crystal View Court
Miami, FL 33133

RE: **FOIA/PA Request**
    **File No. NK 05155**

Dear Mr. Herrick:

This is in reference to your Freedom of Information Act (FOIA) request, dated June 29, 2005, wherein you request documentation evidencing the names and addresses of individuals from whom currency was seized relative to fifteen (15) Customs and Border Protection (CBP) seizure cases.

We have located and reviewed the documents requested and determined that the documents are exempt from disclosure pursuant to 5 U.S.C. 552(b)7(c). 5 U.S.C. 552 (b)(7)(c) pertains to records or information compiled for law enforcement purposes, the disclosure of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

However, as CBP action has been completed for twelve (12) of the cases, pursuant to 19 C.F.R. 103.32, the attached information, relative to those cases is authorized for release.

You have a right to appeal any denial or partial denial of your request with the Assistant Commissioner, Office of Regulations and Rulings, Bureau of Customs and Border Protection, 1300 Pennsylvania Ave., NW, Washington, DC 20229, within 35 days after the date of this determination.

In the event the FOIA Appeals Officer should (1) fail to issue a determination of your appeal within twenty (20) working days of its receipt (plus ten (10) additional days if you are notified that an extension of time is required and applicable), or (2) deny your appeal, you may obtain judicial review, pursuant to 5 U.S.C. 552 (a)(4)(B), in the United States District Court in the district (1) which you reside, (2) in which your principal place

07/22/05

-2-

of business is located, (3) in which the agency records are situated or (4) in the District of Columbia.

If you have any questions please contact Craig Sahl, of my staff, at (973) 368-6014.

Sincerely,

Kathleen M. Haage-Gaynor
Area Director
Newark/New York

**2004-1001-000027-01**
Violator:        Jose Cordero
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000220-01**
Violator:        Ronald Thomas
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000138-01**
Violator:        Ricardo Perez-Paez
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000278-01**
Violator:        Unknown
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000277-01**
Violator:        Unknown
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000158-01**
Violator:        David Crespo
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000216-01**
Violator:        Freddy Rodriguez
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000244-01**
Violator:        Pablo Garcia
Law Violated:    18 USC 981, 18 USC 1956

**2005-1001-000224-01**
Violator:        Jose Pena
Law Violated:    18 USC 981, 18 USC 1956, 21 USC 846

**2005-1001-000208-01**
Violator:        Priscilian Gutierrez
Law Violated:    18 USC 981, 18 USC 1956, 21 USC 846

**2005-1001-000236-01**
Violator: Hector Sanchez
Law Violated: 18 USC 981, 18 USC 1956

**2005-1001-000237-01**
Violator: Josandi Jenao
Law Violated: 18 USC 981, 18 USC 1956