# EXHIBIT 17

OCT ``3 2005          DIS-7-RR:IT:DL
                     588685 RH



RE: FP&F Case No. 2005-2720-000079-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH



OCT 3 2005

RE:    FP&F Case No. 2005-2704-000140-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000253-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000278-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT _ 3 2005          DIS-7-RR:IT:DL
                      588685 RH



     RE: FP&F Case No. 2005-2704-000282-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000289-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT    3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000308-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT  3 2005



RE: FP&F Case No. 2005-2704-000320-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John B. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT   3 2005



RE: FP&F Case No. 2005-2704-000329-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John P. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005        DIS-7-RR:IT:DL
                   588685 RH



RE: FP&F Case No. 2005-2704-000345-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000346-01 and 2005-2704-000347-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT ˙˙ 3 2005          DIS-7-RR:IT:DL
                       588685 RH



RE: FP&F Case No. 2005-2704-000352-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies
enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was
filed by an individual for your name and address in reference to the above-cited case.
Unless you respond, within 10 days from the date of this letter, stating why the requested
information should not be disclosed by U.S. Customs and Border Protection, the
aforementioned FOIA request will be processed, which could result in the release of the
requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you
have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005                    DIS-7-RR:IT:DL
                             588685 RH



        RE: FP&F Case No. 2005-2704-000355-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

                U.S. Customs and Border Protection
              FOIA Appeals, Policy & Litigation Branch
                        Mint Annex
                 1300 Pennsylvania Ave., N.W.
                    Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

                            Sincerely,


                        John E. Elkins, Chief
                    FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005                    DIS-7-RR:IT:DL
                              588685 RH

t

          RE: FP&F Case No. 2005-2704-000373-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies
enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was
filed by an individual for your name and address in reference to the above-cited case.
Unless you respond, within 10 days from the date of this letter, stating why the requested
information should not be disclosed by U.S. Customs and Border Protection, the
aforementioned FOIA request will be processed, which could result in the release of the
requested information.

Please send your response to the address listed below:

                    U.S. Customs and Border Protection
                 FOIA Appeals, Policy & Litigation Branch
                               Mint Annex
                     1300 Pennsylvania Ave., N.W.
                       Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you
have any questions.

                              Sincerely,


                       John F. Elkins, Chief
                       FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No. 2005-2704-000394-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005          DIS-7-RR:IT:DL
                     588685 RH



RE: FP&F Case No. 2005-2704-000396-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE:    FP&F Case No. 2005-2704-00419-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced **seizure case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT  3 2005          DIS-7-RR:IT:DL
                     588685 RH



**RE:    FP&F Case No. 2005-2770-000001-01**

Dear Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.**  Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT ¨ 3 2005



RE:    FP&F Case No. 2005-2704-000430-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT _ 3 2005



RE:    FP&F Case No. 2005-2704-000422-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case**. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT `` 3 2005

DIS-7-RR:IT:DL
588685 RH



**RE:    FP&F Case No. 2005-2704-000399-01**

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.**  Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



U.S. Department of Homeland Security
Washington, DC 20229

**U.S. Customs and
Border Protection**

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE:    FP&F Case No. 2005-2704-000398-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT _3 2005

DIS-7-RR:IT:DL
588685 RH



**RE:    FP&F Case No. 2005-2704-000421-01**

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John H. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



OCT 3 2005

DIS-7-RR:IT:DL
588685 RH

**RE:    FP&F Case No. 2005-2704-000401-01**

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure **case.** Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)