# EXHIBIT 18

U.S. Department of Homeland Security
Washington, DC 20229



U.S. Customs and
Border Protection

DIS-7-RR:IT:DL
588685 JTR

AUG 2 2005



Re:   FP&F Seizure Case No. 2004-2704-000996-01

Dear Sir or Madam:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
Disclosure Law Branch
Mint Annex
1300 Pennsylvania Ave., NW
Washington, D.C. 20229

Please feel free to contact me at (202) 572-8720, should you have any questions.

Sincerely,

Joanne Roman Stump
Chief, Disclosure Law Branch

Enc. (2)