# EXHIBIT 19

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE:   FP&F Case No. 2004-2704-000996-01

Dear Sir or Madam:

We sent you a letter on August 2, 2005, informing you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited U.S. Customs and Border Protection (CBP) case. We offered you an opportunity to state why CBP should not disclose the requested information. You did not reply to the letter.

Based upon our independent review of this matter, we do not believe there is justification for not releasing the requested information. Accordingly, unless you file a suit in the Federal District Court in which you reside or in the District Court for the District of Columbia to prevent disclose of the information, CBP will release your company's name and address under FOIA to the party that requested it. This disclosure will be made on or after October 12, 2005.

You should be aware that the requesting party has filed a suit in the District Court for the District of Columbia to compel disclosure of the requested information. That suit is styled Seized Property Recovery Corporation v. U.S. Customs and Border Protection, Civil Action No. 1:05CV01570.

Please do not hesitate to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch