# EXHIBIT 20

Case 1:05-cv-01570-AK-AK   Document 36-23   Filed 10/11/2006   Page 1 of 4

OCT 3 2005

DIS-7-RR:IT:DL
588685 RH



RE: FP&F Case No.: 2004-2704-001309-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

        U.S. Customs and Border Protection
        FOIA Appeals, Policy & Litigation Branch
        Mint Annex
        1300 Pennsylvania Ave., N.W.
        Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE: FP&F Case No.: 2004-2704-000969-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588685 RH

OCT 3 2005



RE: FP&F Case Nos.: 2004-2704-000966-01; 2004-2704-000977-01;
2004-2704-000984-01

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35 (copies enclosed), we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced case. Unless you respond, within 10 days from the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814 should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)