# EXHIBIT 22

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. Jose Pena

**RE: FP&F Seizure Case 2005-1001-000224-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

DIS-7-RR:IT:DL
588706 RH

OCT 3 2005

Mr. Ronald Thomas
[redacted]

**RE: FP&F Seizure Case 2005-1001-000220-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

 OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. David Crespo

**RE: FP&F Seizure Case 2005-1001-000158-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
~~588678~~ RH
588706 ett 11/9/05

Mr. Ricardo Perez-Paez

**RE: FP&F Case No. 2005-1001-000138-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-referenced seizure case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. Freddy Rodriguez
[redacted]

**RE: FP&F Seizure Case 2005-1001-0000216-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. Pablo Garcia
[redacted]

RE: **FP&F Seizure Case 2005-1001-000244-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. Prisciliano Gutierrez

**RE: FP&F Seizure Case 2005-1001-000208-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. Hector Sanchez
[redacted]
[redacted]

**RE: FP&F Seizure Case 2005-1001-000236-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

Mr. Josandi Jenao

**RE: FP&F Seizure Case 2005-1001-000237-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

**RE: FP&F Seizure Case 2005-1001-000027-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT 3 2005

DIS-7-RR:IT:DL
588706 RH

**RE: FP&F Seizure Case 2005-1001-000150-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John F. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

DIS-7-RR:IT:DL
588706 RH

OCT 3 2005

**RE: FP&F Seizure Case 2005-1001-000223-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)

OCT _ 3 2005

DIS-7-RR:IT:DL
588706 RH

**RE: FP&F Seizure Case 2005-1001-000218-01**

Dear Sir:

In accordance with Executive Order 12,600, as implemented by 19 CFR § 103.35, (copies enclosed) we hereby inform you that a Freedom of Information Act (FOIA) request was filed by an individual for your name and address in reference to the above-cited case. Unless you respond, within 10 days following the date of this letter, stating why the requested information should not be disclosed by U.S. Customs and Border Protection, the aforementioned FOIA request will be processed, which could result in the release of the requested information.

Please send your response to the address listed below:

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229

Please feel free to contact Rebecca Hollaway of my staff at (202) 572-8814, should you have any questions.

Sincerely,

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch

Enc. (2)