# EXHIBIT 23

PHONE NO. ███████████     Oct. 20 2005 08:59AM P1





phone: ███
fax: ███

October 17, 2005

U.S. Customs and Border Protection
Attn: Rebecca Hollaway
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington D.C. 20229

**Re: FP & F Case No. 2005-2704-00419-01**

Dear Mrs. Hollaway,

In regards to your letter dated October 3, 2005, on the above case number we would like to petition not to release our records at this time. We are currently investigating the details behind this matter. Therefore, we would like to review the seizure case above before authorizing the release of the FOIA requested on your letter.

If you may have further questions, feel free to contact my Secretary,  at ███████.

Thank you for your cooperation and this matter.

Sincerely,



Enc. (1)