# EXHIBIT 24



# Fax

| To: | Rebecca Hollaway | From: | |
|---|---|---|---|
| Fax: | 202-572-8747 | Pages: | 2 |
| Phone: | 202-572-8814 | Date: | 10/20/2005 |
| Re: | Case 588685 RH | CC: | |

☑ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Hello Ms. Hollaway,

Per our conversation in regards to case 588685 earlier, we want to decline the request for information on case 2005-2704-000320-01. A copy of the original letter was attached as a reference.

Your help is greatly appreciated on this matter. If you have may have any further information, please feel free to call me at

Regards,



Direct:
Tel:
Fax: