# EXHIBIT 26

LAW OFFICES
## RAMSEY & PRICE

CORNELL J. PRICE
ROBERT RAMSEY, JR.

445 SOUTH FIGUEROA STREET, SUITE 2640
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 612-0020
TELECOPIER (213) 612-0091

October 21, 2005
*Via Facsimile and U.S. Mail*

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Ave., N.W.
Washington, D.C. 20229
Attn: Ms. Rebecca Holloway

Re:    FP & F Case No. 2005-2704-000140-01

Dear Ms. Holloway:

This firm represents Mr. ▓▓▓▓▓ in the related criminal matter, and he has requested that I respond to your letter on his behalf.

Please accept this letter as a response to the October 3, 2005 letter from your office advising Mr. ▓▓▓▓▓ of a Freedom of Information Act (FOIA) request seeking disclosure of private and privilege information related to Mr. ▓▓▓. For the reasons set forth below, Mr. ▓▓▓ respectfully objects and does not authorize release of the information requested by the FOIA request.

First and foremost, the information which is the subject of the FOIA request was seized from Mr. ▓▓▓ by government law enforcement agents acting in their official capacity. It is my understanding that the facts and circumstances involving the forfeiture resulted from an on going criminal investigation. Thus, it seems to me that such information is exempt as a law enforcement or on going criminal investigation exemption.

Secondly, and more importantly, the information sought by the FOIA request is privilege and private and personal and release of such information would cause an invasion of Mr. ▓▓▓ and his family's right to privacy.

If you have any questions regarding this letter please do not hesitate to contact this office.

Very truly yours,

Robert Ramsey, Jr.

cc: Mr. J▓▓▓▓▓