# EXHIBIT 27



TEL:
FAX:

Date: OCT 10, 2005

To: U.S. Customs and Border Protection
    FOIA appeals, policy & litigation branch
    Mint Annex
    1300 Pennsylvania Ave N.W.
    Washington, D.C. 20229
    Attn.: Rebecca Hollaway / John Elkins

Ref.: FP&F Case No. 2005-2704-000346-01 and 2005-2704-000347-01

Dear Rebecca,

We received your letter on OCT 7 regarding a FOIA request filed by an individual for our name and address in reference to the above-cited case.

According to our record, the two electric carts from the above-cited case that we brought in are just for pre-marketing samples, they are not for retail. And we do not have any attempt to import these two products at this moment. AS a result, <u>we here request that our name and address in reference to the above-cited case should NOT be released to any other parties</u>.

Sincerely,



Tel              Ext
Fax

---

*E.O.E*