# EXHIBIT 28

Kirt J. Hopson
Attorney at Law
9844 S. Paramount Boulevard
Downey, CA 90240
(562) 864-6773

---

October 15, 2005

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
Mint Annex
1300 Pennsylvania Avenue NW
Washington, D.C. 20229
Attn.: John E. Elkins
     Chief, FOIA Appeals, Policy & Litigation Branch

    Re:    FP&F Case Nos: 2004-2704-000966-01
                          2004-2704-000977-01
                          2004-2704-000984-01

Dear Mr. Elkins:

I have been retained to represent the interests of Mr. ▓▓▓▓▓▓▓▓ in regards to the above-referenced cases and the FOIA request filed with U.S. Customs and Border Protection. A Notice of Entry of Appearance as Attorney or Representative [Form G-28] is enclosed.

Pursuant to section 103.35, paragraph (c)(1), of Title 19 of the Code of Federal Regulations, and, section 552, subsection (b), of Title 5 of the United States Code, Mr. ▓▓▓▓▓▓▓▓ objects to the disclosure of the requested information, and requests that U.S. Customs and Border Protection withhold such information, on the grounds that:

1. The information was compiled for law enforcement purposes;
2. Release of the information would constitute an unwarranted invasion of Mr. and Mrs. ▓▓▓▓▓▓▓▓ personal privacy, as their address is otherwise confidential; and,
3. Release of the information could endanger the life or physical safety of Mr. ▓▓▓▓▓▓▓▓ family, as Mr. ▓▓▓▓▓▓▓▓ as provided, and may provide in the future, assistance to the United States Attorney's Office in Los Angeles for the investigation, arrest, and prosecution, of other individuals suspected of illegal drug trafficking.

U.S. Customs and Border Protection
FOIA Appeals, Policy & Litigation Branch
October 15, 2005
Page 2

Should further information be needed in order to consider this objection, please feel free to contact me at your convenience.

Sincerely,

KIRT J. HOPSON

KJH:mc

Enclosure as stated