# EXHIBIT 29

*Law Offices of*
# ARNOLD SILVERSTEIN

1700 Sansom Street
Philadelphia, PA. 19103
(215) 569-3909 Fax: 569-3829
E Mail: ARNOLDREGAN@YAHOO.COM

fax 1202-572-8747
October 12, 2005

Rebecca Hollaway
FOIA Appeals
US Customs and Border Protection
1300 Pennsylvania Avenue., NW
Washington, DC 20229

　　　　　RE: FP&F Seizure 2005-1001-000158-01

Dear Sir:

　　I represent ▓▓▓▓. In response to your letter to Mr. ▓▓▓▓ regarding the above captioned seizure I am objecting to the release of information concerning ▓▓▓▓ to anyone. Providing this information, to an unknown person would be an invasion of Mr. ▓▓▓▓ privacy and could possibly endanger him and/or his family.

　　Thank you.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　Arnold Silverstein, Esquire