UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION<br><br>Defendant. | Civil Action No. 05-1570 (AK) |

**ORDER**

This matter comes before the Court on defendant's Renewed Motion for Summary Judgment. Upon consideration of the motion, the opposition thereto, the relevant law and the entire record herein, it is this ___ day of _____, 20__ hereby,

ORDERED that the motion is GRANTED, and it is further

ORDERED that judgment is entered for defendant, and it is further

ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE. This is a final, appealable order.

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE