UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

    Plaintiff,

v.          Civil Action No. 05-1570(AK)

U. S. CUSTOMS AND
BORDER PROTECTION,
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

    Defendant.
_____/

### PLAINTIFF'S FIRST CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT AND ITS RENEWED MOTION FOR SUMMARY JUDGMENT

  Plaintiff respectfully moves this Court for an extension of time, through and including November 27, 2006, within which to file its opposition to defendant's renewed motion for summary judgment and its renewed motion for summary judgment. Plaintiff's response is currently to be filed on or before October 27, 2006.

  Defendant's motion has delineated many seizure numbers that need to be researched as to whether they are individuals or companies. This is very time

1

consuming to review the myriad requests plaintiff has submitted to Customs.

On Wednesday, October 25, 2006 undersigned counsel received an email from counsel for the defendant, Peter D. Blumberg, Esq., graciously consenting to the extension.

WHEREFORE, plaintiff respectfully requests the Court grant this consent motion for an extension of time through November 27, 2006.

>Respectfully submitted,
>
>Peter S. Herrick, P. A.
>Peter S. Herrick
>Attorney for Plaintiff
>3520 Crystal View Court
>Miami, Florida 33133
>Tel. 305-858-2332
>Fax. 305-858-6347
>Email pherrick@bellsouth.net
>D C Bar No. 137935