UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

        Plaintiff,

v.     Civil Action No. 05-1570(AK)

U. S. CUSTOMS AND
BORDER PROTECTION,
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

        Defendant.
_____/

## PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT AND ITS RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully moves this Court for an extension of time, through and including December 8, 2006, within which to file its opposition to defendant's renewed motion for summary judgment and its renewed motion for summary judgment. Plaintiff's response is currently to be filed on or before November 27, 2006.

Defendant's opposition motion is nearing completion and needs final

1

preparation of the exhibits to file with the Court. While this may only take a day or two, in an abundance of caution the request for an extension allows additional time through December 8, 2006.

On Monday, November 27, 2006 undersigned counsel telephoned counsel for the defendant, Peter D. Blumberg, Esq., for a consent to the motion. However, Mr. Blumberg's voice mail message indicated he would not be returning to the office until November 28, 2006.

WHEREFORE, plaintiff respectfully requests the Court grant this second motion for an extension of time through December 8, 2006.

Respectfully submitted,

Peter S. Herrick, P. A.
Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar No. 137935