UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEIZED PROPERTY RECOVERY CORPORATION,** )
)
)
**Plaintiff,** )
)
v. )   Civil Action No. 05-1570(AK)
)
**UNITED STATES CUSTOMS AND BORDER PROTECTION,** )
)
)
**Defendant.** )
)

### PLAINTIFF'S RENEWED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Seized Property Recovery Corporation ["SPRC"], by its undersigned attorney, pursuant to Rule 56 of the Federal Rules of Civil Procedure, opposes Defendant's Renewed Motion for Summary Judgment and Cross Moves for Summary Judgment pursuant to the Freedom of Information Act, 5 U.S.C. §552; and, for a declaratory judgment pursuant to 28 U.S.C. §2201. Cross motion for summary judgment is sought on the grounds that there are no material facts in dispute and that plaintiff is entitled to judgment as a matter of law.

A renewed statement of material facts as to which there is no genuine dispute and a renewed memorandum of points and authorities with supporting declarations and exhibits are filed herewith.

1

Respectfully submitted,

*[signature]*

Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar No. 137935