# EXHIBIT A

U.S. Department of Homeland Security
Washington, DC 20229



U.S. Customs and
Border Protection

    DIS 4-02 RR:IT:DL
588391 MB

Peter S. Herrick, P.A.
Attorney At Law
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated June 14, 2004, wherein you appeal the decision (FOIA #04-077) of the Port Director, Miami Service Port, Florida, U.S. Customs and Border Protection (CBP), dated June 8, 2004, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) request for the names and addresses of persons who were the subject of five seizure cases (you provided seizure numbers) initiated by CBP. In that decision, the Port Director asserted that the names and addresses of such persons are exempt from release pursuant to 5 U.S.C. 552(b)(7)(A).

We reverse the decision of the Port Director, Miami Service Port. Upon review of this matter, we have determined that CBP can provide the names and addresses that you have requested pursuant to 19 C.F.R. 162.45(a)(4). Since the names and addresses are known to the Fines, Penalties, and Forfeitures Officer at the Miami Service Port in the five seizure cases that are the subject of your appeal, they should be published. We are also instructing the FP&F Officer at the Miami Service Port that in the future, it should include this type of information in its public notices of seizure and sale as it is a regulatory requirement.

The following is a list of the names and addresses you have requested, along with their seizure numbers, relating to the five seizures that are the subject of your appeal and from whom Customs seized merchandise/currency:

- 2002-7423-000001: David Montesino, 5981 S.W. 5th Terrace, Miami, FL 33144
- 2004-5201-000293: David's Wholesale Center, 4171 N. State Rd., 7 Hollywood, FL 33021-1510
- 2004-5201-000302: M/V ANICIA, 3611 N.W. S. River Drive, Miami, FL 33132

05/24/05

A

2

- 2000-5206-000430: Musa Holdings, Inc., 3701 S. Congress Ave., Lake Worth, FL 33461
- 2004-5201-000184: Vastbo Trading Co., 1970 73rd St., Brooklyn, NY 11204

Inasmuch as you consider this to be a denial of your appeal, you may obtain judicial review of this decision pursuant to 5 U.S.C. 552(a)(4)(B) in the United States District Court in the district in which you reside, have a principal place of business, in the agency where the records are situated, or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump

Joanne Roman Stump, Chief
Disclosure Law Branch

cc: Robert Deltoro, Acting FP&F Officer, Miami Service Port, Florida

# EXHIBIT B

FROM U.S. CUSTOMS                    (FRI) 5.20'05 19:40/ST.19:40/NO.4861178834 P 2

U.S. Department of Homeland Security
Washington, DC 20229



U.S. Customs and
Border Protection

**MAY 2 0 2005**

DIS-3 RR:IT:DL
588617 JRS

Peter S. Herrick, Esq.
Herrick Nikas
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated May 16, 2005, wherein you appeal two decisions (FOIA #05-061 and 05-066) of the Port Director, Miami Service Port, Florida, U.S. Customs and Border Protection (CBP), dated May 13, 2005, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) requests under exemption b(7)(A) (title 5, United States Code (U.S.C.), section 552 (b)(7)(A)) for the names and addresses of persons who were subject of specific seizure cases.

We are remanding to the Port Director, Miami Service Port both above-referenced FOIA decisions for reconsideration and a determination consistent with the finding of our appellate decision of March 17, 2005 (588391), copy enclosed. The Miami Service Port erred by not attempting to reasonably segregate the responsive records in both instances and withholding them in full under exemption b(7)(A). Upon receipt of a FOIA request, the agency must process the request and use the FOIA exemptions, as applicable, on the responsive records in existence at the time of the request. A FOIA request may be filed on both open and closed seizure cases as public disclosure of any other item of information concerning such cases shall only be made in conformance with the procedures provided in 19 CFR 103.5. See 19 CFR 103.32. Both initial FOIA decisions failed to articulate how the disclosure of certain information would interfere with a law enforcement proceeding within the meaning of FOIA exemption b(7)(A) to the specific records requested.

Sincerely,

Joanne Roman Stump

Joanne Roman Stump, Chief
Disclosure Law Branch

cc: Port Director, Miami Service Port
Robert Del Toro, Acting FP&F Officer, Miami Service Port, Florida
Office of Trade Relations, Michael K. Dean

# EXHIBIT C



U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and
Border Protection

DIS-3 RR:IT:DL
588553 GD

JUN 0 8 2005

Mr. Peter S. Herrick, P.A.
Attorney at Law
3520 Crystal View Court
Miami, Florida 33133

Re:  Freedom of Information Act Appeal of December 20, 2004.

Dear Mr. Herrick:

        The purpose of this correspondence is to address your request for
an administrative appeal of the response of the Port Director, Miami
Service Port, U.S Customs and Border Protection (CBP) dated December
16, 2004, pursuant to your Freedom of Information Act (FOIA)/Privacy Act
request.  In your initial FOIA request dated December 3, 2004, you
requested the names and addresses of individuals from whom CBP seized
currency under Fines, Penalties, and Forfeiture Office (FP&F) case number
2001-5206-001163 and 2004-5206-000511.

The Freedom of Information Act, 5 U.S.C. 552 (West 1996 & Supp. 2000)
provides for the public disclosure of records of the United States Federal
Government and was "designed to create a broad right of access to 'official
information." *United States Department of Justice v. Reporters Committee
for Freedom of the Press*, 489 U.S. 749, 772, (1989) *citing EPA v. Mink*,
410 U.S. 73, 80 (1973).  The basic policy underlying the FOIA is that
citizens have a right to be informed about "what their government is up to."
*Reporters Committee* at 733, *citing Mink* at 105.  Records of the
government are only exempt from the policy of full disclosure if "clearly
delineated statutory language" provides for an exemption.  *Department of
Air Force v. Rose*, 425 U.S. 352, 361 (1976) *quoting* S. Rep. No. 813, 89th
Cong., 1st Sess., 3 (1965).

        In the initial FOIA response dated December 16, 2004, you were
informed that while the administrative process of the property seized is
ongoing, the data elements which you seek would be considered law
enforcement information exempt from disclosure under 5 U.S.C. 552
(b)(7)(A).

*Letters mailed  6-14-05*

06/13/05

β

- 2 -

It is determined that due to the fact that FP&F Case Nos. 2001-5206-001163 (remission amount paid) and 2004-5206-000511 (administrative forfeiture) are closed, there is no basis to withhold the names and addresses of the violators under a FOIA request pursuant to 19 CFR 103.32. Therefore, the following information is now being provided to you:

    2001-5206-001163 – Eduardo Paz
                       13306 SW 28th Street
                       Miami, Florida 33175

    2004-5206-000511 – Joseph Mazel
                       Thoney Lane 98
                       Aantwerp 2050, Belgium

The Freedom of Information Act, particularly 5 U.S.C. 552 (a)(4)(B), provides you with the opportunity to seek judicial review of this administrative appeal. You may institute judicial review in the United States District Court in the district in which you reside or have a principal place of business or in the district where the agency records are located or in the United States District Court for the District of Columbia.

Sincerely,

*Joanne Roman Stump*

Joanne Roman Stump
Chief, Disclosure Law Branch

# EXHIBIT D



**U.S. Department of Homeland Security**
Washington, DC 20229

U.S. Customs and
Border Protection

**MAR 17 2005**

DIS 4-02 RR:IT:DL
588404 MB

Peter S. Herrick, P.A.
Attorney At Law
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated September 1, 2004, wherein you appeal the decision (FA 2004-2704-150 mk) of the Port Director, Port of Long Beach, California, U.S. Customs and Border Protection (CBP), dated August 23, 2004, withholding from disclosure in its entirety information responsive to your Freedom of Information Act (FOIA) request for the addresses of 16 persons (that you name) from whom merchandise and/or currency was seized by CBP. In that decision, the Port Director asserted that the addresses of these persons are exempt from release pursuant to 5 U.S.C. 552(b)(7)(C).

We reverse the decision of the Port Director, Long Beach, California. Upon review of this matter, we have determined that CBP can provide the addresses that you have requested pursuant to 19 C.F.R. 162.45(a)(4). Since in the 16 seizure cases that are the subject of your appeal, the addresses are known to the Fines, Penalties, and Forfeitures Officer at the Port of Long Beach, they should be published. We are also instructing the FP&F Officer at Long Beach that in the future, it should include this type of information in its public notices of seizure and sale as it is a regulatory requirement.

The following is a list of the addresses you have requested for the 16 named persons, together with their seizure case numbers, from whom Customs seized merchandise/currency:

- 2002-2720-000365: Marhaf Maida, 43334 32nd St. West, #41, Lancaster, CA 93539

- 2003-2704-000937: Haggar Clothing Ltd., 6113 Lemon Ave., Dallas,TX 75209

- 2004-2704-000146: Jafael Jerome Winston, 5451 Hermitage, #4, Valley Village, CA 91607

03/24/05

D

2

- 2004-2704-000148: Leonor De Rodriguez Morales, 8401 Hickory St., Los Angeles, CA 90001

- 2004-2704-000173: Xiomara Rodrigurz-Espinoza, 8333 Hickory St., Los Angeles, CA 90001

- 2004-2704-000360: Corina Reyes Duarte, 1255 Dunrobin Avenue, Downey, CA 90242

- 2004-2704-000360: Benjamin Y. Duarte, 1255 Dunrobin Avenue, Downey, CA 90242

- 2004-2704-000392: Los Angeles Bail Bonds, 611 ½ E. Broadway Ave., Glendale, CA 91205

- 2004-2704-000394: Nader Amer, 2220 David St., San Leandro, CA 94577

- 2004-2713-000042: Mehdi Mohammad Humkar, 290 Hazelridge Ct., Simi Valley, CA 93065

- 2004-2704-000588: Erick Gutierrez-Ramos, 4114 Camino De La Plaza, San Ysidro, CA 92173

- 2004-2713-000020: Ruben Candejas Estrada, 822 4th Street, Fillmore, CA 93015

- 2004-2704-000191: Billy Jo Manes, 864 Jarrow Avenue, Hacienda Heights, CA 91745

- 2004-2704-000199: Craig Allen Egerton, 9903 Santa Monica Blvd., #564M, Beverly Hills, CA 90212

- 2004-2720-000249: Karlo Bagon, (notification address) Los Angeles Metropolitan Detention Center, 535 N. Alameda Ave., Los Angeles, CA 90012, (place of residence): Oceanside Blvd., Santa Monica, CA 90250

- 2004-2713-000026: Enrique Bravo Lopez, 1503 S. Wallis Avenue, Santa Monica, CA 93458

Inasmuch as you consider this to be a denial of your appeal, you may obtain judicial review of this decision pursuant to 5 U.S.C. 552(a)(4)(B) in the United States District Court in the district in which you reside, have a principal place of

3

business, in the agency where the records are situated, or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump

Joanne R. Stump, Chief
Disclosure Law Branch

cc:  Robert Thierry, FP&F Officer, LA Long Beach, CA

# EXHIBIT E

**Print Email Close**

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property on or before MAY 18, 2005 . If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2002-2720-000216** NDA U.S. Currency($8,500.00), Money Orders(6ea)(Western Union)($3,000), Money Orders(Travelers Express)(137ea)($76,500.00),seized on 10/06/2004 pursuant to 31USC5317 at LAX(Outbound), from Nassir H. El Moghrabi at 44638 Stonebridge Land, Lancaster, CA 03536.

**2004-2720-000194** YB U.S. Currency($14,727.00) seized on 03/30/2004 pursuant to 18USC981, at Los Angeles, CA, from Marcelino Viramont Molina at 106 ½ Venice Blvd. Los Angeles, CA 90015, & Jody Custer ($1,000.00) at 1061/2 Venice Blvd., Los Angeles, CA 90015.

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before APRIL 23, 2005 . If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2003-2704-000732** MK Women's Cotton Blouse(12,480ea), Men's Pullovers(456pcs), Men's Blue Denim Jeans (1,230ea), Girl's Cotton Trousers(4,800pcs), Women's Cotton Trousers(20,184 pcs), Cotton Sheets (4,090ea), Pillowcases(2,045pcs), Samples (20ea) seized on 07/30/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Rich Oriental, 1202 Monte Vista Ave, #20, Upland, CA 91786. **2003-2704-000583** MK Women's Cotton Tops (24,000ea) ctns(2,000), seized on 05/06/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Norma Diaz Hercado De Todos, 665 Diaz Ordaz Blvd, Mesa Tijuana, MX. **2003-2704-000584** MK Sweaters (24,216 ea) ctns(2,018)seized on 05/06/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Norma Diaz Hercado De Todos 665 Diaz Ordaz Blvd, Mesa Tijuana, MX.

**2003-2704-000585** MK Sweaters (24,264 ea) ctns(2,022) seized on 05/06/03, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from Norma Diaz Hercado De Todos, 665 Diaz Ordaz Blvd, Mesa Tijuana, MX. **2004-2704-000117** NDA Men's Woven Shorts (2,424pcs) ctns(202), Men's Woven Jeans (13,259pcs) ctns(1,109)seized on 10/28/03, pursuant to 19USC1526(e), at LA/LB Harbor from Kazah Fashion, Inc. 3940A Valley Blvd. Walnut, CA 91789. **2003-2704-000314** WB Cigarettes(Akhtamar)(600,000ea), Cigarettes (Akhtamar/Lights)(600,000ea), Cigarettes(Ceasar Brands)(1,000,000ea), Cigarettes(Garni Brands)(4,300,000ea) seized on 02/21/2003, pursuant to 19USC1595a(c), at LA/LB Harbor from GT Imports Exports, 4525 San Fernandez Road, # A Glendale, CA 91204. **2002-2720-000346** MK Firearms (33ea), Various Firearm Accessories and Parts (2ea) seized on 08/14/02, pursuant to 22USC401 at LA International Airport, from David Tipple 236 Barbadoes St.,Christchurch, New Zealand.**2004-2704-000674** YB Ladies' Blouses(Cotton) (8,262pcs), Ladies' Blouses(MMF)(2,514 pcs) seized on 3/16/04, pursuant to 19USC1595a(c)(3), at LA/LB Harbor, from Say What Inc. 1639 Centre Street, Ridgewood, NY 11385**. 2004-2704-000727** YB Ladies' Blouses (600 pcs), Ladies' Blouses(1,800pcs), Ladies Sweaters(14,340pcs) seized on 03/25/2004, pursuant to 19USC1595a(c)(3), at LA/LB Harbor from Say What Inc., 1639 Centre Street Ridgewood, NY 11385. **2004-2704-000768** YB Red Bull Drinks(cans)(66,000ea), Red Bull Drinks(Glass Bottle(65,500ea) seized on 04/09/04, pursuant to 19USC1595a(c)(a)(A), 1595a(c)(2)(A), and 1595a(c)(2)(c), 19USC1526(e), at LA/LB Harbor, from EZ Food Inc., 4934 Walnut Grove, #105 San Gabriel, CA 91776. **2004-2704-001306** YB Men's Shirts (3,108 pcs) seized on 9/17/04, pursuant to 19USC1526(e), at LA/LB Harbor, from Scope Imports, Inc., 9020 Blankenship Drive Houston,TX 77055. **2004-2704-000948** YB Rice Vermicelli (4,920ea), Tamarind Candy(20,000 ea) seized on 06/04/04, pursuant to 19USC1595a(c)(2)(A), at LA/LB Harbor from Mong Chong Trading Corporation 56-72 49th Place Maspeth, NY 11378. **2004-2704-001321** YB Men's Outerwear (1,800pcs), Men's Pullovers(3,408 pcs) seized on 09/22/2004, pursuant to 19USC1526(e), at LA/LB Harbor, from Scope Imports, 9020 Blankenship Drive, Houston, TX 77055. **2005-2720-000038** WB Airsoft Electric Rifles(300 ea) seized on 11/09/2004, pursuant to 19USC1595a(c) at LAX from Alternate Reality dba Viper, 15506 Dupont Avenue Chino, CA 91710. **2005-2704-000117** WB Toys(Sider Man 2)(11,280 pcs) , Toys(Spider Man 2)(1,200 pcs) , Toys(Toy Story 2) (1,920 pcs) , Toys(Toy Story)(1,584 pcs) seized on 11/29/04, pursuant to 19USC1595a(c)(2)(C), at LA/LB Harbor, from Able Power(USA), Inc., 431 S. Hewitt Street Los Angeles, CA 90013. **2005-2704-000136** NDA Extension Cords (48,360ea) , Trouble Lights(1,200ea) seized on 12/09/2002,

pursuant to 19USC1526(e), at LA/LB Harbor, from GNB Group, 3043 Bandini Blvd., Vernon, CA 90023. **2005-2704-000132** YB PVC Handbags (8,400pcs) seized on 12/08/04, pursuant to 19USC1595a(c)(2)(c) at LA/LB Harbor from Shuan Hwa Inc., 600 S. Maeto Street, Los Angeles, CA 90021.

**U.S. CUSTOMS AND BORDER PROTECTION**
04/04/2006, 04/11/2005 and 04/18/2005
04/04/2005, 04/11/2005, 04/18/2005

**DJ-799443#**

**Print Email Close**

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property on or before **May 20, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2005-2704-000065 NDA** "2000" Ford F150 Pick-Up Truck Vin#1FTRX18LXYKA0326
seized on 11/02/04 pursuant to 31USC5332(c)(1), at 4023 West 136th Street, Hawthorne, CA 90250
from David Jacob Graibe.

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before **April 25, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2004-2704-000477 NDA** Handbags(Burberry)(2,040 ea) , Wallets(Coach)(384 pcs) seized on 01/28/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Yun Fa Yan dba Sey Int'l Corp. 12019 Elliott Avenue El Monte, CA 91732. **2004-2704-000572 NDA** Men's Jackets(3,803ea) Men's Pants (3,803 pairs), seized on 02/25/2004, pursuant to 19USC1595a(c)(3), at LA/LB Harbor from Wide International, 1543 W. Olympic Blvd., Suite 400 Los Angeles, CA 90015. **2004-2704-000787 NDA** Handbags(Coach)(2,312 pcs), Louis Vuitton Handbag(3 pcs) seized on 04/14/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Kyu Chang Yi . **2004-2704-001201 NDA** Ladies' Woven Pants (12,763 prs) seized on 08/19/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Fashion Road Inc., 1407 Broadway New York, NY 10018. **2004-2704-001215 RLC** Hot Water Pots(936 pcs) seized on 08/24/2004, pursuant to 19USC1526(e), at Los Angeles/Long Beach Harbor from Huarun Investments(USA) Inc., 9010 Garvey Avenue Suite C Rosemead, CA 91770. **2005-2704-000087** NDA "T-Shirt" Bags in assorted sizes (6,322ea), Produce Roll Bags(889ea), Lady's Underpants (6,456 ea) seized on 11/10/2004, pursuant to

19USC1595a(c)(1)(A), at LA/LB Harbor from Golden Pacific Group 2107 Rosemead Blvd. El Monte, CA 91733. **2005-2704-000122 NDA** Handbags(Burberry)(1,020 ea) , Cosmetic Sets(1,020 ea) seized on 11/30/2004, pursuant to 19USC1526(e), at LA/LB Harbor from Wink Cosmetics, Inc., 15571 Container Lane, Huntington Beach, CA 92649. **2005-2704-000129 NDA** DVD Players(7,560ea) seized on 12/06/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain Drive Scottsdale, AZ 85260. **2005-2704-000128 NDA** DVD Players (3,780ea) seized on 12/06/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain Drive Scottsdale, AZ 85260. **2005-2704-000153 NDA** DVD Players(3,780ea) seized on 11/13/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain DriveScottsdale, AZ 85260. **2005-2704-000154 NDA** DVD Player(3,780ea) seized on 11/14/2004, pursuant to 19USC1526(e), at LA/LB Harbor from GO VIDEO 7835 East McLain Drive Scottsdale, AZ 85260.
**U.S. CUSTOMS AND BORDER PROTECTION**
04/06/2005, 04/13/2005 and 04/20/2005
04/06/2005, 04/13/2005, 04/20/2005

**DJ-800903#**

**Print Email Close**

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property on or before **May 28, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2003-2720-000221 RLC U.S. Currency($32,500.00), & Mexican Pesos(7,640)(USD Equivalent ($646.34), seized on 06/02/2002 at Los Angeles International Airport, from David A. Hinojosa, 10165 Lev Avenue, Arleta, CA 91331.**

NOTICE IS HEREBY GIVEN that the following merchandise was seized in or near the port of Los Angeles for violations of various sections of the United States Code. Any person having a legal interest in and desiring to claim the seized merchandise must appear in the office of the Director of Fines & Penalties, 301 E. Ocean Blvd., Suite 620, Long Beach, CA, and file a claim for such property and post a bond on the form prescribed by the Commissioner of Customs in the amount of $5000.00 or 10 percent of the value of the claimed property, whichever is lower, but not less than $250.00 on or before **May 04, 2005**. If no claim is filed within the period specified, the property will be forfeited and disposed of in accordance with the law.

**2002-2704-000334 RLC** Boy's Cotton Shorts(19,080 pcs), Men's Shorts & Pants(16,092 pcs), Ladies' Cotton Shorts(6,268 pcs), & Penalty Sample(1 pc) seized on 03/06/2002, pursuant to 19USC1595a(c)(2)(C), and 19USC1526(e), at Los Angeles/Long Beach Harbor , from Comercializadora Moda Price S.A., San Antonio Abad No. 8-102 Col., Transito, Mexico D.F. 06820. **2004-2704-000767 MK** Footwear ctns(375), seized on 04/09/2004, pursuant to 19USC1595a(c), at LA/LB Harbor from Landmax, Inc., 10155 Rush St. S. El Monte, CA 91733. **2005-2704-000080 YB** DVD Players (300 pcs) seized on 11/08/04, pursuant to 19USC1526(e), at LA/LB Harbor from Yamakawa USA Inc., 75 Castinlian Drive, Goleta, CA 93117. **2005-2704-000100 MK** Handbags(Burberry) (1,656 ea), Handbags(non-infringing)(4,224ea) seized on 11/18/2004, pursuant to 19USC1526(e), and 19USC1595a(c), at LA/LB Harbor from Ruvynn Corporation 2222 Damon Street Los Angeles, CA 90021. **2005-2704-000116 MK** Handbags(Burberry)(1,344 ea) seized on 11/29/04, pursuant to 19USC1526(e), at LA/LB Harbor from Ruvynn Corporation 2222 Damon St. Los Angeles, CA 90021.

http://adtech.dailyjournal.com/legalAds/search/viewad.cfm?CATE...

**2005-2704-000157 YB** Wallets(101ea), Watches(23ea) , Luggage(9ea) , Belts(14ea) , Handbags(76ea) , Handbags(101ea) seized on 12/16/05, pursuant to 19USC1595a(c), and/or 19USC1526(e), at 32 Bargemon, Newport Coast, CA 92657 from Terrence Keith Smith 32 Bargemon Newport Coast, CA 92657. **2005-2704-000168 RLC** LCD Handheld Games (120,000 pcs) seized on 12/21/2005, pursuant to 19USC1595a(c)(2)(C), at Los Angeles/Long Beach Harbor from Deleg Gustavo A. Madero Commercializadora Paz SA de CV Calle Abel #59-D, Col., Guadalupe Tepeyac C.P. 07540, Mexico D.F. **2005-2704-000201 RLC** Mens' Polyester Pants (10,908 pcs), Ladies' Jackets(7,200 pcs), Ladies' Pants (7,200 pcs) seized on 12/29/2004, pursuant to 19USC1595a(c)(1)(A), at LA/LB Harbor from CAE Group Incorporated 25 South Raymond AvenueAlhambra, CA 91801. **2005-2704-000241 RLC** Bongs(1,400 pcs), Aluminum Grinders (600 pcs), Wooden Grinders (828 pcs), Plastic Grinders(300 pcs) seized on 01/14/2005, pursuant to 19USC1595a(c), at Los Angeles/Long Beach Harbor, from Desire Enterprises, 838 South Grand Los Angeles, CA 90017. **2005-2704-000281 RC** Toy Guitars(4,320 pcs) , Power Cords(1,500 pcs) seized on 01/25/2005, pursuant to 19USC1595a(c)(2)(A), and 19USC1526(e), at Los Angeles/Long Beach Harbor from California International Trading Incorporated, 4170 Bandini Blvd., Vernon, CA 90023. **2005-2704-000268 RLC** Handbags(4,000pcs), Wallets(3,000pcs), seized on 01/21/2005, pursuant to 19USC1595a(c)(2)(C), at Los Angeles Seaport from Pegaso Trading Incorporated, 2012 East 25th Street, Vernon, CA 90058. **2005-2704-000297 YB** Fabric (32,497 yards) seized on 01/28/2005, pursuant to 19USC1595a(c)(2)(E), and 1595a(c)(1)(A), at LA/LB from Sunco International Inc., 110 E. 9th Street, B-601 Los Angeles, CA 90079. **2005-2704-000316 YB** DVD-R Media Disks (5,000 ea), seized on 02/03/2005, pursuant to 19USC1526(e), at LA/LB Harbor from Yamakawa USA Inc., 75 Castinlian Drive, Goleta, CA 93117. **2005-2704-000326 YB** Electric Scooters w/adapters(100 ea) seized on 02/07/2005, pursuant to 19USC1526(e), at LA/LB Harbor from Strong Ideas, Inc., 12621Encinitas Avenue, Sylmar, CA 91342. **2005-2704-000327 YB** Electric Scooters w/adapters (64 ea), seized on 02/07/2005, pursuant to 19USC1526(e), at LA/LB Harbor from Strong Ideas, Inc., 12621 Encinitas Avenue Sylmar, CA 91342. **2005-2704-000363 MK** Handbags (1,840ea) , seized on 02/18/2005, pursuant to 19USC1595a(c), and 19CFR133.22(c), at LA/LB Harbor from M&G International Inc., 138 W. 38th Street, Los Angeles, CA 90037 . **2005-2720-000095 MK** Men's Nylon Jackets(408ea) , Men's Cotton Jackets(612ea), seized on 01/28/2005, pursuant to 19USC1526(e), at LAX from RVCA Clothing, 919 Sunset Drive, Costa Mesa, CA 92627. **2004-2704-001012 RLC** Marlboro Reds(444 master Cartons), Marlboro Lights(372 master cartons), seized on 06/18/2004, pursuant to

19USC1526(e),          19USC1595a(c)(1)(A),          and
19USC1595a(c)(2)(E),    at    LA/LB    Harbor,    from
Comercializadora Marcansin S.A. de C.V., Blvd. Bellas Artes
19309(CP) 22510, Tijuana BC, Mexico.
**U.S. CUSTOMS AND BORDER PROTECTION**
04/15/2005, 04/22/2005 and 04/29/2005
04/15/2005, 04/22/2005, 04/29/2005

DJ-804973#