# EXHIBIT F



**U.S. Department of Homeland Security**
Washington, DC 20229

U.S. Customs and
Border Protection

AUG 2 2005

DIS-7-RR:IT:DL
588658 JTR

Mr. Peter Herrick
3520 Crystal View Court
Miami, FL 33133

Dear Mr. Herrick:

This is in response to your Freedom of Information Act (FOIA) appeal, dated June 20, 2005, taken from the decision of the Acting Executive Director, Trade Compliance and Facilitation, Office of Field Operations to withhold a memorandum issued by his office concerning the disclosure of names and addresses of parties in interest contained within administrative forfeiture files.

We have reviewed the memorandum, and have determined that it may be released in its entirety. Accordingly, enclosed is a copy of the memorandum, dated May 5, 2005, from the Acting Executive Director to the Directors of Field Operations.

You may obtain judicial review of this decision pursuant to the provisions 5 U.S.C. § 552(a)(4)(B) in the United States District Court in the district in which you reside, or have a principal place of business, or in which the agency of records are situated, or in the United States District Court for the District of Columbia.

Sincerely,

Joanne Roman Stump
Chief, Disclosure Law Branch

Enc.

588658

6

U.S. Department of Homeland Security
Washington, DC 20229

U.S. Customs and Border Protection

MAY 5 2005

MEMORANDUM FOR: DIRECTORS, FIELD OPERATIONS

FROM: Acting Executive Director,
Trade Compliance and Facilitation

SUBJECT: Clarification of Forfeiture Notices

The purpose of this memorandum is to clarify Customs and Border Protections (CBP) policy concerning the publication of information contained in FP&F seizure case files. According to the Seized Asset Management and Enforcement Procedures Handbook, CIS HB 4400-01A, January 2002, Section 2.2.6(c) **Forfeiture-Contents of Notice**, the following items are mandatory when publishing or posting Civil Administrative Forfeiture lists in accordance with 19 U.S.C. 1607, 19 Code of Federal Regulations 162.45 (19CFR 162.45):

- Describe the property seized (in case of conveyances, specify the conveyance serial and identification numbers, vessel hull, or aircraft tail numbers).
- State the date, cause, and place of seizure.
- State the name of the newspaper and expected date of publication or date and place of posting of the forfeiture.
- State that any person desiring to claim the property must appear at the specific

Freedom of Information Act (FOIA) request, and processed in accordance with FOIA procedures.

Although 19 CFR 162.45(a)(4) states that the following information is to also be published or posted, e.g. "the name and place of residence of the person to whom any vessel or merchandise seized for forfeiture under the **navigation laws** (*emphasis added)* belongs or is consigned, if that information is known to the Fines, Penalties, & Forfeitures Officer," that paragraph only applies to seizures effected under the authority of title 46 of the United States Code.

In conclusion, all Fines, Penalties, & Forfeitures Officers should continue to follow the procedures set forth in SAMEPH concerning the specific information that should listed on a civil administrative forfeiture posting or publication.

If you have any questions concerning this matter, please contact, or have a member of your staff contact, Dennis A. McKenzie, Director, Seizures and Penalties division at (202) 344-2730.

Lawrence J. Rosenzweig

# EXHIBIT G

Print Email Close

**NOTICE OF SEIZURE/U.S. TREASURY DEPARTMENT/INTERNAL REVENUE SERVICE/CRIMINAL INVESTIGATION**

On or about June 30, 2005, a 2005 Toyota Sienna VIN 5TDDZA23C55S22361 registered to Chu Chan Ung and Mu Deitke was seized for administrative forfeiture at 152 S. Seranno Ave, Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205668, representing the proceeds of Bank of America Certificate of Deposit account number 03535-02161, held in the name of Mu Deitke in the amount of $21,463.72 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205669, representing the proceeds of Bank of America Certificate of Deposit account number 03539-02509, held in the name of Mu Deitke in the amount of $6,995.91 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205670, representing the proceeds of Bank of America Certificate of Deposit account number 03536-02539, held in the name of Mu Deitke in the amount of $60,165.04 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about June 30, 2005, cashier's check number 2020205667, representing the proceeds of Bank of America Certificate of Deposit account number 03537-01739, held in the name of Mu Deitke in the amount of $26,930.62 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

On or about July 1, 2005, cashier's check number 2020205675, representing U. S. currency held in Bank of America safe deposit box number 3623, held in the name of Mu Deitke in the amount of $3,000.00 was seized for administrative forfeiture at 3320 W. Olympic Blvd., Los Angeles, CA for violations of Title 18 U.S.C. 1956(a)(1)(B) and 1957.

Pursuant to Title 18 U.S.C. Section 981 these properties are subject to forfeiture. Any person claiming an ownership interest in these properties must file, under oath, a verified statement of interest (claim). You must also provide documentary evidence of your interest in the above properties and explain the extent of your ownership interest. The claim must be received by the Internal Revenue Service, Criminal Investigation, Special Agent In Charge, Los Angeles Field

F

# EXHIBIT H

## LEGAL NOTICE

**NOTICE OF SEIZURE**
**U.S. TREASURY DEPARTMENT**
**INTERNAL REVENUE SERVICE**
**CRIMINAL INVESTIGATION**

The assets described below were seized by the Internal Revenue Service-Criminal Investigation. These assets are subject to administrative forfeiture under the provisions of 18 USC 981 due to the property's involvement in a transaction, or attempted transaction, in violation of 18 USC 1956. These properties are also subject to forfeiture under the provisions of 18 USC 981, as the properties are proceeds of specified unlawful activity. Description of the items seized:

A total of eight (8) watches, seven (7) Movado Watches and one (1) Tag Heuer watch along with $19,000.00 in US Currency, was seized from Hassan Nabirha at 301 81st Street, Apt. 6E, Brooklyn, NY on 8/25/2005 and $4,628.00 in U.S. Currency was seized from Sabry Hachani on his person on 8/24/2005.

Any person claiming an ownership interest in the above listed property must file, under oath, a verified statement of interest (claim). You must also provide documentary evidence of your interest in the above property and explain the extent of your ownership interest. The claim must be sent to:

**Michael J. Thomas**
**Special Agent in Charge,**
**Internal Revenue Service-**
**Criminal Investigation**
**Attn: John F. Ricupero,**
**Asset Forfeiture Coordinator**
**One Lefrak City Plaza, 4th Floor**
**Corona, NY 11368**

The Verified statement of interest, filed by any party not previously served by mail, must be received before the close of business on 30 days from the date of the last publication otherwise the property will be forfeited to the United States of America effective December 2, 2005 and disposed of according to law. For further information, contact Special Agent John Ricupero at (718) 760-6150.

G

# EXHIBIT I

**peter s herrick**

**From:** <classifieds@starbulletin.com>
**To:** <pherrick@bellsouth.net>
**Sent:** Monday, September 19, 2005 4:09 PM
**Subject:** You might be interested in these ads from Honolulu Star-Bulletin - Star Classifieds

DEPARTMENT OF THE ATTORNEY GENERAL
STATE OF HAWAII
NOTICE OF INTENT TO ADMINISTRATIVELY FORFEIT PROPERTY

NOTICE IS HEREBY GIVEN TO THE PERSONS IDENTIFIED HEREIN AND ALL OTHERS WHO MAY HAVE AN INTEREST that administrative forfeiture proceedings have been commenced against the property listed herein by the filing with the Attorney General of Petitions for Administrative Forfeiture pursuant to Chapter 712A, (Hawaii Omnibus Criminal Forfeiture Act), Hawaii Revised Statutes ("HRS"). The appearance of names of persons and business entities in this notice does not mean that they are criminal suspects; it only means that the state believes they may have an interest in the described property.

1. JASON SYLVA & MONICA GUESO
Property Seized: 1995 Chevrolet Truck, NRR-999, VIN: 1GCCS1449S8148923 (Est. Value: $4,000.00)
Date of Seizure: 4/1/05
Place of Seizure: Nale St., Ewa Beach, HI !
Violation: 134-6, HRS

2. ROBERT M. KLAMP
Property Seized: 1994 Honda Del Sol 2-Door Coupe, NCG-172, VIN: JHMEH6165RS005313 (Est. Value: $4,000.00)
Date of Seizure: 3/18/05; 4/29/05
Place of Seizure: N. King & Liliha St., Hon., HI
Violation: 134-6, 712-1243, 329-43.5 & 329-55, HRS

3. LEWIS LAMAY & STARLETTE K. SEGOVIA, also known as Starlette K. Lamay
Property Seized: $534.00 in U.S. Currency
Date of Seizure: 4/18/05
Place of Seizure: 1139 Kilani Ave., Wahiawa, HI
Violation: 712-1242, 712-1243, 329-43.5 & 329-55, HRS

4. FAY MEDEIROS
Property Seized: 1995 Plymouth Neon Sedan, KPY-548, VIN: 3P3ES47C0ST590746 (Est. Value: $2,000.00)
Date of Seizure: 4/18/05
Place of Seizure: Kamehameha Hwy., Haleiwa, HI
Violation: 708-836.5, HRS

5. NICANOR DUARTE PUGAY, JR.
Property Seized: $1,655.00 in U.S. Currency
Date of Seizure: 4! /15/05
Place of Seizure: Ukee St., Waipahu, HI
Vio! lation: 712-1243, 329-43.5 & 329-55, HRS

# EXHIBIT J

E WALL STREET JOURNAL. THURSDAY, DECEMBER 8, 2005 B9B

# LEGAL NOTICE

## ATTENTION

The U.S. Secret Service gives notice that the following properties were seized in accordance with Title 18, U.S.C., Section 981. Laws and procedures applicable to the forfeiture process can be found at 18 U.S.C. 981-984 and 19 U.S.C. 1602, et. seq. To contest the forfeiture of the property in U.S. District Court, file a claim with the U.S. Secret Service on or before the date indicated. A claim must meet the requirements set forth in 18 U.S.C. 983(a)(2)(C) and must be filed with the Secret Service, Asset Forfeiture Branch by the date indicated below. A claim form may be obtained by contacting the Secret Service Asset Forfeiture Branch at the address indicated below. A claimant may request immediate release of the seized property by filing a hardship petition in accordance with 18 U.S.C. 983(f). Interested parties who do not want to contest the forfeiture in U.S. District Court but seek to have the property returned, may file a Petition for Remission or Mitigation of the Forfeiture with the U.S. Secret Service on or before the date indicated below. The petition must contain proper documentation of the party's interest in the property and must include the facts and circumstances justifying return of the property. Submit claims, hardship petitions, and/or petitions for remission or mitigation to the U.S. Secret Service, Communication Center - CID/AFB, 245 Murray Drive, SW, Building 410, Washington, D.C. 20223. For further information concerning the forfeiture process or to obtain copies of the statutes referenced above, contact the Secret Service Asset Forfeiture Branch at (202) 406-5927.

FIRST NOTICE
DEADLINE TO FILE CLAIM
01/21/2006 SEIZURE NUMBER,
APPRAISED VALUE,
DEADLINE TO FILE PETITION
01/21/2006 DATE SEIZED, SEIZED
FROM, PLACE SEIZED

**SOUTHERN DISTRICT OF CALIFORNIA**
**412-2006-001**; $42,575.00; $16,700.00; $400.00; $50.00; $500.00; $500.00; $200.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $500.00; $400.00; 10/22/2005 James T. Hopper, Jr., San Diego, CA; 2002 BMW 745i, VIN #WBAGL63472DP50186; $16,700.00 in U.S. Currency; Western Union Money Order #05-112588608; Western Union Money Order #05-112588607; Western Union Money Order #05-112588190; Western Union Money Order #05-112588189; Western Union Money Order #05-112588187; Western Union Money Order #05-112588186; Western Union Money Order #05-112588194; Western Union Money Order #05-112588612; Western Union Money Order #05-113983382; Western Union Money Order #05-112588609; Western Union Money Order #05-112588606; Western Union Money Order #05-113983384; Western Union Money Order #05-112588611; Western Union Money Order #05-113983385; Western Union Money Order #05-112588188; Western Union Money Order #05-113983383; Western Union Money Order #05-113983381;Western Union Money Order #05-112588195;Western Union Money Order #05-112588610

**SOUTHERN DISTRICT OF FLORIDA**
**311-2006-001**; $1,900.00; 10/17/2005; Udorn Ratanavong, Fort Lauderdale, FL; $1,900.00 in U.S. Currency

**NORTHERN DISTRICT OF GEORGIA**
**301-2006-006**; $959.00; $1,003.00; 10/15/2005; Lisa Corbin-Springer and Yemoja Denton, Morrow, GA; $959.00 in U.S. Currency; $1,003.00 in U.S. Currency
301-2006-007; $4,289.00; 10/18/2005; Antonio Brooks, Atlanta, GA; $4,289.00 in U.S. Currency
301-2006-008; $37,625.00; 10/15/2005; Lisa Corbin-Springer and Yemoja Denton, Morrow, GA; 2004 Cadillac Escalade SUV, VIN #1GYEK63N74R138454

NORTHERN DISTRICT OF TEXAS
303-2006-001; $3,990.06; $500.00; $13,975.00; 10/22/2005; Jeremy Michael Johnson, Dallas, TX; $3,990.06 in U.S. Currency; 37" Westinghouse Flat Screen Television, 1999 Land Rover Range Rover SUV, VIN #SALPA1246XA404449
**303-2006-002**; $12,240.00; 10/24/2005; Jeremy Michael Johnson, Dallas, TX; $12,240.00 in U.S. Currency
**303-2006-003**; $15,990.00; 10/25/2005; Will Scott, Dallas, TX; $15,990.00 in U.S. Currency.

SOUTHERN DISTRICT OF TEXAS
305-2006-003; $6,425.00; 10/11/2005; Jose Castaneda, Houston, TX; 1996 Lincoln Town Car, VIN #1LNFM81W2WY649403
**305-2006-004**; $1,000.00; 10/11/2005; Ezekiel Fernandez, Houston, TX; $1,000.00 in U.S. Currency

SECOND NOTICE
DEADLINE TO FILE CLAIM
01/14/2006 SEIZURE NUMBER,
APPRAISED VALUE,
DEADLINE TO FILE PETITION
01/14/2006 DATE SEIZED, SEIZED
FROM, PLACE SEIZED

**DISTRICT OF MASSACHUSETTS**
**102-2006-001**; $1,200.00; 10/19/2005; Janet Rivera, Lexington, MA; $1,200.00 in U.S. Currency
**102-2006-002**; $50,000.00; 10/20/2005; Dana Whidbee, Boston, MA; Citizens Bank Official Check Payable to Mark Grassia

**DISTRICT OF NEW JERSEY**
109-2006-002; $775.00; 10/07/2005; Carl Tyler, Michael Dee Williams, Riverton, NJ; 1992 Mazda MX-6, VIN #1YVGD31BXN5218974

**WESTERN DISTRICT OF TEXAS**
**345-2006-001**; $15,436.31; 10/20/2005; Armando B. Hernandez, Dennis O. Garcia, Francisco Lainez, Francisco L. Funez, Gerardo A. Sales, Jorge Perez, Manuel Nunez, Omar J. Martinez, Victor E. Alcerro, Temple, TX; $15,436.31 in U.S. Currency

THIRD NOTICE
DEADLINE TO FILE CLAIM
01/07/2006 SEIZURE NUMBER,
APPRAISED VALUE,
DEADLINE TO FILE PETITION
01/07/2006 DATE SEIZED, SEIZED
FROM, PLACE SEIZED

NORTHERN DISTRICT OF GEORGIA
301-2006-001; $188,057.75, 10/06/2005; Matthew Bevan Cox, Marietta, GA; Region's Bank Account #3904054003 in the Name of Southern Funding Consortium, Inc. or Gary Sullivan
301-2006-002; $244.25; 10/07/2005; Matthew Bevan Cox, Lexington, SC; First Community Bank Account #2105292 In the Name of Gary Lee Sullivan
301-2006-003; $1,693.97; 10/07/2005; Matthew Bevan Cox, Orlando, FL; South Trust Bank Account #2746430 in the Name of Michael Shanahan
301-2006-004; $26,694.50; $1,766.08; 10/07/2005; Matthew Bevan Cox, Greenville, SC; Carolina First Bank Account #8102015834 in the Name of Gary Sullivan; Carolina First Bank Account #2101092048 in the Name of Gary Sullivan
301-2006-005; $35,363.26; $2,575.27; $372.55; 10/07/2005; Matthew Bevan Cox, Fort Lauderdale, FL; Bank of America Account #008702323319 in the Name of Gary L. Sullivan; Bank of America Account #006650869354 in the Name of Michael J. Eckert; Bank of America Account #004685894051 in the Name of Gary L. Sullivan

**WESTERN DISTRICT OF OKLAHOMA**
**314-2005-005**; $7,257.03; $300.00; 09/22/2005; Desiree Trout, Hilton Trout, Pamela Trout, Redmond, WA Symetra Financial Life Insurance Policy Number AA3075985 in the Name of Hilton L. Trout; Symetra Financial Life Insurance Policy Number AA3111187 in the Name of Desiree M. Trout

**NORTHERN DISTRICT OF TEXAS**
**305-2006-001**; $1,261.00; 10/03/2005; Curtis Waters, Houston, TX; $1,261.00 in U.S. Currency
**305-2006-002**; $1,501.00; 10/03/2005; Damian Berry, Houston, TX; $1,501.00 in U.S. Currency

The Property Listed above is NOT for sale. The Secret Service DOES NOT sell forfeited property and the Secret Service DOES NOT have information on property for sale.

# LEGAL NOTICE

## ATTENTION

The U.S. Postal Inspection Service, Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations, which are mentioned below. You may contest the seizure in U.S. District Court by filing a claim; the criteria for filing a claim are found at 18 U.S.C. 983. The claim need not be made in any particular form, but shall identify the specific property being claimed, state the claimant's interest in such property, and be made under oath, subject to penalty of perjury. A frivolous claim may subject the claimant to a civil fine equal to ten (10) percent of the value of the forfeited property but in no event shall the fine be less than $250.00 or greater than $5,000.00. If you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The criteria for filing a petition are found at Title 39, C.F.R., Section 233.7. You should file the petition within ten (10) days after the Deadline to File Claim. Submit all documents to US Postal Inspection Service, Asset Forfeiture Unit, 1735 N. Lynn Street, Room 4017, Arlington, VA 22209-4017.

Federal Forfeiture Statutes: CSA=Controlled Substance Act, Title 21 USC Section 881; SEC=Sexual Exploitation of Children, Title 18 USC 2254; CF=Civil Forfeiture, Title 18 USC Section 981.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM**
**01/22/2006 ASSET ID,**
**APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**CALIFORNIA - CENTRAL**
**06-USP-000015**; $5,300; CSA; 10/05/2005; Reginald Scott, Los Angeles, CA; (11) USPS Money Orders
06-USP-000016; $10,000; CSA; 10/07/2005; Sandra Ricketts, Los Angeles, CA; (10) USPS Money Orders

**SECOND NOTICE**
**DEADLINE TO FILE CLAIM**
**01/15/2006 ASSET ID,**
**APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**ALABAMA - MIDDLE**
05-USP-001321; $45; CSA; 09/27/2005; Robert Barber, Montgomery, AL; Lakefield Model 64B .22 caliber rifle S/N L123496
**05-USP-001322**; $41; CSA; 09/27/2005; Robert Barber, Montgomery, AL; Winchester Model 120 12 gauge shotgun S/N L1723723

**CALIFORNIA - CENTRAL**
**05-USP-001253**; $11,100; CSA; 09/30/2005; Postal Patron, Los Angeles, CA; $11,100.00 U.S. Currency

**CALIFORNIA - SOUTHERN**
**05-USP-001240**; $4,395; CF; 09/23/2005; Stefani Jones, La Mesa, CA; $4,395 U.S. Currency

MINNESOTA
06-USP-000109; $18,000; CF; 09/29/2005; Hiram Ruiz, St. Paul, MN; Eighteen USPS Money Orders

SOUTHERN DISTRICT OF OHIO
06-USP-000011; $33,090; CF; 10/10/2005; Kathy Smith, Columbus, OH; Sixty-six Money Orders (6 Global; 19 Western Union; 40 Travelers Exp; 1 Memo MO Co of NY)

**PUERTO RICO**
**06-USP-000020**; $67,265; CSA; 10/07/2005; Rufino Colon, Carolina, PR; $67,265.00 in US Currency
06-USP-000021; $54,020; CSA; 10/07/2005; Lisselte Diaz, Carolina, PR; $54,020.00 US Currency

**THIRD NOTICE**
**DEADLINE TO FILE CLAIM**
**01/09/2006 ASSET ID,**
**APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**ARIZONA**
**05-USP-001286**; $1,960; CSA; 09/22/2005; Mario Fuentes, Tucson, AZ; U.S. Currency
**05-USP-001291**; $4,000; CSA; 09/22/2005; Ramon Chavez, Tucson, AZ; (8) Western Union Money Orders

**CALIFORNIA - CENTRAL**
**05-USP-001237**; $10,510; CSA; 09/22/2005; Tish Newell, Los Angeles, CA; U.S. Currency
05-USP-001246; $9,085; CSA; 09/22/2005; Victor Cisneros, Van Nuys, CA; (26) Various Money Orders; (3) USPS, (7) Western Union, (16) Travelers Express
**05-USP-001254**; $20,800; CSA; 09/30/2005; Jillian Moore, Los Angeles, CA; U.S. Currency

**FLORIDA - MIDDLE**
**05-USP-001341**; $16,323; CSA; 09/27/2005; Michael Cosper, Sarasota, FL; U.S. Currency

**MISSOURI - EASTERN**
**06-USP-000001**; $26,800; CF; 10/13/2005; Mitchell Laremore, Mexico, MO; 2003 Lexus ES300 VIN# JTHBF30GX35001954

The Property described above is NOT listed for the purpose of sale

# LEGAL NOTICE
## ATTENTION

The U.S. Department of Justice, Federal Bureau of Investigation (FBI), Washington, D.C. gives notice that the following properties were seized for various federal forfeiture violations which are mentioned below. Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619 and 18 U.S.C. Section 983. You may contest the seizure in U.S. District Court by filing a claim of ownership not later than 30 days after the date of final publication of the notice of seizure, unless written notice is provided by personal letter in which case the deadline set forth in the letter shall apply. Upon the filing of a claim a claimant, pursuant to 18 U.S.C. Section 983(f), may request release of the seized property during pendency of forfeiture proceedings due to hardship. In addition to or in lieu of filing a claim, if you want to request a pardon of the forfeited property, you may submit a petition for remission or mitigation. The petition must contain proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for requesting remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 9.5(b). You should file the petition within thirty (30) days following receipt of the mailed notice of seizure. Submit all documents to the nearest FBI Field Office. Attention: Forfeiture Paralegal Specialist. FBI locations and telephone numbers can be found in local telephone directories, through directory assistance with local telephone companies, or by calling (202)324-3000. When submitting documentation, please reference the FBI Seizure Number. Under certain circumstances involving seizures based upon the possession of personal use quantities of a controlled substance, expedited release procedures are available under the Anti-Drug Abuse Act of 1988. See 21 C.F.R. Sections 1316.90 - 1316.99 (54 Register 37610 - 37613).

Legend of Federal Forfeiture Statutes: CSA = The Controlled Substances Act, Title 21, U.S.C., Section 881. MVT = Motor Vehicle Theft Law Enforcement Act of 1984, Title 18, U.S.C., Section 512. PMG = Prison-Made Goods Statute, Title 18, U.S.C., Section 1762. IGB = Prohibition of Illegal Gambling Businesses, Title 18, U.S.C., Section 1955. SEC = Sexual Exploitation of Children, Title 18, U.S.C., Section 2254. WIR = Wire Interception and Interception of Oral Communications Statute, Title 18, U.S.C., Section 2513. COP = Copyrights Act, Title 17, U.S.C., Section 509. TGD = Transportation of Gambling Devices Statute, Title 15, U.S.C., Section 1177. MLC = Money Laundering Control Act of 1986, Title 18, U.S.C., Section 981(a) (1) (A). USA = U.S.A. Patriot Act, Title 18, U.S.C., Section 981(a) (1) (G). OFN = Proceeds of an Offense Against a Foreign Nation, Title 18, U.S.C., Section 981 (a) (1) (B). SUA = Proceeds of a Specified Unlawful Activity, Title 18, U.S.C., Section 981 (a) (1) (C). TGR = Property Traceable to Gross Receipts, Title 18, U.S.C., Sections 981 (a) (1) (D) and 981 (a) (1) (F). PTF = Property Involved in or Proceeds of Terrorism Financing, Title 18, U.S.C., Section 981 (a) (1) (H). VTV = Victims in Trafficking & Violence Prevention Act of 2000, Title 18, U.S.C., Section 1594, BCS = Bulk Cash Smuggling into or out of the United States, Title 31, U.S.C., Section 5332.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 01/23/2006**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**NORTHERN DISTRICT OF ALABAMA**
**3570-06-F-0004**; $8,794; CSA; 07/29/2005; Willie Franks Watkins; 310 South 3rd Street, Suite C, Gadsden, AL; $8,794.00 in U.S. Currency.

**DISTRICT OF ARIZONA**
**3630-06-F-0003**; $5,608; CSA; 09/29/2005; Kevin Lamar Graham; 12700 N. 103rd Ave., Apt. 1096, Avondale, AZ; $5,608.00 in U.S. Currency seized during search of residence.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-06-F-0026**; $11,765; SUA; 09/30/2005; 801 North Brand Boulevard, Suite 665, Glendale, CA; Miscellaneous Jewelry-32 items; 18K White Gold Blue Topaz and Diamond Ring; 14K White Gold Blue Topaz and Diamond Pendant; 18K White Gold Blue Topaz and Diamond Earrings; 18K White Gold Diamond Necklace; 18K White Gold Diamond Ring; 18K White Gold Sapphire and Diamond Ring; 18K White Gold Lady's Diamond Watch, Model #W1199; 18K White Gold Sapphire, Crystal, and Diamond Ring; 18K Yellow Gold Citrine, Yellow Sapphire and Diamond Ring; 18K White Gold Sapphire and Diamond Band; 18K White Gold Ruby and Diamond "X" Ring; 18K White Gold Ruby and Diamond Ring; 18K White Gold, Diamond, Amethyst, Blue Topaz and Citrine Ring; 18K White Gold Diamond Earrings; 18K White Gold Sapphire and Diamond Ring; 14K White Gold Lady's Diamond Watch; 18K White Gold Ruby and Diamond Band; 18K White Gold Diamond Ring; Haytayan Lady's Dress-Sport Watch, Style #W1329; 18K White Gold Sapphire and Diamond Bracelet; 18K White Gold Sapphire and Diamond Necklace, 18K White Gold Diamond Earrings; 18K White Gold Hook and Stirrup Diamond Bracelet; Katherine Baumann Evening Bag, Metal Plate inside is stamped AP#6 KBD; Tissot "T-Classic Ballade 2000" Lady's Watch, Model #T38138113, S/N C417/517; 18K White Gold Colored Stone Bracelet; Haytayan for Leon Lady's Dress Sports Watch; Haytayan Lady's Dress Sports Watch, Style #W1329; 14K White Gold Peridot and Diamond Pendant; 14K White Gold Amethyst and Diamond Pendant; 18K White Gold Amethyst, Pink Sapphire and Diamond Ring; 18K White Gold Blue Topaz, Sapphire, and Diamond Ring.
**3410-06-F-0027**; $3,500; SUA; 09/30/2005; 801 North Brand Boulevard, Suite 665, Glendale, CA; Full Length Natural Ranch Fur Coat, S/N: A31689.
**3410-06-F-0028**; $8,500; SUA; 09/30/2005; 801 North Brand Boulevard, Suite 665, Glendale, CA; Wells Fargo Cashier's Check in the amount of $8,500.00 remitted in Alison Heruth-Waterbury by Paul Phelps, Esq., on behalf of Alison Heruth-Waterbury.

**EASTERN DISTRICT OF CALIFORNIA**
3720-06-F-0017; $2,260; CSA; 10/24/2005; John Towner; 8525 McGray Way, Elk Grove, CA; $2,260.00 in US Currency.
3720-06-F-0009; $18,200; CSA; 10/21/2005; 150 Arcade Blvd, Sacramento, CA; 2003 Chevrolet Truck VIN# 2GCEC19T431242394
3720-06-F-0012; $12,510; CSA; 10/21/2005; Ruben Moreno; 150 Arcade Blvd, Sacramento, CA; $12,510.00 in US Currency from safe in dryer in garage.
3720-06-F-0013; $4,049; CSA; 10/21/2005; Ruben Moreno; 150 Arcade Blvd, Sacramento, CA; $4,049.00 in US Currency.
3720-06-F-0010; $46,425; CSA; 10/21/2005; 434 Swift Creek Ct, Yuba City, CA; 2005 Cadillac Escalade VIN# 3GYFK66N25G176183
44965101346, $500.00 money order purchased 3/22/2005, S/N 44965101357, $500.00 money order purchased 3/22/2005, S/N 44965101368, $500.00 money order purchased 3/22/2005, S/N 44965101379, $500.00 money order purchased 2/7/2005, S/N 46031722737, $500.00 money order purchased 2/10/2005, S/N 46031723672, $500.00 money order purchased 3/3/2005, S/N 46089925266, $500.00 money order purchased 4/13/2005, S/N 46287772322, $500.00 money order purchased 4/13/2005, S/N 46287772333, $500.00 money order purchased 4/13/2005, S/N 46287772344, $500.00 money order purchased 4/13/2005, S/N 46287772355, $500.00 money order purchased 3/13/2005, S/N 53215948511, $500.00 money order purchased 3/17/2005, S/N 53215948522, $500.00 money order purchased 3/16/2005, S/N 53215948643, $500.00 money order purchased 3/14/2005, S/N 53215948655, $500.00 money order purchased 3/27/2005, S/N 53822730579, $500.00 money order purchased 3/12/2005, S/N 53821529920, $500.00 money order purchased 3/12/2005, S/N 53822784583, $500.00 money order purchased 4/20/2005, S/N 53824174800, $500.00 money order purchased 4/23/2005, S/N 53835306954, $500.00 money order purchased 4/23/2005, S/N 53835306965, $500.00 money order purchased 4/23/2005, S/N 53835306976, $500.00 money order purchased 4/23/2005, S/N 53835306987, $500.00 money order purchased 4/23/2005, S/N 53835306998, $500.00 money order purchased 3/15/2005, S/N 53840407574, $500.00 money order purchased 3/15/2005, S/N 53840407585, $500.00 money order purchased 3/15/2005, S/N 53840407596, $500.00 money order purchased 3/18/2005, S/N 53840409016, $500.00 money order purchased 4/22/2005, S/N 53841593905, $500.00 money order purchased 3/19/2005, S/N 53844348107, $500.00 money order purchased 3/19/2005, S/N 53844348118, $500.00 money order purchased 3/19/2005, S/N 53844348129, $500.00 money order purchased 3/21/2005, S/N 53844348503, $500.00 money order purchased 4/19/2005, S/N 53845840412, $500.00 money order purchased 4/30/2005, S/N 53846062864, $500.00 money order purchased 4/14/2005, S/N 53846068486, $500.00 money order purchased 5/1/2005, S/N 53846084689, $500.00 money order purchased 5/1/2005, S/N 53846084700, $500.00 money order purchased 5/1/2005, S/N 53846084710, $500.00 money order purchased 5/1/2005, S/N 53846084721, $500.00 money order purchased 4/26/2005, S/N 53851022632, $500.00 money order purchased 4/14/2005, S/N 53853682390, $500.00 money order purchased 4/14/2005, S/N 53853682401, $500.00 money order purchased 4/21/2005, S/N 53855669809, $500.00 money order purchased 4/21/2005, S/N 53855669831, $500.00 money order purchased 4/21/2005, S/N 53855669842, $500.00 money order purchased 4/19/2005, S/N 53855669944, $500.00 money order purchased 4/19/2005, S/N 53855669955, $500.00 money order purchased 5/2/2005, S/N 53856672670, $500.00 money order purchased 5/2/2005, S/N 53856672703, $500.00 money order purchased 4/24/2005, S/N 54056529208, $500.00 money order purchased 4/24/2005, S/N 54056529219, $500.00 money order purchased 4/24/2005, S/N 54056529220, $500.00 money order purchased 4/26/2005, S/N 54056529230, $500.00 money order purchased 4/24/2005, S/N 54056529241, $500.00 money order purchased 4/21/2005, S/N 54056529252, $500.00 money order purchased 4/24/2005, S/N 54056529263, $500.00 money order purchased 4/24/2005, S/N 54056529274, $500.00 money order purchased 4/24/2005, S/N 54056529285, $500.00 money order purchased 5/1/2005, S/N 54056860017.
3330-05-F-0149; $6,500; SUA; 09/23/2005; Angelia Southerland; 1418 Chimney Rock Court, Charlotte, NC; $6,500.00 in Walmart Money Orders; $1,000.00 money order purchased 03/07/2005, S/N 53948901512, $1,000.00 money order purchased 03/07/2005, S/N 339 Country Rd "I", Brownsville, TX; $22,500.00 in U.S. Currency.
**3770-06-F-0002**; $57,200; CSA; 09/02/2005; Leopoldo Luna Vergas; 1526 W. Tyler, Harlingen, TX; Seized by Harlingen Police Department; FBI Agents adopted the seizure on 10/19/05 at McAllen, TX; $57,200.00 in U.S. Currency concealed in a television being transported by Leopoldo Luna Vargas.

**WESTERN DISTRICT OF TEXAS**
**3770-05-F-0163**; $9,349; MLC; 09/29/2005; Makram Sayel Hijaz; 5212 Heath Road, San Antonio, TX; $9,349.05 in U.S. currency.
**3770-05-F-0165**; $111,895; MLC; 09/29/2005; Ziad Mahmoud Alsalameh; 5212 Heath Road, San Antonio, TX; $111,894.55 in U.S currency
**3770-05-F-0166**; $90,000; MLC; 09/29/2005; Ziad Mohmoud Alsalameh, 5212 Heath Road, San Antonio, TX; $90,000 cashier's check #2165306, Bank of America cashier's check #2165306 in the amount of $90,000, payable to Billy Bob Mattresses seized from Ziad Mahmoud Alsalameh
3770-05-F-0167; $15,000; MLC; 09/29/2005; Haleem H. Hamoudeh; 5212 Heath Road, San Antonio, TX; $15,000 in U.S. currency.
3770-05-F-0168; $4,062; MLC; 09/29/2005; Haleem H. Hamoudeh; 5212 Heath Road, San Antonio, TX; $4,061.75 in U.S. Currency.
3770-05-F-0169; $151,750; MLC; 09/29/2005; Mohammad Diab Al-Rafiti; 4715 Westlake Oaks, San Antonio, TX; $151,750 in U.S. currency to include: $41,900 from a suitcase found in a bedroom closet; $106,850 from a safe located in the master bedroom closet; and $3,000 from a nightstand in the master bedroom.
3770-05-F-0170; $28,826; MLC; 09/29/2005; Harjeet Singh Ghuman; Shell Gas Station; 8928 Culebra Road, San Antonio, TX; $28,826 in U.S. Currency located in the office of the Shell Gas Station at 8928 Culebra Road, San Antonio, TX
3770-05-F-0171; $40,678; MLC; 09/29/2005; Suleman S. Bhojani; North Side Independent School District Police Station; 5916 Grissom, San Antonio, TX; $40,677.76 in U.S. Currency.

**EASTERN DISTRICT OF VIRGINIA**
3920-06-F-0034; $6,087; MLC; 10/28/2005; 8219 Leesburg Pike, Vienna, VA; $6,086.71 in funds from Acct.# 700343456 in the name of Paul Justin Mathews dba A.P. Mathews Heating and Air Conditioning at SunTrust Bank, Vienna, VA.
3920-06-F-0033; $28,511; SUA; 10/21/2005; 8219 Leesburg Pike, Vienna, VA; $28,511.00 from Acct. #807215305 in the names of Paul Justin Mathews and Gerry Diane Mathews at Suntrust Bank, Vienna, VA.

**SECOND NOTICE**
**DEADLINE TO FILE CLAIM 01/16/2006**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**EASTERN DISTRICT OF ARKANSAS**
3390-05-F-0045; $8,900; SUA; 09/28/2005; Mom's Antiques; 306 Hwy 282 West, Keo, AR; Antique Wooden Bar.

**CENTRAL DISTRICT OF CALIFORNIA**
3410-06-F-0001; $276,170; SUA; 09/28/2005; Manzur Husain; 25642 Merienda #8, Laguna Hills, CA; $276,170.00 U.S. Currency.
3410-06-F-0002; $2,000; SUA; 09/28/2005; Adnan Kader; 27642 Lost Trail Cr., Laguna Hills, CA; $2,000.00 U.S. Currency.
3410-06-F-0006; $75; CSA; 09/21/2005; Jonathan Jerome Hillis; 141 East 42nd St., Apt. 29, San Bernardino, CA; Ruger .357 caliber revolver and 6 rounds of .357 ammunition, S/N NONE; Jennings .380 caliber handgun, magazine, and 6 rounds of .380 ammunition, S/N

**SOUTHERN DISTRICT OF FLORIDA**
**3460-05-F-0329**; $22,913; MLC; 09/22/2005; Robert & Oscar P. Parker; 1790 NE Miami Gardens Drive, N. Miami Beach, FL; $22,912.56 in funds from account# 4860995951 in the name of Parker Leasing & Financing Services at Washington Mutual Bank, N. Miami Beach, FL.
**3460-05-F-0333**; $100,280; MLC; 09/22/2005; Robert & Oscar P. Parker; 1509 N State Road 7 Ste # D, Margate, FL; $100,279.94 in funds from account# 3354470006 in the name of Parker Leasing & Financing Services at Security Bank, Margate, FL.
**3460-05-F-0332**; $29,536; MLC; 09/22/2005; Robert & Oscar P. Parker; 1100 Southeast Third Avenue, Fort Lauderdale, FL; $29,536.49 in funds from account# 3320020410? in the name of Parker Leasing & Financing Services at Regent Bank, Fort Lauderdale, FL.

**MIDDLE DISTRICT OF GEORGIA**
3780-05-F-0002; $200,020; CSA; 10/05/2005; Atlanta, GA; $200,020.00 in U.S. Currency.

**DISTRICT OF HAWAII**
**3280-06-F-0001**; $11,010; CSA; 10/14/2005; 94-1145 Kahualani Street, Waipahu, HI; 2000 Chevrolet Tahoe VIN# 1GNEC13R2YR155725.
**3280-06-F-0002**; $152; CSA; 10/14/2005; 94-1145 Kahualani Street, Waipahu, HI; Mossberg 12 Gauge Shotgun, Model 500A, S/N L391412, 22 Shotgun Shells.
**3280-06-F-0003**; $3,636; CSA; 10/14/2005; 94-1145 Kahualani Street, Waipahu, HI; Miscellaneous Electronic Equipment; Compaq Presario CPU, Model S6500NX, S/N MXK4061834, Bose Media Center, Model AV28 w/Bose PS3-2-1 II Powered Speaker System, S/N 028581E12560077AE, Panasonic Plasma Television, Model TH-42PW5UZ, S/N YB2511215, Samsung LCD TV, Model LTN1535D S/N V021HCHWB01400T, Radio Shack CCTV Camera w/Motion Sensor, no S/N, Grow Light with Reflectors, no S/N, Grow Lamp Lithonia Hi-Tek, no S/N, Compaq Presario Laptop w/Case, Model 12XL400, S/N 6D11JC53420E, Kenmore Humidifier, no S/N.

**NORTHERN DISTRICT OF ILLINOIS**
**3150-05-F-0396**; $24,974; CSA; 05/26/2005; Jesus Ocampo; 111 Washington Avenue, Highwood, IL; $24,974.28 in U.S. currency.
**3150-05-F-0423**; $350; CSA; 07/19/2005; 12505 S. Yale Avenue, Chicago, IL; Two Weapons; Mossberg 500A 12 Gauge Shotgun with Pistol Grip, S/N L570514, Taurus PT100 AFS Pistol, S/N SUG29058.
**3150-06-F-0011**; $8,550; CSA; 09/15/2005; 3644 S. Archer Avenue, Chicago, IL; 2005 Suzuki Hayabusa GSX1300R Motorcycle VIN# JS1GW71A752106056

**DISTRICT OF MARYLAND**
3920-06-F-0035; $6,150; SUA; 10/25/2005; 11205 Westbury Ct., Clinton, MD; 1998 Ford Expedition-V8 Utility XLT 4WD VIN# 1FMRU18W6WLC00276.
**3920-06-F-0049**; $12,125; CSA; 10/15/2005; Suitland Parkway at ramp to Silver Hill Rd., South, Suitland, MD; 1999 Cadillac Escalade VIN# 1GYEK13R8XR417361.

**EASTERN DISTRICT OF MICHIGAN**
**3220-06-F-0009**; $98,900; CSA; 10/12/2005; S/B I-75 near West Rd. at Van Horn, Woodhaven, MI; $98,900.00 U.S. Currency from inside of a toolbox inside of a 2001 Freightliner semi-tractor, KY license 9NL806, VIN: 1FUJAHCG91LG85253 registered to Michael P. Faustina and driven by Jeffrey A. Adams.
**3220-06-F-0010**; $13,960; CSA; 10/13/2005; W/B I-94 at State St.,

**EASTERN DISTRICT OF VIRGINIA**
3560-05-F-0032; $53,980; SUA; 04/27/2005; Charles Wayne Berry; 8 Shamrock Drive, Portsmouth, VA; $53,980.00 in U.S. Currency.
**3560-05-F-0033**; $23,500; SUA; 04/27/2005; Charles Wayne Berry; 8 Shamrock Drive, Portsmouth, VA; Cashier's check in the amount of $23,500.00 remitted to the U.S. Marshall Service by Charles Wayne Berry.
3560-05-F-0041; $37,000; SUA; 05/11/2005; Charles Wayne Berry; 150 Corporate Boulevard, Norfolk, VA; Cashier's check in the amount of $37,000.00 remitted to the U.S. Marshall Services by Lawrence H. Woodward, Jr., on behalf of his client Charles Wayne Berry.
3560-05-F-0042; $31,000; SUA; 05/11/2005; Charles Wayne Berry; 150 Corporate Boulevard, Norfolk, VA; Cashier's check in the amount of $31,000.00 remitted to the U.S. Marshall Service by Lawrence H. Woodward, Jr., on behalf of this client Charles Wayne Berry.
3560-05-F-0052; $31,887; SUA; 06/15/2005; Charles Wayne Berry, 150 Corporate Boulevard, Norfolk, VA; Wachovia Bank official check in the amount of $31,886.59 remitted to the U.S. Marshall service by Charles Wayne Berry.
**3560-05-F-0053**; $3,029; SUA; 06/17/2005; 150 Corporate Boulevard, Norfolk, VA; Miscellaneous Jewelry: 14k wg half hoop earrings each set with 1 diamond, 14k wg necklace set with 14 diamonds(1B10), 3 14k wg pear shape earrings each set with 1 diamond, 14k wg necklace with a 14 wg pear shape pendant set, 14k yg earrings each set with 1 diamonds (1B9), 14k wg necklace with 14k wg pendant set with 3 rnd, 14k yg necklace with 14k yg slide pendant set with 5 rnd diamonds, 14k yg necklace with 14k yg pendant set with 1 diamond, 14k yg earrings each set with 1 diamond(1B7), 14k wg sapphire and diamond ring, 10k wg bracelet set with 18 sapphires and 18 diamonds, 12k yg earrings set with 20 rnd diamonds(1B7), 14k yg necklace with a 14k yg pendant set with 21 princess cut diamonds.
**3560-05-F-0055**; $22,357; SUA; 06/17/2005; 150 Corporate Boulevard, Norfolk, VA; 2005 Honda CRV VIN# SHSRD78895U306395.
**3560-05-F-0054**; $1,118; SUA; 06/17/2005; Charles Wayne Berry; 150 Corporate Boulevard, Norfolk, VA; Wachovia Bank official check in the amount of $1,118.12 remitted to the U.S. Marshall Service by Charles Berry.

**THIRD NOTICE**
**DEADLINE TO FILE CLAIM 01/09/2006**
**ASSET ID, APPRAISED VALUE,**
**STATUTE CODE, DATE SEIZED**
**SEIZED FROM, PLACE SEIZED**

**SOUTHERN DISTRICT OF ALABAMA**
3490-06-F-0001; $1,400; SEC; 10/14/2005; 123 Shiloh Drive, Daphne, AL; Sony Vaio laptop computer, serial number X10-23534.

**DISTRICT OF ARIZONA**
**3630-06-F-0002**; $3,700; CSA; 08/17/2005; Rogelio Guerrero Martinez; U.S. Highway 160, Mile Post 314, Tuba City, AZ; Seized by Navajo Nation/Dept of Public Safety; FBI Agents adopted the seizure on 10/19/05 at Phoenix, AZ; $3,700.00 in U.S. Currency seized from arm rest compartment inside a 2001 Chevrolet Impala, VIN: 2G1WF52E619167378, registered to Carlos Martinez Hernandez, in the possession of Rogelio Guerrero Martinez.

**CENTRAL DISTRICT OF CALIFORNIA**
**3410-06-F-0015**; $72,119; SUA; 09/27/2005; Maria Teresa Rodriguez; 10230 S. Paramount Boulevard, Downey, CA; $72,118.98 funds from account number 685-046724 in the name of Maria Teresa Rodriguez at the Bank of the West.

# ◈ PUBLIC NOTICES ◈

## LEGAL NOTICE

## ATTENTION

[illegible] Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title [illegible] mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing [illegible] correspondence sent via private delivery must be sent to Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest the forfeiture of [illegible] Forfeiture Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or [illegible] forfeiture section in Arlington, Virginia. Submission by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the appearance of their names in this notice necessarily mean that they [illegible]

[illegible]CE
[illegible] TO FILE JANUARY 25, 2006
[illegible] SEIZED FROM, DATE SEIZED
[illegible]SKA
[illegible] 2001 Cadillac DeVille, 1G6KD54Y31U182392, [illegible] Williams, Byron, 10/21/05
[illegible] ARIZONA
[illegible] Wells Fargo Bank, Account #3112831445, VL: [illegible], AZ, Carrington Healthcare Systems, Inc.
[illegible] Wells Fargo Bank, Account #3112831460, VL: [illegible], AZ, Esi Falcon Pharmacy Services, Inc.
[illegible] Wells Fargo Account #3112831465, VL: [illegible], AZ, Infinti Services Group, Inc., 09/21/05
[illegible] Assorted Jewelry, VL: $16,016.00, Nogales, AZ, [illegible] Agustin AKA Danny, 10/02/05
[illegible] $69,352.00 U.S. Currency, Williams, AZ, Avalos [illegible]
DISTRICT OF CALIFORNIA
[illegible] U.S. Currency, San Gabriel, CA [illegible]
[illegible] $6,938.00 U.S. Currency, Los Angeles, CA [illegible]
[illegible] 2005 Infiniti QX56, 5N3AA08A25N803130, [illegible] Jose Zacarias, 10/13/05
[illegible] Dodge Dakota Extended Cab Pickup Truck [illegible] Bellflower, CA, Cazares-Miranda, Luis [illegible]
[illegible] Dodge Caravan LE [illegible] Bellflower, CA, Lechuga, Eduardo [illegible]
[illegible] GMC Yukon Sport Utility Vehicle, [illegible] Simi Valley, CA, Arteman, Marty 10/19/05
[illegible] $2,975.00 U.S. Currency, Monrovia, CA, Conti [illegible]
[illegible] $32,000.00 U.S. Currency, Monrovia, CA, Conti [illegible]
[illegible] DISTRICT OF CALIFORNIA
[illegible] $4,406.00 U.S. Currency, Bakersfield, CA [illegible] Anthony, 10/06/05
[illegible] $3,500.00 U.S. Currency, Nevada City, CA [illegible] Sauer, Claudia, 10/12/05
[illegible] $12,527.00 U.S. Currency, Woodbridge, CA [illegible]
[illegible] DISTRICT OF CALIFORNIA
[illegible] 2001 Chevy Tahoe SUV, 1GNEC13T41L255980, [illegible] Aaron, 09/26/05
[illegible] $41,455.00 U.S. Currency, Ukiah, CA, Thomas, [illegible] 10/03/05
[illegible] $30,950.00 U.S. Currency, Ukiah, CA, Thomas, [illegible] 10/03/05
[illegible] $11,110.00 U.S. Currency, Ukiah, CA, James, [illegible]
[illegible] $10,850.00 U.S. Currency, Ukiah, CA, James, [illegible]
[illegible] $36,060.00 U.S. Currency, Santa Rosa, CA, [illegible] Octavio AKA Gaonas, Homero, 10/06/05
[illegible] $2,500.00 U.S. Currency, McKinleyville, CA, [illegible]
[illegible] $7,150.00 U.S. Currency, Carmel Valley, CA [illegible] Robert, 10/20/05
[illegible] DISTRICT OF CALIFORNIA
[illegible] Bank of America, Checking Account #21851- [illegible], San Marcos, CA, Mahon, Ian Michael, [illegible]
[illegible] $22,956.00 U.S. Currency, San Diego, CA, [illegible] Jose, 11/01/05
[illegible] $3,722.00 U.S. Currency, San Diego, CA, [illegible] Thomas Stuart, 11/02/05
[illegible] 2005 Nissan Maxima Sedan, [illegible] E05C363896, Chula Vista, CA, Sanchez-Talavera, Martha [illegible] Franco, Claudia AKA Placencia, Claudia, 10/26/05

Baltimore, MD, Lawson, Aaron Donnell, 10/13/05
05-DEA-458794, $1,990.00 U.S. Currency, Landover, MD, Nelson Lawrence C. AKA Nelson, Lawrence Carl, 10/13/05
05-DEA-458932, $14,298.00 U.S. Currency, Linthicum, MD, Grissom, William Ray, 10/23/05
05-DEA-458996, $9,900.00 U.S. Currency, Baltimore, MD, Martin, George AKA Martin, George Emmanuel AKA Martin Jr., George Emmanuel AKA Martin, George S. AKA Martin, George Emanuel AKA Martin, George Emanuel, 10/20/05
05-DEA-459001, $7,873.00 U.S. Currency, Hyattsville, MD, John, Leslie AKA Levi, 10/21/05
05-DEA-459046, $6,149.00 U.S. Currency, Baltimore, MD, Baker, Rickey AKA Baker, Richard Lee AKA Baker, Ricky Lee AKA Baker II, David AKA Baker Sr., Ricky Lee AKA Baker, Ricky R. AKA Baker Sr., Richard Lee, 10/13/05
05-DEA-459292, Assorted Jewelry, VL: $60,575.00, (1) 14KW Diamond Stud; (1) Sterling Silver Aquamarine Diamond Watch; (1) GTS Sterling Silver & 14KW M-D Rolex Date-Just, Upper Marlboro, MD, Williams III, Ralph, 09/14/05
05-DEA-459313, $10,439.00 U.S. Currency, Prince George's, MD, Henderson, Kristopher Lavelle, 10/26/05
05-DEA-458983, $6,003.00 U.S. Currency, Baltimore, MD, Gibson, John AKA Skeet, 10/21/05
05-DEA-459098, $2,922.00 U.S. Currency, Largo, MD, Brandon Jr., James Edward, 10/20/05
05-DEA-459149, 1998 Chevrolet Silverado Pick-up Truck, 1GCEK19R0WE244790, Ellicott City, MD, Smoot, Charles Lee, 11/02/05
EASTERN DISTRICT OF MICHIGAN
05-DEA-459017, Assorted Jewelry, VL: $25,000.00, (1) Man's Rolex Watch with Stainless Case, Model #; (1) Man's Concord Chronometer Watch with Stainless Steel Case; (1) Man's 42" long hollow neck chain; (1) Man's 36" fancy rectangular and round loop neck chain, Detroit, MI, Johnson, Shannon Delgis AKA SD AKA Shey AKA Doodie AKA Johnson, Shannon Dee, 10/21/05
05-DEA-459145, $19,930.00 U.S. Currency, Pleasant Ridge, MI, Dismuke, Tulani Kahamba, 11/04/05
DISTRICT OF MINNESOTA
05-DEA-459122, $34,597 U.S. Currency, Minneapolis, MN, Garcia-Toscano, Miguel Angel, 10/24/05
EASTERN DISTRICT OF MISSOURI
05-DEA-458787, $7,095.00 U.S. Currency, Pemiscot County, MO, Lopez-Vargas, Jorge, 10/20/05
05-DEA-458787, $6,350.00 U.S. Currency, Kennett, MO, McIntyre, Joe Lewis, 10/21/05
05-DEA-458795, $6,650.00 U.S. Currency, Pagedale, MO, Unidentified, 10/20/05
EASTERN DISTRICT OF NORTH CAROLINA
05-DEA-458721, $32,120.00 U.S. Currency, Benson, NC, Rakes, Christopher J. AKA Rakes, Peter, 10/25/05
05-DEA-459094, $49,090.00 U.S. Currency, Fayetteville, NC, Summa, Francis and Sisowath, Kosoma, 10/27/05
05-DEA-459202, $2,003.00 U.S. Currency, Fayetteville, NC, Summa, Francis, 10/27/05
05-DEA-459205, 2000 Ford Excursion, 1FMNU40L1YED47374, LaGrange, NC, Pitman, Darryl Cresendo, 11/07/05
MIDDLE DISTRICT OF NORTH CAROLINA
05-DEA-458931, $2,379.00 U.S. Currency, Carthage, NC, Bennett, Stephanie Katina, 10/25/05
05-DEA-459035, $13,150.00 U.S. Currency, Salisbury, NC, Gill, Tiffany Monique, 11/02/05
05-DEA-459063, 1996 Acura 2.5TL, JH4UA2653TC009157, Durham, NC, Johnson III, Samuel Lee, 11/03/05
05-DEA-459289, $2,725.00 U.S. Currency, Winston-Salem, NC, Nicholson, Jeemond Raymond, 10/30/05
WESTERN DISTRICT OF NORTH CAROLINA
05-DEA-458685, 2002 Ford Econoline Van, 1FDSS31L82HB42131, Asheville, NC, Padron, Nicholas, 10/13/05
05-DEA-458693, $4,410.00 U.S. Currency, Asheville, NC, Padron, Nicholas, 10/13/05
05-DEA-459033, 2000 Cadillac Escalade, 1GYEK13R3YR119435, Hendersonville, NC, Galvan-Solado, Victorina, 10/19/05
05-DEA-459045, 1996 Chevrolet 4X4 Truck, 1GCEK14K3SZ101422, Hendersonville, NC, Padron, Nicholas [illegible]

Robinson, Tamugan A., 10/29/05
EASTERN DISTRICT OF TEXAS
05-DEA-458859, $10,225.00 U.S. Currency, Frisco, TX, Flenory, Demetrius Edward AKA Flenory, Demetrius AKA West, Roland Wendell AKA Flenory, Demetrius E. AKA Ivory, Ronald AKA Ivory, Ronald Bernard AKA Seville, Rico AKA Carothers, Aundrez Malik AKA Flenory, Demetrious AKA Meech, AKA Santos, Ricardo AKA Ivory, Ronald B., 10/20/05
05-DEA-458890, Assorted Jewelry, VL: $272,525.00, (1) Man's Audemars Piguet Automatic Chronograph Royal, Ser No 119, E53329; (1) Man's 34" long Contemporary Rectangular and Box Design; (1) Man's Four Row diamond Flexible Link Bracelet; (1) Man's Chopard Chronograph Imperiale Watch; (1) Man's 32" long (56) Diamond Barrel Tube Necklace; (1) Pair Four Prong Posted Earrings; (1) Pair Four Prong Posted Cubic Zirconia; (1) Man's Fancy Link Neck Chain; (1) Man's Straight Line Four Prong Diamond Necklace, Frisco, TX, Flenory, Demetrius Edward AKA Flenory, Demetrius AKA West, Roland Wendell AKA Flenory, Demetrius E. AKA Ivory, Ronald AKA Ivory, Ronald Bernard AKA Seville, Rico AKA Carothers, Aundrez Malik AKA Flenory, Demetrious AKA Meech AKA Santos, Ricardo AKA Ivory, Ronald B., 10/20/05
NORTHERN DISTRICT OF TEXAS
05-DEA-457913, 2002 Honda Odyssey Van, 2HKRL18782H552616, Arlington, TX, Siddiqui, Ayesha, 09/29/05
05-DEA-459144, $61,074.00 U.S. Currency, Dallas, TX, Wiley, Rodriguez Antonio, 10/25/05
05-DEA-459629, $1,049.00 U.S. Currency, Watauga, TX, Williams, Winston Anthony, 09/21/05
05-DEA-459646, $200.00 U.S. Currency, Arlington, TX, Infiniti Services Group Inc., 09/21/05
05-DEA-459101, $5,352.00 U.S. Currency, Desoto, TX, Molina-Ayuso, Edgar Enrique, 10/25/05
05-DEA-459102, 1998 Cadillac Seville, 1G6KY5490WU913821, Desoto, TX, Molina-Ayuso, Edgar Enrique, 10/25/05
05-DEA-459103, 2005 Suzuki GSX-R600 Motorcycle, JS1GN79AX52100748, Desoto, TX, Molina-Ayuso, Edgar Enrique, 10/25/05
05-DEA-459219, $9,100.00 U.S. Currency, Dallas, TX, Poag, Craig Clinton, 10/31/05
SOUTHERN DISTRICT OF TEXAS
05-DEA-457931, $8,000.00 U.S. Currency, Laredo, TX, Palacios, Oscar, 09/29/05
05-DEA-457950, (1) Israel Military Industries Desert Eagle .357 Magnum semi-auto Pistol, Ser No 31201665, VL: $806.00, Laredo, TX, Palacios, Oscar, 09/29/05
05-DEA-458820, $69,400.00 U.S. Currency, Houston, TX, Sloom, Brooke, 10/06/05
05-DEA-458881, $10,500.00 U.S. Currency, Houston, TX, Givens, Brian D., 10/20/05
05-DEA-458913, 1996 GMC Yukon, 1GKEC13R9TJ722865, Laredo, TX, Ocanas-Lopez, Toribio, 10/27/05
05-DEA-458937, 2000 Ford Mustang, 1FAFP4448YF197718, Falfurrias, TX, Gonzalez, Jose, 10/28/05
05-DEA-458952, Smith & Wesson Model 659 9mm semi-auto handgun, Ser No TAF5797, VL: $336.00, Houston, TX, Jimenez, Omar Antonio, 10/25/05
05-DEA-458975, $8,020.00 U.S. Currency, Houston, TX, Duran, Juan E., 10/28/05
05-DEA-458980, $92,000.00 U.S. Currency, Houston, TX, Duran, Juan E., 10/25/05
05-DEA-458981, $9,000.00 U.S. Currency, Houston, TX, Hidalgo, Jesus Roberto, 10/25/05
05-DEA-458982, $16,260.00 U.S. Currency, Houston, TX, Hidalgo, Jesus Roberto, 10/25/05
WESTERN DISTRICT OF TEXAS
05-DEA-458725, 1999 Larson Boat with Road Runner Trailer, (1) 1999 Larson Recreational Boat, Ser No LAR55289C899; (1) Road Runner Trailer, Ser No RR62571, San Antonio, TX, Tompkins, Thomas Lynn and Stein, Deborah Harriet, 10/19/05
05-DEA-458742, 2004 Dodge Ram 2500 Truck, 1D7HA18D2AJ145172, San Antonio, TX, Romo-Cabello, Gustavo Adolfo, 10/23/05
05-DEA-458970, 1999 Ford F-250 Truck, 1FTNW21S1XEB79643, [illegible]

1GNDS13S932188052, Pine Valley, CA, Cervante-Cole, Everardo, 10/25/05
05-DEA-458976, Mossberg 500A Shotgun 12 Gauge, Serial P158004, VL: $100.00, San Diego, CA, Figueroa-Salgado, Carlos Felipe, 10/28/05
05-DEA-459005, 2000 GMC Jimmy SLE SUV, 1GKDS13W572116400, San Clemente, CA, Felix, Jaime, 10/28/05
05-DEA-459011, Beretta Pietro Handgun, Serial# [illegible], VL: $440.00, San Diego, CA, Figueroa-Salgado, Carlos Felipe, 10/28/05
DISTRICT OF COLORADO
05-DEA-458933, 1996 Ford Mustang, 1FALP404XTF179696, Morgan County, CO, Blea, Shawn Danelle, 10/11/05
MIDDLE DISTRICT OF FLORIDA
05-DEA-458865, 1996 Porsche Boxster Convertible, WP0CA2982[illegible], Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458939, 2003 Mercedes-Benz SL500 Roadster, WDBSK75F53F016396, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458991, 2005 Dodge Magnum R/T Wagon, 2D4GV58275H113209, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458995, 2001 Ferrari 360 Spider Coupe, ZFFYT53A010123396, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458997, 2004 Rolls Royce Phantom, SCA1S684X4UX07016, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-459002, 2003 Land Rover Range Rover, SALME11413A128152, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-458977, 1999 Wells Cargo Inc. MTG4029 Trailer, 1WC200R20X3042162, Orlando, FL, Whaley, Marc Eric, 10/27/05
05-DEA-459253, $29,500.00 U.S. Currency, Tampa, FL, Samuser, Uren Keith, 10/28/05
05-DEA-459269, Bank of America, Account #003673655700, VL: $41,277.98, Orlando, FL, Huang, Devin Mitchell, 10/14/05
05-DEA-458941, 2004 BMW 645Ci Coupe, WBAEH73434B189229, Orlando, FL, White, Yolanda Charita, 10/28/05
SOUTHERN DISTRICT OF FLORIDA
03-DEA-427923, $430.00 U.S. Currency, Miami, FL, Haim, Gary, 07/09/03
05-DEA-457151, $16,330.00 U.S. Currency, Miami, FL, Serrano, Jose, 08/22/05
05-DEA-457917, 2004 Land Rover SUV, SALTW19454A856815, Miami, FL, Lozano, Gil, 09/21/05
05-DEA-457918, 2006 Mercedes Benz E350, WDBUF56J06A774152, Miami, FL, Lozano, Gil, 09/21/05
05-DEA-458848, $1,702,430.00 U.S. Currency, Doral, FL, Palomalerals Inc., 10/18/05
05-DEA-459276, 2003 Land Rover Range Rover Wagon, SALME11443A133023, Pompano Beach, FL, Gordon, Michael, 11/02/05
NORTHERN DISTRICT OF GEORGIA
05-DEA-457239, $749.00 U.S. Currency, Chamblee, GA, Phan, Thao Van, 08/26/05
05-DEA-458409, $24,500.00 U.S. Currency, Lawrenceville, GA, Garcia, Lucia Sanchez, 10/21/05
05-DEA-458728, 1998 Honda Accord, 1HGCG164XWA018471, Lilburn, GA, Gonzalez-Diaz, J. Jesus, 10/12/05
05-DEA-458740, $804,913.00 U.S. Currency, Lawrenceville, GA, Alvarez-Lopez, Javier AKA Hector and Bojorquez-Caraveo, Yolanda AKA Yeli, 10/12/05
05-DEA-458734, Sony 51" Projection Television, Ser No 8100248, VL: $1,399.00, Lilburn, GA, Flores-Sotelo, Trinidad AKA Guicho and Felez-Rea, Ana Laura and Gonzalez-Diaz, J. Jesus, 10/12/05
05-DEA-458809, 1997 Nissan Altima, 1N4BL31D7VC[illegible], Lawrenceville, GA, Flores Sotelo, Trinidad, 10/12/05
05-DEA-458815, $61,405.00 U.S. Currency, Lawrenceville, GA, Flores Sotelo, Trinidad, 10/12/05
05-DEA-458850, 2003 Toyota Tundra SR5, 5TBET44123S[illegible], Lawrenceville, GA, Alvarez-Lopez, Javier AKA Carmona-Castillo, Hector and Bojorquez-Caraveo, Yolanda AKA Yeli, 10/12/05
05-DEA-458851, 2001 Toyota Sequoia, 5TDZT34A21S[illegible], Lawrenceville, GA, Alvarez-Lopez, Javier AKA Carmona-Castillo, Hector and Bojorquez-Caraveo, Yolanda AKA Yeli, 10/12/05
NORTHERN DISTRICT OF IOWA
05-DEA-457579, 1994 Honda Accord, 1HGCD5568RA100076, [illegible]

Anaya-Rivera, Jose Emile, 11/02/05
05-DEA-458885, $3,060.00 U.S. Currency, Las Vegas, NV, Olivera-Sanchez, Yazmin Denisse, 11/03/05
05-DEA-458725, $3,200.00 U.S. Currency, Reno, NV, Gonzalez, Daniel, 10/18/05
05-DEA-458845, $14,900.00 U.S. Currency, Las Vegas, NV, Alire, Amado Victor, 11/09/05
05-DEA-459087, $12,490.00 U.S. Currency, Las Vegas, NV, Quinlan-Vizcarra, Nolberto, 11/06/05
EASTERN DISTRICT OF NEW YORK
05-DEA-458642, $152,913.00 U.S. Currency, Long Island City, NY, All Emerades, 10/17/05
05-DEA-458852, $35,000.00 U.S. Currency, Long Island City, NY, Hoyos, Jorge, 10/17/05
05-DEA-458711, $139,930.00 U.S. Currency, Long Island City, NY, Hoyos, Jorge, 10/18/05
NORTHERN DISTRICT OF NEW YORK
05-DEA-458884, 2003 Infiniti G35 Sedan, JNKCV51E43M012699, Ravena, NY, Farrow, Noel, 10/28/05
05-DEA-459904, $23,929.00 U.S. Currency, Ravena, NY, Farrow, Noel, 10/28/05
05-DEA-458251, $13,765.00 U.S. Currency, Waddington, NY, St. Dennis, Jason and Pascarella, Nicholas, 10/18/05
05-DEA-458647, 2000 GMC Yukon, 1GKEK13T5YJ178594, Massena, NY, Smoke, Rhonda, 10/18/05
05-DEA-458811, $1,658.00 U.S. Currency, Chateaugay, NY, Dunn, William Michael, 10/15/05
WESTERN DISTRICT OF NEW YORK
05-DEA-458485, $8,400.00 U.S. Currency, Lackawanna, NY, Hoziel, Kathleen T., 10/17/05
05-DEA-458519, $3,320.00 U.S. Currency, Rochester, NY, Develder, Michael, 10/17/05
05-DEA-458709, $5,645.00 U.S. Currency, Cheektowaga, NY, Sanks, Anthony, 10/19/05
05-DEA-458712, $7,090.00 U.S. Currency, Buffalo, NY, Findley, Orville and Bennett, Jermaine, 10/19/05
05-DEA-458715, (4) Western Union money orders, Ser Nos 08-2514[illegible], Buffalo, NY, Bennett, Jermaine, 10/19/05
05-DEA-458716, $4,949.00 U.S. Currency, Buffalo, NY, Richards, Franklin, 10/20/05
NORTHERN DISTRICT OF OHIO
05-DEA-458448, $4,980.00 U.S. Currency, Oregon, OH, Poe, Johnny Joe AKA Poe, Johnny J. AKA Paxton, James, 10/17/05
05-DEA-458663, $30,100.00 U.S. Currency, Cleveland, OH, Velasquez, Eduardo Rios AKA Velasquez, Eduardo R. AKA Velasquez, Eduardo AKA Velasquez, Edwardo R. AKA Velasquez, Edwardo, 10/20/05
05-DEA-458668, Safe Deposit Box #18016 with $55,500.00 U.S. Currency, Sky Bank, Hubbard, OH, Fawcett, Anthony James AKA Fawcett, Anthony J. AKA Fawcett, Anthony AKA Fawcett, Tony AKA Fawcett, Tony and Fawcett, Mary K., 10/27/05
05-DEA-458669, Safe Deposit Box #244-2 with $37,100.00 U.S. Currency, Bank One, Youngstown, OH, Fawcett, Anthony James AKA Fawcett, Anthony J. AKA Fawcett, Anthony AKA Fawcett, Tony AKA Fawcett, Tony and Fawcett, Mary K., 10/27/05
SOUTHERN DISTRICT OF OHIO
05-DEA-458787, $4,794.00 U.S. Currency, Columbus, OH, Tyree Jr., Roderick Van AKA Tyree, Rodrick Van, 10/20/05
DISTRICT OF OREGON
05-DEA-458683, (84) Vacuum sealed bags containing Ephedrine, VL: $800.00, Ashland, OR, Castillo, Brian E., 08/18/05
EASTERN DISTRICT OF PENNSYLVANIA
05-DEA-459025, Hi-Point, Model JHP, .45 caliber Semi-Auto Pistol, Ser No 424542, VL: $70.00, Chester, PA, Tucker, Shamar, 09/29/05
05-DEA-458793, $9,000.00 U.S. Currency, Media, PA, Mullings, Kerce and McDonnell, Courtney, 10/20/05
05-DEA-458796, $10,400.00 U.S. Currency, Scranton, PA, Nealer, Kevin, 10/27/05
05-DEA-458880, Various Jewelry, VL: $15,000.00, (1) Ladies Rolex Wrist Watch, Model 69160, circa 1991, Oyster Perpetual Lady Date Model, with Oyster band, Ser No N361270; (1) White Gold Ladies Diamond Necklace of at least 10 karat, with 343 [illegible]

University Federal CU, Ser No 752378151; (2) Redstone Federal CU, Ser Nos 501382787; 501382786; (1) Bank Independent, Ser No 929321[illegible]; (1) Citibank, Ser No 646383298; (2) Washington Mutual Bank, Ser Nos 10356938; 035695824; (27) Travelers Express, Ser Nos 46493109825; 46415392240; 46502098170; 47030107959; 47087546309; 47080138855; 46111546797; 77545746527; 47080490732; 54510015562; 47092255795; 54664568982; 47071958241; 77540845598; 45411657222; 77540267433; 46810982794; 46421611209; 45934669539; 47111897504; 54500542212; 53834824048; 54465720751; 46945517657; 46914179684; 45938908260; 47830127849; (6) CVS Pharmacy, Ser Nos 53804808314; 79907714573; 53717926814; 53717928635; 54015706741; 53198857128; (2) Albertson, Ser Nos 46776882615; 46793683949; (4) Speedway Superamerica, Ser Nos 54265129235; 54282221906; 54290177161; 54261361940; (5) Circle K Stores, Ser Nos 54241918279; 54236290450; 54347589840; 54350238387; 54357128172; (2) Southern, Ser Nos 54538558128; 54538357030; (3) WalMart Financial Services, Ser No 54407924065; 54438665039; 54534896074; (1) Sunoco, Ser No 46820171630; (1) Save Mart Supermarkets, Ser No 54497478574; (1) Ingles, Ser No 54121214[illegible]; (1) Brooks, Ser No 54127543118; (1) Money Order, Ser No 1456981654; (7) Bank of America Personal Money Orders, Ser Nos 0234507; 5791356; 0019825; 0219601; 0074544; 0004888658; 5950261953; (10) Merchants Express, Ser Nos 436800825; 127158372; 132700069; 127540712; 435246834; 126880434; 457550285; 441580965; 435961689; 432282006; (1) Shurfine Markets, Ser No 357416316; (43) US Postal Money Orders, Ser Nos 09634962872; 09721414077; 08460398616; 09011794093; 92864931570; 08482301414; 92505758855; 09978484788; 09329602425; 92863760960; 09392346642; 08645613581; 08621829323; 92354048166; 92824354855; 09628427833; 92863750675; 07915555106; 09452421950; 06122805852; 08528552605; 09074879400; 92864291187; 08464383644; 08329651832; 92824438610; 08698356104; 08572193320; 92606236831; 92869655106; 09628681922; 92837560747; 92865584614; 08709792658; 07851922634; 92843949115; 92684405417; 92866538526; 07012349234; 08861398090; 92792678502; 92679456962; 92889770395; (2) Welcome State Bank, Ser Nos 9014001204; 9014001205; (1) Flash Foods Int'l Money Order, Ser No 9285005560; (1) Sprint, Ser No 010200026109; (1) Credit Union, Ser No 106171; (1) CCTFCU, Ser No 060000178501; (2) McKinley Money Orders, Ser Nos 365359; 365358; (1) First State Bank, Ser No 004684; (1) Greenwich Bank & Trust, Ser No 3553; (1) IBEW Members Plus CU, Ser No 990862; (1) Sunstate Bank, Ser No 035240; (5) Fidelity Express, Ser Nos 2547485077; 2531529423; 2531529432; 2350514812; 2389759979; (2) Global Express, Ser Nos 230060938; 233050055; (2) National Express, Ser Nos 0151553193; 0151552259; (1) Continental Express, Ser No 5781485123; (1) Wells Fargo Bank, Ser No 0410214746; (1) North American, Ser No 5128112[illegible]; (1) National Bonded, Ser No 82005071, Dallas, TX, Saran, Rakesh Jyoti AKA Saran, Johar, 09/20/05
05-DEA-458630, Miscellaneous Cashier Checks, VL: $1,536.95, (2) US Bank Official Check, Ser Nos 507069746; 507069740; (1) AmSouth Official Check, Ser No 263556417; (1) Key Bank Official Check, Ser No 962014438; (1) Bankcorp South Official Check, Ser No 572362021; (1) Watermark Cashier's Check, Ser No 4409726261; (1) The Peoples Bank Cashier's Check, Ser No 068558; (1) First California Bank Cashier's Check, Ser No 125778; (1) Atlantic Regional Federal Credit Union Cashier's Check, Ser No 126256, Dallas, TX, Infiniti Services Group, 09/20/05
05-DEA-458844, $10,280.00 U.S. Currency, Mesquite, TX, Clark, A., 10/25/05
05-DEA-456089, Miscellaneous Money Orders, VL: $19,481.59, (12) Western Union, Ser Nos 08272909585; 08089411605; 08085509836; 08086509835; 08291337978; 08256284022; 08373222692; 08358177169; 08373203076; 08368849530; 08373355890; 09272395668; (1) First Dakota National Bank, Ser Nos 396316052; (1) Wachovia, Ser No 229699753; (12) Travelers Express, Ser Nos 47076958938; 54483659229; 54485587376; 47130408512; 46960952111; 54036522878; 54499791434; 46940534114; 47036861617; 54035480471; 54521316907; [illegible]

05-DEA-458535, $3,330.00 U.S. Currency, Waukesha, WI, Smith, Timothy, 10/21/05
05-DEA-458644, 2001 Dodge Intrepid, 2B3AD56J91H681742, Sheboygan, WI, Washington, Lemaar, 10/25/05
05-DEA-458707, $2,795.00 U.S. Currency, Milwaukee, WI, Flores-Nunez, Carlos, 10/26/05
05-DEA-458586, American Honda Finance Corp Business Check #0001848, VL: $8,467.00, Milwaukee, WI, American Honda Finance Corporation, 10/19/05
05-DEA-458743, $11,200.00 U.S. Currency, Racine, WI, Alamos, Refugio, 10/27/05
WESTERN DISTRICT OF WISCONSIN
05-DEA-458574, $10,390.00 U.S. Currency, Madison, WI, Parks-Pascal L., 10/20/05
05-DEA-458639, 2000 Lincoln Sedan LS, 1LNHM87A8YY[illegible], Madison, WI, Lehr, Jordan L., 10/25/05
05-DEA-455841, $393,000.00 U.S. Currency, Ridgeway, WI, O'Brien, Timothy K., 10/06/05
05-DEA-455846, $3,823.17 U.S. Currency, Ridgeway, WI, O'Brien, Timothy K., 10/06/05

THIRD NOTICE
LAST DATE TO FILE JANUARY 11, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF ALABAMA
05-DEA-458454, $4,540.00 U.S. Currency, Montgomery, AL, Pease, Cedric Dwayne, 10/12/05
05-DEA-458599, $2,480.00 U.S. Currency, Montgomery, AL, Russell, Orlando, 10/21/05
05-DEA-458735, $2,000.00 U.S. Currency, Montgomery, AL, Williams, Alex Terrell, 10/18/05
WESTERN DISTRICT OF ARKANSAS
05-DEA-458243, $4,370.00 U.S. Currency, Rogers, AR, Gleins, Brian Scott, 10/05/05
DISTRICT OF ARIZONA
05-DEA-458175, $3,286.00 U.S. Currency, Phoenix, AZ, Lopez-Beltran, Fernando AKA Perez, Jose Luis, 10/07/05
05-DEA-458222, $10,240.00 U.S. Currency, Tucson, AZ, Pacillo, Jose Manuel AKA Gordo, X AKA Secorro, Jose, 10/03/05
05-DEA-458258, 2004 Dodge Durango SLT, 1D8HD48D24F123240, Mesa, AZ, Orabos, Luis Raul AKA Orabos-Hurtado, Luis Raul, 10/04/05
05-DEA-458377, Bank of America, Cashier's Check #004853858, VL: $50,000.00, Mesa, AZ, Gaytan, Guadalupe Patricia, 10/01/05
05-DEA-458458, $10,449.00 U.S. Currency, Phoenix, AZ, Braxton, Robert, 10/05/05
05-DEA-458460, $27,200.00 U.S. Currency, Phoenix, AZ, Ramirez-Torres, Ana Cecilia, 10/10/05
05-DEA-458493, 2001 BMW X5, WBAFA53541LM88085, Nogales, AZ, Haro-Rodriguez, Agustin AKA Fonseca, Daniel Arceo, 10/02/05
05-DEA-458498, $337,420.00 U.S. Currency, Tucson, AZ, Lopez, Regino Fernando, 10/12/05
05-DEA-458534, 2001 Lexus LS430, JTHBN30FX10030339, Phoenix, AZ, Carter, Loy, 10/04/05
05-DEA-458548, 2000 Chevrolet Van, 1GCEG15W1Y1251215, Phoenix, AZ, Unknown, 10/12/05
05-DEA-458603, $3,330.00 U.S. Currency, Phoenix, AZ, Unidentified, 10/20/05
CENTRAL DISTRICT OF CALIFORNIA
05-DEA-455456, $305,983.00 U.S. Currency, Lake Elsinore, CA, Monroy, Marcos and Soto, Manuel P. and Marte, Gustavo, 06/26/05
05-DEA-457677, $763.07 U.S. Currency, Los Angeles, CA, Davis, Roderick, 09/15/05
05-DEA-457687, $3,576.00 U.S. Currency, Los Angeles, CA, Fredrick, Michael, 09/15/05
05-DEA-457876, $35,000.00 U.S. Currency, Sherman Oaks, CA, Richmond, Deon Mangels, 09/23/05
05-DEA-458020, $9,030.00 U.S. Currency, Santa Fe Springs, CA, Davidson, Eric, 09/15/05
05-DEA-458036, $18,900.00 U.S. Currency, Los Angeles, CA, Olavarria, Rafael Galan AKA Vargas, Carlos L., 09/22/05
05-DEA-458040, (63) Assorted Money Orders, VL: $58,570.00, (62) United States Postal Money Orders, Ser No 08448035212; [illegible]