# EXHIBIT K

# NOTICE OF FORFEITURE

TO: ALL INTERESTED PERSONS OR ENTITIES, KNOWN OR UNKNOWN

NOTICE is hereby given pursuant to Sec. 932.701 et. seq., Fla. Stat. (2004), that the property described below was seized for forfeiture the dates and at the places stated. Forfeiture complaints are pending, and all potential claimants may request an adversarial preliminary hearing regarding to the seizure of the property. Pursuant to Sec. 932.703(2)(a), this request must be in writing and sent by certified mail to the address below, return receipt requested, within fifteen (15) days of receipt of this notice. Otherwise, your right to an adversarial preliminary hearing will be waived. Please specify the exact property upon which your request is based. Address all requests to:

Miami-Dade Police Department
Police Legal Bureau - Forfeiture Section
73 West Flagler St. Suite 2201
Miami, Florida 33130

Eight thousand, three hundred ten dollars ($8,310.00) and Four thousand, four hundred forty dollars ($4,440.00) in U.S. currency, seized for forfeiture, from Saheed Thompson and Christopher Barr, respectively on or about September 28, 2005, at or near 3250 NW 175 St. in Miami-Dade County, Florida under MDPD case no's. PD050928064654 and PD050928064614, respectively.

Five thousand, three hundred forty-eight dollars ($5,348.00) in U.S. currency, seized for forfeiture, from Angel F. Trujullo, on or about September 29, 2005, at or near 8501 NW 8 St. in Miami-Dade County, Florida under **MDPD case no. PD050928066470.**

Twenty-five thousand, two hundred six dollars ($25,206.00) in U.S. currency seized for forfeiture from Max Naimark-Bloch, on or about October 14, 2005, at or near Miami International Airport, Concourse E in Miami-Dade County, Fl. under **MDPD case no. PD051014092429.**

Thirteen thousand seven hundred dollars ($13,700.00) in U.S. currency seized for forfeiture from Camelo Robaya on or about October 22, 2005, at or near Miami International Airport, Concourse E in Miami-Dade County, Fl. under **MDPD case no. PD051022106176.**

One (1) 1999 Volkswagon Jetta, bearing Fl. Reg. P858CF and VIN: 3VWSA29M2XM086335, seized for forfeiture, from Kaitlin Stadnik, on or about November 1, 2005, at or near 1000 NW 41 St. in Miami-Dade County, Florida under **MDPD case no. PD051101127504.**

11/9-16

05-4-57/605032M

# EXHIBIT L

**NOTICE OF FORFEITURE**

**UNITED STATES v. KAVERI CHATURVEDI**

**03 Cr. 914 (LTS)**

Notice is hereby given that on October 5, 2005, in the case of United States v. Kaveri Chaturvedi, 03 Cr. 914 (LTS), the United States District Court for the Southern District of New York entered a Preliminary Order of Forfeiture condemning and forfeiting Kaveri Chaturvedi's right, title, and interest in the following Subject Property to the United States Department of the Treasury:

(A) A sum of money equal to $24,810 in United States currency, representing the amount of proceeds obtained as a result of the offense;

(B) All United States currency, precious gemstones, precious metals, and jewelry recovered on or about April 21, 2003, from the residence of the defendant, located at 351 East 84th Street, Apartment 29F, New York, New York, which includes the following: (i) One Tiffany & Co. watch with a black band; (ii) One Tiffany & Co. diamond-like wedding band; (iii) One silver colored bracelet; (iv) One gold colored bracelet; (v) One crucifix necklace; (vi) One Tiffany & Co. Madonna and child necklace; and

(C) All personal property that constitutes or is derived from proceeds obtained directly or indirectly as the result of the offense alleged in Count One of the Information and that was recovered on or about April 21, 2003, from the residence of the defendant located at 351 East 84th Street, Apartment 29F, New York, New York, including the following: (i) One Tumi expandable briefcase; (ii) One Tungsten 7 Palm Pilot PDA; (iii) One Tumi tote bag; (iv) One black Tumi wallet; (v) One Palm Pilot hot synch cradle; and (vi) five RCS Computer Experience gift certificates worth a total of $350;

United States hereby gives notice of its intention to dispose of the forfeited Subject Property in such a manner as the United States Department of the Treasury may direct. Any person having or claiming a legal right, title or interest in the aforementioned Subject Property must file a petition within thirty (30) days of the final publication of this notice, which will be January 18, 2006. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Subject Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

MICHAEL J. GARCIA, United States Attorney
United States Department of the Treasury

# EXHIBIT M

York Post, Friday, December 9, 2005

, the Commissioner of Finance of the City ...ity, a list of parcels affected by unpaid tax ...day of October, 2005, had been unpaid for ...x Class Two properties that are residential ...ple dwellings owned by companies orga- ...nce Law, with the consent and approval of ...years after the date when tax, assessment, ...such parcel (a) a brief description of the ...uch property as the same appeared on the ...or a statement that the owner is unknown if such be , (c) a listing of such tax liens upon such parcels, including those which caused the property to be ...o the foreclosure proceeding and those which accrued thereafter, together with the date or dates from and the rate or rates at which interest and penalties thereon shall be computed.

...e filing of this list of delinquent taxes constitutes the commencement by the City of New York of an ...the Supreme Court, Richmond County, to foreclose the tax liens therein described by a foreclosure ...ing in rem and this list constitutes a notice of pendency of action and a complaint by the City of New ...inst each piece or parcel of land therein described to enforce the payment of such tax liens.

...uch action is brought against the real property only and is to foreclose the tax liens described in such ...personal judgment shall be entered herein for such taxes, assessments or other legal charges or any ...eof.

...certified copy of such list of delinquent taxes has been filed in the Staten Island Business Center, 350 ...'s Place, Room 200, Staten Island, NY 10301, and will remain open for public inspection up to and ...the 27th day of January, 2006, which date is hereby fixed as the last date for redemption.

...ny party or entity having or claiming to have an interest in any such parcel and the legal right thereto ...or before said date redeem the same by paying the Commissioner of Finance, at 350 St. Mark's Place, ...00, Staten Island, NY 10301, or any Borough Business Center, the amount of all such unpaid tax liens and in addition thereto all interest and penalties which are a lien against such real property comput...d including the date of redemption.

...nd take further notice that during the same period such party or entity may request the Commissioner ...ce to enter into an agreement for installment payments as provided under Sections 11-405 and 11-...e Administrative Code.

...very person or entity having any right, title or interest in or lien upon any parcel described on such list ...uent taxes may serve a duly verified answer upon the Corporation Counsel setting forth in detail the ...nd amount of his interest or lien, any defense or objection to the foreclosure and the full name of the ...g party. Such answer must be filed in the office of the Clerk of Richmond County and served upon ...oration Counsel at any time after the first date of publication but not later than twenty days after the ...ve mentioned as the last day for redemption, which shall be February 16th, 2006. In the event of fail-...deem or answer, such person shall be, except as provided in Sections 11-407(c), 11-412.1 and 11-...e Administrative Code, forever barred and foreclosed of all his right, title and interest and equity of ...ion in and to the parcel described in such list of delinquent taxes and a judgment of foreclosure may ...in default.

...ovember 7, 2005

Martha E. Stark, Commissioner of Finance
City of New York

...l legal papers on:
...A. Cardozo
...ion Counsel
...cial and Real Estate Tax Litigation Division
...rch Street
...k, NY 10007

PLEASE TAKE NOTICE THAT on the 14th day of October, 2005, the Commissioner of Finance of the City of New York, pursuant to law, filed with the Clerk of Kings County, a list of parcels affected by unpaid tax liens held and owned by said City of New York, which on the 14th day of October, 2005, had been unpaid for a period of at least one year, or in the case of Tax Class One and Tax Class Two properties that are residential condominium units or residential cooperative buildings and multiple dwellings owned by companies organized under Article XI of the New York State Private Housing Finance Law, with the consent and approval of the Department of Housing Preservation and Development, three years after the date when tax, assessment, or other legal charge became a lien. Said list contains as to each such parcel (a) a brief description of the property affected by such tax liens, (b) the name of the owner of such property as the same appeared on the annual record of assessed valuation at the time of filing or a statement that the owner is unknown if such be the case, (c) a listing of such tax liens upon such parcels, including those which caused the property to be subject to the foreclosure proceeding and those which accrued thereafter, together with the date or dates from which and the rate or rates at which interest and penalties thereon shall be computed.

The filing of this list of delinquent taxes constitutes the commencement by the City of New York of an action in the Supreme Court, Kings County, to foreclose the tax liens therein described by a foreclosure proceeding in rem and this list constitutes a notice of pendency of action and a complaint by the City of New York against each piece or parcel of land therein described to enforce the payment of such tax liens.

Such action is brought against the real property only and is to foreclose the tax liens described in such list. No personal judgment shall be entered herein for such taxes, assessments or other legal charges or any part thereof.

A certified copy of such list of delinquent taxes has been filed in the Brooklyn Business Center, 210 Joralemon Street, 1st Floor, Brooklyn, NY 11201, and will remain open for public inspection up to and including the 13th day of January, 2006, which date is hereby fixed as the last date for redemption.

Any party or entity having or claiming to have an interest in any such parcel and the legal right thereto may on or before said date redeem the same by paying the Commissioner of Finance, at 210 Joralemon Street 1st Floor, Brooklyn, NY 11201, or any Borough Business Center, the amount of all such unpaid tax liens thereon and in addition thereto all interest and penalties which are a lien against such real property computed to and including the date of redemption.

And take further notice that during the same period such party or entity may request the Commissioner of Finance to enter into an agreement for installment payments as provided under Sections 11-405 and 11-409 of the Administrative Code.

Every person or entity having any right, title or interest in or lien upon any parcel described on such list of delinquent taxes may serve a duly verified answer upon the Corporation Counsel setting forth in detail the nature and amount of his interest or lien, any defense or objection to the foreclosure and the full name of the answering party. Such answer must be filed in the office of the Clerk of Kings County and served upon the Corporation Counsel at any time after the first date of publication but not later than twenty days after the date above mentioned as the last day for redemption, which shall be February 2nd, 2006. In the event of failure to redeem or answer, such person shall be, except as provided in Sections 11-407(c), 11-412.1 and 11-424 of the Administrative Code, forever barred and foreclosed of all his right, title and interest and equity of redemption in and to the parcel described in such list of delinquent taxes and a judgment of foreclosure may be taken in default.

Dated: October 24, 2005

Martha E. Stark, Commissioner of Finance
City of New York

**Serve all legal papers on:**
Michael A. Cardozo
Corporation Counsel
Commercial and Real Estate Litigation Division
100 Church Street
New York, NY 10007

## USA MUTUAL LIFE INSURANCE COMPANY, INC.

### Notice to Policyowners

...oard of Directors has nominated the following per-...o be candidates at the Election of Directors to be held ...dnesday, June 28, 2006, to serve for the number of ...set forth next to their name and expiring in the year ...th next to their name:

| | |
|---|---|
| **...L. Coffman**<br>**...rs, expiring in 2009)**<br>**...al**<br>**...lvisors**<br>**...lley, CA** | **Dennis McIntosh**<br>**(3 years, expiring in 2009)**<br>**Executive Vice President & CFO**<br>**SBLI USA Mutual Life Insurance Company, Inc.**<br>**New York, NY** |
| **...Jefferson**<br>**...rs, expiring in 2008)**<br>**...ent & CEO**<br>**...ommunications, LLC**<br>**...n, NJ 07059** | **Evelyn F. Murphy**<br>**(3 years, expiring in 2009)**<br>**President**<br>**The Wage Project, Inc.**<br>**Brookline, MA** |
| **...n L. Mancino**<br>**...r, expiring in 2007)**<br>**...r Chairman & CEO**<br>**...sIyn Savings Bank**<br>**...n City, NY** | **Albert J. Regan**<br>**(1 year, expiring in 2007)**<br>**President**<br>**Northfield Savings Bank**<br>**Staten Island, NY** |

...olls will be open from 10 a.m. to 4 p.m. The election ...e polls will be at the Company's Home Office, 460 ...34th Street, Suite 800, New York, NY 10001-2320. ...nual meeting of policyholders and contract holders ...e held at 11:30 a.m. on June 28, 2006.

...policyholder or contract holder whose policy or ...ct has been in force for at least one year at the date ...election is entitled to vote in person or by mail. ...s may be obtained from David J. Walsh, Executive ...resident, Administration, General Counsel, and ...ary, SBLI USA Mutual Life Insurance Company, Inc., ...est 34th Street, Suite 800, New York, New York ...-2320.

...ant to section 4210 of the Insurance Law of New ...groups of policyholders and contract holders have the ...o nominate one or more independent tickets not less

**UNITED STATES CUSTOMS AND BORDER PROTECTION**

Notice is hereby given that the following merchandise has been seized on or about the date indicated for violations of Customs or other laws.

**$32,000.00 in U.S. Currency, seized on April 6, 2005, (2005-1001-000257-01);**
**$399,685.00.00 in U.S. Currency, seized on May 16, 2005, (2005-1001-000321-01);**
**$7,928.00 in U.S. Currency, seized on April 12, 2005, (2005-1001-000264-01);**
**$50,020.00 in U.S. Currency, seized on June 28, 2005, (2005-1001-0003-74-01);**
**Approximately $12,000.00 in United States Currency and Approximately $14,000.00 in United States Currency, seized on August 2, 2005, (2005-1001-000401-01);**
**$15,200.00 in U.S. Currency, seized on June 20, 2005, (2005-1001-000415-01);**
**$18,520.00 in U.S. Currency, seized on June 21, 2005, (2005-1001-000405-01);**

Any party asserting an interest and claim to the property must appear within 20 days from the date of the first publication of this notice and file with the FP&F Director at 1100 Raymond Blvd., Newark, NJ 07102, a seized asset claim form asserting an ownership interest in default of which the property will be forfeited to the United States Government. (2970)

Edward P. Nagle
Director of Fines, Penalties and Forfeitures

**LEGAL NOTICES**

Notification is given that **Metropolitan National Bank, 99 Park Avenue, New York, NY 10016** has filed an application with the Comptroller of the Currency on December 9, 2005, as specified in 12 CFR 5 for permission to establish a full-service branch office at **16 West 46th Street, New York, NY 10036**. Any person wishing to comment on this application may file comments in writing with the Director for District Licensing, Northeastern District Office, Office of the Comptroller of the Currency, 340 Madison Avenue, Fifth Floor, New York, NY 10017-2613 or by e-mail to NE.Licensing@occ.treas.gov within 30 days of the date of this publication.

Notification is hereby given that HSBC Bank USA, National Association, 1105 North Market Street, Suite 1, Wilmington, Delaware 19801, will file an application with the Comptroller of the Currency on Friday, December 9, 2005, as specified in 12 CFR 5 for permission to open a new, staffed branch at 160-31 Crossbay Boulevard, Howard Beach, NY 11414. Any person wishing to comment on this application may file comments in writing with the Director for District Licensing at 340 Madison Avenue, 5th Floor, New York, NY 10017-2613 or NE.Licensing@occ.treas.gov within 30 days of the date of this publication.

Notification is hereby given that HSBC Bank USA, National Association, 1105 North Market Street, Suite 1, Wilmington, Delaware 19801, will file an application with the Comptroller of the Currency on Monday, December 12, 2005, as specified in 12 CFR 5 for permission to open a new, staffed branch at 116-11 Beach Channel Drive, Rockaway Park, NY 11694. Any person wishing to comment on this application may file comments in writing with

**Notice of Application for Acquisition of 24.9% of a Thrift Holding Company by Banco Santander Central Hispano, S.A.**

**Banco Santander Central Hispano, S.A., Avenida de Cantabria, Boadilla de Monte, Spain,** intends to apply to the Federal Reserve Board for permission to acquire 24.9% of a thrift holding company, **Sovereign Bancorp, Inc.,** 1130 Berkshire Boulevard, Wyomissing, Pennsylvania 19610. We intend to acquire control of Sovereign Bancorp, Inc. and thereby to acquire indirect control of Independence Community Bank Corp., 195 Montague Street, Brooklyn, NY 11201, a thrift holding company. The Federal Reserve considers a number of factors in deciding whether to approve the application including the record of performance of banks we own in helping to meet local credit needs.

You are invited to submit comments in writing on this application to the Federal Reserve Bank of New York, Attention: Bank Applications Department, 33 Liberty Street, New York, New York 10045. The comment period will not end before January 8, 2006 and may be somewhat longer. The Board's procedure for processing applications may be found at 12 C.F.R. Part 262. Procedures for processing protested applications may be found at 12 C.F.R. 262.25. If you need more information about how to submit your comments on community affairs aspects of the application or to obtain copies of relevant procedures, contact Ms. Elizabeth Ann Rodriguez, Office of Regional and Community Affairs, (212) 720-5921; other questions, including those relating to general procedures, should be directed to Mr. Jay B. Bernstein, Bank Supervision Officer, Bank Application Department, (212) 720-5861. The Federal Reserve will consider your comment and any request for a public meeting or formal hearing on the application if they are received in writing by the Reserve Bank on or before the last day of the comment period.

Notice of formation of Aponte and **Associates Insurance Agency and Financial Services, LLC,** Arts. of Org. filed with Secy of State Of NY (SSNY) on 9/23/2005 Office location: Bronx County. SSNY has designated as agent of the LLC may be served. SSNY shall mail a copy of process to the LLC at Spiegel & Utera, P.A. P.C. 45 John Street New York, NY 10038

Notice is hereby given that an Order entered by the Civil Court, New York County, on the 25th day of October, 2005, bearing Index Number **501361NC05**, a copy of which may be examined at the Office of the Clerk, located at 111 Centre Street, New York, NY in Room 225, grants me the right to assume the name of **CLAIRE MAUREEN KULPERGER.** My present name is CLAIRE MARIE KULPERGER. My present address is 233 East 86th Street #16C, NY, NY 10028. My place of birth is New York, NY. My date of birth is August 29, 2004.

Notice of Formation of DOM LLC. Arts. of Org. filed with Secy. of State of NY (SSNY) on 10/12/05. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to:

Notice is hereby given that a license serial #1172145, for Beer has been applied for by **EAST BROADWAY PIZZA & RESTAURANT INC.** to sell beer at retail in a restaurant under the Alcoholic Beverage Control Law at **1474 Broadway, Brooklyn, NY 11221, Kings County,** for on-premises consumption.

NOTICE is hereby given that a license serial #1170553 for Beer has been applied for by the undersigned to sell beer at retail in a deli under the Alcoholic Beverage Control Law at **301 Richmond Rd, Staten Island, NY 10306** for on-premises consumption.
**Karam Convenience Inc.**

For More Rental Listings
Don't Miss the Full Color
Rental Directory
Every Saturday in
NYP Home Classifieds.

Notice of Formation of **LJK LITERARY MANAGEMENT, LLC.** Arts. of Org. filed with Secy. of State of NY (SSNY) on 10/31/05. Office location: NY County. SSNY designated as agent of LLC upon whom process against it may be served. SSNY shall mail process to: c/o Richard L. Sadowsky, Sonnenschein

New York Post, Monday, December 12, 2005

[Newspaper page containing classified advertisements including vehicle sales (Cargo Vans, Toyota Highlander, Ford E-350, GMC Yukon, etc.), public auction notices by John Gaiser Auctioneer at Brooklyn Navy Yard December 13, 2005, legal notices, adoption notices, family court summonses (including Nelson Diaz child neglect case, Ketorah Gaskin guardianship case, Long Beach Mortgage Loan Trust foreclosure, Harold Celestin et al motor vehicle case), business license notices for beer/wine applications, LLC formation notices, and Legal & Professional Services advertisements including Wingate Russotti & Shapiro LLP (Accidents/Medical Malpractice, 420 Lexington Avenue Suite 2750, 212-222-4336), divorce services, bankruptcy services, employment discrimination attorneys, and personal injury/traffic attorneys.]

# EXHIBIT N

# HERRICK NIKAS
### ATTORNEYS AT LAW

Costa Mesa Office
555 Anton Blvd., 12th Floor
Costa Mesa, California 92626

San Francisco Office
Standard Oil Building
225 Bush Street, 16th Floor
San Francisco, California
94104

**RESPOND TO:**

3520 Crystal View Court
Miami, Florida 33133
Telephone  (305) 858-2332
Telecopier (305) 858-6347
Toll Free   (866) 377-8677

e-mail address:
pherrick@herricknikas.com

Long Beach Office
301 E. Ocean Blvd., Suite 530
Long Beach, California 90802

Anchorage Office
329 F Street, Suite 220
Anchorage, Alaska 99501

April 19, 2005

TELECOPY ONLY (202-572-8747)

FREEDOM OF INFORMATION ACT

Bureau of Customs and Border Protection
Disclosure Law Branch
1300 Pennsylvania Avenue NW
Washington, DC 20229

Attn: Joanne R. Stump

Dear Ms. Stump:

    Because the Port of Los Angeles/Long Beach has provided us with requested names and addresses and has begun publishing names and addresses we withdraw all of our pending FOIA appeals relating to the Port of Los Angeles/Long Beach not providing us with names and addresses.

Sincerely,

Peter S. Herrick

cc: Los Angeles F. P. & F. Officer (fax. 562-628-7908)
     Office of Trade Relations (fax. 202-344-1969)

# EXHIBIT O

# SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-428-0855

October 9, 2005

TELECOPY ONLY (202-572-8747)

FREEDOM OF INFORMATION ACT APPEALS

Joanne R. Stump, Chief
Disclosure Law Branch
U S Customs & Border Protection
1300 Pennsylvania Avenue NW
Washington DC 20229

Dear Ms. Stump:

In your letter to this office received on August 8, 2005, you advised that you had sent letters to 28 importers pursuant to 19 C.F.R. §103.35 to ascertain if they wanted their names and addresses released. Please advise the results of these 28 letters.

Sincerely,

Peter S. Herrick

Enclosures

# SEIZED PROPERTY RECOVERY CORPORATION
## 3520 Crystal View Court
## Miami, Florida 33133
## Tel. 305-428-0855

November 1, 2005

TELECOPY ONLY (202-572-8747)

FREEDOM OF INFORMATION ACT

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch
Office of Regulations and Rulings
U. S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

Dear Mr. Elkins:

    During the past few months your office has been notifying business submitters, pursuant to Executive Order 12,600 and 19 C.F.R. §103.35, that we have filed FOIA requests for their name and address. Please provide me with the results of your notifications.

                                Sincerely,

                                Peter S. Herrick

# SEIZED PROPERTY RECOVERY CORPORATION
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-428-0855

November 9, 2005

TELECOPY ONLY (202-572-8747)
FREEDOM OF INFORMATION ACT

John E. Elkins, Chief
FOIA Appeals, Policy & Litigation Branch
Office of Regulations and Rulings
U. S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229

Re:  Currency Seizure
     Your Ref. 588733 RH
     Customs Case No. 2005-2104-000033-01

Dear Mr. Elkins:

You notified the petitioner in the referenced matter that the Seized Property Recovery Corp. had filed a FOIA request for the name and address of the petitioner. The petitioner's attorney contacted me and advised that petitioner has legal counsel. We therefore withdraw our FOIA request for the name and address of this petitioner.

During the past few months your office has been notifying business submitters, pursuant to Executive Order 12,600 and 19 C.F.R. §103.35, that we have filed FOIA requests for their name and address. Please provide me with the results of your notifications.

Sincerely,

Peter S. Herrick

cc:  Collins Akukwe, Esq.