# EXHIBIT S



; and TEOAF Directive #33, 6/7/99, Seizure of Motor Vehicles, Payment of Liens and Official Use Requirements

The deteriorating value of seized property in proportion to its associated storage and disposal costs is a primary concern to Customs, Treasury, and Congress.

The FP&F role in pre-seizure analysis is that of a facilitator or liaison between OI and the national seized property contractors.

1)

2) **Operating Businesses**----When an operating business is the contemplated subject of seizure and forfeiture, it is the responsibility of the seizing agent to discuss the seizure with the FP&FO as part of the pre-seizure coordination actions.

3) **Criminal Indictment Documentation**—The seizing agent is responsible for notifying FP&F immediately if any item that has been seized has been included

*All (b)(2)*

in a criminal indictment. ███████████████████████████████████
████████████████████████████████████████████. If appropriate, the administrative process should be stayed pending judicial disposition. Refer to Part 10 of this chapter for CAFRA processing guidelines and ████████████████
██████████████████████████████.

**4)    Pre-Seizure and Lis Pendens**—████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████.

**5)    Property Valued over $100,000**—Seizures with a domestic value over $100,000, including, but not limited to, real property and operating businesses, must be referred to the appropriate Headquarters office for approval through the DFO or SAIC.

   **a)    Office of Field Operations (OFO) Seizures**



   **b)    OI Seizures**



# EXHIBIT T

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Ai-Ching Chang
1696 Blue Jay Dr
Sunnyvale CA 94087-4607



STAMPS.COM
JUN 12 2006
US POSTAGE
$0.390
FIRST-CLASS MAIL
MAILED FROM 33133
0625000576794

Mike Liu dba LGA
4133 College Pt Blvd
New York NY 10002



STAMPS.COM
JUN 12 2006
US POSTAGE
$0.390
FIRST-CLASS MAIL
MAILED FROM 33133
0625000576794

NIXIE        100    1        00   06/15/06
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 3313340252O        *2508-05007-12-39

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

RETURN TO SENDER
UNABLE TO
FORWARD

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

RETURN TO SENDER
UNABLE TO
FORWARD

33133-4025-20  0023

Rob Distribution Corp.
1802 N Carson St
Carson City NV 89701-1215

RETURN TO SENDER
not authorized to receive
mail at this address

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Yan Song
4221 Norwalk Dr APT BB202
San Jose CA 95129-1711



STAMPS.COM
$0.390
MAY 22 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000575794

STAMPS.COM
$0.390
JUN 12 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000575794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Ming Sun
1120 Ranchero Way Apt 23
San Jose CA 95117-3130



MOVED, LEFT NO ADDRESS

ATTEMPTED - NOT KNOWN

STAMPS.COM

stamps
.com

$0.39⁰
JUN 12 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

0625000575794





RETURN TO SENDER
REASON CHECKED
☐ Unclaimed
☐ Refused
☒ Address Unknown
☐ Moved no forwarding address

STAMPS.COM

stamps
.com

$0.39⁰
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133

0625000575794

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

ADVERTISEMENT

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

ATTEMPTED NOT KNOWN

Xueqian Li, c/o Shyh-Pyng Gau
1900 Mccarthy Blvd Ste 205
Milpitas CA 95035-7414

Jorge Garcia
1990 W 56th St
Hialeah FL 33012-6904



STAMPS.COM
$0.390
JUN 29 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557594

NIXIE    330    1    OD    07/12/06

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 33133400820    *2006-12980-30-39



STAMPS.COM
$0.390
JUN 12 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557594





Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Hermann Lozano
11355 NW 34th St
Doral FL 33178-1829

RETURN TO SENDER INSUFFICIENT ADDRESS

STAMPS.COM
$0.390
JUL 10 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062500050/5794

SUPL3555 3317B0353 1505 04 07/11/06
FORWARD TIME EXP RTN TO SEND
FORWARDING INC
SUB BOX 266033
MIAMI FL 33122-6023

Rainbow G & A, Inc.
1300 W Olympic Blvd
Los Angeles CA 90015-3908

MOVED LEFT

NIXIE          900          1          00   07/29/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 33133402520          *0705-01943-25-41

STAMPS.COM
$0.390
JUL 24 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062500055/5794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Return to Sender

U.S. Networks

Rieys Inc.
9660 Flair Dr
El Monte CA 91731-2017

33133404025

NIXIE          917          1          00   07/27/06

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 33133402520          *0706-01924-28-41

STAMPS.COM



stamps $0.390
JUL 24 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000657794



NIXIE          927          1          00   08/03/06

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

BC: 33133402520          *0706-01935-25-41

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Multitex USA, Inc.
1400 Broadway Rm 303
New York NY 10018-1088

NIXIE        100        1        OO    05/27/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 33133402520        *1005-05201-27-61

stamps
MAY 16 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557574

Multitex USA
1400 Broadway Rm 303
New York NY 10018-1088

NIXIE        100        1        OO    05/27/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 33133402520        *1005-05201-27-61

STAMPS.COM



stamps
MAY 17 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Suncon International, Inc.
110 E 9th St Ste B601
Los Angeles CA 90079-3601

33133Q4025

NIXIE            900        1        00   05/24/C
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 33133402520        *1006-06288-17

stamps|
$0.390
MAY 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000575794

Martnet USA, Inc.
4055 Wilshire Blvd Ste 340
Los Angeles CA 90010-3403



NIXIE            900        1        00   05/23/06
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 33133402520        *1006-06204-17-61

stamps|
$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000575794
STAMPS.COM

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

West Hills Motors
5250 W Century Blvd Ste 620
Los Angeles CA 90045-5943

Zeelander, Inc.
1510 S Broadway
Los Angeles CA 90015-3031

NO SUCH ADDRESS

STAMPS.COM

$0.390
MAY 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000575794

$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000575794

NIXIE          900      1      00  05/26/06
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD
BC: 33133402520      *1006-06229-17-41

NIXIE          900      1      02  05/25/06   K
              RETURN TO SENDER
              ATTEMPTED - NOT KNOWN
              UNABLE TO FORWARD
BC: 33133402520      *1006-06219-17-41

33133402520

33133402520

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Cosbi Group, Inc.
110 E 9th St Ste A477
Los Angeles CA 90079-1477

33193404025

NIXIE            900       1        02  05/21/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 33193402520        *1006-05205-17-41

STAMPS.COM

$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 3313
0525000557794

stamps.com

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

DNC Group, Inc.
110 E 9th St
Los Angeles CA 90079-1300

NIXIE            900       1        00  05/21/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 33193402520        *1006-05205-17-41

STAMPS.COM



$0.390
MAY 16 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 3313
0525000557794

stamps.com

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Moose Creek Inc
315 Cloverlead Drive Suite D
Bladwin Park CA 917~~

Complete Graphix North, Inc.
1026 NE 43rd St
Oakland Park FL 33334-3806

RETURN TO SENDER
NIXIE          917     1          00  05/19/06
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC:  93133402520          *2406-04794-15-35



stamps.com
MAY 16 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055757'94

stamps.com
APR 26 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055757'94

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

stamps
$0.390
APR 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794
STAMPS.COM

Rodeo Club
18204 Via Calma
Rowland Heights CA 91748-0017

NIXIE        917    1        21    04/24/06

NOT DELIVERABLE TO ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

BC: 33133402520        *2405-15196-19-40

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025



stamps
$0.390
APR 17 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005575794
STAMPS.COM

Rodeo Club
1423 Jellick Ave
Rowland Heigh  CA 91748-4099

NIXIE        917    1        21    04/24/06

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 33133402520        *2405-15196-19-40

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Seariders Brokerage Corp.
1525 S Andrews Ave Ste 219
Fort Lauderdale FL 33316-2520

RETURN TO SEN

stamps
com
$0.390
MAR 28 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000557/5794

RETURN TO SENDER UNABLE TO FORWARD

STAMPS.COM

stamps
com
$0.390
MAR 30 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S000557/94

Prolink International Inc
4615 NW 72nd Ave Unit 117
Miami FL 33166-5698

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133



HLM Cargo Clearance Brokers Inc
5419 NW 74th Ave
Miami FL 33166-4225

Jagro Customs Brokers
11 NW 72nd St
Miami FL 33150-3713

RETURN TO SENDER ATTEMPTED NOT KNOWN

ADVERTISEMENT



STAMPS.COM
stamps.com
MAR 17 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005757594

STAMPS.COM
stamps.com
MAR 28 2006
$0.390
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S0005675794

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

RTS  NDT  DELIVERABLE  AS  ADD

STAMPS.COM
0625000557/5794
FEB 15 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
$0.390

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Proline Group, Inc.
5755 Bonhomme Rd
Houston TX 77036-2013

Bethany Fashion, Inc.
1270 Broadway
New York NY 10001-3311

STAMPS.COM
0625000557/5794
FEB 21 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
$0.390

MIAMI FL 3

22 FEB 2006 PM 1 T

NIXIE          100    1          00    02/27/06
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD

BC: 33133602520          *2006-04526-22-39

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Juan Mesa
400 Kings Point Dr
Sunny Isles Beach FL 33160-4776

STAMPS.COM
$0.390
FEB 21 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557/94

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133

Mr Luis Morales Rodriguez
9068 NW 150th Ter
Hialeah FL 33018-1376



STAMPS.COM
$0.390
FEB 15 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557/94

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Seized Property Recovery Corp.
3520 Crystal View Ct
Miami, FL 33133-4025

Liberty Trading
4555 Pearson St
Long Island City

33133-4025

SC: 33133402520

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Mark III Worldwide Express
16718 146th Ave
Jamaica NY 11434-520

33133402520

NIXIE    110    1    00 02/27/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

STAMPS.COM
$0.390
FEB 06 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055757594

STAMPS.COM
$0.390
FEB 06 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055757594

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133



stamps com
FEB 15 2006
$0.39
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062500055757 94

Scooter World
9110 NW 150th Way
Medley FL 33178

ԱՇ...Ա...Ա...Ա...Ա...Ա...Ա...Ա...Ա...Ա...Ա...Ա...Ա...Ա

Peter S. Herrick, P.A.
3520 Crystal View Court
Miami, FL 33133







FEB 07 2006
$0.39
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
062S00055757 94
STAMPS.COM

Howard S. Reeder, Inc.
157 NE 8th St
Miami FL 33132-1825



ized Property Recovery Corp.
20 Crystal View Ct
ami, FL 33133-4025

Peter S. Herrick, P.A.
9620 Crystal View Court
Miami, FL 33133

Solution USA, Inc.
13205 11th Ave
College Point NY 11356-4025

RETURN TO SENDER

SOLUTION USA INC
PORTLAND EXEC PARK W
4 WINTERGREEN DR
MELVILLE NY 11747-1808

STAMPS.COM
$0.39¢
FEB 06 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557794

Jagro Customs Brokers
8611 NW 72nd St
Miami FL 33166-2351

UNABLE TO FORWARD

STAMPS.COM
$0.39¢
FEB 07 2006
US POSTAGE
FIRST-CLASS MAIL
MAILED FROM 33133
0625000557794

