UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION
3520 Crystal View Court
Miami, Florida 33133,

          Plaintiff,

v.                                    Civil Action No. 05-1570(AK)

U. S. CUSTOMS AND
BORDER PROTECTION,
1300 Pennsylvania Avenue, NW
Washington, D. C. 20229,

          Defendant.
_____/

## ORDER

Upon consideration of plaintiff's renewed motion in opposition to defendant's renewed motion for summary judgment and plaintiff's renewed cross motion for summary judgment, and, the entire record in this case, it is hereby

ORDERED that the defendant's renewed motion for summary judgment is DENIED; it is further

ORDERED that the plaintiff's renewed cross motion for summary judgment is GRANTED; it is further

ORDERED that the defendant will immediately release the names and addresses requested in the amended complaint; it is further

1

ORDERED that the defendant will immediately begin publishing the names and addresses of persons from whom it seized property in its notices of forfeiture.

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE