UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEIZED PROPERTY RECOVERY CORPORATION** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | Civil Action No. 05-1570 (AK) |
| ) | |
| **UNITED STATES CUSTOMS AND BORDER PROTECTION** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME TO FILE REPLY/OPPOSITION MEMORANDUM**

Defendant Customs and Border Protection ("CBP") respectfully moves this Court for an enlargement of time, through and including December 18, 2006, within which to file a consolidated reply in support of its Motion for Summary Judgment and opposition to plaintiff's Cross Motion for Summary Judgment (Reply/Opposition). Good cause exists to grant this Motion.

1. Under the current scheduling order in this case, defendant's Reply/Opposition is due this day, December 11, 2006.

2. Defendant has been diligently working on the Reply/Opposition.

3. In his cross motion, plaintiff Seized Property Recovery Corporation makes representations with respect to the status of certain records that CBP indicated would be released. See Plaintiff's Opposition/Cross Motion at 26-27. Responding to this assertion requires an additional Declaration.

4. Defendant now recognizes that it will not be able to have a complete Declaration prepared in time for filing this day.

5. Defendant therefore requests that the date for CBP's dispositive motion be extended from December 11 to December 18, 2006. An extension of this length is sought because completion of

the Declaration will require consultation between CPB and Immigration and Customs Enforcement ("ICE") and some of the individuals involved in gathering the information for the Declaration are expected to be absent during part of the week of December 11. In addition, defendant wishes to avoid the need for seeking <u>seratim</u> extensions of this deadline if completion of the declaration is more time consuming than anticipated.

6. Defendant's counsel has consulted with plaintiff's counsel with respect to the relief requested, and plaintiff's counsel has graciously given his consent. As granting this extension would result in plaintiff's reply falling in the middle of the holiday period, the attached proposed order requests that plaintiff's reply be due January 5, 2007.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to File Opposition/Reply, and that it adopt the attached proposed order as the scheduling order in this matter.

                                        Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        /s/
                                        PETER D. BLUMBERG, Bar # 463247
                                        Assistant United States Attorney
                                        United States Attorneys Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7157

Dated: December 11, 2006