UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES CUSTOMS AND ) BORDER PROTECTION ) ) Defendant. ) ) | Civil Action No. 05-1570 (AK) |

### ORDER

This matter comes before the Court on defendant's Consent Motion for Extension of Time to File Opposition/Reply.  Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the completion of summary judgment briefing be done on the following schedule:

Defendant's Opposition/Reply:    December 18, 2006

Plaintiff's Reply:    January 5, 2007

SO ORDERED.

                                                                                  _____
                                                                                  ALAN KAY
                                                                                  UNITED STATES MAGISTRATE JUDGE