UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER PROTECTION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:05CV01570 |

## DECLARATION OF ROBERT P. THIERRY

I, Robert P. Thierry, declare the following to be true and correct:

1. I am the Fines, Penalties, and Forfeiture (FP&F) Officer, Office of Field Operations (OFO), U.S. Customs and Border Protection (CBP), Department of Homeland Security (DHS), at the Port of Los Angeles – Long Beach (LA/LB). I have held this position and title since August 30, 1998.

2. The FP&F Officer is responsible for the overall supervision and management of administrative case adjudication of seizure, liquidated damage and penalty cases, and all aspects of the Seized Property program. My responsibilities include, among other things, reviewing/signing seizure notices, referrals, decisions, signing FOIA requests handled by this office, seized property oversight and various administrative duties.

3. The statements I make in this Declaration are based upon my personal knowledge of the processing of Plaintiff's FOIA request and information provided to me in my official capacity.

-1-

4. Due to the nature of my official duties, I am familiar with the procedures followed by CBP in responding to requests for information from its files pursuant to the provisions of the FOIA; specifically, I am familiar with the procedures followed in releasing names and addresses associated with a particular seizure number, as with this case.

5. The purpose of this declaration is to advise the Court that CBP will release names and addresses associated with particular seizure numbers that Plaintiff Seized Property Recovery Corporation requested under the Freedom of Information Act.

6. The names and addresses of commercial entities associated with seizure numbers for which there is no assertion of Exemption 7(A) will be mailed to the requester, Mr. Peter Herrick of Seized Property Recovery Corporation, 3520 Crystal View Court, Miami, FL, 33133, no later than December 28, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Robert P. Thierry
Fines, Penalties and Forfeitures Officer
Fines, Penalties and Forfeitures
U.S. Customs and Border Protection
Los Angeles/Long Beach Seaport
301 E. Ocean Blvd. Suite 620
Long Beach, CA 90802

Executed on December 18, 2006

-2-