```
            UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY CORP.     )
                                   )
           Plaintiff,              )
                                   )
     v.                            ) Civ. Action No. 05-1570(AK)
                                   )
U.S. CUSTOMS AND BORDER PROTECTION,)
                                   )
           Defendant.              )
                                   )
                                   )
_____)
```

**NOTICE OF APPEARANCE**

Will the Clerk of Court please note the entry of appearance on behalf of the defendant, by undersigned counsel, Charlotte A. Abel, Assistant United States Attorney.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL, D.C. Bar # 388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332
Counsel for Defendant