UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS AND )<br>BORDER PROTECTION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1570(AK) |

## PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

Plaintiff, by and through its undersigned attorney, respectfully moves the Court to supplement the record in this cause of action and states the following:

It continues to be plaintiff's position that the name and address of the owner of the property the defendant is about to forfeit should be published with the notice of intent to forfeit. A perfect example of the consequences of not publishing are described *infra*.

Beginning March 13, 2007 the defendant's Miami office began publication of a notice to forfeit seized generators. The notice is enclosed as Exhibit A. On March 13, 2007 the plaintiff requested the names and addresses through the Freedom of Information Act for this case. A copy of the letter is enclosed as Exhibit B. In a letter of May 2, 2007 the defendant's Miami office provided the names and addresses. A copy of the letter is enclosed as Exhibit C. In a letter of May 7, 2007 undersigned counsel sent a letter to Asia Supplies Providers,

1

Inc. that its generators were about to be forfeited.[1] A copy of this letter is enclosed as Exhibit D. On or about May 17, 2007 Asia Supplies Providers, Inc. retained undersigned counsel to recover its seized generators. On or about that same date a petition was filed for the recovery of the seized generators. In a letter of May 23, 2007 the defendant's Miami office sent a letter that the generators had been forfeited. A copy of this letter is enclosed as Exhibit E.

Had Asia Supplies Providers, Inc.'s name and address been published with the notice to forfeit, in all likelihood a timely petition could have been file with the defendant, or, at the very least, a claim and cost bond could have been posted to stop the forfeiture.

Respectfully submitted,

Peter S. Herrick, P.A.
Peter S. Herrick
Attorney for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email pherrick@bellsouth.net
D C Bar 137935

---

[1] The Florida Bar requires these letters and envelopes to be stamped ADVERTISEMENT.