# EXHIBIT A

RECEIVED
2007 APR -2 AM 9:17

Notice is hereby given that e following described property as seized in Miami, Florida: **Item ate Violation** Case No. **Bond mt** Gasoline Generators Model CDY6500LX approx. 264 cartons and 8 cartons of spare parts 1/21/06 1000 hours 19USC1595 (c) 42USC7672 075201000055 5000.00 U.S. Currency in the mount of $18,272.00 01/10/07 800 hours 31USC5316 1USC5317 075206000296 $ 0.00 ny person who is entitled to posession to said property, or claiming n interest in said property listed bove must appear at the J.S. Customs Service Miami Service Port, 6601 N.W. 25th Street, Miami, Florida, and file a cash Customs bond form in the amount ndicated above within twenty (20) days from the date of this first publication. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be forfeited to the United States of America and disposed of according to law. Carlos C. Martel Fines, Penalties and Forfeitures Officer
3/13-20-27        07-4-35/802795M

# EXHIBIT B

# SEIZED PROPERTY RECOVERY CORPORATION
### 3520 Crystal View Court
### Miami, Florida 33133
### Email: propertyrecovery@bellsouth.net
### Tel. 305-428-0855

March 13, 2007

TELECOPY ONLY (305-869-2822)

FREEDOM OF INFORMATION ACT REQUEST

Port Director
Miami Service Port
U S Customs & Border Protection
6601 NW 25th Street
Miami, FL 33122

Dear Sir/Madam:

    We request the names and addresses from whom Customs seized property in the cases which appeared in the Daily Business Review and are set forth as follows:

| Customs Case Nos. | | |
|---|---|---|
| | 2007-5201-000055 | Generators |
| | 2007-5206-000296 | $18,272 |

    We agree in advance to pay for reasonable search and copy charges.

Sincerely,

Peter S. Herrick

# EXHIBIT C

PO Box 52-2207
Miami, FL 33152-2207

MAY - 2 2007



U.S. Customs and
Border Protection

Mr. Peter S. Herrick
Seized Property Recovery Corporation
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your Freedom of Information Act request dated March 13, 2007, in which you requested information in relation to below listed cases. The requested information has been located and reviewed. The result of our search of the related names and addresses is as follows:

2007-5201-000055:   Asia Supplies Providers, Inc.
                    6802 N.W. 84th Avenue         generators
                    Miami, Florida 33166

2007-5206-000296:   Antonio A. Saraiva
                    Rua Professor Alexandre Correia 625, #81   $18,272
                    Sao Paolo, Brazil

No records related to your request have been withheld.

You have a right to appeal any denial of your request within thirty-five(35) days after the date of this notification. Submit this appeal to the FOIA Appeals Officer, U.S. Customs and Border Protection, Ronald Reagan Building, 1300 Pennsylvania Avenue, Room 6.5E, Washington, DC 20229. Print the phrase "Freedom of Information Act Appeal" conspicuously on the face of the envelope.

Under regulations adopted pursuant to the Freedom of Information Act, there is a charge for duplication, record search, and review time. We are in receipt of your payment in the amount of $82.97 respective to this request.

Should you require additional information relevant to these cases, please contact Evelyn Pino of the Fines, Penalties and Forfeitures Office at (305) 869-2892. Please reference FOIA number 07-042 in all the correspondence.

Sincerely,

Harold E. Woodward
Port Director
Miami Service Port

05/04/07

# EXHIBIT D

PETER S. HERRICK, P.A.
3520 CRYSTAL VIEW COURT
Miami, FL 33133
Tel. 305-858-2332
Fax. 305-858-6347
Email. pherrick@bellsouth.net

ADVERTISEMENT

May 7, 2007

Asia Supplies Providers, Inc.
6802 NW 84th Avenue
Miami, FL 33166

Dear Sir/Madam:

    If you have already retained a lawyer for this matter, please disregard this letter.

    I obtained your name and address from a legal advertisement appearing in the Miami Daily Business Journal and through a Freedom of Information Act request to the U.S. Customs and Border Protection ["CBP"]. From this information I know that CBP seized generators from your possession in Customs Case Nos: 2007-5201-000055.

    You have the right to file a petition/claim with CBP pursuant to 19 U.S.C. §1618 to have your property released. While you may prepare and file your own petition, in my experience, it is better to have an attorney do this for you.

    I was employed as an attorney for CBP from 1967 to 1977. Since leaving CBP in 1977 I have been in private practice limiting my representation to those clients who have problems with the U.S. Government, especially CBP. I have filed numerous petitions/claims for my clients with CBP to obtain the release of their seized property.

    I would be pleased to represent you in pursuing the release of your above described seized property from CBP. Please contact my office and we can discuss the details of the representation.

1

# EXHIBIT E

PO Box 52-2207
Miami, FL 33152-2207



U.S. Customs and
Border Protection

ENF-4-PD:A:FPF EP
CN: 2007-5201-000055

May 23, 2007

Peter S. Herrick, Esquire
3520 Crystal View Court
Miami, Florida 33133

Dear Mr. Herrick:

This is in response to your letter dated May 17, 2007, filed on behalf of your client Asia Supplies Providers, Inc. regarding the above captioned case.

Please be advised, as of February 3, 2007 the provisional thirty (30) days to petition for relief expired and the administrative forfeiture proceedings commenced. Notices of Seizure were sent to your client on January 4, 2007 (copy enclosed). When no response was received publication was made on the Miami Daily Business Review on 3/13/07, 3/20/07 and 3/27/07 (copy enclosed). When no response was received, the property was forfeited to the United States of America and will be disposed of in accordance with United States law.

You state in your correspondence that your client was not notified and only received constructive notice of the seizure upon reviewing public notices in the Miami Daily Business Review. In order to stop forfeiture proceedings your client would have had to respond within twenty days of the day of final publication. Please further note that the Notice of Seizure was sent to the address filed with Customs and Border Protection by your client on May 17, 2006, and noted in the entry documents of this shipment. At no point in time were we ever contacted in writing or by telephone by the importer advising us of an updated address. Furthermore, there are no records that a Customs Form CF5016 was completed to indicate any changes in address as required by CBP.

It is hoped this clarifies the matter, but should you require additional information regarding this case, you may contact Evelyn Pino of the Fines, Penalties and Forfeitures Office at (305) 869-2892.

Sincerely,

Carlos C. Martel
Fines, Penalties & Forfeitures Officer

Enclosures

05/25/07