# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza, 14th Floor*

*147 Pierrepont Street*
*Brooklyn, New York 11201-2776*

December 10, 2004

**BY HAND**

Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>U.S.A. v. $293,316, et al.</u>; CV-03-0278 (Weinstein, J.) (Pollak, M. J.)

Dear Judge Weinstein:

    As directed by Your Honor at the oral argument on the government's motion for summary judgment, the undersigned Assistant U.S. Attorney respectfully submits the enclosed chart of judicial forfeitures under the currency reporting and bulk cash smuggling statutes and the accompanying explanation of the chart prepared by U.S. Customs and Border Protection.

                        Respectfully submitted,

                        ROSLYNN R. MAUSKOPF
                        United States Attorney
                        Eastern District of New York

              By:    /s/_____
                      LAURA D. MANTELL
                      Assistant United States Attorney
                      (718) 254-6253

Encl.

cc    Bernard H. Udell, Esq. (by regular mail, w/encl.)
       John P. Donohue, Esq. (by regular mail, w/encl.)
       David Smith, Esq. (by regular mail, w/encl.)

## Explanation of Forfeiture Chart

The following chart was prepared by U.S. Customs and Border Protection ("CBP") in response to the Court's request for information concerning judicial forfeitures of currency seized pursuant to 31 U.S.C. Sections 5316, 5317 ("CMIR" cases), and 5332[1] (Bulk cash smuggling into or out of the United States, or "BCS" cases). The information in the chart was obtained from a database (the "Database") maintained by the Fines, Penalties and Forfeitures ("FP&F") office of CBP that contains records of seizures at ports throughout the country.[2] As more fully described below, the chart provides the requested information with respect to all judicial forfeitures that resulted from CMIR and BCS seizures that occurred during the period beginning September 1999 through 2004.

To prepare the chart, the FP&F office generated spreadsheets of Database records for all forfeitures resulting from CMIR and BCS seizures during the relevant period, including judicial forfeitures (coded as either criminal, "JR", or civil, "JC"), settlements, and thousands of administrative forfeitures.[3] The Database records set forth in the spreadsheets were grouped according to case numbers and included the following information: the date of the seizure, the statutory authority for the seizure, legal and physical status of the seized funds, types of monetary instruments, amounts seized, amount refunded (from which the amount forfeited was determined), and the port where the seizure occurred. Some cases concerned more than one seizure of funds, such as where more than one type of monetary instrument was seized or where the funds were found in more than one location (e.g., luggage, person, carry-on baggage, within vehicle, etc.). To determine the amount forfeited in those cases it was necessary to manually add the entire amount seized under a case number and then subtract from that amount the total amount refunded.

The information arrived at through the process described above appears to indicate a rate of 100% forfeiture in the majority of judicial forfeitures. As indicated in the chart, there is a high rate of forfeiture in criminal CMIR cases. The high rate of 100% forfeitures in civil cases may be attributed to default judgments or the inability of the claimant(s) in those cases to establish ownership or the legitimacy of the seized funds. Additionally, in cases where nominal amounts or only 1%-2% of the seized funds were returned, it is likely that the government was able to establish liability to forfeit all of the seized funds but returned a nominal amount for humanitarian reasons at the time of the seizure. However, because it cannot be determined from the Database records the exact basis for the release or remission, CBP deducted those amounts from the total forfeiture reflected.

---

[1] The BCS law was enacted on October 28, 2001. Any seizures pursuant to BCS would be reflected after that date.
[2] We note that because the information in the chart is derived from Database records it is subject to errors such as mistakes in coding information. The chart assumes uniformity in the manner in which cases are coded when entered into the Database.
[3] As the chart sets forth information only with respect to judicial forfeitures, it does not include information about forfeitures that are resolved administratively or pursuant to a settlement agreement. We note that because the vast majority of CBP seizures are resolved through the administrative forfeiture process and most judicial criminal and civil CMIR cases are resolved through plea or settlement agreements, the cases set forth in the chart are not representative of the universe of CMIR and BCS forfeitures. Only a relatively small percentage of CMIR and BCS forfeitures are resolved by order of a court.

The Database does not contain records of how the court determined what percentage of the funds to forfeit or whether an Eighth Amendment challenge was raised by the criminal defendant(s) or claimant(s). As such, CBP cannot provide more information about cases in which less than 100% of the seized funds was forfeited. Forfeiture of less than 100% of the funds may be attributable to situations where the government could not establish liability under the statute, mitigation under the Eighth Amendment, multiple claimants to the same funds or other factors. Further information may only be obtained by conducting a manual review of the individual case files, which are maintained at numerous CBP offices throughout the country. As such a review would be prohibitive in terms of the amount of manpower and resources it would require, we cannot provide further or more specific details regarding the forfeitures.

| | DATE OF SEIZURE | AMOUNT SEIZED | AMOUNT FORFEITED | APPROXIMATE PERCENTAGE | LEGAL STATUS | PORT LOCATION |
|---|---|---|---|---|---|---|
| (1) | 9/10/99 | 32,152.00 | 31,200.00 | 97 | JC | JFK Int'l Airport, NY |
| (2) | 9/28/99 | 11,472.75 | 10,325.75 | 90 | JC | Buffalo-Niagara Falls, NY |
| (3) | 9/29/99 | 61,453.97 | 60,953.97 | 99 | JC | Buffalo-Niagara Falls, NY |
| (4) | 10/6/99 | 1,180,959.32 | 1,180,959.32 | 100 | JC | Detroit, MI |
| (5) | 10/27/99 | 121,847.00 | 121,847.00 | 100 | JC | Newark, NJ |
| (6) | 12/6/99 | 148,155.00 | 148,155.00 | 100 | JC | Newark, NJ |
| (7) | 12/16/99 | 116,033.00 | 116,033.00 | 100 | JR | Newark, NJ |
| (8) | 1/2/00 | 151,302.00 | 123,606.70 | 81 | JC | Atlanta, GA |
| (9) | 1/8/00 | 250,580.00 | 250,580.00 | 100 | JR | Newark, NJ |
| (10) | 1/10/00 | 106,020.00 | 106,020.00 | 100 | JR | Blaine, WA |
| (11) | 1/23/00 | 50,016.00 | 50,016.00 | 100 | JR | Miami Int'l Airport, FL |
| (12) | 1/23/00 | 33,891.00 | 33,891.00 | 100 | JR | Miami Int'l Airport, FL |
| (13) | 1/25/00 | 377,482.66 | 364,918.53 | 96 | JC | Detroit, MI |
| (14) | 1/31/00 | 12,012.00 | 12,012.00 | 100 | JR | Miami Int'l Airport, FL |
| (15) | 1/31/00 | 15,695.00 | 15,695.00 | 100 | JR | Miami Int'l Airport, FL |
| (16) | 1/31/00 | 19,011.00 | 19,011.00 | 100 | JR | Miami Int'l Airport, FL |
| (17) | 2/1/00 | 76,723.00 | 76,723.00 | 100 | JC | Miami Int'l Airport, FL |
| (18) | 2/1/00 | 93,393.00 | 93,393.00 | 100 | JC | Miami Int'l Airport, FL |
| (19) | 2/1/00 | 71,397.00 | 71,397.00 | 100 | JC | Miami Int'l Airport, FL |
| (20) | 2/9/00 | 55,089.00 | 55,089.00 | 100 | JC | San Ysidro, CA |
| (21) | 2/10/00 | 93,880.00 | 93,880.00 | 100 | JR | Miami Int'l Airport, FL |
| (22) | 3/2/00 | 50,640.00 | 50,640.00 | 100 | JR | Miami Int'l Airport, FL |
| (23) | 3/28/00 | 113,760.00 | 108,760.00 | 95 | JC | Lynden, WA |
| (24) | 3/29/00 | 11,663.00 | 10,477.00 | 89 | JC | Ronna, TX |
| (25) | 3/29/00 | 82,320.00 | 82,320.00 | 100 | JC | Ronna, TX |
| (26) | 4/9/00 | 19,694.00 | 19,694.00 | 100 | JR | Miami Int'l Airport, FL |
| (27) | 4/15/00 | 40,956.00 | 40,956.00 | 100 | JR | Miami Int'l Airport, FL |

| # | Date | Amount | Amount | % | Init | Location |
|---|---|---|---|---|---|---|
| (28) | 4/15/00 | 40,400.00 | 40,400.00 | 100 | JR | Miami Int'l Airport, FL |
| (29) | 4/18/00 | 539,600.00 | 536,600.00 | 99 | JR | Champlain-Rouses Point, NY |
| (30) | 4/19/00 | 73,201.00 | 73,201.00 | 100 | JR | Miami Int'l Airport, FL |
| (31) | 4/20/00 | 41,950.00 | 41,950.00 | 100 | JR | Otay Mesa, CA |
| (32) | 4/20/00 | 22,010.00 | 22,010.00 | 100 | JR | Otay Mesa, CA |
| (33) | 4/20/00 | 21,159.00 | 21,159.00 | 100 | JR | Otay Mesa, CA |
| (34) | 4/20/00 | 20,855.00 | 20,855.00 | 100 | JR | Otay Mesa, CA |
| (35) | 5/3/00 | 52,764.00 | 52,704.00 | 99 | JC | JFK Int'l Airport, NY |
| (36) | 5/8/00 | 92,986.00 | 92,986.00 | 100 | JC | Newark, NJ |
| (37) | 5/17/00 | 225,194.00 | 225,194.00 | 100 | JR | Miami Int'l Airport, FL |
| (38) | 5/19/00 | 62,454.00 | 62,454.00 | 100 | JR | Miami Int'l Airport, FL |
| (39) | 5/26/00 | 40,552.00 | 40,300.00 | 99 | JC | Newark, NJ |
| (40) | 6/8/00 | 417,656.00 | 417,656.00 | 100 | JR | Miami Int'l Airport, FL |
| (41) | 6/21/00 | 431,958.00 | 431,958.00 | 100 | JR | Miami Int'l Airport, FL |
| (42) | 6/23/00 | 2,155,290.00 | 2,155,290.00 | 100 | JR | Miami Int'l Airport, FL |
| (43) | 6/25/00 | 1,154,560.00 | 1,034,560.00 | 89 | JC | West Palm Beach, FL |
| (44) | 6/27/00 | 152,409.00 | 149,810.00 | 98 | JC | Newark, NJ |
| (45) | 6/28/00 | 69,291.00 | 69,191.00 | 99 | JC | Roma, TX |
| (46) | 6/28/00 | 221,950.00 | 221,950.00 | 100 | JC | Newark, NJ |
| (47) | 6/30/00 | 252,921.00 | 252,921.00 | 100 | JR | Miami Int'l Airport, FL |
| (48) | 6/30/00 | 96,556.00 | 96,556.00 | 100 | JR | Miami Int'l Airport, FL |
| (49) | 7/5/00 | 51,082.00 | 51,082.00 | 100 | JR | Miami Int'l Airport, FL |
| (50) | 7/7/00 | 126,042.15 | 126,040.00 | 99 | JC | Newark, NJ |
| (51) | 7/8/00 | 75,959.00 | 75,959.00 | 100 | JR | Miami Int'l Airport, FL |
| (52) | 7/9/00 | 50,940.00 | 50,940.00 | 100 | JR | Champlain-Rouses Point, NY |
| (53) | 7/11/00 | 37,479.00 | 37,479.00 | 100 | JR | San Ysidro, CA |
| (54) | 7/19/00 | 76,165.00 | 5,000.00 | 06 | JC | Chicago, IL |
| (55) | 7/19/00 | 249,756.00 | 249,756.00 | 100 | JR | Port Everglades, FL |
| (56) | 7/31/00 | 504,710.67 | 504,710.67 | 100 | JC | Hildago, TX |
| (57) | 7/31/00 | 345,210.00 | 345,210.00 | 100 | JR | San Ysidro, CA |
| (58) | 8/1/00 | 231,340.00 | 231,340.00 | 100 | JR | Miami Int'l Airport, FL |

2

| | | | | | |
|---|---|---|---|---|---|
| (59) | 8/12/00 | 63,413.00 | 63,413.00 | 100 | JR | Miami Int'l Airport, FL |
| (60) | 9/15/00 | 42,500.00 | 14,700.00 | 34 | JC | JFK Int'l Airport, NY |
| (61) | 9/18/00 | 86,682.00 | 42,475.00 | 49 | JC | Miami Int'l Airport, FL |
| (62) | 9/20/00 | 165,074.00 | 165,074.00 | 100 | JR | Newark, NJ |
| (63) | 9/28/00 | 21,578.00 | 21,500.00 | 99 | JC | JFK Int'l Airport, NY |
| (64) | 9/28/00 | 72,435.00 | 72,400.00 | 99 | JC | JFK Int'l Airport, NY |
| (65) | 10/1/00 | 45,021.00 | 45,021.00 | 100 | JR | Miami Int'l Airport, FL |
| (66) | 10/31/00 | 161,725.78 | 161,725.78 | 100 | JR | Detroit, MI |
| (67) | 11/22/00 | 32,302.00 | 32,302.00 | 100 | JC | Newark, NJ |
| (68) | 11/22/00 | 35,877.00 | 35,877.00 | 100 | JC | Newark, NJ |
| (69) | 11/22/00 | 27,334.00 | 27,334.00 | 100 | JC | Newark, NJ |
| (70) | 11/24/00 | 14,760.00 | 14,600.00 | 98 | JC | Los Angeles Int'l Apt, CA |
| (71) | 12/7/00 | 41,251.25 | 41,251.25 | 100 | JC | Blaine, WA |
| (72) | 12/21/00 | 69,510.00 | 69,510.00 | 100 | JR | Philadelphia Int'l Airport, PA |
| (73) | 1/12/01 | 209,423.00 | 209,423.00 | 100 | JR | Newark, NJ |
| (74) | 1/15/01 | 85,880.00 | 85,880.00 | 100 | JC | Blaine, WA |
| (75) | 1/16/01 | 49,260.00 | 49,260.00 | 100 | JC | Newark, NJ |
| (76) | 1/18/01 | 20,300.00 | 20,300.00 | 100 | JC | Buffalo-Niagara Falls, NY |
| (77) | 1/19/01 | 32,559.00 | 32,559.00 | 100 | JR | Miami Int'l Airport, FL |
| (78) | 1/19/01 | 26,044.00 | 26,044.00 | 100 | JR | Miami Int'l Airport, FL |
| (79) | 2/22/01 | 23,218.00 | 23,100.00 | 99 | JC | San Juan Int'l Airport, PR |
| (80) | 2/22/01 | 352,146.00 | 352,146.00 | 100 | JR | Miami Int'l Airport, FL |
| (81) | 3/12/01 | 91,933.00 | 68,250.00 | 74 | JC | Detroit, MI |
| (82) | 3/26/01 | 80,090.00 | 80,090.00 | 100 | JR | Miami Int'l Airport, FL |
| (83) | 3/26/01 | 66,933.00 | 66,933.00 | 100 | JR | Miami Int'l Airport, FL |
| (84) | 3/28/01 | 35,022.00 | 34,022.00 | 97 | JR | Honolulu Int'l Airport, HI |
| (85) | 4/7/01 | 72,099.00 | 72,099.00 | 100 | JR | Newark, NJ |
| (86) | 4/18/01 | 328,495.00 | 328,495.00 | 100 | JR | Fort Lauderdale Int'l Apt, FL |
| (87) | 4/26/01 | 17,060.00 | 16,960.00 | 99 | JR | San Juan Int'l Airport, PR |
| (88) | 5/1/01 | 30,358.00 | 30,358.00 | 100 | JC | San Juan Int'l Airport, PR |

3

| # | Date | Amount 1 | Amount 2 | % | Code | Location |
|---|------|----------|----------|---|------|----------|
| (89) | 5/11/01 | 24,246.00 | 24,246.00 | 100 | JC | San Juan Int'l Airport, PR |
| (90) | 5/16/01 | 63,991.00 | 63,991.00 | 100 | JC | San Juan Int'l Airport, PR |
| (91) | 6/7/01 | 99,884.00 | 99,884.00 | 100 | JC | Newark, NJ |
| (92) | 6/13/01 | 32,040.00 | 32,040.00 | 100 | JC | Buffalo-Niagara Falls, NY |
| (93) | 6/19/01 | 112,984.00 | 112,984.00 | 100 | JR | Newark, NJ |
| (94) | 6/20/01 | 38,120.00 | 38,000.00 | 99 | JC | Buffalo-Niagara Falls, NY |
| (95) | 7/6/01 | 124,501.00 | 122,501.00 | 98 | JR | Chicago, IL |
| (96) | 8/6/01 | 89,503.00 | 89,503.00 | 100 | JR | Miami Int'l Airport, FL |
| (97) | 8/7/01 | 32,378.00 | 32,378.00 | 100 | JC | Detroit, MI |
| (98) | 9/4/01 | 36,281.69 | 12,281.69 | 33 | JR | Dallas/Ft Worth Airport, TX |
| (99) | 9/21/01 | 65,200.00 | 64,800.00 | 99 | JC | Nogales, AZ |
| (100) | 9/23/01 | 20,676.00 | 20,676.00 | 100 | JC | San Juan Int'l Airport, PR |
| (101) | 7/10/01 | 430,533.66 | 430,533.66 | 100 | JR | Blaine, WA |
| (102) | 10/11/01 | 27,370.00 | 27,370.00 | 100 | JC | Newark, NJ |
| (103) | 10/30/01 | 449,270.00 | 449,270.00 | 100 | JR | Champlain-Rouses Point, NY |
| (104) | 11/9/01 | 119,420.00 | 113,420.00 | 94 | JR | Chicago, IL |
| (105) | 11/13/01 | 17,155.56 | 16,155.56 | 94 | JC | Detroit, MI |
| (106) | 11/28/01 | 84,453.00 | 84,453.00 | 100 | JR | Mayaguez, PR |
| (107) | 11/30/01 | 13,236.00 | 13,236.00 | 100 | JC | Newark, NJ |
| (108) | 12/11/01 | 35,850.00 | 30,850.00 | 86 | JR | Buffalo-Niagara Falls, NY |
| (109) | 12/13/01 | 61,483.00 | 61,483.00 | 100 | JR | El Paso, TX * |
| (110) | 12/17/01 | 17,713.00 | 17,500.00 | 98 | JR | Miami Int'l Airport, FL * |
| (111) | 12/18/01 | 120,966.00 | 120,966.00 | 100 | JR | Miami Int'l Airport, FL * |
| (112) | 1/13/02 | 84,870.00 | 83,867.00 | 98 | JR | Newark, NJ |
| (113) | 1/28/02 | 66,000.00 | 66,000.00 | 100 | JR | Highgate Springs, VT |
| (114) | 1/30/02 | 119,584.45 | 119,584.45 | 100 | JC | Buffalo-Niagara Falls, NY |
| (115) | 2/1/02 | 34,284.67 | 28,506.24 | 83 | JC | Buffalo-Niagara Falls, NY |
| (116) | 2/1/02 | 20,702.78 | 20,533.76 | 99 | JC | Buffalo-Niagara Falls, NY |
| (117) | 2/2/02 | 230,585.00 | 220,385.00 | 95 | JC | Roma, TX |
| (118) | 2/10/02 | 323,313.00 | 323,313.00 | 100 | JC | Buffalo-Niagara Falls, NY |
| (119) | 2/13/02 | 19,041.00 | 19,041.00 | 100 | JC | Buffalo-Niagara Falls, NY * |

4

| | | | | | |
|---|---|---|---|---|---|
| (120) | 2/27/02 | 110,995.00 | 110,995.00 | 100 | JR | Burlington, VT * |
| (121) | 3/21/02 | 249,996.00 | 229,996.00 | 91 | JC | Hildago, TX |
| (122) | 4/13/02 | 51,900.00 | 51,900.00 | 100 | JC | Nogales, AZ |
| (123) | 5/1/02 | 207,428.69 | 207,428.69 | 100 | JC | Buffalo-Niagara Falls, NY |
| (124) | 6/14/02 | 110,702.00 | 110,702.00 | 100 | JR | Buffalo-Niagara Falls, NY |
| (125) | 6/27/02 | 624,691.00 | 624,691.00 | 100 | JR | San Diego, CA |
| (126) | 7/6/02 | 15,041.00 | 15,041.00 | 100 | JC | San Diego, CA * |
| (127) | 7/25/02 | 18,802.00 | 7,050.75 | 37 | JC | Nogales, AZ |
| (128) | 7/31/02 | 61,828.00 | 61,828.00 | 100 | JR | Buffalo-Niagara Falls, NY |
| (129) | 8/22/02 | 294,280.00 | 294,280.00 | 100 | JR | Miami Int'l Airport, FL * |
| (130) | 8/24/02 | 21,833.00 | 21,833.00 | 100 | JC | Chicago, IL. * |
| (131) | 8/26/02 | 38,263.00 | 38,263.00 | 100 | JC | Presidio, TX |
| (132) | 9/28/02 | 14,900.00 | 14,900.00 | 100 | JC | Newark, NJ |
| (133) | 9/30/02 | 15,990.00 | 15,990.00 | 100 | JC | Champlain-Rouses Point, NY |
| (134) | 10/5/02 | 59,640.33 | 59,640.33 | 100 | JR | Presidio, TX * |
| (135) | 10/28/02 | 76,200.00 | 76,200.00 | 100 | JR | Lynden, WA |
| (136) | 11/7/02 | 15,187.00 | 15,187.00 | 100 | JC | Miami Int'l Airport, FL * |
| (137) | 11/15/02 | 76,723.00 | 24,000.00 | 31 | JC | Nogales, AZ * |
| (138) | 12/14/02 | 30,510.00 | 19,373.00 | 63 | JC | Seattle-Takoma Airport, WA |
| (139) | 12/15/02 | 43,311.00 | 43,311.00 | 100 | JC | Douglas, AZ |
| (140) | 12/31/02 | 27,722.00 | 27,722.00 | 100 | JR | Miami Int'l Airport, FL * |
| (141) | 1/27/03 | 115,000.00 | 115,000.00 | 100 | JC | San Juan Int'l Airport, PR |
| (142) | 3/12/03 | 105,101.00 | 105,101.00 | 100 | JR | Salt Lake City, UT * |
| (143) | 3/26/03 | 190,498.00 | 190,498.00 | 100 | JC | Roma, TX |
| (144) | 4/7/03 | 139,337.00 | 139,337.00 | 100 | JR | Hildago, TX * |
| (145) | 4/8/03 | 20,368.00 | 20,368.00 | 100 | JR | Fort Lauderdale Airprt, FL * |
| (146) | 4/15/03 | 596,430.00 | 596,430.00 | 100 | JR | Mobile, AL * |
| (147) | 4/17/03 | 500,000.00 | 500,000.00 | 100 | JC | Nogales, AZ * |
| (148) | 5/4/03 | 14,333.00 | 14,230.00 | 99 | JC | Sumas, WA * |
| (149) | 5/14/03 | 29,284.00 | 29,284.00 | 100 | JC | San Juan Int'l Airport, PR |

5

| No. | Date | Amount | ? | Officer | Location |
|---|---|---|---|---|---|
| (150) | 5/27/03 | 18,020.00 | 9,020.00 | 50 | JC | Denver, CO |
| (151) | 6/30/03 | 39,745.12 | 39,745.12 | 100 | JC | Denver, CO * |
| (152) | 7/1/03 | 159,000.00 | 159,000.00 | 100 | JR | San Diego, CA * |
| (153) | 7/16/03 | 40,160.00 | 40,160.00 | 100 | JR | Miami Int'l Airport, FL * |
| (154) | 7/17/03 | 103,480.00 | 103,480.00 | 100 | JR | Miami Int'l Airport, FL * |
| (155) | 7/25/03 | 1,176,453.80 | 300,000.00 | 25 | JR | Miami Int'l Airport, FL * |
| (156) | 7/28/03 | 49,519.67 | 49,519.67 | 100 | JC | Laredo, TX * |
| (157) | 9/14/03 | 13,151.00 | 1,972.65 | 15 | JR | Champlain-Rouses Point, NY |
| (158) | 10/1/03 | 950,000.00 | 950,000.00 | 100 | JR | Baltimore, MD * |
| (159) | 10/6/03 | 25,000.00 | 25,000.00 | 100 | JC | Champlain-Rouses Point, NY |
| (160) | 10/10/03 | 1,084,183.00 | 1,084,183.00 | 100 | JC | Lake Charles, LA * |
| (161) | 1/28/04 | 206,017.00 | 206,017.00 | 100 | JR | Washington/Dulles Apt, VA |
| (162) | 2/17/04 | 81,261.00 | 81,261.00 | 100 | JC | Nogales, AZ * |
| (163) | 2/19/04 | 47,000.00 | 47,000.00 | 100 | JC | Nogales, AZ * |
| (164) | 2/22/04 | 464,436.00 | 464,436.00 | 100 | JC | Nogales, AZ * |
| (165) | 2/27/04 | 19,667.00 | 19,667.00 | 100 | JC | San Juan Int'l Airport, PR |
| (166) | 3/3/04 | 10,000.00 | 10,000.00 | 100 | JC | Nogales, AZ *[1] |
| (167) | 3/8/04 | 76,898.00 | 76,898.00 | 100 | JR | Miami Int'l Airport, FL * |
| (168) | 3/25/04 | 287,310.00 | 287,310.00 | 100 | JC | Nogales, AZ |

\* Cases marked with an asterisk indicate violations of 31 U.S.C. Section 5332 were cited at the time of seizure. We cannot determine from the database records available whether a violation of 31 U.S.C. Section 5332 was established in the final decrees of forfeiture.

---

[1] It is unclear from the database information available why a seizure of $10,000 was made as the reporting requirements apply to more than $10,000 in currency and monetary instruments.

6

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY
CORPORATION,

        Plaintiff,

v.                              Civil Action No. 05-1570(AK)

U. S. CUSTOMS AND
BORDER PROTECTION,

        Defendant.
_____/

## DECLARATION OF ROY LEON

I, Roy Leon, upon information and belief make the following declaration:

1. I am an attorney who is employed by Peter S. Herrick, P.A. located at 3520 Crystal View Court, Miami, FL 33133.

2. I am a member in good standing of the Florida Bar.

3. I conducted an inspection and a review of Peter S. Herrick, P.A.'s case files for Customs' currency seizures cases.

4. I have prepared the enclosed Case Report for currency seizures handled by Peter S. Herrick, P.A. in the past few years.

5. The enclosed Case Report is not inclusive of all Customs currency cases previously handled by Peter S. Herrick P.A. due to the fact that some of the case files are in a private storage facility and were not retrieved.

6. The enclosed Case Report does not include two pending administrative cases

1

and one matter in litigation that are presently being handled by Peter S. Herrick, P.A.

I declare, under penalty of perjury, that the matter and facts set forth in this Declaration and the enclosed Case Report are based upon my personal knowledge, information, and belief, and are correct and true.

Executed on this 11th day of June, 2007 in Miami, Florida.

_____
Roy Leon

# CASE REPORT

## MIAMI

| Petitioner: | Case : | Amount Seized | Returned | Reason |
|---|---|---|---|---|
| 1. Capt. Harrichand Harrichand | 2001-5201-000596 | $91,178.75 | $91,178.75 | 1 |
| 2. Luis Wang Rodriguez | 2005-5206-001055-01 | $50,000.00 | $49,500.00 | 2 |
| 3. Emelina Ardila Arandia | 2007-5206-000421-01 | $9,260.00 | $8,760.00 | 3 |
| 4. Mercedes Narino Flores | 2007-5206-000421-02 | $11,107.00 | $10,607.00 | 4 |
| 5. Lucelly Palacio Guerra | 2007-5206-000421-03 | $13,977.00 | $13,477.00 | 5 |

## CLEVELAND/MIDDLEBURG HEIGHTS

| Petitioner: | Case : | Amount Seized | Returned | Reason |
|---|---|---|---|---|
| 1. Larry Sandor &Barbara Sandor | 2002-4196-100712 | $20,000.00 | $18,000.00 | 6 |

## DALLAS

| Petitioner: | Case : | Amount Seized | Returned | Reason |
|---|---|---|---|---|
| 1. Ricardo Chan de Luque | 2006-5501-00042901 | $18,292.00 | $17,292.00 | 7 |

---

[1] Stipulation entered in Capt. Harrichand Harrichand v. United States, Court Number: 01-3653-CIV-Seitz in the U.S. District Court for the Southern District of Florida.

[2] Settlement agreement entered with the Fines, Penalties and Forfeitures Office.

[3] Customs' guideline are for $15,000 or less: $500.00 standard amount.

[4] Customs' guideline are for $15,000 or less: $500.00 standard amount.

[5] Customs' guideline are for $15,000 or less: $500.00 standard amount.

[6] Case file in storage.

[7] Customs' guideline are for $15,001.00 - $25,000: $1,000.00 standard amount

**LONG BEACH/LOS ANGELES**

| Petitioner: | Case : | Amount Seized | Returned | Reason |
|---|---|---|---|---|
| 1. Jin Tae Kim | 2002-2720-000107 | $31,110.00 | $27,990.00 | [8] |

---

[8] Settlement agreement entered with the Fines, Penalties and Forfeitures Office.