UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEIZED PROPERTY RECOVERY, CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-1570 (AK) |

## ORDER

Upon consideration Defendant's Renewed Motion for Summary Judgment [36], and Plaintiff's Cross-Motion for Summary Judgment [42], and for the reasons set forth in the memorandum opinion filed contemporaneously herewith, it is this  17th  day of August, 2007, hereby

ORDERED that Defendant's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Motion is DENIED; and it is

FURTHER ORDERED that judgment is entered in favor of Defendant; and it is

FURTHER ORDERED that the above-captioned matter is DISMISSED.  This is a final, appealable order.

SO ORDERED.

/s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE