UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEIZED PROPERTY RECOVERY,
CORPORATION,

          Plaintiff,

v.                                    Civil Action No.: 05-1570 (AK)

UNITED STATES CUSTOMS AND
BORDER PROTECTION,

          Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given this 23rd day of August, 2007, that Plaintiff, Seized Property Recovery Corporation, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 17th day of August, 2007 in favor of Defendant, U.S. Customs and Border Protection, against Plaintiff, in the Court's decision granting the Defendant's Renewed Motion for Summary Judgment, denying Plaintiff's Cross-Motion for Summary Judgment, entering judgment in favor of the Defendant and dismissing the above-captioned matter.

                                                        _____
                                                        Attorney for Plaintiff/Appellant
                                                       Seized Property Recovery, Corporation

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the address indicated:

Charlotte A. Abel, Esq.
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530