# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5287

September Term, 2007

05cv01570

Filed On:

Seized Property Recovery Corporation,
   Appellant

v.

United States Customs and Border Protection,
   Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT - 5 2007

CLERK

### ORDER

Upon consideration of appellant's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Mark Butler
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk